DAVID L. ANDERSON (CABN 149604)
United States Attorney

HALLIE HOFFMAN (CABN 210020)
Chief, Criminal Division

COLIN C. SAMPSON (CABN 249784)
Assistant United States Attorneys

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    (415) 436-7020
    colin.sampson@usdoj.gov

Attorneys for the United States of America

**FILED**
NOV 5 - 2019
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> AHMAD ABOUAMMO; AHMED ALMUTAIRI, a/k/a AHMED ALJBREEN; and ALI ALZABARAH, <br><br> Defendants. | CASE NO. 3:19-71824-TSH <br><br> APPLICATION TO SEAL CASE AND [PROPOSED] ORDER <br><br> FILED UNDER SEAL |

    The United States respectfully requests that this Court enter the proposed Sealing Order set forth below, requiring that the Clerk of the Court seal the arrest warrants, the application for an arrest warrant, and supporting affidavit and attachments in this matter, as well as this Application and Order, until arrest of one or more defendants.

    As set forth in Federal Bureau of Investigation (FBI) Special Agent Letitia L. Wu's Complaint, Arrest Search Warrant Affidavit, filed in support of the application of the arrest warrant submitted herewith, law enforcement agents are currently involved in attempting to locate defendant Ahmad Abouammo for arrest and interviewing other witnesses. Disclosure of the information contained in the Affidavit as well as the warrants could jeopardize the ongoing investigation and could lead to the destruction of evidence. Nothing in this order shall prevent the government from providing a copy of

APPLICATION TO UNSEAL CASE

1

said documents to members of law enforcement and the United States Attorney's Office (Northern District of California and Western District of Washington) or leaving a copy of the Arrest Warrant with defendants that are arrested.

Accordingly, the United States respectfully requests that the case and all filed documents be sealed and remain sealed until the time of arrest of Ahmad Abouammo.

Date: November 5, 2019

Respectfully submitted,

DAVID L. ANDERSON
United States Attorney

_____
COLIN SAMPSON
Assistant United States Attorney

SEALING ORDER

Based upon the above Application, and for good cause appearing, the COURT HEREBY ORDERS that the case is sealed. The case shall be unsealed upon the arrest of defendant Ahmad Abouammo, at which time the case will be unsealed. Nothing in this Order shall prevent the government from providing a copy of said documents to members of law enforcement and the United States Attorney's Office or with any defendant upon arrest.

IT IS SO ORDERED.

Date: 11/5/19

_____
HON. THOMAS S. HIXSON
UNITED STATES MAGISTRATE JUDGE