DAVID L. ANDERSON (CABN 149604)
United States Attorney

HALLIE HOFFMAN (CABN 210020)
Chief, Criminal Division

COLIN SAMPSON (CABN 249784)
BENJAMIN KINGSLEY (CABN 314192)
Assistant United States Attorneys
    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    (415) 436-7200
    colin.sampson@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> AHMAD ABOUAMMO; <br> AHMED ALMUTAIRI, <br>   a/k/a Ahmed Aljbreen; and <br> ALI ALZABARAH, <br><br> Defendants. | CASE NO. 3:19-71824-WHO <br><br> NOTICE OF APPEARANCE: <br> COLIN SAMPSON AND BENJAMIN KINGSLEY AS COUNSEL FOR THE UNITED STATES OF AMERICA |

    With notice to the Clerk of Court and all Parties of Record and in accordance with 28 U.S.C. § 515(a):

    Colin Sampson is an Assistant United States Attorney for the Northern District of California admitted to practice in the State of California (#249784) and the District of Columbia (inactive status), and is authorized to practice in this Court on behalf of the United States; and

1  Benjamin Kingsley is an Assistant United States Attorney for the Northern District of California
2  admitted to practice in the State of California (#314192), and is authorized to practice in this Court on
3  behalf of the United States.

4

5  Date: November 7, 2019.                    Respectfully submitted,

6                                             DAVID L. ANDERSON
                                               United States Attorney
7
8                                              */s/ Colin Sampson*
                                               COLIN SAMPSON
9                                              Assistant United States Attorney

10
11                                             */s/ Benjamin Kingsley*
                                               BENJAMIN KINGSLEY
12                                             Assistant United States Attorney

NOTICE OF APPEARANCE
2