# EXHIBIT 1

AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT

## for the

### Northern District of California

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| AHMAD ABOUAMMO; | ) | Case No. |
| AHMED ALMUTAIRI, a/k/a AHMED ALJBREEN; | ) | |
| and ALI ALZABARAH, | ) | **3   19 71824** |
| | ) | |
| *Defendant(s)* | ) | |

**FILED**
NOV - 5 2019
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA
**TSH**

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of _____ 11/20/2014 to 10/20/2018 _____ in the county of _____ San Francisco _____ in the
_____ Northern _____ District of _____ California _____, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 18 U.S.C. § 951; and | Acting as Agent of Foreign Government Without Notice to Attorney General; and |
| 18 U.S.C. § 1519 | Destruction, Alteration, or Falsification of Records in Federal Investigations |

This criminal complaint is based on these facts:

See attached affidavit

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Letitia Wu, Special Agent, FBI
*Printed name and title*

Sworn to before me and signed in my presence.

Date: ___11/5/19___

_____
*Judge's signature*

City and state: _____ San Francisco, California _____

Hon. Thomas S. Hixson, U.S. Magistrate Judge
*Printed name and title*

1    I, Letitia L. Wu, a Special Agent with the Federal Bureau of Investigation ("FBI") in Palo Alto,

2   California, being first duly sworn, hereby depose and state the following:

3   **I.    PURPOSE OF AFFIDAVIT AND CRIMINAL CHARGES**

4        1.    I submit this affidavit in support of a Criminal Complaint that charges defendants Ali

5   ALZABARAH, Ahmed ALMUTAIRI, also known as Ahmed Aljbreen, and Ahmad ABOUAMMO

6   with violations of 18 U.S.C. § 951 and ABOUAMMO with a violation of 18 U.S.C. § 1519.

7        2.    Specifically, from at least in or about November 20, 2014, up to and including in or about

8   May 24, 2015, in the Northern District of California and elsewhere, ALMUTAIRI, the defendant, did

9   knowingly act in the United States as an agent of a foreign government, specifically, ALMUTAIRI

10   acted within the United States under the direction and control of the Kingdom of Saudi Arabia and

11   foreign officials working on behalf of the Kingdom of Saudi Arabia, without prior notification to the

12   Attorney General, as required by law, in violation of 18 U.S.C. § 951.

13        3.    Beginning no later than December 12, 2014, until at least March 12, 2015, in the

14   Northern District of California and elsewhere, ABOUAMMO, the defendant, did knowingly act in the

15   United States as an agent of a foreign government, specifically, ABOUAMMO acted within the United

16   States under the direction and control of the Kingdom of Saudi Arabia and foreign officials working on

17   behalf of the Kingdom of Saudi Arabia, without prior notification to the Attorney General, as required

18   by law, in violation of 18 U.S.C. § 951.

19        4.    Further, beginning at least in or about May 21, 2015, up to and including in or about

20   December 2015, in the Northern District of California and elsewhere, ALZABARAH, the defendant, did

21   knowingly act in the United States as an agent of a foreign government, specifically, ALZABARAH

22   acted within the United States under the direction and control of the Kingdom of Saudi Arabia and

23   foreign officials working on behalf of the Kingdom of Saudi Arabia, without prior notification to the

24   Attorney General, as required by law, in violation of 18 U.S.C. § 951.

25        5.    On October 20, 2018, in the Northern District of California and elsewhere,

26   ABOUAMMO, the defendant, unlawfully, intentionally, and knowingly did alter, destroy, mutilate,

27   conceal, and falsify a record or document, namely creating and providing by email to the Federal Bureau

28   of Investigation a fabricated, false, and backdated invoice for $100,000 for consulting services to

AFFIDAVIT OF FBI SA LETITIA WU                                                                              1

1  Foreign Official-1, from CYRCL, LLC, defendant's sole proprietorship, with the intent to impede,

2  obstruct and influence an actual or contemplated investigation of a matter within the jurisdiction of a

3  department or agency of the United States, namely the Federal Bureau of Investigation, in violation of

4  Title 18, United States Code, Section 1519.

5  **II.    AGENT QUALIFICATIONS**

6      6.      I am a Special Agent with the FBI, and have been since July 2015. I am currently

7  assigned to the Counterintelligence Division within the San Francisco Field Office of the FBI. In my

8  capacity as a Special Agent, my duties and the training that I have received include the investigation of

9  violations of federal criminal law, including counterintelligence related offenses and cybercrimes (such

10  as acting as an agent of a foreign government without notification to the Attorney General, economic

11  espionage, theft of trade secrets, and computer fraud and abuse violations).

12      7.      The facts in this Affidavit come from my personal observations, my training and

13  experience, and information obtained from other agents, law enforcement personnel, and witnesses.

14      8.      Unless otherwise noted, wherever in this Affidavit I recount a statement, including

15  written statements made by another person, that statement is recounted in substance and in relevant part.

16  Statements in quotation marks, if any, are based on preliminary translations or transcriptions, and review

17  of or interpretations of communications, all of which may be subject to revision.

18      9.      Unless otherwise stated, all times listed in this Affidavit are Pacific Time and are

19  approximate times.

20      10.     This affidavit is intended to show merely that there is sufficient probable cause for the

21  requested warrant and does not set forth all of my knowledge about this matter.

22  **III.   BACKGROUND**

23      11.     Twitter, Inc. ("Twitter") is a company headquartered in San Francisco, California, and

24  owns and operates a free-access social-networking website of the same name that can be accessed at

25  http://www.twitter.com. Users of Twitter, including private individuals, journalists, and public figures,

26  create user accounts that can be used to communicate and share information instantly through "Tweets"

27  (i.e., 140-character messages prior to 2017) to the public at large, "tweets" to a subset of Twitter users

28

AFFIDAVIT OF FBI SA LETITIA WU                                                                                    2

1   (e.g., to the public or to certain users that "follow" a user), "retweets" by one user of another user, or

2   direct messages that are typically visible only to the sender and recipient.

3        12.     Twitter operates its service in many languages, including English and Arabic. Many

4   Twitter users live in Saudi Arabia and some users of Saudi nationality or descent live outside of Saudi

5   Arabia, including in the United States. Twitter has access to and maintains data about each of its users,

6   and Twitter's privacy policy outlines the circumstances in which the data maintained by Twitter about

7   its users may be disclosed, sold, or transferred. Twitter considers its user data to be valuable, and uses it

8   for tailoring revenue-generating advertisements to its users, as well as supplying engaging content and

9   other purposes.

10       13.     Title 18, United States Code, Section 2702, provides that service providers of electronic

11   communications and remote computing services, such as Twitter, may voluntarily disclose user data to a

12   governmental entity, if the service provider, in good faith, believes than an emergency involving danger

13   of death or serious physical injury to any person requires disclosure without delay of data relating to the

14   emergency.

15       14.     The Kingdom of Saudi Arabia ("KSA") is a monarchy governed by the Saudi King and

16   his Royal Court, which is akin to a cabinet or executive office. Members of the King's Royal Family

17   hold most of the country's important posts.

18       15.     From at least in or about June 2, 2014, up to and including in or about December 3, 2015,

19   a foreign official of the Kingdom of Saudi Arabia who is not identified by name ("Foreign Official-1")

20   was the secretary general of a charitable organization ("Organization No. 1") of a member of the Saudi

21   Arabian Royal Court ("Royal Family Member-1"). Beginning May 3, 2015, Foreign Official-1 listed

22   his employer on his U.S. visa application as the "Royal Court."

23       16.     Ali Hamad ALZABARAH is a citizen of Saudi Arabia and resided in San Bruno,

24   California from at least 2014 until December 3, 2015. Funded by a Saudi Arabian scholarship,

25   ALZABARAH entered the United States in 2005 and studied and obtained degrees in computer science

26   from various universities in the United States. From in or about August 2013 to in or around December

27   2015, ALZABARAH worked as a site reliability engineer at Twitter in San Francisco, California.

28

AFFIDAVIT OF FBI SA LETITIA WU                                3

17.     Ahmad ABOUAMMO is a United States citizen and resided in the Northern District of California from at least November 2013 until May 22, 2015, and thereafter resided in Seattle, Washington. ABOUAMMO was an employee of Twitter, Inc. from on or about November 3, 2013 to May 22, 2015. ABOUAMMO was a Media Partnerships Manager responsible for the Middle East and North Africa ("MENA") region at Twitter. ABOUAMMO was involved in assisting notable accounts of public interest, brands, journalists, and celebrities for the MENA region with content, Twitter strategy, and sharing best practices.

18.     Ahmed ALMUTAIRI, also known as Ahmed ALJBREEN, is a Saudi citizen. ALMUTAIRI was present in the United States of America between approximately August 21, 2014 until approximately May 24, 2015. From at least May 2014 to the present, ALMUTAIRI has controlled a Saudi social media marketing company that does work for Organization No. 1 and members of the Saudi Royal Family, including Royal Family Member-1. ALMUTAIRI traveled to the United States on a student visa in August 2014 for the purpose of studying English in the San Francisco Bay Area.

19.     ABOUAMMO and ALZABARAH had access to proprietary and confidential Twitter information, including information about Twitter users, including the user-provided email addresses, birthdates, phone number, and internet protocol ("IP") addresses.

20.     Twitter employees, including ABOUAMMO and ALZABARAH, agree to abide by the Twitter "Playbook" which outlines the policies Twitter employees must obey as part of their employment. Twitter's 2013 employment contracts with ABOUAMMO and ALZABARAH, prohibited them from engaging in outside employment or consulting "or any other business activity that would create a conflict of interest with the Company." Twitter's 2013 Employee Invention Assignment and Confidentiality Agreements with ABOUAMMO and ALZABARAH affirmed "a relationship of confidence and trust" between Twitter and each employee "with respect to any information of a confidential or secret nature that may be disclosed to me by the Company or a third party that relates to the business of the Company" and defined "Proprietary Information" to include "customer lists and data." The Employee Invention Assignment and Confidentiality Agreement further required ABOUAMMO and ALZABARAH to "keep and hold all such Proprietary Information in strict confidence and trust. I will not use or disclose any Proprietary Information without the prior written

AFFIDAVIT OF FBI SA LETITIA WU                                                                                        4

1 consent of the Company" and required them during their employment not to "use[] any Company

2 information for any other business or employment."

3    21.    Twitter's "Playbook Acknowledgement," which ABOUAMMO and ALZABARAH each

4 signed during 2013, stated that each would read, understand, and abide by Twitter's policies, including

5 the Security Handbook, which defined user data as confidential data and prohibited sharing confidential

6 data with third parties without approval.

7    22.    Twitter's "Gift Policy" during ABOUAMMO and ALZABARAH's employment stated:

8 "[f]or gifts exceeding $100 in value, bring the gift to the attention of both your manager and VP of HR

9 before returning to sender."

10    23.    Neither ABOUAMMO nor ALZABARAH's job duties included a need to access a

11 Twitter user's private information, and doing so was a reportable violation of the Twitter Playbook

12 policies regarding protecting user data.  Since December 2015, Twitter has enhanced its controls and

13 permissions to restrict access to user information only to those whose duties require access.

14    24.    As of November 1, 2019, ALZABARAH, ALMUTAIRI, and ABOUAMMO have not

15 provided notification to the Attorney General that they were acting as an agent of a foreign government.

16 **IV.    SAUDI ARABIA'S USE OF ABOUAMMO AND ALZABARAH TO OBTAIN PRIVATE
      TWITTER USER DATA ON BEHALF OF THE KINGDOM OF SAUDI ARABIA**

17

18    A.    ABOUAMMO's Contact With AHMED ALMUTAIRI and Foreign Official-1 Starting in
         June 2014 and Meeting With Foreign Official-1 in the United States and the United

19       Kingdom

20    25.    Foreign Official-1, on behalf of KSA, began cultivating employees of Twitter in an effort

21 to obtain private user information that it could not obtain elsewhere.

22    26.    In April 2014, according to emails from Twitter, a public relations firm representing the

23 Embassy of the Kingdom of Saudi Arabia contacted Twitter and asked for assistance in verifying the

24 Twitter account of a Saudi Arabian news personality.  Twitter assigned the task to ABOUAMMO.  In an

25 email, ABOUAMMO explained to the public relations firm that he was heading the media partnerships

26 for the MENA region, and part of his job was to work with media partners to share best practices and

27 work on Twitter strategy.  ABOUAMMO also asked the public relations firm to let him know if they

28 have any other requests regarding the Saudi government.

27.     On or about May 16, 2014, a representative from the U.S.-Saudi Arabian Business Council in Vienna, VA, emailed ABOUAMMO and asked him to arrange a tour of Twitter's San Francisco office for a group of Saudi "entrepreneurs." ABOUAMMO agreed and coordinated with others at Twitter to schedule the tour for June 13, 2014. A follow-up email informed ABOUAMMO that the attendees would include Foreign Official-1, who subsequently (in early 2015) became the head of Royal Family Member-1's private office. On the day of the tour, June 13, 2014, ABOUAMMO emailed his telephone number to Foreign Official-1. The email subject stated "contact for ahmad" and the body of the message contained only ABOUAMMO's ten-digit personal phone number and his signature block.

28.     Also on the day of the tour, Foreign Official-1 emailed ABOUAMMO about verifying the Twitter account of Royal Family Member-1, indicating that Foreign Official-1 was working for and at the direction of Royal Family Member-1 with respect to his online presence on the Twitter platform.

29.     On June 14, 2014, Foreign Official-1 emailed ABOUAMMO and asked for ABOUAMMO's contact information. ABOUAMMO responded by email with his Twitter email address and his personal Skype account, and again provided his personal telephone number. On that date, at approximately 3:36 p.m. Pacific, toll records show Foreign Official-1 contacting ABOUAMMO in a telephone call that lasted approximately 1 minute, 47 seconds. Subsequently, on June 15 and 17, 2014, Foreign Official-1 emailed ABOUAMMO two photographs – one of Foreign Official-1 with ABOUAMMO, and another of Foreign Official-1, ABOUAMMO, and the group of visitors to Twitter on June 13, 2014.

30.     In or around late November 2014, Foreign Official-1 and ABOUAMMO communicated by telephone and email to coordinate an in-person meeting in London, United Kingdom, in early December 2014. For example, on November 20, 2014, ABOUAMMO emailed Foreign Official-1 through ABOUAMMO's Twitter account and asked if Foreign Official-1 had finalized his trip to London and informed Foreign Official-1 that he would be in London between December 1, 2014 and December 5, 2014. ABOUAMMO traveled to London, United Kingdom on November 29, 2014 to attend a Twitter global media summit.

31.     Around this same time, ABOUAMMO also met with Ahmed ALMUTAIRI, whose company does work for Foreign Official-1's charitable organization.  On November 15, 2014, ALMUTAIRI sent an email to ABOUAMMO requesting an "urgent meeting" in San Francisco to discuss their "mutual interest."  ALMUTAIRI explained he was the advisor for a "VVIP 1st Degree Member of the Saudi Royal Family."  On November 20, 2014, ALMUTAIRI met with ABOUAMMO in front of the Twitter office in San Francisco, California, and posted a photograph of himself with ABOUAMMO on ALMUTAIRI's Twitter account.  On December 1, 2014, prior to ABOUAMMO's meeting with Foreign Official-1 in London, ALMUTAIRI emailed ABOUAMMO at his Twitter account and stated, "I'm quite confident that by both of us cooperating and working together, we'll achieve the goals of Twitter in the region."

32.     Foreign Official-1 emailed ABOUAMMO on December 4, 2014, and stated "I'm in Paris I will come to london tomorrow for one day to meet you on Friday.  When I arrive I will call you."  The next day, December 5, 2014, Foreign Official-1 contacted ABOUAMMO by telephone in a call that lasted approximately four seconds, and Foreign Official-1 and ABOUAMMO met in person in London, United Kingdom.  On December 6, 2014, ABOUAMMO returned to San Francisco.

33.     As discussed below, I met with ABOUAMMO on October 20, 2018, and ABOUAMMO told me at that time that, while in London, Foreign Official-1 gave him a watch.  Records obtained by the FBI show that, on or about December 27, 2014, ABOUAMMO contacted an online consignment store for luxury watches about a Hublot Unico Big Bang King Gold Ceramic watch.  The consignment store offered to sell the watch for $20,000.  In January 2015, ABOUAMMO responded to advertisements of potential buyers looking for luxury watches on Craigslist.org, claiming his watch, which he stated he purchased in London, U.K., was worth $35,000 and that he would accept an offer of no less than $25,000.  At the request of the FBI, a United Kingdom law enforcement official visited the store where ABOUAMMO had claimed in his online communications to have purchased the watch, however, the store informed the law enforcement official that it did not carry or sell the Hublot Unico Big Bang King Gold Ceramic watch.

//

B.   ABOUAMMO's Unauthorized Access of Private Twitter User Data and Continued
Contact With Foreign Official-1

34.      Within one week of ABOUAMMO's meeting in London with Foreign Official-1,
ABOUAMMO began accessing private Twitter user information of interest to Foreign Official-1 and the
Saudi Royal Family.

35.      On December 12, 2014, ABOUAMMO accessed Twitter User-1's email address through
Twitter's computer systems. Based on the FBI's review of Twitter User-1's public postings, Twitter
User-1 was a prominent critic of the Kingdom of Saudi Arabia and the Royal Family with over
1,000,000 Twitter followers. ABOUAMMO accessed Twitter User-1's email address again on January
5, 2015, January 27, 2015, February 4, 2015, February 7, 2015, February 18, 2015, and February 24,
2015.

36.      On or about January 17, 2015, Foreign Official-1 began communicating with
ABOUAMMO on ABOUAMMO's personal email in addition to his Twitter email account. On January
17, 2015, Foreign Official-1 emailed ABOUAMMO at ABOUAMMO's personal email and stated only
"as we discussed in london..." Foreign Official-1 attached to the email a document that discussed how
Twitter User-1 had violated both Twitter policy and Saudi laws. On January 20, 2015, Foreign Official-
1 called ABOUAMMO twice (the calls lasting 19 seconds and 51 seconds, respectively). On January
22, 2015, Foreign Official-1 called ABOUAMMO seven times (no answer, 6 seconds, 5 seconds, 3
seconds, 4 minutes 37 seconds, 3 minutes 36 seconds, and 39 seconds, respectively). ABOUAMMO
also accessed the email address provided by user @KingSalman the same day. The handle
@KingSalman was the Twitter Account for Saudi King Salman bin Abdulaziz Al Saud. Foreign
Official-1 called ABOUAMMO on January 23, 24, and twice on January 25, 2015 (1 minute 57 seconds,
no answer, 1 minute 57 seconds, and 6 seconds, respectively). On January 27, 2015, ABOUAMMO
accessed Twitter User-1's user email address again. The next day, Foreign Official-1 called
ABOUAMMO three times (11 seconds, 5 seconds, and no answer).

37.      On February 3, 2015, Foreign Official-1 forwarded ABOUAMMO an email from Twitter
Support revealing that Foreign Official-1 filed a complaint with Twitter against Twitter User-2, who was
impersonating a member of the Saudi Royal Family. The email indicated Foreign Official-1 filed a

1  report with Twitter advising he was the representative of the individual being impersonated by Twitter

2  User-2. Based on the FBI's review of the Twitter User-2's public postings, Twitter User-2 appeared to

3  be a critic of the Kingdom of Saudi Arabia and the Royal Family. Twitter Support requested Foreign

4  Official-1 provide proof that he is authorized to represent the individual. On that same day,

5  ABOUAMMO's close relative residing in Beirut, Lebanon, opened a Lebanese bank account at the

6  Beshara El-Khoury branch of Bank Audi in Beirut ("Bank Audi Account") and the account later

7  received payments that were later disbursed to ABOUAMMO's account in the United States, discussed

8  below. On February 4, 2015, ABOUAMMO accessed Twitter User-1's user information again and was

9  able to view account information, including the email address and telephone number associated with

10  Twitter User-1's account. According to a Twitter Security Engineer that FBI interviewed, the amount of

11  information a Twitter employee can view through Twitter computer systems depended on both the user-

12  provided information and the level of access of the Twitter employee.

13      38.    On February 5, 2015, Foreign Official-1 emailed ABOUAMMO at his Twitter account

14  and attached a document written in Arabic and translated with the banner, "Urgent Report - Secret and

15  private" that discussed tweets by Twitter User-2. On February 7, 2015, ABOUAMMO accessed Twitter

16  User-1's email address and phone number as well as Twitter User-2's email address.

17      39.    On February 9, 2015, ABOUAMMO registered the website for CYRCL, LLC at

18  http://cyrcl.co. As discussed below, ABOUAMMO used this limited liability company to receive

19  $100,000 USD from Foreign Official-1 in 2016. On February 12 and 13, 2015, Foreign Official-1 called

20  ABOUAMMO five times (7 minutes 28 seconds, 1 minute 24 seconds, 2 minutes 10 seconds on

21  February 12, 2015, and 15 and 17 seconds on February 13, 2015). On February 13, 2015, Foreign

22  Official-1 sent a $100,000 wire transfer to ABOUAMMO's close relative in Beirut, Lebanon.

23      40.    On February 16, 2015, Foreign Official-1 called ABOUAMMO three times. Two days

24  later, ABOUAMMO accessed Twitter User-1's email address and phone number. On February 19,

25  2015, ABOUAMMO created an online user ID and password to access the Bank Audi Account his close

26  relative opened in Lebanon on February 3, 2015. On February 24, 2015, ABOUAMMO accessed

27  Twitter User-1's email address and phone number. On the same day, a $9,963 wire transfer was sent

28

1 | from the Lebanon Bank Audi Account to ABOUAMMO's Bank of America account ending in 3078
2 | ("Bank of America Account").

3 |      41.     On March 5, 2015, Foreign Official-1 called ABOUAMMO 11 times. Foreign Official-1
4 | also called ABOUAMMO three times on March 6, 2015. On March 8, 2015, ABOUAMMO sent
5 | Foreign Official-1 a Twitter direct message stating "proactive and reactively we will delete evil my
6 | brother." On March 12, 2015, a $9,911 wire transfer was sent from the Lebanon Bank Audi Account to
7 | ABOUAMMO's Bank of America Account.

8 |      42.     On May 22, 2015, ABOUAMMO resigned from his position at Twitter. In sum,
9 | ABOUAMMO accessed Twitter User-1's email address and phone number between January 5, 2015,
10 | and February 24, 2015 and accessed Twitter User-2's email address on February 7, 2015. Based on
11 | information provided by Twitter and ABOUAMMO's former supervisor at Twitter, ABOUAMMO had
12 | no legitimate business use as a Media Partnerships Manager for accessing users' account information,
13 | and doing so would have been a violation of the company's policies.

14 |      C.    <u>ABOUAMMO Quits Twitter and Moves to Seattle but Continues Contact With and</u>
15 |         <u>Accepts Money from Foreign Official-1 Through a Relative's Foreign Account</u>

16 |      43.     Even after ABOUAMMO left Twitter, Foreign Official-1 paid him for services rendered
17 | and for continuing to contact Twitter employees on behalf of KSA officials.

18 |      44.     In late May 2015, ABOUAMMO moved from the San Francisco Bay Area to Seattle,
19 | Washington for a new job. After ABOUAMMO started his new job, Foreign Official-1 continued to
20 | contact him with requests for Twitter to take action on certain user accounts, including requests to shut
21 | down certain accounts for violating Twitter's terms of service and to verify certain official users at
22 | Twitter. ABOUAMMO attempted to facilitate Foreign Official-1's requests by contacting his former
23 | colleagues at Twitter.

24 |      45.     While facilitating requests from Foreign Official-1, ABOUAMMO continued to transfer
25 | money from the Bank Audi Account to the Bank of America Account. On June 15, 2015, a $10,000
26 | wire transfer was sent from the Bank Audi Account to the Bank of America Account which was then
27 | used as part of ABOUAMMO's down payment for his new residence. A July 7, 2015, a $30,000 wire
28 |

1  transfer was sent from the Bank Audi Account to the Bank of America Account with a notation that it

2  was part of a "down payment of an appartment [sic] in USA."

3      46.     Two days later, on July 9, 2015, Foreign Official-1 sent ABOUAMMO a wire transfer

4  receipt through Twitter direct message showing he had wired $100,000 from the National Commercial

5  Bank in Saudi Arabia to the Bank Audi Account.  Along with the wire transfer receipt, Foreign Official-

6  1 apologized for the late response.  ABOUAMMO then responded asking whether Foreign Official-1

7  needed anything from Twitter.  On July 13, 2015, ABOUAMMO emailed Twitter Support and requested

8  verification (a form of authentication by Twitter that an account actually belongs to a notable individual,

9  organization, or company) of the Twitter account @majedhogail, which is used by the Minister of

10 Housing of the Kingdom of Saudi Arabia.  On July 30, 2015, ABOUAMMO submitted a cashier's

11 check for $56,495.30 toward down payment for a residence in Seattle.

12     47.     On August 23, 2015, Foreign Official-1 called ABOUAMMO (3 minutes and 11

13 seconds).  Then on September 8, 2015, Foreign Official-1 emailed ABOUAMMO at ABOUAMMO'S

14 personal email and attached two documents – one discussing the Saudi penalties for hacking,

15 unauthorized access of information, violation of privacy and defamation of other; the other document

16 discussing the Saudi penal law on dissemination and disclosure of classified information and documents.

17 On September 17, 2015, ABOUAMMO received an email from Twitter Support confirming he had

18 requested verification of the Twitter account @infographic_ksa, which based on the FBI's review of

19 public postings, appears to feature Saudi government information.  Ten days later, Foreign Official-1

20 called ABOUAMMO (4 seconds).

21     48.     On December 11, 2015, Foreign Official-1 emailed ABOUAMMO and stated, "Hello,

22 Call me.  Please as soon as possible.  Thank you."  Foreign Official-1 also called ABOUAMMO but

23 records show the call never connected.  On the same day, ABOUAMMO emailed a Director in Twitter's

24 Dubai office asking for help with the verification of the Twitter account @aleissaahmed, the Saudi

25 Minister of Education.  ABOUAMMO explained that he was asking on behalf of "King Salman's team"

26 and it would be great if she could escalate it.

27     49.     On December 31, 2015, ABOUAMMO created a limited liability company, CYRCL,

28 LLC and registered it with the State of Washington.  On the same day, ABOUAMMO received an

AFFIDAVIT OF FBI SA LETITIA WU                                                                11

1  employer identification number from IRS for CYRCL, LLC.  On January 12, 2016, ABOUAMMO
2  opened a business checking account at Chase Bank.  On January 25, 2016, Foreign Official-1 wired
3  $100,000 from the National Commercial Bank in Saudi Arabia to ABOUAMMO's newly opened Chase
4  Bank account.

5        50.    On February 5, 2016, ABOUAMMO forwarded a verification request to Twitter Support
6  for the Twitter account @saudiarabia and stated that it will be used by "the King's team."
7  ABOUAMMO then received two calls from Foreign Official-1 on February 16, 2016 (42 seconds and 8
8  seconds).  Then on March 1, 2016, ABOUAMMO received an email from Twitter Support confirming
9  he had requested verification of the another Twitter account, which was used by the Saudi Ambassador
10  to Iraq.  ABOUAMMO followed-up with an email to someone in Twitter Support stating that the
11  request was on behalf of his "old partners in the Saudi Government."  Five days later, Foreign Official-1
12  called ABOUAMMO (2 minutes and 29 seconds).

13
14       D.    <u>FBI Interview of ABOUAMMO, and ABOUAMMO's False Statements and Documents
         Emailed to FBI</u>

15        51.    On October 20, 2018, I traveled to Seattle, Washington to interview ABOUAMMO at his
16  residence about his receipt of the watch and his communications with Foreign Official-1 and others. I
17  identified myself as an agent of the FBI in Palo Alto, California and that I was conducting an
18  investigation there.

19        52.    During the course of that interview, as set forth in detail herein, ABOUAMMO
20  communicated, in substance and in part, the following information:

21          a.    ABOUAMMO stated that he looked at the details of the User-1 account after
22               receiving an email from Foreign Official-1 about that account;

23          b.    ABOUAMMO stated that he met with Foreign Official-1 in London and
             received a watch from Foreign Official-1, but described it as "plasticky" and
24               "junky" and valued it at $500;

25          c.    ABOUAMMO stated that he only received a $100,000 USD wire from Foreign
26               Official-1, which ABOUAMMO stated was payment for consulting and media
             strategy work; and

27          d.    ABOUAMMO showed me communications with Foreign Official-1 conducted
28               over Twitter direct messages; one of the messages contained an embedded

photograph of a wire transfer receipt for $100,000 USD from Foreign Official-1
to ABOUAMMO's relative in Lebanon on July 9, 2015. Immediately after
showing FBI the wire transfer receipt, I observed ABOUAMMO delete the direct
message from his phone.

53.    Based on the information above, I believe that ABOUAMMO made false statements to
the FBI about the type and value of the watch he received from Foreign Official-1. ABOUAMMO
stated that the watch was worth $500 and was a "Halo" watch, when in reality the watch was a Hublot
watch that ABOUAMMO had tried to sell for at least $20,000. ABOUAMMO further stated that he had
received $100,000 from Foreign Official-1, when in reality he had received at least $300,000 from him.

54.    On October 20, 2018, during and following the interview, ABOUAMMO produced
several documents to the FBI, one of which was created or altered by ABOUAMMO during the
interview in order to corroborate his statements after the interview had begun. ABOUAMMO claimed
that he created a consulting company, identified as CYRCL, LLC, and that he consulted for Foreign
Official-1 in 2015 after he left Twitter. ABOUAMMO stated that he received a payment of $100,000
for one year of consultancy. During the interview, ABOUAMMO offered to obtain a copy of the
consulting contract from a desktop computer that he claimed was in his bedroom, and requested that the
Agents not follow him to the bedroom. A few minutes later, ABOUAMMO emailed an undated invoice
to the email address of a Palo Alto, California based FBI Special Agent.

55.    I believe that ABOUAMMO created the invoice in his residence on a computer while
Agents were waiting for ABOUAMMO to provide them with the invoice that was discussed. The
address on the invoice for services ABOUAMMO said were rendered in 2015 and 2016 was
ABOUAMMO's current address, however, public records show that the property was built in 2017 and
ABOUAMMO did not purchase it until August 2017, and the metadata properties associated with the
file emailed to the FBI indicates that the file was created on the date of the interview (i.e., October 20,
2018). Another invoice ABOUAMMO voluntarily provided the FBI to corroborate the existence of his
business showed a file creation date several months prior to the interview.

//

AFFIDAVIT OF FBI SA LETITIA WU                                                                   13

1      E.     ALZABARAH's Contact With ALMUTAIRI Starting From February 2015 Through May 2015

2      56.    ALMUTAIRI acted as an intermediary between ALZABARAH and Foreign Official-1.

3      57.    On or around February 16, 2015, while he was employed by Twitter, ALZABARAH

4 received a telephone call from ALMUTAIRI. ALZABARAH and ALMUTAIRI spoke for

5 approximately 15 minutes. Approximately three days later, on or about February 19, 2015,

6 ALZABARAH sent his *curriculum vitae* to ALMUTAIRI via email. ALMUTAIRI acknowledged

7 receipt the next day, on or about February 20, 2015. Also on or about February 20, 2015, ALMUTAIRI

8 posted a photograph of himself and ALZABARAH on ALMUTAIRI's Twitter account. Accompanying

9 the posted photograph, ALMUTAIRI commented about being honored to have had dinner with his

10 friend ALZABARAH the previous day. ALMUTAIRI also commented that ALZABARAH was the

11 only Saudi Arabian who worked at Twitter. As further examples of ALZABARAH's contact with

12 ALMUTAIRI, in or about March 2015, ALMUTAIRI asked ALZABARAH about the process of

13 Twitter verifying user accounts as authentic.

14      58.    On or about May 12, 2015, Foreign Official-1 traveled from Saudi Arabia to Washington,

15 D.C., as part of an official delegation from the Kingdom of Saudi Arabia.

16      59.    On or around May 13, 2015, the day after Foreign Official-1 arrived in the United States,

17 ALZABARAH made plans to travel to meet Foreign Official-1 in Washington, D.C. Among other

18 things, in Apple iMessages found on ALZABARAH's Twitter-owned laptop, ALZABARAH explained

19 the purpose of his trip to his wife:

20
21
22
> Okay, there is an important subject I would like to talk to you about. I am traveling to Washington at the request of the office of [Royal Family Member-1]. At ten o'clock tonight and I return tomorrow at ten o'clock at night.

23 ALZABARAH also explained:

24
25
26
> [ALMUTAIRI] called me. He said he was in Washington and told them about me and everything about me and they said 'we would like to meet with him wherever he is right now,' and that is the Director of the private office of [Royal Family Member-1].

27

28

60.     By May 2015, Foreign Official-1 was an employee of the Saudi Arabian Royal Court. He was the Director of the private office of Royal Family Member-1 and the Secretary General for two charitable organizations for Royal Family Member-1.  That same day, ALZABARAH purchased an airline ticket to the Washington, D.C., area.  Based on airline records and other evidence obtained through legal process, ALZABARAH planned to stay, and did in fact stay, in the Washington, D.C., area for less than 12 hours on May 14, 2015.

61.     Evidence obtained by the FBI indicates that ALZABARAH communicated with representatives of the KSA during his visit to Washington, DC.  Specifically, evidence obtained by the FBI shows the following (all times Eastern):

a.      Shortly after landing at Dulles Airport in the Washington, D.C.-area, ALZABARAH made contact with ALMUTAIRI.  Specifically, ALZABARAH called ALMUTAIRI at approximately 8:53 a.m. (11 seconds), and ALMUTAIRI called ALZABARAH at approximately 9:06 a.m. (58 seconds).

b.      From the airport, ALZABARAH took a cab to a residence in Fairfax, Virginia, arriving at approximately 9:31 a.m.  Open source databases and Department of State visa records indicate the residence was leased by an employee of the Saudi Ministry of Interior at the Embassy of the Kingdom of Saudi Arabia in Washington, D.C. (the "Fairfax Address")

c.      Upon arriving at the Fairfax Address, ALMUTAIRI called ALZABARAH at approximately 9:32 a.m. (28 seconds) and at approximately 9:34 a.m. (no answer).

d.      Several hours later, ALMUTAIRI called ALZABARAH at approximately 1:38 p.m. (26 seconds) and again at approximately 2:22 p.m. (10 seconds).

e.      At approximately 4:40 p.m., ALMUTAIRI scheduled a trip with a ride hailing service that terminated at the intersection adjacent to the Fairfax Residence, arriving at approximately 4:42 p.m.

f.      At approximately 4:42 p.m., ALZABARAH scheduled a trip with the same ride hailing service and with the same named driver used by ALMUTAIRI. ALZABARAH travelled from the Fairfax Address to Dulles Airport.

g.      At approximately 7:59 p.m., ALZABARAH boarded a flight at Dulles Airport and returned to San Francisco that evening.

62.     During ALZABARAH's trip to Washington, D.C., ALMUTAIRI, who had travelled from San Francisco to Washington, D.C. on May 12, was staying at rental lodging adjacent to a hotel in Washington, D.C., which Foreign Official-1 specified as his intended lodging.  Additionally, on or about May 13, 2015, the day before ALZABARAH travelled to Washington, D.C., ALMUTAIRI posted a photograph of himself with Royal Family Member-1, for whom Foreign Official-1 worked.  In the caption for the posting, ALMUTAIRI wrote that it was an honor for him to meet with Royal Family Member-1 in Washington.  Based on non-content phone records, from on or about May 6, 2015, through on or about May 24, 2015, ALMUTAIRI exchanged at least 10 telephone contacts with Foreign Official-1.

F.     ALZABARAH's Unauthorized Access of Private Twitter User Data and Continued Contact with ALMUTAIRI and Foreign Official-1

63.     Within one week of returning to San Francisco, ALZABARAH began to access without authorization private data of Twitter users *en masse*.  Specifically, although ALZABARAH had not accessed the private user data of any Twitter Accounts since February 24, 2015, starting on May 21, 2015, through November 18, 2015, ALZABARAH accessed without authorization through Twitter's computer systems the Twitter user data of over 6,000 Twitter users, including at least 33 usernames for which Saudi Arabian law enforcement had submitted emergency disclosure requests to Twitter.  A Twitter Security Engineer informed the FBI that, although ALZABARAH may have had grandfathered access to view user information through an internal Twitter tool called "Profile Viewer," ALZABARAH had no legitimate business purpose as a Site Reliability Engineer to access user accounts. ALZABARAH's job was to help keep the site up and running, which did not involve accessing individual user accounts.

64.     On May 21, 2015, ALZABARAH first accessed through Twitter's computer systems the Twitter user data of Twitter User-1 at approximately 3:17 p.m.  On May 21, 2015, Twitter User-1 shared a public Twitter relating to the Royal Family.  That same day, Foreign Official-1 asserted publicly through Twitter that Twitter User-1's posting was false, and ALMUTAIRI and ALZABARAH exchanged 3 telephone contacts, including one call lasting approximately 21 minutes at approximately 7:30 p.m., which was approximately four hours after ALZABARAH accessed Twitter User-1's data.

1  ALZABARAH accessed Twitter User-1's account and was able to view his email address, phone

2  number, and IP address.  Twitter User-1's account was the only Twitter account that ALZABARAH

3  accessed through Twitter's computer systems on that day.  In total, from May 21 through October 2015,

4  ALZABARAH accessed through Twitter's computer systems Twitter User-1's account on at least nine

5  separate days.  During that time, the Kingdom of Saudi Arabia made no emergency disclosure requests

6  to Twitter regarding Twitter User-1's account.

7        65.     After his 12-hour visit to Washington, D.C., on May 14, 2015, ALZABARAH's phone

8  records, which were obtained by the FBI through legal process, also show that he began having direct

9  contact with Foreign Official-1.  ALZABARAH accessed private Twitter user data on May 21, 2015, the

10 same day that ALZABARAH had telephone contact with ALMUTAIRI.  ALZABARAH next accessed

11 private Twitter user data on May 29, 2015, close in time with his telephone exchanges with Foreign

12 Official-1.  Specifically, the investigation has identified the following activities on May 29, 2015:

| Approximate Time (Pacific) | Foreign Official-1 Communications With ALZABARAH | ALZABARAH's Access of Private User Data of Twitter Accounts |
|---|---|---|
| 8:34 a.m. | | Twitter User-3 (email and IP address).  This account is now closed, but the FBI Google search for that account show that it is in Arabic and had posted pictures of an improvised explosive device. |
| 8:38 a.m. | ALZABARAH called Foreign Official-1 (2:37). | |
| 9:17 a.m. | ALZABARAH called Foreign Official-1 (2:48). | |
| 9:18 a.m. | | Twitter User-3 (email and IP address). |
| 9:26 a.m. | Foreign Official-1 called ALZABARAH (3:38). | |
| 9:27 a.m. | | Twitter User-4 (email and IP address).  The account is now deactivated (i.e., closed). |

24 Later the same day, the Kingdom of Saudi Arabia submitted emergency disclosure requests for

25 information regarding both Twitter User-3 and Twitter User-4, which Twitter granted.

26       66.     Through a court-approved search of ALZABARAH's Apple ID account, the FBI found

27 an Apple Note that had been last modified on June 7, 2015 (initially created on May 12, 2015).  That

1   note stated in Arabic, "[an honorific term for Foreign Official-1,] I would like to ask your advice and

2   opinion regarding an issue. I just saw the announcement the ministry made regarding rewards. Do you

3   think it applies to us? What do you advise? Should we ask them?" In this statement, I believe that

4   ALZABARAH wanted to inquire about potentially receiving some of the announced reward money in

5   exchange for the information that he had accessed for and provided to Foreign Official-1. Several days

6   earlier, on June 3, 2015, a U.S. based news outlet reported that Saudi Arabia offered a $1.9 million

7   reward (5 million Saudi Riyals) for information that would avert future terrorist attacks.

8       67.     ALZABARAH had access to information that was more detailed than the information

9   Twitter did or would have disclosed to KSA in response to emergency disclosure requests. For example,

10   ALZABARAH also had access to all recent IP address information, device used, user-provided

11   biographical information, logs that contained the user's browser information, and a log of all of a

12   particular user's actions on the Twitter platform at any given time.

13       68.     ALZABARAH continued this conduct into the subsequent months. During June 2015,

14   ALZABARAH accessed without authorization through Twitter's computer systems the Twitter user data

15   of approximately 5,726 Twitter users, including Twitter User-1's account.

16       69.     On June 6, 2015, between approximately 12:20 p.m. and 12:50 p.m. Pacific [7:20 p.m.

17   and 7:50 p.m. UTC], ALZABARAH accessed without authorization through Twitter's computer

18   systems the Twitter user data (email and IP address) of four specific accounts: Twitter User-5, Twitter

19   User-6, Twitter User-7, and Twitter User-8.

20       70.     A court-authorized search of Foreign Official-1's email account revealed that on the same

21   day, June 6, 2015, at approximately 5:33 p.m. Pacific [12:33 a.m. UTC on June 7], Foreign Official-1

22   saved a note in his email account with information about these same four Twitter users. Specifically, the

23   note in Arabic stated:

24           [Twitter User-5:]

25           [a]s far as I can tell his name is [redacted], he's about 22, and the IP is [redacted]. Last
            logged in on 06/06/2015 at 16:57 UTC. Using an iPhone.
26

27           [Twitter User-6:]

28           Is not in Saudi Arabia; he goes back and forth between Turkey and Iraq.

[Twitter User-7:]

He is in Turkey and has a friend, or something, and they use the same Michigan State University account.

[Twitter User-8:]

This one is a professional. He's a Saudi that uses encryption by a British named Volter/Folter [phonetic spelling]. He signed up for the service but he does his own encryption. We tracked him and found that 12 days ago he signed in once without encryption from IP [redacted] at 18:40 UTC on 05/25/2015. This one does not use a cell phone at all, just a browser. He's online right using Firefox form a windows machine.

71.     The FBI obtained records from Twitter relating to any emergency disclosure requests submitted by Saudi Arabian law enforcement for the four accounts listed above.  Twitter records showed:

    a.     Twitter User-5:  Saudi Arabian law enforcement submitted an emergency disclosure request on June 4, 2015, and Twitter granted the request on the same day.  This was two days before ALZABARAH accessed information on Twitter User-5 and Foreign Official-1 updated his notes with information on Twitter User-5.

    b.     Twitter User-6:  There are no records of any emergency disclosure requests between at least May 1, 2015 through February 16, 2016.

    c.     Twitter User-7:  There are no records of any emergency disclosure requests between at least May 1, 2015 through February 16, 2016.

    d.     Twitter User-8:  Saudi Arabian law enforcement submitted an emergency disclosure request on May 30, 2015 and Twitter granted the request on the same day.

72.     Based on a review of the evidence, the information found in Foreign Official-1's email account related to the "last access" by Twitter User-5 (i.e., June 6, 2015 at 4:57 p.m. UTC) was not provided by Twitter through the emergency disclosure request response sent on June 5, 2015 at approximately 12:41 a.m. UTC.  The "last access" date and time of Twitter User-5 post-dates Twitter's response to the emergency disclosure request.  Likewise, the information found in Foreign Official-1's email account related to Twitter User-6 and Twitter User-7 was not provided by Twitter through an emergency disclosure request because no such request was granted.

73.     Twitter's standard data production for emergency disclosure requests includes the account file, the creation IP file, device file, and 48 hours of session IPs, which are further described as:

AFFIDAVIT OF FBI SA LETITIA WU                                                                                    19

- Account File: account ID number, date and time of account creation, last modified date, user's email address, application used to create the account, user name and time zone (if specified by user);

- Creation IP File: contains the IP and timestamp associated with the account creation;

- Device File: date/time device is registered, date/time device is modified, type of device, phone carrier, and verified phone number;

- IP Audit: account ID number, date/time of login, and IP address for login.

74.    On June 14, 2015, Foreign Official-1 called ALZABARAH at approximately 12:57 p.m. Pacific (unanswered), at approximately 1:17 p.m. (unanswered), and at approximately 1:58 p.m. (7 minutes 16 seconds). That same day, between approximately 11:51 a.m. and 11:25 p.m. Pacific, ALZABARAH accessed without authorization the private user data of approximately 5,502 Twitter users, including possibly using bulk searches in Twitter's internal databases.

75.    On June 18, 2015, at approximately 5:00 p.m., Foreign Official-1 called ALZABARAH (25 seconds).

76.    Twitter User-9 is a well-known and influential critic of the government and Royal Family of Saudi Arabia with asylum in Canada. On June 19, 2015, and July 5, 2015, ALZABARAH accessed Twitter User-9's account and was able to view the user's account information.

77.    Based on Customs and Border Protection records, ALZABARAH flew from the United States to Saudi Arabia on July 11, 2015, and returned on August 14, 2015. ALZABARAH reported this absence to Twitter, and Twitter approved ALZABARAH's personal leave from July 13 to August 11, 2015.

78.    During ALZABARAH's personal leave and concurrent with his travel to Saudi Arabia, he continued to access the private user data of numerous Twitter users, including Twitter User-1 and Twitter User-5. On July 18, 2015, one day after Twitter granted emergency disclosure requests made by Saudi Arabian law enforcement for Twitter User-10, Twitter User-11, and Twitter User-12, ALZABARAH accessed user information for those three accounts.

79.    Additionally, on July 18, 2015, while on personal leave in Saudi Arabia, ALZABARAH created and modified another Apple Note, which contains further notes of ALZABARAH contemplating

AFFIDAVIT OF FBI SA LETITIA WU                                                                                    20

1    rewards and credit in exchange for the information that he had accessed for and provided to Foreign

2    Official-1.  Specifically, ALZABARAH's Apple Note, which the FBI found in the search of

3    ALZABARAH's Apple ID account, stated the following bullet points in Arabic:

- My situation there, where am I, and how is this going to affect me?

- Huge mistake today, I feel that we were not included. I need to know who they are
  and why they are in charge of us. If something happens to him…I don't know
  anyone. I want to communicate directly. I feel that they are showing off. What is this?

- We served them and they didn't give us any credit at all. They took credit for the
  subject. As happened 11 years ago. Those sitting we give it to them [*sic*] this is scary,
  save us all from great things [*sic*]. Only you and I know this is grave injustice towards
  me and him. The issue is not purely financial, the issue is moral, honorary [UI], and
  credit.

- I would like to improve in the lacking areas via the [charitable organization run by
  Foreign Official-1]. I would like to become a member in it by any means or take
  training classes in leadership and business administration.

- Father's matter is trivial and I was expecting help at least for what we did for
  them…Now they know the issue, a phone call to the man in charge and the problem
  is solved.

- I want a permanent position… something that secures my future and my family's,
  strengthens my relationship with them, and [makes me] feel reassured.

- I need a phone, laptop, credit card, and 4G. How to connect as fast as possible [to the
  Internet] should I need to? To whom can I speak?

- A weekly meeting or bi-weekly to check-in and such.

[. . .]

- The subject of taxes and how I had problems with it.

20        80.     Based on a review of the Security Set Identifiers (a sequence of characters that uniquely

21    names a wireless local area network) identified in a court-approved search of ALZABARAH's Twitter-

22    issued computer, ALZABARAH used his Twitter laptop to connect to networks of ALMUTAIRI's

23    company in Saudi Arabia on July 29 and 30, 2015, during this period of personal leave.

24        81.     After returning to the United States, Foreign Official-1 continued to communicate with

25    ALZABARAH, and ALZABARAH continued to access Twitter User-1's private account data.  For

26    example, on August 20, 2015, Foreign Official-1 called ALZABARAH at approximately 12:06 p.m.

27    Pacific (3 seconds), and ALZABARAH returned Foreign Official-1's call at approximately 12:12 p.m.

28

1  (56 seconds). Later that day, ALZABARAH accessed without authorization through Twitter's computer

2  systems the Twitter user data of Twitter User-1 from approximately 8:46 p.m. until 8:52 p.m. Pacific.

3  ALZABARAH accessed eleven other Twitter users' accounts on the same day, including the accounts of

4  a possible critic of Saudi Arabia, the King of Saudi Arabia, and ABOUAMMO.

5       82.     Similarly, in September 2015, Foreign Official-1 called ALZABARAH on September 8,

6  2015, at approximately 8:01 p.m. Pacific (5 minutes). Later that same month, ALZABARAH accessed

7  without authorization through Twitter's computer systems the Twitter user data of Twitter User-1 on

8  September 27 and 28, 2015, which was the day before and the day that Twitter User-1's Twitter account

9  was reported "hacked," which Twitter confirmed when Twitter User-1 filed a formal complaint. The

10  "hacking" was claimed in online postings, and Twitter responded to User-1's complaint stating that the

11  account appeared to have been compromised.

12       83.     The FBI's search of ALZABARAH's Apple ID account shows that, on November 5,

13  2015, between approximately 12:11 a.m. and 12:18 a.m. Pacific, ALZABARAH created another Apple

14  Note that stated in Arabic in relevant part, "Today, I became officially a member of the technical team at

15  Twitter. This is the fifth tier out of six for engineers in companies in the Silicon Valley... My happiness

16  is unimaginable and wanted to share with you the good news...[Foreign Official-1] thank you for

17  supporting me and for everything...As much as I am happy for the position, I am happier with and very

18  proud of my work with you. As per your previous advice, I will not announce the news via my Twitter

19  account unless you give me your permission. May God keep you safe!"

20       G.     Twitter's Confrontation of ALZABARAH, and ALZABARAH's Flight to Saudi Arabia

21       84.     Immediately after Twitter confronted ALZABARAH about his access of user data,

22  ALZABARAH contacted ALMUTAIRI and another individual, identified here as Associate-1, to assist

23  him in fleeing the United States by the next day.

24       85.     On or about December 2, 2015, Twitter confronted ALZABARAH regarding his

25  unauthorized access of private data of Twitter users. ALZABARAH admitted to accessing user account

26  information without authorization, but stated that he did so simply out of curiosity. ALZABARAH

27  expressed his concern about both his employment and the status of his work visa, which Twitter had

28

1  sponsored.  Twitter placed ALZABARAH on administrative leave, seized his Twitter-owned laptop

2  computer, and escorted him from the building.

3        86.    At approximately 4:29 p.m., ALZABARAH left the Twitter building.  As he drove to his

4  apartment residence in San Bruno, California, ALZABARAH called ALMUTAIRI at approximately

5  4:30 p.m.  Phone records indicate this call was unanswered.  Shortly after arriving at his residence,

6  ALZABARAH also called (3 seconds) Associate-1 at approximately 5:17 p.m. While at his apartment

7  complex that day, ALZABARAH visited the leasing office and told an assistant manager there that he

8  was unsure of his visa status because he had been laid-off from Twitter.  ALZABARAH stated he was

9  going to try to find another job, but he may get deported.

10       87.    Next, based on the FBI's contemporaneous observations of ALZABARAH and the FBI's

11 investigation afterwards, including obtaining phone records, the following occurred:

| Approximate Time (Pacific) | Events of December 2, 2015 |
|---|---|
| 7:18 p.m. | ALZABARAH met outside his residence Associate-1, who was driving a white sport-utility vehicle.  ALZABARAH entered Associate-1's vehicle, and Associate-1 proceeded to drive around the area. |
| 7:20 p.m. | While Associate-1 drove with ALZABARAH around ALZABARAH's residence, Associate-1's cellular telephone called (8 seconds) Foreign Official-1's Saudi Arabian cellular telephone. |
| 7:22 p.m. | Associate-1's cellular telephone called (unanswered) Foreign Official-1's Saudi Arabian cellular telephone. |
| 7:31 p.m. | Associate-1's cellular telephone called (unanswered) Foreign Official-1's Saudi Arabian cellular telephone. |
| 7:48 p.m. | Associate-1 returned ALZABARAH to his residence, and Associate-1 departed the area in the vehicle. |
| 7:58 p.m. | Foreign Official-1's Saudi Arabian cellular telephone called the Saudi Arabian Consul General in Los Angeles (unanswered), and the Consul General returned the call at 8:03 p.m. (unanswered). |
| 8:03 p.m. | Foreign Official-1's Saudi Arabian cellular telephone called (8 seconds) Associate-1's cellular telephone. |
| 8:05 p.m. | Foreign Official-1's Saudi Arabian cellular telephone called (3 minutes 48 seconds) the Saudi Arabian Consul General in Los Angeles. |
| 8:09 p.m. | Foreign Official-1's Saudi Arabian cellular telephone called (5 seconds) Associate-1's cellular telephone. |
| 8:30 p.m. | ALZABARAH called (unanswered) the Saudi Arabian Consul General in Los Angeles. |
| 8:38 p.m. | Associate-1 called (3 minutes, 48 seconds) the Saudi Arabian Consul General in Los Angeles. |

| 9:26 p.m. | ALZABARAH called (unanswered) the Saudi Arabian Consul General in Los Angeles from his Saudi cellular telephone. |
| 12:21 a.m. (Dec. 3, 2015) | The Saudi Arabian Consul General in Los Angeles called (3 minutes, 1 second) ALZABARAH on his Saudi cellular telephone. |

88.     The day after, on or about December 3, 2015, at approximately 7:00 a.m. Pacific, ALZABARAH, his wife, and his daughter boarded a flight at the San Francisco International Airport and flew (connecting through the Los Angeles International Airport) to Saudi Arabia.  During the connection at the Los Angeles International Airport (ALZABARAH arrived in Los Angeles at approximately 8:32 a.m. and departed at approximately 3:00 p.m.), ALZABARAH and Associate-1 exchanged three telephone contacts – one text message at approximately 8:31 a.m., one call (1 minute, 8 seconds) at approximately 9:00 a.m., and one call (15 seconds) at approximately 12:16 p.m.  Also during ALZABARAH's layover in Los Angeles, ALZABARAH's Saudi cellular telephone and the Saudi Arabian Consul General in Los Angeles exchanged three telephonic contacts – one call from ALZABARAH at approximately 9:56 a.m. (8 seconds), one call to ALZABARAH at approximately 10:40 a.m. (2 minutes) and one call to ALZABARAH at approximately 11:39 a.m. (1 minute 30 seconds).

89.     Between the time that ALZABARAH left the Twitter building on December 2, 2015, and his departure from San Francisco at approximately 7:00 am on December 3, 2015, ALZABARAH's telephone records for his U.S. cellular phone indicate contact with only ALMUTAIRI, Associate-1, the Saudi Arabian Consul General in Los Angeles, ALZABARAH's wife, his Twitter supervisor, one other Twitter employee, Wells Fargo Bank, U.S. Bank, and an Uber driver.

90.     On December 3, 2015 at approximately 11:38 p.m. Pacific, Twitter received an email from ALZABARAH stating that he was resigning from his employment at the company.  Based on flight records, this email was transmitted while ALZABARAH was in the air.

H.     ALZABARAH's Continued Work for Officials of The Kingdom of Saudi Arabia

91.     Within one month of arriving in Saudi Arabia, emails show that ALZABARAH began using an email address at a charitable foundation where Foreign Official-1 is the Secretary General.  In particular, emails sent to and from ALZABARAH's charitable foundation account show him working with ALMUTAIRI and several others, on a team to monitor and manipulate social media under Foreign

1   Official-1's leadership and for the benefit of the Kingdom of Saudi Arabia. In March 2016,

2   ALZABARAH emailed the "team," which included ALMUTAIRI and Foreign Official-1, and stated

3   that he had established a private website and virtual private network for them to use. ALZABARAH

4   was working in that capacity continuously through at least June 2016.

5        92.     ALZABARAH has submitted several visa applications to return to the United States in

6   which he has disclosed, among other things, employment by the Royal Family and Organization No. 1

7   and listing Foreign Official-1 as his point of contact.

8        93.     As of May 9, 2019, ALZABARAH has a valid B1/B2 visa but has not yet returned to the

9   United States.

10  **V.    CONCLUSION**

11       94.     Based on the foregoing, there is probable cause to believe that Ahmad ABOUAMMO,

12  Ali ALZABARAH and Ahmed ALMUTAIRI acted in the United States as agents of the Kingdom of

13  Saudi Arabia without prior notification to the Attorney General, as required by law, in violation of 18

14  U.S.C. § 951. There is further probable cause that Ahmad ABOUAMMO knowingly falsified and

15  transmitted to agents of the FBI a falsified invoice in order to obstruct a pending federal criminal

16  investigation, in violation of 18 U.S.C. § 1519.

17       95.     Accordingly, I request the Court to issue the attached Criminal Complaint and Arrest

18  Warrants.

19

20  //

21

22  //

23

24  //

25

26  //

27

28  //

AFFIDAVIT OF FBI SA LETITIA WU                                                        25

1 | VI.     **SEALING REQUEST**

2       96.      Since this investigation is ongoing, disclosure of the complaint and this affidavit may

3 jeopardize the progress of the investigation, result in the destruction of evidence, intimidation or

4 collusion of witnesses, or the flight of a defendant. Accordingly, I request that the Court issue an order

5 that the complaint, this affidavit in support, and any attachments thereto, along with the order itself, be

6 filed under seal until further order of the Court.

7       I declare under penalty of perjury that the above is true and correct to the best of my knowledge

8 and belief.

9

10                  Letitia L. Wu
                        Special Agent
                        Federal Bureau of Investigation

11

12 Sworn to and subscribed before me
this   5TH   day of November, 2019.

13

14

15 THE HONORABLE THOMAS S. HIXSON
UNITED STATES MAGISTRATE JUDGE

16

17

18

19

20

21

22

23

24

25

26

27

28

# EXHIBIT 2

**FILED**

NOV -7 2019

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT ~~UNDER SEAL~~
## UNDER SEAL

for the

Northern District of California

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. |
| AHMAD ABOUAMMO | ) | |
| | ) | 3:19-71824 |
| | ) | |
| | ) | |
| _Defendant_ | | |

**TSH**

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
_(name of person to be arrested)_   AHMAD ABOUAMMO
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☑ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 18 U.S.C. § 951 - Acting as Agent of Foreign Government Without Notice to Attorney General
18 U.S.C. § 1519 - Falsification of Records to Obstruct Investigation

Date:  11/5/19

_Issuing officer's signature_

City and state:   San Francisco, California

Hon. Thomas S. Hixson, U.S. Magistrate Judge
_Printed name and title_

| Return |
|---|
| This warrant was received on _(date)_  11/5/19 , and the person was arrested on _(date)_  11/5/19 at _(city and state)_  Seattle, WA |
| Date:  11/7/2019 |
| _Arresting officer's signature_ |
| SA Luke Thomas |
| _Printed name and title_ |

# EXHIBIT 3

**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

WESTERN DISTRICT OF WASHINGTON

Case number *(if known)* _____

Chapter you are filing under:

■ Chapter 7
☐ Chapter 11
☐ Chapter 12
☐ Chapter 13

☐ Check if this an
amended filing

Official Form 101

# Voluntary Petition for Individuals Filing for Bankruptcy

12/17

The bankruptcy forms use *you* and *Debtor 1* to refer to a debtor filing alone. A married couple may file a bankruptcy case together—called a *joint case*—and in joint cases, these forms use *you* to ask for information from both debtors. For example, if a form asks, "Do you own a car," the answer would be yes if either debtor owns a car. When information is needed about the spouses separately, the form uses *Debtor 1* and *Debtor 2* to distinguish between them. In joint cases, one of the spouses must report information as *Debtor 1* and the other as *Debtor 2*. The same person must be *Debtor 1* in all of the forms.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

| Part 1: | Identify Yourself |
|---|---|

|  | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|
| **1. Your full name**<br><br>Write the name that is on your government-issued picture identification (for example, your driver's license or passport).<br><br>Bring your picture identification to your meeting with the trustee. | **Ahmad**<br>First name<br><br>**Muhieddine**<br>Middle name<br><br>**Abou Ammo**<br>Last name and Suffix (Sr., Jr., II, III) | First name<br><br>Middle name<br><br>Last name and Suffix (Sr., Jr., II, III) |
| **2. All other names you have used in the last 8 years**<br><br>Include your married or maiden names. |  |  |
| **3. Only the last 4 digits of your Social Security number or federal Individual Taxpayer Identification number (ITIN)** | xxx-xx-2961 |  |

Debtor 1   __Ahmad Muhieddine Abou Ammo__                          Case number *(if known)* _____

|  | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|

**4.** **Any business names and Employer Identification Numbers (EIN) you have used in the last 8 years**

Include trade names and *doing business as* names

■ I have not used any business name or EINs.

☐ I have not used any business name or EINs.

Business name(s) _____

Business name(s) _____

EINs _____

EINs _____

**5.** **Where you live**

**3rd Avenue W
Seattle, WA 98119**
Number, Street, City, State & ZIP Code

**King**
County

**If your mailing address is different from the one above, fill it in here.** Note that the court will send any notices to you at this mailing address.

_____
Number, P.O. Box, Street, City, State & ZIP Code

**If Debtor 2 lives at a different address:**

_____
Number, Street, City, State & ZIP Code

_____
County

**If Debtor 2's mailing address is different from yours, fill it in here.** Note that the court will send any notices to this mailing address.

_____
Number, P.O. Box, Street, City, State & ZIP Code

**6.** **Why you are choosing *this district* to file for bankruptcy**

*Check one:*

■ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

☐ I have another reason.
Explain. (See 28 U.S.C. § 1408.)

*Check one:*

☐ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

☐ I have another reason.
Explain. (See 28 U.S.C. § 1408.)

Debtor 1    __Ahmad Muhieddine Abou Ammo__          Case number *(if known)* _____

**Part 2:**    **Tell the Court About Your Bankruptcy Case**

| | | |
|---|---|---|
| 7. | **The chapter of the Bankruptcy Code you are choosing to file under** | *Check one.* (For a brief description of each, see *Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy (Form 2010)*). Also, go to the top of page 1 and check the appropriate box. |

     ■ Chapter 7

     ☐ Chapter 11

     ☐ Chapter 12

     ☐ Chapter 13

| | | |
|---|---|---|
| 8. | **How you will pay the fee** | ■ **I will pay the entire fee when I file my petition.** Please check with the clerk's office in your local court for more details about how you may pay. Typically, if you are paying the fee yourself, you may pay with cash, cashier's check, or money order. If your attorney is submitting your payment on your behalf, your attorney may pay with a credit card or check with a pre-printed address. |
| | | ☐ **I need to pay the fee in installments.** If you choose this option, sign and attach the *Application for Individuals to Pay The Filing Fee in Installments* (Official Form 103A). |
| | | ☐ **I request that my fee be waived** (You may request this option only if you are filing for Chapter 7. By law, a judge may, but is not required to, waive your fee, and may do so only if your income is less than 150% of the official poverty line that applies to your family size and you are unable to pay the fee in installments). If you choose this option, you must fill out the *Application to Have the Chapter 7 Filing Fee Waived* (Official Form 103B) and file it with your petition. |

| | | |
|---|---|---|
| 9. | **Have you filed for bankruptcy within the last 8 years?** | ■ No. |
| | | ☐ Yes. |

| | | | | | |
|---|---|---|---|---|---|
| | District _____ | When _____ | Case number _____ |
| | District _____ | When _____ | Case number _____ |
| | District _____ | When _____ | Case number _____ |

| | | |
|---|---|---|
| 10. | **Are any bankruptcy cases pending or being filed by a spouse who is not filing this case with you, or by a business partner, or by an affiliate?** | ■ No |
| | | ☐ Yes. |

| | | | |
|---|---|---|---|
| | Debtor _____ | | Relationship to you _____ |
| | District _____ | When _____ | Case number, if known _____ |
| | Debtor _____ | | Relationship to you _____ |
| | District _____ | When _____ | Case number, if known _____ |

| | | |
|---|---|---|
| 11. | **Do you rent your residence?** | ■ No.    Go to line 12. |
| | | ☐ Yes.    Has your landlord obtained an eviction judgment against you? |

       ☐   No. Go to line 12.

       ☐   Yes. Fill out *Initial Statement About an Eviction Judgment Against You* (Form 101A) and file it as part of this bankruptcy petition.

Debtor 1   __Ahmad Muhieddine Abou Ammo_____          Case number (if known) _____

---

**Part 3:**   Report About Any Businesses You Own as a Sole Proprietor

12. **Are you a sole proprietor of any full- or part-time business?**

A sole proprietorship is a business you operate as an individual, and is not a separate legal entity such as a corporation, partnership, or LLC.

If you have more than one sole proprietorship, use a separate sheet and attach it to this petition.

■ **No.**   Go to Part 4.

☐ **Yes.**   Name and location of business

_____
Name of business, if any

_____

_____
Number, Street, City, State & ZIP Code

Check the appropriate box to describe your business:

☐   Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐   Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐   Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐   Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐   None of the above

13. **Are you filing under Chapter 11 of the Bankruptcy Code and are you a *small business debtor*?**

For a definition of *small business debtor*, see 11 U.S.C. § 101(51D).

*If you are filing under Chapter 11, the court must know whether you are a small business debtor so that it can set appropriate deadlines. If you indicate that you are a small business debtor, you must attach your most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. 1116(1)(B).*

■ **No.**   I am not filing under Chapter 11.

☐ **No.**   I am filing under Chapter 11, but I am NOT a small business debtor according to the definition in the Bankruptcy Code.

☐ **Yes.**   I am filing under Chapter 11 and I am a small business debtor according to the definition in the Bankruptcy Code.

---

**Part 4:**   Report if You Own or Have Any Hazardous Property or Any Property That Needs Immediate Attention

14. **Do you own or have any property that poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety? Or do you own any property that needs immediate attention?**

*For example, do you own perishable goods, or livestock that must be fed, or a building that needs urgent repairs?*

■ **No.**

☐ **Yes.**   What is the hazard?   _____

If immediate attention is needed, why is it needed?   _____

Where is the property?   _____

_____
Number, Street, City, State & Zip Code

---

Debtor 1  __Ahmad Muhieddine Abou Ammo__                    Case number *(if known)* _____

| Part 5: | Explain Your Efforts to Receive a Briefing About Credit Counseling |

**15. Tell the court whether you have received a briefing about credit counseling.**

The law requires that you receive a briefing about credit counseling before you file for bankruptcy. You must truthfully check one of the following choices. If you cannot do so, you are not eligible to file.

If you file anyway, the court can dismiss your case, you will lose whatever filing fee you paid, and your creditors can begin collection activities again.

**About Debtor 1:**

*You must check one:*

☑ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.
If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

    ☐ **Incapacity.**
    I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

    ☐ **Disability.**
    My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

    ☐ **Active duty.**
    I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver credit counseling with the court.

**About Debtor 2 (Spouse Only in a Joint Case):**

*You must check one:*

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

    ☐ **Incapacity.**
    I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

    ☐ **Disability.**
    My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

    ☐ **Active duty.**
    I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

Debtor 1 __Ahmad Muhieddine Abou Ammo__

Case number *(if known)* _____

| Part 6: | Answer These Questions for Reporting Purposes |

**16. What kind of debts do you have?**

16a. **Are your debts primarily consumer debts?** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

☐ No. Go to line 16b.

☑ Yes. Go to line 17.

16b. **Are your debts primarily business debts?** *Business debts* are debts that you incurred to obtain money for a business or investment or through the operation of the business or investment.

☐ No. Go to line 16c.

☐ Yes. Go to line 17.

16c. State the type of debts you owe that are not consumer debts or business debts

**17. Are you filing under Chapter 7?**

☐ No. I am not filing under Chapter 7. Go to line 18.

**Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available for distribution to unsecured creditors?**

☑ Yes. I am filing under Chapter 7. Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available to distribute to unsecured creditors?

☑ No

☐ Yes

**18. How many Creditors do you estimate that you owe?**

☑ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than100,000

**19. How much do you estimate your assets to be worth?**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☑ $500,001 - $1 million

☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**20. How much do you estimate your liabilities to be?**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☑ $500,001 - $1 million

☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

| Part 7: | Sign Below |

**For you**

I have examined this petition, and I declare under penalty of perjury that the information provided is true and correct.

If I have chosen to file under Chapter 7, I am aware that I may proceed, if eligible, under Chapter 7, 11,12, or 13 of title 11, United States Code. I understand the relief available under each chapter, and I choose to proceed under Chapter 7.

If no attorney represents me and I did not pay or agree to pay someone who is not an attorney to help me fill out this document, I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I understand making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**/s/ Ahmad Muhieddine Abou Ammo**
**Ahmad Muhieddine Abou Ammo**
Signature of Debtor 1

Signature of Debtor 2

Executed on __August 26, 2019__
MM / DD / YYYY

Executed on _____
MM / DD / YYYY

Debtor 1   __Ahmad Muhieddine Abou Ammo__                                Case number (if known)   _____

---

**For your attorney, if you are represented by one**

**If you are not represented by an attorney, you do not need to file this page.**

I, the attorney for the debtor(s) named in this petition, declare that I have informed the debtor(s) about eligibility to proceed under Chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each chapter for which the person is eligible. I also certify that I have delivered to the debtor(s) the notice required by 11 U.S.C. § 342(b) and, in a case in which § 707(b)(4)(D) applies, certify that I have no knowledge after an inquiry that the information in the schedules filed with the petition is incorrect.

__/s/ Donald A. Bailey__                              Date    __August 26, 2019__
Signature of Attorney for Debtor                              MM / DD / YYYY

__Donald A. Bailey 12289__
Printed name

__Donald A Bailey Attorney at Law__
Firm name

__1610 Fifth Ave., suite 610__
__Seattle, WA 98101__
Number, Street, City, State & ZIP Code

Contact phone   __206 682 4802__            Email address    __donald.bailey@shaferbailey.com__

__12289 WA__
Bar number & State

---

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Ahmad Muhieddine Abou Ammo** | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | WESTERN DISTRICT OF WASHINGTON | | |
| Case number | | | |
| (if known) | | | |

☐ Check if this is an amended filing

## Official Form 106Sum
## Summary of Your Assets and Liabilities and Certain Statistical Information          12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new *Summary* and check the box at the top of this page.

**Part 1:      Summarize Your Assets**

**Your assets**
Value of what you own

| | | |
|---|---|---|
| 1. | **Schedule A/B: Property** (Official Form 106A/B)<br>1a. Copy line 55, Total real estate, from Schedule A/B.................................................................. | $ 970,000.00 |
| | 1b. Copy line 62, Total personal property, from Schedule A/B.............................................................. | $ 28,498.38 |
| | 1c. Copy line 63, Total of all property on Schedule A/B....................................................................... | $ 998,498.38 |

**Part 2:      Summarize Your Liabilities**

**Your liabilities**
Amount you owe

| | | |
|---|---|---|
| 2. | *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D)<br>2a. Copy the total you listed in Column A, *Amount of claim*, at the bottom of the last page of Part 1 of *Schedule D...* | $ 821,064.25 |
| 3. | *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F)<br>3a. Copy the total claims from Part 1 (priority unsecured claims) from line 6e of *Schedule E/F*............................. | $ 0.00 |
| | 3b. Copy  the total claims from Part 2 (nonpriority unsecured claims) from line 6j of *Schedule E/F*........................... | $ 132,844.07 |
| | **Your total liabilities** | $ 953,908.32 |

**Part 3:      Summarize Your Income and Expenses**

| | | |
|---|---|---|
| 4. | *Schedule I: Your Income* (Official Form 106I)<br>Copy your combined monthly income from line 12 of *Schedule I*............................................................ | $ 2,742.00 |
| 5. | *Schedule J: Your Expenses* (Official Form 106J)<br>Copy your monthly expenses from line 22c of *Schedule J*..................................................................... | $ 9,710.00 |

**Part 4:      Answer These Questions for Administrative and Statistical Records**

6. **Are you filing for bankruptcy under Chapters 7, 11, or 13?**

   ☐   No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

   ■   Yes

7. **What kind of debt do you have?**

   ■   **Your debts are primarily consumer debts.** *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-9g for statistical purposes. 28 U.S.C. § 159.

   ☐   **Your debts are not primarily consumer debts.** You have nothing to report on this part of the form. *Check this box* and submit this form to the court with your other schedules.

Official Form 106Sum          **Summary of Your Assets and Liabilities and Certain Statistical Information**          page 1 of 2

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor 1 __Ahmad Muhieddine Abou Ammo__ _____   Case number *(if known)* _____

8.  **From the *Statement of Your Current Monthly Income*:** Copy your total current monthly income from Official Form 122A-1 Line 11; **OR**, Form 122B Line 11; **OR**, Form 122C-1 Line 14.

| | |
|---|---|
| $ | 0.00 |

9.  **Copy the following special categories of claims from Part 4, line 6 of *Schedule E/F*:**

| From Part 4 on *Schedule E/F*, copy the following: | | Total claim |
|---|---|---|
| 9a. Domestic support obligations (Copy line 6a.) | $ | 0.00 |
| 9b. Taxes and certain other debts you owe the government. (Copy line 6b.) | $ | 0.00 |
| 9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.) | $ | 0.00 |
| 9d. Student loans. (Copy line 6f.) | $ | 0.00 |
| 9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.) | $ | 0.00 |
| 9f. Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.) | +$ | 0.00 |
| 9g. **Total.** Add lines 9a through 9f. | $ | 0.00 |

**Fill in this information to identify your case and this filing:**

| Debtor 1 | **Ahmad Muhieddine Abou Ammo** | | |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 (Spouse, if filing) | | | |
| | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | WESTERN DISTRICT OF WASHINGTON | | |
| Case number | | | |

☐ Check if this is an amended filing

# Official Form 106A/B
## Schedule A/B: Property
12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1:    Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In**

1. Do you own or have any legal or equitable interest in any residence, building, land, or similar property?

☐ No. Go to Part 2.

☑ Yes. Where is the property?

1.1
**3rd Avenue W**
Street address, if available, or other description

**Seattle**        **WA**    **98119-0000**
City                State        ZIP Code

**King**
County

**What is the property?** Check all that apply
☑ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other

**Who has an interest in the property?** Check one
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

**Residence: House**
**Parcel No. 265250-0051**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property?          **$970,000.00**
Current value of the portion you own?          **$970,000.00**

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

**Fee simple**

☐ Check if this is community property (see instructions)

2.  Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here.............................................................................=>

| $970,000.00 |
|---|

**Part 2:    Describe Your Vehicles**

Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not? Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

Debtor 1   __Ahmad Muhieddine Abou Ammo__                    Case number *(if known)* _____

3. **Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**

☐ No
■ Yes

| | | | |
|---|---|---|---|
| **3.1** Make: **Audi** | **Who has an interest in the property?** Check one | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* | |
| Model: **Q7** | ■ Debtor 1 only | **Current value of the entire property?** | **Current value of the portion you own?** |
| Year: **2013** | ☐ Debtor 2 only | | |
| Approximate mileage: **30,000** | ☐ Debtor 1 and Debtor 2 only | | |
| Other information: | ☐ At least one of the debtors and another | | |
| **Location:    3rd Avenue W, Seattle WA 98119** | ☐ Check if this is community property (see instructions) | $22,000.00 | $22,000.00 |

4. **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
   *Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

■ No
☐ Yes

5   Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here............................................................=>    | $22,000.00 |

**Part 3:**   Describe Your Personal and Household Items

Do you own or have any legal or equitable interest in any of the following items?     **Current value of the portion you own?**
Do not deduct secured claims or exemptions.

6. **Household goods and furnishings**
   *Examples:* Major appliances, furniture, linens, china, kitchenware
   ☐ No
   ■ Yes. Describe.....

   | beds, miscellaneous furniture - at Public Storage - see SOFA #22 | | $600.00 |

7. **Electronics**
   *Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games
   ☐ No
   ■ Yes. Describe.....

   | Electronics: TV at Public Storage | | $750.00 |

8. **Collectibles of value**
   *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles
   ■ No
   ☐ Yes. Describe.....

9. **Equipment for sports and hobbies**
   *Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments
   ■ No
   ☐ Yes. Describe.....

10. **Firearms**
    *Examples:* Pistols, rifles, shotguns, ammunition, and related equipment
    ■ No
    ☐ Yes. Describe.....

Debtor 1   **Ahmad Muhieddine Abou Ammo**                                    Case number *(if known)*   _____

**11. Clothes**
*Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories
☐ No
■ Yes.  Describe.....

| Clothing Location:   3rd Avenue W, Seattle WA 98119 | $1,500.00 |
|---|---|

**12. Jewelry**
*Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver
☐ No
■ Yes.  Describe.....

| Jewelry: Wedding rings, necklace Location:      3rd Avenue W, Seattle WA 98119 | $1,000.00 |
|---|---|

**13. Non-farm animals**
*Examples:* Dogs, cats, birds, horses
■ No
☐ Yes.  Describe.....

**14. Any other personal and household items you did not already list, including any health aids you did not list**
■ No
☐ Yes.  Give specific information.....

**15.** Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here ..................................................................

| $3,850.00 |
|---|

**Part 4:** Describe Your Financial Assets

Do you own or have any legal or equitable interest in any of the following?

Current value of the portion you own?
Do not deduct secured claims or exemptions.

**16. Cash**
*Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition
☐ No
■ Yes.........................................................................................................

| | Cash | $1,500.00 |
|---|---|---|

**17. Deposits of money**
*Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.
☐ No
■ Yes.........................

Institution name:

| 17.1. | Checking | Bank of America xxxx 3078 (balance on 8/20/19) | $438.82 |
|---|---|---|---|
| 17.2. | Checking | Bank of America xxxx xxxx 8873 (balance on 8/20/19) | $709.56 |

**18. Bonds, mutual funds, or publicly traded stocks**
*Examples:* Bond funds, investment accounts with brokerage firms, money market accounts
■ No
☐ Yes.................

Institution or issuer name:

Debtor 1   **Ahmad Muhieddine Abou Ammo**                                                  Case number *(if known)* _____

19. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**
   ■ No
   ☐ Yes.  Give specific information about them....................
   　　　　　Name of entity:　　　　　　　　　　　　　　　　　　　% of ownership:

20. **Government and corporate bonds and other negotiable and non-negotiable instruments**
   *Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
   *Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.
   ■ No
   ☐ Yes. Give specific information about them
   　　　　Issuer name:

21. **Retirement or pension accounts**
   *Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans
   ■ No
   ☐ Yes. List each account separately.
   　　　　Type of account:　　　　　　Institution name:

22. **Security deposits and prepayments**
   Your share of all unused deposits you have made so that you may continue service or use from a company
   *Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others
   ■ No
   ☐ Yes. .....................　　　　　　　　　　Institution name or individual:

23. **Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)
   ■ No
   ☐ Yes............    Issuer name and description.

24. **Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
   26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).
   ■ No
   ☐ Yes............    Institution name and description. Separately file the records of any interests.11 U.S.C. § 521(c):

25. **Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**
   ■ No
   ☐ Yes.  Give specific information about them...

26. **Patents, copyrights, trademarks, trade secrets, and other intellectual property**
   *Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements
   ■ No
   ☐ Yes.  Give specific information about them...

27. **Licenses, franchises, and other general intangibles**
   *Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses
   ■ No
   ☐ Yes.  Give specific information about them...

**Money or property owed to you?**　　　　　　　　　　　　　　　　　　　　　　**Current value of the portion you own?**
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Do not deduct secured claims or exemptions.

28. **Tax refunds owed to you**
   ■ No
   ☐ Yes. Give specific information about them, including whether you already filed the returns and the tax years.......

29. **Family support**
   *Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement
   ■ No
   ☐ Yes. Give specific information......

Debtor 1    **Ahmad Muhieddine Abou Ammo**                                    Case number *(if known)* _____

30. **Other amounts someone owes you**
    *Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay,  workers' compensation, Social Security
    benefits; unpaid loans you made to someone else
    ◼ No
    ☐ Yes.  Give specific information..

31. **Interests in insurance policies**
    *Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance
    ☐ No
    ◼ Yes. Name the insurance company of each policy and list its value.

| Company name: | Beneficiary: | Surrender or refund value: |
|---|---|---|
| **Insurance: Home owners insurance** | **Debtors** | **$0.00** |

32. **Any interest in property that is due you from someone who has died**
    If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because
    someone has died.
    ◼ No
    ☐ Yes. Give specific information..

33. **Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**
    *Examples:* Accidents, employment disputes, insurance claims, or rights to sue
    ◼ No
    ☐ Yes.  Describe each claim.........

34. **Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**
    ◼ No
    ☐ Yes.  Describe each claim.........

35. **Any financial assets you did not already list**
    ◼ No
    ☐ Yes.  Give specific information..

36. **Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached**
    **for Part 4. Write that number here**................................................................................................................    | **$2,648.38** |

| **Part 5:** | Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1. |
|---|---|

37. **Do you own or have any legal or equitable interest in any business-related property?**
    ◼ No. Go to Part 6.
    ☐ Yes.  Go to line 38.

| **Part 6:** | Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In. |
|---|---|
| | If you own or have an interest in farmland, list it in Part 1. |

46. **Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**
    ◼ No. Go to Part 7.
    ☐ Yes.  Go to line 47.

| **Part 7:** | Describe All Property You Own or Have an Interest in That You Did Not List Above |
|---|---|

53. **Do you have other property of any kind you did not already list?**
    *Examples:* Season tickets, country club membership
    ◼ No
    ☐ Yes. Give specific information.........

54. **Add the dollar value of all of your entries from Part 7. Write that number here** ....................................    | **$0.00** |

Debtor 1    **Ahmad Muhieddine Abou Ammo**             Case number *(if known)*

**Part 8:**    List the Totals of Each Part of this Form

| | | |
|---|---|---:|
| 55. | **Part 1: Total real estate, line 2** ...................................................................................... | $970,000.00 |
| 56. | **Part 2: Total vehicles, line 5** | $22,000.00 |
| 57. | **Part 3: Total personal and household items, line 15** | $3,850.00 |
| 58. | **Part 4: Total financial assets, line 36** | $2,648.38 |
| 59. | **Part 5: Total business-related property, line 45** | $0.00 |
| 60. | **Part 6: Total farm- and fishing-related property, line 52** | $0.00 |
| 61. | **Part 7: Total other property not listed, line 54**    + | $0.00 |
| 62. | **Total personal property.** Add lines 56 through 61... | $28,498.38 |

Copy personal property total      $28,498.38

63.   **Total of all property on Schedule A/B.** Add line 55 + line 62            $998,498.38

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Ahmad Muhieddine Abou Ammo** | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | WESTERN DISTRICT OF WASHINGTON | | |
| Case number | | | |
| (if known) | | | |

☐ Check if this is an amended filing

## Official Form 106C

# Schedule C: The Property You Claim as Exempt

4/16

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.

**Part 1:   Identify the Property You Claim as Exempt**

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

   ■ You are claiming state and federal nonbankruptcy exemptions.   11 U.S.C. § 522(b)(3)

   ☐ You are claiming federal exemptions.   11 U.S.C. § 522(b)(2)

2. **For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | | Specific laws that allow exemption |
|---|---|---|---|---|
| **3rd Avenue W Seattle, WA 98119  King County Residence: House Parcel No.**<br>Line from *Schedule A/B*: **1.1** | $970,000.00 | ■ | $125,000.00 | **Wash. Rev. Code §§  6.13.010, 6.13.020, 6.13.030** |
| | | ☐ | 100% of fair market value, up to any applicable statutory limit | |
| **2013 Audi Q7 30,000 miles Location:        3rd Avenue W, Seattle WA 98119**<br>Line from *Schedule A/B*: **3.1** | $22,000.00 | ☐ | | **Wash. Rev. Code § 6.15.010(1)(c)(iii)** |
| | | ■ | 100% of fair market value, up to any applicable statutory limit | |
| **beds, miscellaneous furniture - at Public Storage - see SOFA #22**<br>Line from *Schedule A/B*: **6.1** | $600.00 | ■ | $600.00 | **Wash. Rev. Code § 6.15.010(1)(c)(i)** |
| | | ☐ | 100% of fair market value, up to any applicable statutory limit | |
| **Electronics: TV at Public Storage**<br>Line from *Schedule A/B*: **7.1** | $750.00 | ■ | $750.00 | **Wash. Rev. Code § 6.15.010(1)(c)(i)** |
| | | ☐ | 100% of fair market value, up to any applicable statutory limit | |
| **Clothing Location:        3rd Avenue W, Seattle WA 98119**<br>Line from *Schedule A/B*: **11.1** | $1,500.00 | ■ | $1,500.00 | **Wash. Rev. Code § 6.15.010(1)(a)** |
| | | ☐ | 100% of fair market value, up to any applicable statutory limit | |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

Debtor 1   **Ahmad Muhieddine Abou Ammo**                                   Case number (if known) _____

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| **Jewelry: Wedding rings, necklace**<br>**Location:**      3rd Avenue W, Seattle<br>**WA 98119**<br>Line from *Schedule A/B*: **12.1** | $1,000.00 | ■  $1,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Wash. Rev. Code §**<br>**6.15.010(1)(a)** |
| **Cash**<br>Line from *Schedule A/B*: **16.1** | $1,500.00 | ■  $1,500.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Wash. Rev. Code §**<br>**6.15.010(1)(c)(ii)** |
| **Checking: Bank of America xxxx**<br>**3078 (balance on 8/20/19)**<br>Line from *Schedule A/B*: **17.1** | $438.82 | ■  $438.82<br>☐ 100% of fair market value, up to any applicable statutory limit | **Wash. Rev. Code §**<br>**6.15.010(1)(c)(ii)** |
| **Checking: Bank of America xxxx**<br>**xxxx 8873 (balance on 8/20/19)**<br>Line from *Schedule A/B*: **17.2** | $709.56 | ■  $709.56<br>☐ 100% of fair market value, up to any applicable statutory limit | **Wash. Rev. Code §**<br>**6.15.010(1)(c)(ii)** |

3. **Are you claiming a homestead exemption of more than $160,375?**
   (Subject to adjustment on 4/01/19 and every 3 years after that for cases filed on or after the date of adjustment.)

   ■ No

   ☐ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?

       ☐ No

       ☐ Yes

| Fill in this information to identify your case: | |
|---|---|
| Debtor 1 | **Ahmad Muhieddine Abou Ammo** |
| | First Name          Middle Name          Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name          Middle Name          Last Name |
| United States Bankruptcy Court for the: | WESTERN DISTRICT OF WASHINGTON |
| Case number (if known) | |

☐ Check if this is an amended filing

## Official Form 106D
## Schedule D: Creditors Who Have Claims Secured by Property          12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

**1. Do any creditors have claims secured by your property?**

☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.

■ Yes. Fill in all of the information below.

### Part 1:   List All Secured Claims

**2. List all secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | | Column A<br>*Amount of claim*<br>Do not deduct the<br>value of collateral. | Column B<br>*Value of collateral*<br>that supports this<br>claim | Column C<br>*Unsecured*<br>portion<br>If any |
|---|---|---|---|---|

| 2.1 | **Bank of America** | Describe the property that secures the claim: | $21,064.25 | $22,000.00 | $0.00 |
|---|---|---|---|---|---|

Creditor's Name

P. O. Box 15220
Wilmington, DE
19886-5220

Number, Street, City, State & Zip Code

**2013 Audi Q7 30,000 miles
Location:      3rd Avenue W,
Seattle WA 98119**

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Nature of lien. Check all that apply.

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ Check if this claim relates to a community debt

■ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset)

Date debt was incurred  **08/10/2015**          Last 4 digits of account number    **8525**

| 2.2 | **Union Bank** | Describe the property that secures the claim: | $800,000.00 | $970,000.00 | $0.00 |
|---|---|---|---|---|---|

Creditor's Name

P.O. Box 85600, Mail
code 2-36D-224
San Diego, CA 92186

Number, Street, City, State & Zip Code

**3rd Avenue W Seattle, WA
98119  King County
Residence: House
Parcel No. 265250-0051**

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Nature of lien. Check all that apply.

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ Check if this claim relates to a community debt

■ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset)

Date debt was incurred  **08/1/2017**          Last 4 digits of account number    **5006**

Debtor 1   **Ahmad Muhieddine Abou Ammo**                          Case number (if know) _____
            First Name        Middle Name        Last Name

Add the dollar value of your entries in Column A on this page. Write that number here:          $821,064.25

If this is the last page of your form, add the dollar value totals from all pages.          $821,064.25
Write that number here:

**Part 2:**   List Others to Be Notified for a Debt That You Already Listed

Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Part 1, list the additional creditors here. If you do not have additional persons to be notified for any debts in Part 1, do not fill out or submit this page.

**Fill in this information to identify your case:**

| Debtor 1 | **Ahmad Muhieddine Abou Ammo** | | |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | WESTERN DISTRICT OF WASHINGTON | | |
| Case number (if known) | | | |

☐ Check if this is an amended filing

## Official Form 106E/F
### Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on Schedule A/B: Property (Official Form 106A/B) and on Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G). Do not include any creditors with partially secured claims that are listed in Schedule D: Creditors Who Have Claims Secured by Property. If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. If you have no information to report in a Part, do not file that Part. On the top of any additional pages, write your name and case number (if known).

**Part 1:**   List All of Your PRIORITY Unsecured Claims

1.   **Do any creditors have priority unsecured claims against you?**

☐ No. Go to Part 2.

☐ Yes.

**Part 2:**   List All of Your NONPRIORITY Unsecured Claims

3.   **Do any creditors have nonpriority unsecured claims against you?**

☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.

☐ Yes.

4.   **List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

Total claim

| 4.1 | **American Express** | Last 4 digits of account number   **1007** | **$21,301.63** |
|---|---|---|---|

Nonpriority Creditor's Name

**Bankruptcy Dept**
**16 General Warren Blvd**
**Malvern, PA 19355**

When was the debt incurred?

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Contingent

☐ Debtor 2 only

☐ Unliquidated

☐ Debtor 1 and Debtor 2 only

☐ Disputed

☐ At least one of the debtors and another

Type of NONPRIORITY unsecured claim:

☐ **Check if this claim is for a community debt**

☐ Student loans

Is the claim subject to offset?

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

☐ Other. Specify   **Credit card purchases**

Debtor 1  **Ahmad Muhieddine Abou Ammo** _____    Case number (if know) _____

| 4.2 | **American Express** | Last 4 digits of account number  1002 _____ | $6,108.43 |

Nonpriority Creditor's Name
**Bankruptcy Dept**
**16 General Warren Blvd**
**Malvern, PA 19355**
Number Street City State Zip Code

**When was the debt incurred?**

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ Check if this claim is for a  community debt

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Credit card purchases**

---

| 4.3 | **Bank of America** | Last 4 digits of account number  3150 _____ | $6,245.35 |

Nonpriority Creditor's Name
**P.O. Box 982234**
**El Paso, TX 75285**
Number Street City State Zip Code

**When was the debt incurred?**

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ Check if this claim is for a  community debt

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Credit card purchases**

---

| 4.4 | **Barclay** | Last 4 digits of account number  5658 _____ | $10,861.13 |

Nonpriority Creditor's Name
**P.O. Box 13337**
**Philadelphia, PA 19101**
Number Street City State Zip Code

**When was the debt incurred?**

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ Check if this claim is for a  community debt

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Credit card purchases**

---

Debtor 1   Ahmad Muhieddine Abou Ammo                          Case number (if know)

| 4.5 | **Chase** | Last 4 digits of account number   **4273** | **$10,631.77** |

Nonpriority Creditor's Name
**PO Box 15298**
**Wilmington, DE 19850-5298**
Number Street City State Zip Code

When was the debt incurred?

**Who incurred the debt? Check one.**

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ Check if this claim is for a  community debt

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

**Is the claim subject to offset?**

☐ Debts to pension or profit-sharing plans, and other similar debts

■ No
☐ Yes

■ Other. Specify   **Credit card purchases**

---

| 4.6 | **Chase** | Last 4 digits of account number   **1557** | **$13,284.96** |

Nonpriority Creditor's Name
**PO Box 15298**
**Wilmington, DE 19850**
Number Street City State Zip Code

When was the debt incurred?

**Who incurred the debt? Check one.**

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ Check if this claim is for a  community debt

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

**Is the claim subject to offset?**

☐ Debts to pension or profit-sharing plans, and other similar debts

■ No
☐ Yes

■ Other. Specify   **Credit card purchases**

---

| 4.7 | **Chase** | Last 4 digits of account number   **3314** | **$14,449.74** |

Nonpriority Creditor's Name
**P.O Box 15298**
**Wilmington, DE 19850-5298**
Number Street City State Zip Code

When was the debt incurred?

**Who incurred the debt? Check one.**

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ Check if this claim is for a  community debt

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

**Is the claim subject to offset?**

☐ Debts to pension or profit-sharing plans, and other similar debts

■ No
☐ Yes

■ Other. Specify   **Credit card purchases**

---

Debtor 1  Ahmad Muhieddine Abou Ammo                     Case number (if know)

| 4.8 | Prosper | Last 4 digits of account number  6588 | $7,806.95 |

**Prosper**
Nonpriority Creditor's Name
221 Main Street, Suite 300
San Francisco, CA 94139
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number  6588

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  Loan

$7,806.95

---

| 4.9 | Prosper | Last 4 digits of account number  5788 | $21,039.24 |

**Prosper**
Nonpriority Creditor's Name
221 Main Street, Suite 300
San Francisco, CA 94105
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number  5788

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  Loan

$21,039.24

---

| 4.10 | SDFCU | Last 4 digits of account number  9331 | $14,446.54 |

**SDFCU**
Nonpriority Creditor's Name
P.O. Box 1429
Alexandria, VA 22313
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number  9331

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  Credit card purchases

$14,446.54

---

Debtor 1   **Ahmad Muhieddine Abou Ammo**                                Case number (if know)

| 4.1 | | | |
|---|---|---|---|
| 1 | **Synchrony** | Last 4 digits of account number   **7969** | **$6,668.33** |

Nonpriority Creditor's Name
P.O. Box 960061
Orlando, FL 32896
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Credit card purchases**

---

| **Part 3:** | **List Others to Be Notified About a Debt That You Already Listed** |
|---|---|

5. Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **American Express**<br>200 Vesey Street<br>New York, NY 10285 | Line **4.1** of (Check one):    ☐ Part 1: Creditors with Priority Unsecured Claims<br>                                           ■ Part 2: Creditors with Nonpriority Unsecured Claims<br><br>Last 4 digits of account number |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **SDFCU**<br>1630 King St<br>Alexandria, VA 22314-2745 | Line **4.10** of (Check one):    ☐ Part 1: Creditors with Priority Unsecured Claims<br>                                             ■ Part 2: Creditors with Nonpriority Unsecured Claims<br><br>Last 4 digits of account number    **9331** |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Zwicker & Associates, P.C.**<br>80 Minuteman Road<br>Andover, MA 01810 | Line **4.1** of (Check one):    ☐ Part 1: Creditors with Priority Unsecured Claims<br>                                           ■ Part 2: Creditors with Nonpriority Unsecured Claims<br><br>Last 4 digits of account number |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Zwicker & Associates, P.C.**<br>80 Minuteman Road<br>Andover, MA 01810 | Line **4.2** of (Check one):    ☐ Part 1: Creditors with Priority Unsecured Claims<br>                                           ■ Part 2: Creditors with Nonpriority Unsecured Claims<br><br>Last 4 digits of account number |

---

| **Part 4:** | **Add the Amounts for Each Type of Unsecured Claim** |
|---|---|

6. Total the amounts of certain types of unsecured claims. This information is for statistical reporting purposes only. 28 U.S.C. §159. Add the amounts for each type of unsecured claim.

| | | | | | Total Claim |
|---|---|---|---|---|---|
| **Total claims from Part 1** | 6a. | **Domestic support obligations** | 6a. | $ | 0.00 |
| | 6b. | **Taxes and certain other debts you owe the government** | 6b. | $ | 0.00 |
| | 6c. | **Claims for death or personal injury while you were intoxicated** | 6c. | $ | 0.00 |
| | 6d. | **Other.** Add all other priority unsecured claims. Write that amount here. | 6d. | $ | 0.00 |
| | 6e. | **Total Priority.** Add lines 6a through 6d. | 6e. | $ | 0.00 |
| | | | | | Total Claim |
| **Total claims** | 6f. | **Student loans** | 6f. | $ | 0.00 |

---

Debtor 1 __Ahmad Muhieddine Abou Ammo__                    Case number (if know) _____

| from Part 2 | | | | | |
|---|---|---|---|---|---|
| | 6g. | Obligations arising out of a separation agreement or divorce that you did not report as priority claims | 6g. | $ | 0.00 |
| | 6h. | Debts to pension or profit-sharing plans, and other similar debts | 6h. | $ | 0.00 |
| | 6i. | Other. Add all other nonpriority unsecured claims. Write that amount here. | 6i. | $ | 132,844.07 |
| | 6j. | Total Nonpriority. Add lines 6f through 6i. | 6j. | $ | 132,844.07 |

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Ahmad Muhieddine Abou Ammo** | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | WESTERN DISTRICT OF WASHINGTON | | |
| Case number (if known) | | | |

☐ Check if this is an amended filing

## Official Form 106G
## Schedule G: Executory Contracts and Unexpired Leases

12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the additional page, fill it out, number the entries, and attach it to this page. On the top of any additional pages, write your name and case number (if known).

1. **Do you have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the court with your other schedules.  You have nothing else to report on this form.
   ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B:Property* (Official Form 106 A/B).

2. **List separately each person or company with whom you have the contract or lease. Then state what each contract or lease is for (for example, rent, vehicle lease, cell phone).** See the instructions for this form in the instruction booklet for more examples of executory contracts and unexpired leases.

| Person or company with whom you have the contract or lease<br>Name, Number, Street, City, State and ZIP Code | State what the contract or lease is for |
|---|---|
| 2.1    Fernish<br>8075 W 3rd St<br>suite 400<br>Los Angeles, CA 90048 | Furniture rental, 12 month term |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Ahmad Muhieddine Abou Ammo** |
| | First Name    Middle Name    Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name    Middle Name    Last Name |
| United States Bankruptcy Court for the: | WESTERN DISTRICT OF WASHINGTON |
| Case number (if known) | |

☐ Check if this is an amended filing

## Official Form 106H
## Schedule H: Your Codebtors

12/15

Codebtors are people or entities who are also liable for any debts you may have. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, and number the entries in the boxes on the left. Attach the Additional Page to this page. On the top of any Additional Pages, write your name and case number (if known). Answer every question.

**1. Do you have any codebtors?** (If you are filing a joint case, do not list either spouse as a codebtor.)

☐ No
■ Yes

**2. Within the last 8 years, have you lived in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)

■ No. Go to line 3.
☐ Yes. Did your spouse, former spouse, or legal equivalent live with you at the time?

**3. In Column 1, list all of your codebtors.** Do not include your spouse as a codebtor if your spouse is filing with you. List the person shown in line 2 again as a codebtor only if that person is a guarantor or cosigner. Make sure you have listed the creditor on Schedule D (Official Form 106D), Schedule E/F (Official Form 106E/F), or Schedule G (Official Form 106G). Use Schedule D, Schedule E/F, or Schedule G to fill out Column 2.

*Column 1:* **Your codebtor**
Name, Number, Street, City, State and ZIP Code

*Column 2:* **The creditor to whom you owe the debt**
Check all schedules that apply:

3.1    AbouAmmo
       3rd Ave W
       Seattle, WA 98119
       non-filing spouse

☐ Schedule D, line _____
☐ Schedule E/F, line _____
☐ Schedule G _____
**all community creditors**

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                   Best Case Bankruptcy

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Ahmad Muhieddine Abou Ammo** |
| Debtor 2 (Spouse, If filing) | |
| United States Bankruptcy Court for the: | WESTERN DISTRICT OF WASHINGTON |
| Case number (if known) | |

Check if this is:
- ☐ An amended filing
- ☐ A supplement showing postpetition chapter 13 income as of the following date:

_____
MM / DD/ YYYY

## Official Form 106I
## Schedule I: Your Income
12/15

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:    Describe Employment

**1.    Fill in your employment information.**

If you have more than one job, attach a separate page with information about additional employers.

Include part-time, seasonal, or self-employed work.

Occupation may include student or homemaker, if it applies.

| | | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|---|
| | Employment status | ☐ Employed <br> ■ Not employed | ☐ Employed <br> ■ Not employed |
| | Occupation | | |
| | Employer's name | | |
| | Employer's address | | |
| | How long employed there? | | |

### Part 2:    Give Details About Monthly Income

Estimate monthly income as of the date you file this form. If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 2. | List monthly gross wages, salary, and commissions (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2. | $          0.00 | $          0.00 |
| 3. | Estimate and list monthly overtime pay. | 3. | +$          0.00 | +$          0.00 |
| 4. | Calculate gross income. Add line 2 + line 3. | 4. | $          0.00 | $          0.00 |

Debtor 1   **Ahmad Muhieddine Abou Ammo**                     Case number (*if known*)

|  |  |  | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|---|
| | Copy line 4 here | 4. | | $ 0.00 | $ 0.00 |

**5.** List all payroll deductions:

| | | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|---|
| 5a. | Tax, Medicare, and Social Security deductions | 5a. | | $ 0.00 | $ 0.00 |
| 5b. | Mandatory contributions for retirement plans | 5b. | | $ 0.00 | $ 0.00 |
| 5c. | Voluntary contributions for retirement plans | 5c. | | $ 0.00 | $ 0.00 |
| 5d. | Required repayments of retirement fund loans | 5d. | | $ 0.00 | $ 0.00 |
| 5e. | Insurance | 5e. | | $ 0.00 | $ 0.00 |
| 5f. | Domestic support obligations | 5f. | | $ 0.00 | $ 0.00 |
| 5g. | Union dues | 5g. | | $ 0.00 | $ 0.00 |
| 5h. | Other deductions. Specify: | 5h.+ | | $ 0.00  + | $ 0.00 |

**6.** Add the payroll deductions. Add lines 5a+5b+5c+5d+5e+5f+5g+5h.     6.     $ 0.00     $ 0.00

**7.** Calculate total monthly take-home pay. Subtract line 6 from line 4.   7.   $ 0.00   $ 0.00

**8.** List all other income regularly received:

- **8a.** Net income from rental property and from operating a business, profession, or farm
  Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income.     8a.     $ 0.00     $ 0.00
- **8b.** Interest and dividends     8b.     $ 0.00     $ 0.00
- **8c.** Family support payments that you, a non-filing spouse, or a dependent regularly receive
  Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement.     8c.     $ 0.00     $ 0.00
- **8d.** Unemployment compensation     8d.     $ 0.00     $ 0.00
- **8e.** Social Security     8e.     $ 0.00     $ 0.00
- **8f.** Other government assistance that you regularly receive
  Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies.
  Specify:   **SNAP**     8f.     $ 0.00     $ 762.00

  **TANF**     $ 730.00     $ 0.00
- **8g.** Pension or retirement income     8g.     $ 0.00     $ 0.00
- **8h.** Other monthly income. Specify:   **Air BnB income (est. average; intermittent)**     8h.+   $ 1,250.00  + $ 0.00

**9.** Add all other income. Add lines 8a+8b+8c+8d+8e+8f+8g+8h.     9.     $ 1,980.00     $ 762.00

**10.** Calculate monthly income. Add line 7 + line 9.     10.     $ 1,980.00  + $ 762.00  = $ 2,742.00
Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse.

**11.** State all other regular contributions to the expenses that you list in *Schedule J.*
Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.
Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J.*
Specify:     11.   +$ 0.00

**12.** Add the amount in the last column of line 10 to the amount in line 11. The result is the combined monthly income.
Write that amount on the *Summary of Schedules* and *Statistical Summary of Certain Liabilities* and Related *Data,* if it applies     12.   $ 2,742.00

Combined monthly income

**13.** Do you expect an increase or decrease within the year after you file this form?
- ■ No.
- ☐ Yes. Explain:

**Fill in this information to identify your case:**

Debtor 1        **Ahmad Muhieddine Abou Ammo**

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the:   WESTERN DISTRICT OF WASHINGTON

Case number
(If known)

Check if this is:

☐ An amended filing
☐ A supplement showing postpetition chapter 13 expenses as of the following date:

MM / DD / YYYY

# Official Form 106J
## Schedule J: Your Expenses                                                  12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:    Describe Your Household

1.   **Is this a joint case?**

  ■ No. Go to line 2.
  ☐ Yes. Does Debtor 2 live in a separate household?

      ☐ No
      ☐ Yes. Debtor 2 must file Official Form 106J-2, *Expenses for Separate Household* of Debtor 2.

2.   **Do you have dependents?**   ☐ No

  Do not list Debtor 1 and    ■ Yes.  Fill out this information for
  Debtor 2.                           each dependent..............

  Do not state the
  dependents names.

| Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|
| Daughter | | ☐ No  ■ Yes |
| Son | | ☐ No  ■ Yes |
| Son | | ☐ No  ■ Yes |
| Spouse | | ☐ No  ■ Yes |

3.   **Do your expenses include**       ■ No
     **expenses of people other than**  ☐ Yes
     **yourself and your dependents?**

### Part 2:    Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 106I.)

|  | **Your expenses** |
|---|---|
| 4.   The rental or home ownership expenses for your residence. Include first mortgage payments and any rent for the ground or lot. | 4.  $                4,400.00 |
| If not included in line 4: | |
| 4a.   Real estate taxes | 4a.  $                   685.00 |
| 4b.   Property, homeowner's, or renter's insurance | 4b.  $                     75.00 |
| 4c.   Home maintenance, repair, and upkeep expenses | 4c.  $                   500.00 |
| 4d.   Homeowner's association or condominium dues | 4d.  $                       0.00 |
| 5.   Additional mortgage payments for your residence, such as home equity loans | 5.  $                   400.00 |

Debtor 1   **Ahmad Muhieddine Abou Ammo**                                    Case number (if known) _____

| | | | | |
|---|---|---|---|---|
| 6. | **Utilities:** | | | |
| | 6a. | Electricity, heat, natural gas | 6a. $ | 200.00 |
| | 6b. | Water, sewer, garbage collection | 6b. $ | 150.00 |
| | 6c. | Telephone, cell phone, Internet, satellite, and cable services | 6c. $ | 150.00 |
| | 6d. | Other. Specify: _____ | 6d. $ | 0.00 |
| 7. | **Food and housekeeping supplies** | | 7. $ | 1,500.00 |
| 8. | **Childcare and children's education costs** | | 8. $ | 100.00 |
| 9. | **Clothing, laundry, and dry cleaning** | | 9. $ | 50.00 |
| 10. | **Personal care products and services** | | 10. $ | 0.00 |
| 11. | **Medical and dental expenses** | | 11. $ | 0.00 |
| 12. | **Transportation.** Include gas, maintenance, bus or train fare. Do not include car payments. | | 12. $ | 150.00 |
| 13. | **Entertainment, clubs, recreation, newspapers, magazines, and books** | | 13. $ | 0.00 |
| 14. | **Charitable contributions and religious donations** | | 14. $ | 0.00 |
| 15. | **Insurance.** Do not include insurance deducted from your pay or included in lines 4 or 20. | | | |
| | 15a. | Life insurance | 15a. $ | 0.00 |
| | 15b. | Health insurance | 15b. $ | 0.00 |
| | 15c. | Vehicle insurance | 15c. $ | 120.00 |
| | 15d. | Other insurance. Specify: _____ | 15d. $ | 0.00 |
| 16. | **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20. Specify: _____ | | 16. $ | 0.00 |
| 17. | **Installment or lease payments:** | | | |
| | 17a. | Car payments for Vehicle 1 | 17a. $ | 780.00 |
| | 17b. | Car payments for Vehicle 2 | 17b. $ | 0.00 |
| | 17c. | Other. Specify:   **iPhones** | 17c. $ | 150.00 |
| | 17d. | Other. Specify: _____ | 17d. $ | 0.00 |
| 18. | **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, *Schedule I, Your Income* (Official Form 106I).** | | 18. $ | 0.00 |
| 19. | **Other payments you make to support others who do not live with you.** Specify:   **Mother** | | 19. $ | 300.00 |
| 20. | **Other real property expenses not included in lines 4 or 5 of this form or on *Schedule I: Your Income.*** | | | |
| | 20a. | Mortgages on other property | 20a. $ | 0.00 |
| | 20b. | Real estate taxes | 20b. $ | 0.00 |
| | 20c. | Property, homeowner's, or renter's insurance | 20c. $ | 0.00 |
| | 20d. | Maintenance, repair, and upkeep expenses | 20d. $ | 0.00 |
| | 20e. | Homeowner's association or condominium dues | 20e. $ | 0.00 |
| 21. | **Other:** Specify: _____ | | 21. +$ | 0.00 |

22. **Calculate your monthly expenses**
    22a. Add lines 4 through 21.                                                                                  $    9,710.00
    22b. Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2       $
    22c. Add line 22a and 22b. The result is your monthly expenses.                                 $    9,710.00

23. **Calculate your monthly net income.**
    23a. Copy line 12 *(your combined monthly income)* from Schedule I.       23a. $    2,742.00
    23b. Copy your monthly expenses from line 22c above.                           23b. –$    9,710.00

    23c. Subtract your monthly expenses from your monthly income. The result is your *monthly net income.*       23c. $    -6,968.00

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**
    For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

    ■ No.
    ☐ Yes.       | Explain here: |

| Fill in this information to identify your case: | |
|---|---|
| Debtor 1 | **Ahmad Muhieddine Abou Ammo** |
| | First Name          Middle Name          Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name          Middle Name          Last Name |
| United States Bankruptcy Court for the: | WESTERN DISTRICT OF WASHINGTON |
| Case number (if known) | |

☐ Check if this is an amended filing

## Official Form 106Dec
# Declaration About an Individual Debtor's Schedules
12/15

If two married people are filing together, both are equally responsible for supplying correct information.

**You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### ■ Sign Below

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

■ No

☐ Yes. Name of person _____   Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119)

**Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.**

X  /s/ Ahmad Muhieddine Abou Ammo                    X _____
   **Ahmad Muhieddine Abou Ammo**                        Signature of Debtor 2
   Signature of Debtor 1

Date  **August 26, 2019**                              Date _____

Official Form 106Dec                    Declaration About an Individual Debtor's Schedules

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

**Fill in this information to identify your case:**

| Debtor 1 | **Ahmad Muhieddine Abou Ammo** | | |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | WESTERN DISTRICT OF WASHINGTON | | |
| Case number | | | |
| (if known) | | | |

☐ Check if this is an amended filing

## Official Form 107
## Statement of Financial Affairs for Individuals Filing for Bankruptcy
4/16

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1:    Give Details About Your Marital Status and Where You Lived Before**

**1.    What is your current marital status?**

■ Married
☐ Not married

**2.    During the last 3 years, have you lived anywhere other than where you live now?**

☐ No
■ Yes. List all of the places you lived in the last 3 years. Do not include where you live now.

| Debtor 1 Prior Address: | Dates Debtor 1 lived there | Debtor 2 Prior Address: | Dates Debtor 2 lived there |
|---|---|---|---|
| **2nd Ave N**<br>Apt<br>Seattle, WA 98109 | From-To:<br>7/2015 - 8/2017 | ☐ Same as Debtor 1 | ☐ Same as Debtor 1<br>From-To: |

**3.    Within the last 8 years, did you ever live with a spouse or legal equivalent in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington and Wisconsin.)

■ No
☐ Yes. Make sure you fill out *Schedule H: Your Codebtors* (Official Form 106H).

**Part 2    Explain the Sources of Your Income**

**4.    Did you have any income from employment or from operating a business during this year or the two previous calendar years?**
Fill in the total amount of income you received from all jobs and all businesses, including part-time activities.
If you are filing a joint case and you have income that you receive together, list it only once under Debtor 1.

☐ No
■ Yes. Fill in the details.

| | Debtor 1<br>Sources of income<br>Check all that apply. | Gross income<br>(before deductions and exclusions) | Debtor 2<br>Sources of income<br>Check all that apply. | Gross income<br>(before deductions and exclusions) |
|---|---|---|---|---|
| From January 1 of current year until the date you filed for bankruptcy: | ■ Wages, commissions, bonuses, tips | $5,000.00 | ☐ Wages, commissions, bonuses, tips | |
| | ☐ Operating a business | | ☐ Operating a business | |

Debtor 1    Ahmad Muhieddine Abou Ammo                       Case number *(if known)* _____

| | Debtor 1 Sources of income Check all that apply. | Gross income (before deductions and exclusions) | Debtor 2 Sources of income Check all that apply. | Gross income (before deductions and exclusions) |
|---|---|---|---|---|
| | ☐ Wages, commissions, bonuses, tips<br>■ Operating a business | **$10,000.00** | ☐ Wages, commissions, bonuses, tips<br>☐ Operating a business | |
| **For last calendar year:** (January 1 to December 31, 2018 ) | ■ Wages, commissions, bonuses, tips<br>☐ Operating a business | **$159,199.00** | ☐ Wages, commissions, bonuses, tips<br>☐ Operating a business | |
| | ☐ Wages, commissions, bonuses, tips<br>■ Operating a business | **$4,000.00** | ☐ Wages, commissions, bonuses, tips<br>☐ Operating a business | |
| **For the calendar year before that:** (January 1 to December 31, 2017 ) | ■ Wages, commissions, bonuses, tips<br>☐ Operating a business | **$252,858.00** | ☐ Wages, commissions, bonuses, tips<br>☐ Operating a business | |

5. **Did you receive any other income during this year or the two previous calendar years?**
   Include income regardless of whether that income is taxable. Examples of *other income* are alimony; child support; Social Security, unemployment, and other public benefit payments; pensions; rental income; interest; dividends; money collected from lawsuits; royalties; and gambling and lottery winnings. If you are filing a joint case and you have income that you received together, list it only once under Debtor 1.

   List each source and the gross income from each source separately. Do not include income that you listed in line 4.

   ☐ No
   ■ Yes. Fill in the details.

| | Debtor 1 Sources of income Describe below. | Gross income from each source (before deductions and exclusions) | Debtor 2 Sources of income Describe below. | Gross income (before deductions and exclusions) |
|---|---|---|---|---|
| **From January 1 of current year until the date you filed for bankruptcy:** | | $0.00 | SNAP | $3,048.00 |
| | Federal Tax Refund | $7,870.00 | | |
| **For last calendar year:** (January 1 to December 31, 2018 ) | | $0.00 | SNAP | $762.00 |
| | Federal Tax Refund | $3,042.00 | | |

**Part 3:**    List Certain Payments You Made Before You Filed for Bankruptcy

6. **Are either Debtor 1's or Debtor 2's debts primarily consumer debts?**
   ☐ **No.**    **Neither Debtor 1 nor Debtor 2 has primarily consumer debts.** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

          During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $6,425* or more?

          ☐ **No.**    Go to line 7.
          ☐ **Yes**    List below each creditor to whom you paid a total of $6,425* or more in one or more payments and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.
          * Subject to adjustment on 4/01/19 and every 3 years after that for cases filed on or after the date of adjustment.

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                         Best Case Bankruptcy

Debtor 1    **Ahmad Muhieddine Abou Ammo**                                      Case number *(if known)* _____

■ **Yes.  Debtor 1 or Debtor 2 or both have primarily consumer debts.**
       During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $600 or more?

    □  **No.**   Go to line 7.
    ■  **Yes**   List below each creditor to whom you paid a total of $600 or more and the total amount you paid that creditor. Do not
              include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an
              attorney for this bankruptcy case.

| Creditor's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Was this payment for ... |
|---|---|---|---|---|
| **Union Bank**<br>P.O. Box 85600, Mail code<br>2-36D-224<br>San Diego, CA 92186 | May 2019 | $4,300.00 | $800,000.00 | ■ Mortgage<br>□ Car<br>□ Credit Card<br>□ Loan Repayment<br>□ Suppliers or vendors<br>□ Other___ |
| **Bank of America**<br>P. O. Box 15220<br>Wilmington, DE 19886-5220 | Monthly May,<br>June, July,<br>August<br>$780/month | $2,340.00 | $21,064.25 | □ Mortgage<br>■ Car<br>□ Credit Card<br>□ Loan Repayment<br>□ Suppliers or vendors<br>□ Other___ |
| **Seattle Public Utilities**<br>700 5th Ave.<br>Seattle, WA 98124 | May, July, August | $1,300.00 | Unknown | □ Mortgage<br>□ Car<br>□ Credit Card<br>□ Loan Repayment<br>□ Suppliers or vendors<br>■ Other **Utilities** |

7.  **Within 1 year before you filed for bankruptcy, did you make a payment on a debt you owed anyone who was an insider?**
    *Insiders* include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations
    of which you are an officer, director, person in control, or owner of 20% or more of their voting securities; and any managing agent, including one for
    a business you operate as a sole proprietor. 11 U.S.C. § 101. Include payments for domestic support obligations, such as child support and
    alimony.

    ■  No
    □  Yes. List all payments to an insider.

| Insider's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment |
|---|---|---|---|---|

8.  **Within 1 year before you filed for bankruptcy, did you make any payments or transfer any property on account of a debt that benefited an
    insider?**
    Include payments on debts guaranteed or cosigned by an insider.

    ■  No
    □  Yes. List all payments to an insider

| Insider's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment<br>Include creditor's name |
|---|---|---|---|---|

Debtor 1   **Ahmad Muhieddine Abou Ammo**

Case number (if known) _____

**Part 4:   Identify Legal Actions, Repossessions, and Foreclosures**

9.  **Within 1 year before you filed for bankruptcy, were you a party in any lawsuit, court action, or administrative proceeding?**
    List all such matters, including personal injury cases, small claims actions, divorces, collection suits, paternity actions, support or custody modifications, and contract disputes.

    ■ No
    ☐ Yes. Fill in the details.

    | Case title Case number | Nature of the case | Court or agency | Status of the case |
    |---|---|---|---|

10. **Within 1 year before you filed for bankruptcy, was any of your property repossessed, foreclosed, garnished, attached, seized, or levied?**
    Check all that apply and fill in the details below.

    ■ No. Go to line 11.
    ☐ Yes. Fill in the information below.

    | Creditor Name and Address | Describe the Property Explain what happened | Date | Value of the property |
    |---|---|---|---|

11. **Within 90 days before you filed for bankruptcy, did any creditor, including a bank or financial institution, set off any amounts from your accounts or refuse to make a payment because you owed a debt?**

    ■ No
    ☐ Yes. Fill in the details.

    | Creditor Name and Address | Describe the action the creditor took | Date action was taken | Amount |
    |---|---|---|---|

12. **Within 1 year before you filed for bankruptcy, was any of your property in the possession of an assignee for the benefit of creditors, a court-appointed receiver, a custodian, or another official?**

    ■ No
    ☐ Yes

**Part 5:   List Certain Gifts and Contributions**

13. **Within 2 years before you filed for bankruptcy, did you give any gifts with a total value of more than $600 per person?**

    ■ No
    ☐ Yes. Fill in the details for each gift.

    | Gifts with a total value of more than $600 per person | Describe the gifts | Dates you gave the gifts | Value |
    |---|---|---|---|
    | Person to Whom You Gave the Gift and Address: | | | |

14. **Within 2 years before you filed for bankruptcy, did you give any gifts or contributions with a total value of more than $600 to any charity?**

    ☐ No
    ■ Yes. Fill in the details for each gift or contribution.

    | Gifts or contributions to charities that total more than $600 Charity's Name Address (Number, Street, City, State and ZIP Code) | Describe what you contributed | Dates you contributed | Value |
    |---|---|---|---|
    | Seattle Opera 363 Mercer Street Seattle, WA 98109 | Donated to the opera as part of yearly subscription. | 05/1/2018 | $0.00 |

Debtor 1    Ahmad Muhieddine Abou Ammo _____    Case number (if known) _____

## Part 6:    List Certain Losses

15. Within 1 year before you filed for bankruptcy or since you filed for bankruptcy, did you lose anything because of theft, fire, other disaster, or gambling?

   ■ No
   ☐ Yes. Fill in the details.

| Describe the property you lost and how the loss occurred | Describe any insurance coverage for the loss Include the amount that insurance has paid. List pending insurance claims on line 33 of Schedule A/B: Property. | Date of your loss | Value of property lost |
|---|---|---|---|

## Part 7:    List Certain Payments or Transfers

16. Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone you consulted about seeking bankruptcy or preparing a bankruptcy petition?
   Include any attorneys, bankruptcy petition preparers, or credit counseling agencies for services required in your bankruptcy.

   ☐ No
   ■ Yes. Fill in the details.

| Person Who Was Paid Address Email or website address Person Who Made the Payment, if Not You | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| Donald Bailey 1601 5th Ave, #610 Seattle, WA 98101 | attorney fee $2500 filing fee $335 | 7/18/19 | $2,835.00 |

17. Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone who promised to help you deal with your creditors or to make payments to your creditors?
   Do not include any payment or transfer that you listed on line 16.

   ■ No
   ☐ Yes. Fill in the details.

| Person Who Was Paid Address | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|

18. Within 2 years before you filed for bankruptcy, did you sell, trade, or otherwise transfer any property to anyone, other than property transferred in the ordinary course of your business or financial affairs?
   Include both outright transfers and transfers made as security (such as the granting of a security interest or mortgage on your property). Do not include gifts and transfers that you have already listed on this statement.

   ■ No
   ☐ Yes. Fill in the details.

| Person Who Received Transfer Address Person's relationship to you | Description and value of property transferred | Describe any property or payments received or debts paid in exchange | Date transfer was made |
|---|---|---|---|

19. Within 10 years before you filed for bankruptcy, did you transfer any property to a self-settled trust or similar device of which you are a beneficiary? (These are often called asset-protection devices.)

   ■ No
   ☐ Yes. Fill in the details.

| Name of trust | Description and value of the property transferred | Date Transfer was made |
|---|---|---|

Debtor 1    Ahmad Muhieddine Abou Ammo    Case number (if known) _____

| Part 8: | List of Certain Financial Accounts, Instruments, Safe Deposit Boxes, and Storage Units |

20. Within 1 year before you filed for bankruptcy, were any financial accounts or instruments held in your name, or for your benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; shares in banks, credit unions, brokerage houses, pension funds, cooperatives, associations, and other financial institutions.

- ■ No
- ☐ Yes. Fill in the details.

| Name of Financial Institution and Address (Number, Street, City, State and ZIP Code) | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

21. Do you now have, or did you have within 1 year before you filed for bankruptcy, any safe deposit box or other depository for securities, cash, or other valuables?

- ■ No
- ☐ Yes. Fill in the details.

| Name of Financial Institution Address (Number, Street, City, State and ZIP Code) | Who else had access to it? Address (Number, Street, City, State and ZIP Code) | Describe the contents | Do you still have it? |
|---|---|---|---|

22. Have you stored property in a storage unit or place other than your home within 1 year before you filed for bankruptcy?

- ☐ No
- ■ Yes. Fill in the details.

| Name of Storage Facility Address (Number, Street, City, State and ZIP Code) | Who else has or had access to it? Address (Number, Street, City, State and ZIP Code) | Describe the contents | Do you still have it? |
|---|---|---|---|
| Public Storage<br><br>Seattle, WA 98119 | Debtors | Clothing, (2) beds, workout bench, TV, books, dishes and kitchen items | ☐ No<br>■ Yes |

| Part 9: | Identify Property You Hold or Control for Someone Else |

23. Do you hold or control any property that someone else owns? Include any property you borrowed from, are storing for, or hold in trust for someone.

- ■ No
- ☐ Yes. Fill in the details.

| Owner's Name Address (Number, Street, City, State and ZIP Code) | Where is the property? (Number, Street, City, State and ZIP Code) | Describe the property | Value |
|---|---|---|---|

| Part 10: | Give Details About Environmental Information |

For the purpose of Part 10, the following definitions apply:

- ■ Environmental law means any federal, state, or local statute or regulation concerning pollution, contamination, releases of hazardous or toxic substances, wastes, or material into the air, land, soil, surface water, groundwater, or other medium, including statutes or regulations controlling the cleanup of these substances, wastes, or material.
- ■ Site means any location, facility, or property as defined under any environmental law, whether you now own, operate, or utilize it or used to own, operate, or utilize it, including disposal sites.
- ■ Hazardous material means anything an environmental law defines as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, contaminant, or similar term.

Report all notices, releases, and proceedings that you know about, regardless of when they occurred.

Debtor 1    Ahmad Muhieddine Abou Ammo _____    Case number (If known) _____

24.  Has any governmental unit notified you that you may be liable or potentially liable under or in violation of an environmental law?

■  No
☐  Yes. Fill in the details.

| Name of site Address (Number, Street, City, State and ZIP Code) | Governmental unit Address (Number, Street, City, State and ZIP Code) | Environmental law, if you know it | Date of notice |
|---|---|---|---|

25.  Have you notified any governmental unit of any release of hazardous material?

■  No
☐  Yes. Fill in the details.

| Name of site Address (Number, Street, City, State and ZIP Code) | Governmental unit Address (Number, Street, City, State and ZIP Code) | Environmental law, if you know it | Date of notice |
|---|---|---|---|

26.  Have you been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.

■  No
☐  Yes. Fill in the details.

| Case Title Case Number | Court or agency Name Address (Number, Street, City, State and ZIP Code) | Nature of the case | Status of the case |
|---|---|---|---|

**Part 11:**  Give Details About Your Business or Connections to Any Business

27.  Within 4 years before you filed for bankruptcy, did you own a business or have any of the following connections to any business?

☐ A sole proprietor or self-employed in a trade, profession, or other activity, either full-time or part-time

☐ A member of a limited liability company (LLC) or limited liability partnership (LLP)

☐ A partner in a partnership

☐ An officer, director, or managing executive of a corporation

☐ An owner of at least 5% of the voting or equity securities of a corporation

☐  No. None of the above applies.  Go to Part 12.

■  Yes. Check all that apply above and fill in the details below for each business.

| Business Name Address (Number, Street, City, State and ZIP Code) | Describe the nature of the business Name of accountant or bookkeeper | Employer Identification number Do not include Social Security number or ITIN. Dates business existed |
|---|---|---|
| Zee Car Services 3rd Avenue W Seattle, WA 98119 | Lyft - car services | EIN: From-To  12/01/2018 - 12/31/2018 |

28.  Within 2 years before you filed for bankruptcy, did you give a financial statement to anyone about your business? Include all financial institutions, creditors, or other parties.

■  No
☐  Yes. Fill in the details below.

| Name Address (Number, Street, City, State and ZIP Code) | Date Issued |
|---|---|

Debtor 1   __Ahmad Muhieddine Abou Ammo__                    Case number (*if known*) _____

---

**Part 12:   Sign Below**

I have read the answers on this *Statement of Financial Affairs* and any attachments, and I declare under penalty of perjury that the answers are true and correct. I understand that making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

__/s/ Ahmad Muhieddine Abou Ammo__          _____
**Ahmad Muhieddine Abou Ammo**               **Signature of Debtor 2**
**Signature of Debtor 1**

Date   __August 26, 2019__                    Date   _____

Did you attach additional pages to *Your Statement of Financial Affairs for Individuals Filing for Bankruptcy* (Official Form 107)?
■ No
☐ Yes

Did you pay or agree to pay someone who is not an attorney to help you fill out bankruptcy forms?
■ No
☐ Yes. Name of Person _____. Attach the *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Ahmad Muhieddine Abou Ammo** | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | WESTERN DISTRICT OF WASHINGTON | | |
| Case number | | | |
| (if known) | | | |

☐ Check if this is an
   amended filing

## Official Form 108
# Statement of Intention for Individuals Filing Under Chapter 7      12/15

If you are an individual filing under chapter 7, you must fill out this form if:
■ creditors have claims secured by your property, or
■ you have leased personal property and the lease has not expired.
You must file this form with the court within 30 days after you file your bankruptcy petition or by the date set for the meeting of creditors,
   whichever is earlier, unless the court extends the time for cause. You must also send copies to the creditors and lessors you list on
   the form

If two married people are filing together in a joint case, both are equally responsible for supplying correct information. Both debtors must
   sign and date the form.

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. On the top of any additional pages,
   write your name and case number (if known).

**Part 1:    List Your Creditors Who Have Secured Claims**

1. For any creditors that you listed in Part 1 of Schedule D: Creditors Who Have Claims Secured by Property (Official Form 106D), fill in the
   information below.

| Identify the creditor and the property that is collateral | What do you intend to do with the property that secures a debt? | Did you claim the property as exempt on Schedule C? |
|---|---|---|
| Creditor's name: **Bank of America** | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement.*<br>■ Retain the property and [explain]:<br>**Retain and pay** | ☐ No<br>■ Yes |
| Description of property securing debt: **2013 Audi Q7 30,000 miles Location:        3rd Avenue W, Seattle WA 98119** | | |

**Part 2:    List Your Unexpired Personal Property Leases**

For any unexpired personal property lease that you listed in Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G), fill
in the information below. Do not list real estate leases. Unexpired leases are leases that are still in effect; the lease period has not yet ended.
You may assume an unexpired personal property lease if the trustee does not assume it. 11 U.S.C. § 365(p)(2).

| Describe your unexpired personal property leases | Will the lease be assumed? |
|---|---|
| Lessor's name:    **Fernish** | ☐ No<br>■ Yes |
| Description of leased Property:    **Furniture rental, 12 month term** | |

**Part 3:    Sign Below**

Debtor 1   __Ahmad Muhieddine Abou Ammo__                                   Case number (*if known*) _____

**Under penalty of perjury, I declare that I have indicated my intention about any property of my estate that secures a debt and any personal property that is subject to an unexpired lease.**

X   __/s/ Ahmad Muhieddine Abou Ammo__                    X  _____
     **Ahmad Muhieddine Abou Ammo**                              Signature of Debtor 2
     Signature of Debtor 1

    Date   __August 26, 2019__                              Date  _____

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                       Best Case Bankruptcy

# EXHIBIT 4

Published July 28, 2019 at 11:26PM

# Merkley pushes investigating Saudi students escaping U.S. justice



Oregon Sen. Jeff Merkley.

U.S. Sen. Jeff Merkley's ongoing effort to investigate — and potentially punish — Saudi Arabia for its suspected role in spiriting accused criminals out of the United States quietly won bipartisan support in the past two months, but then faltered last week in a burst of political maneuvering.

The Oregon Democrat's proposals had won little traction until they were included in a wide-ranging bill focused on taking a tough stance on Saudi Arabia and sponsored by the Republican chair of Senate Foreign Relations Committee.

The sudden shift marked Merkley's most promising opening on the issue since The Oregonian's investigation found multiple cases where Saudi students studying in the U.S. vanished while facing criminal charges, likely with the help of their government.

But disagreement on how far to go with the Saudis left the bill for dead Thursday.

Merkley, in a statement Friday, said he would continue to push for his proposals in any future legislation focused on Saudi Arabia.

Since December, at least seven Saudi nationals disappeared from Oregon before they faced trial or completed their jail sentence on charges ranging from rape to manslaughter, including those who surrendered their passports to authorities.

There are similar cases in at least seven other states — Montana, Ohio, Oklahoma, Pennsylvania, Utah, Washington and Wisconsin — and Canada, bringing the total number of known Saudi suspects who have escaped U.S. prosecution to 25.

In April, a story co-published by The Oregonian and ProPublica showed how the FBI, the U.S. Department of Homeland Security and other agencies have been aware of Saudi officials helping their country's citizens flee since at least 2008 yet never intervened.

The U.S. and Saudi Arabia don't share an extradition treaty. That makes the return of any Saudi suspect who has left the U.S. unlikely if not impossible without diplomatic or political pressure.

In response to the findings, Merkley proposed legislation to require the federal government to investigate such disappearances and to impose sanctions against any Saudi diplomat or official found to have assisted Saudi fugitives escape prosecution.

For months, his proposals languished in committee.

That changed, however, when staff to Merkley and Sen. Jim Risch of Idaho met at the end of May while the Republican committee chairman was crafting a comprehensive bill on Saudi Arabia, aides to both lawmakers said.

Merkley's provisions, with some tweaking, became a section of the bill introduced by Risch on July 9. According to aides, the chairman was confident that not only would his bill clear the Senate, but also that President Donald Trump would sign it.

Some committee members from both parties, however, believed that the Risch bill didn't do enough to punish Saudi Arabia or constrain the Trump administration's relationship with the kingdom.

For example, it didn't halt weapons sales to the Saudis despite their prolonged and bloody war in Yemen or impose sanctions on those behind the killing of journalist Jamal Khashoggi, who U.S. intelligence officials say was murdered and dismembered inside a Saudi consulate in Turkey last year.

A competing bill introduced by Sen. Bob Menendez of New Jersey, the ranking Democratic member of the committee, did both. His proposal, which doesn't contain Merkley's provisions on Saudi fugitives in the U.S., cleared the committee 13-9 on Thursday with the support of several Republicans.

After it passed, committee members voted 12-10 to tack the Menendez bill onto Risch's legislation as an amendment. The chairman then withdrew his bill, saying Trump would veto it and saw no point.

It's not known whether the stand-alone Menendez bill will get a floor vote by the Senate.

"We need a wholesale rethinking of our relationship with Saudi Arabia," Merkley said. "And we should all be able to agree that any nation that helps their citizens escape from the law needs to be held fully accountable."

NEWS

# Gone: More cases emerge of Saudi students vanishing while facing Oregon charges

Updated Jan 13, 2019;
Posted Jan 13, 2019



Abdulrahman Sameer Noorah appears during his arraignment in Portland
on Aug. 22, 2016. His lawyer Ginger Mooney, pictured, has represented a
number of Saudi students facing criminal charges in Oregon.

532                              **13.1k**
⬐                               shares

By **Shane Dixon Kavanaugh | The Oregonian/OregonLive**

In December 2014, a university student from Saudi Arabia was arrested in Monmouth and accused of
raping a classmate after giving her marijuana and shots of Jack Daniel's.

Bail was set at a half-million dollars. The judge ordered the student, Abdulaziz Al Duways, to turn over his

Bail was set at a half-million dollars. The judge ordered the student, Abdulaziz Al Duways, to turn over his passport to the private defense lawyer hired to represent him, according to court records and the Polk County District Attorney's Office

Menu    Subscribe    Sign In    Search
Set Weather

A few days later, an official from the Royal Consulate General of Saudi Arabia in Los Angeles posted bail.

Al Duways disappeared.

The case preceded a similar one recently reported by The Oregonian/OregonLive involving Abdulrahman Sameer Noorah. The Portland Community College student jumped bail in the hit-and-run death of a 15-year-old Portland girl and apparently fled with the Saudi Arabian government's help, law enforcement officials said.

But the two disappearances aren't the only ones involving Saudi students facing serious criminal charges in Oregon.

The Oregonian/OregonLive has found criminal cases involving at least five Saudi nationals who vanished before they faced trial or completed their jail sentence in Oregon. They include two accused rapists, a pair of suspected hit-and-run drivers and one man with child porn on his computer.

The five cases share many similarities:

- All were young men studying at a public college or university in Oregon with assistance from the Kingdom of Saudi Arabia at the time of their arrest.

- In four of the cases, the Saudi government stepped in to help, posting large sums of money for bail and possibly underwriting legal fees.

- Three surrendered their passports.

- All disappeared while facing charges or jail time.

- The same Oregon defense attorney, Ginger Mooney, was hired to represent the four most recent

suspects.

- Little is known of the whereabouts of the five though some have been traced back to Saudi Arabia.

The new details add to mounting scrutiny of Saudi Arabia's conduct abroad after the kingdom's role in the murder of journalist Jamal Khashoggi in Turkey last fall.

Khashoggi, a U.S. resident, was dismembered inside the Saudi Consulate in Istanbul, according to Turkish officials. The CIA believes Saudi Crown Prince Mohammed bin Salman ordered the killing.

The additional cases raise new questions about the role the Saudi government may have played in assisting its citizens fleeing prosecution in Oregon — or possibly elsewhere in the United States.

Most puzzling is how some of the students were able to leave the country and travel internationally after they had surrendered their passports.

"This is even more evidence that the Saudi government has acted to help its citizens escape justice for crimes committed in Oregon," Sen. Ron Wyden told The Oregonian/OregonLive in response to learning about the new cases.

The FBI, State Department and Department of Homeland Security did not comment for this story, citing staff reductions and furloughs during the federal government shutdown. The Justice Department did not respond to a request for comment.

 **Oregon Senator Ron Wyden wants answers from Trump admin about Saudi role in manslaughter suspect's escape from Portland**

Calls and emails to the Saudi Embassy in Washington and Saudi Consulate in Los Angeles went unanswered.

In a letter last month, Wyden asked Secretary of State Mike Pompeo and Acting Attorney General Matthew Whitaker for explanations about     disappearance of Noorah, the PCC student and most recent case.

"These are shocking claims in any event," <u>Wyden wrote to Pompeo and Whitaker</u>, "but with the barbaric murder of U.S. resident Jamal Khashoggi, they suggest a brazen pattern of disregard for the law and abuse of diplomatic privileges."

## Cases involve tiny fraction of Saudi students

The number of Saudi students in the U.S. has surged since 2005, when the oil-rich nation created a generous scholarship program for those seeking to study abroad.

The program covers full tuition, provides a monthly living stipend and offers other perks to those who attend American colleges or universities.

More than 44,000 Saudis studied in the U.S. during the 2017-2018 academic year, according to data from the Institute of International Education. About 1,000 of them are at Oregon colleges and universities — second in the state only to China, figures show.

"They're extremely serious and dedicated young people," said Christina Luther, the director of Portland State University's Office of International Student and Scholar Services.

Luther said Saudi students first started coming to PSU in the 1970s. The majority today focus on business, engineering and architecture. "They've always been involved in the campus and our community," she said.

But a few Saudi students who have come to Oregon struggled to stay on the right side of the law.

## Abdulrahman Sameer Noorah

Portland police say Noorah, then 20, was speeding on Southeast Hawthorne Boulevard when his car fatally struck <u>high schooler Fallon Smart</u>, who was legally crossing the street in August 2016.

After Noorah's arrest, the Saudi Consulate retained Mooney to work on his case and cut a $100,000 check to provide him bail, according to court records and prosecutors.

He faced charges of first-degree manslaughter, which carries a minimum prison sentence of 10 years, felony hit-and-run and reckless driving.

Two weeks before his June 2017 trial, Noorah removed an electronic tracking monitor he was required to wear as a condition of his release, then disappeared, authorities say.



Abdulrahman Sameer Noorah was charged in the 2016 fatal hit-and-run death of a Portland teen. He disappeared two weeks before his manslaughter trial. Federal law enforcement believes the Saudi government helped him escape.

**Menu**       Set
                      Weather                              Subscribe

                                                              Sign In    Search

Officials with the U.S. Department of Homeland Security and U.S. Marshals Service told The
Oregonian/OregonLive last month they now believe he left his Southeast Portland neighborhood in a black
SUV and later used an illicit passport and private plane — likely provided by the Saudi government — to
flee the country.

This past July, more than 13 months after Noorah disappeared, the Saudis contacted Homeland Security
to inform the agency he was back in their country.

**Abdulaziz Al Duways**

Al Duways, the student accused of rape, arrived at Western Oregon University and moved into a house
blocks from campus, records show. He enrolled for winter term in January 2013, majoring in computer
science.

His troubles began 16 months into his studies.

Al Duways was arrested twice in six weeks on suspicion of driving under the influence of intoxicants during
the summer of 2014, according to Monmouth Municipal Court records. He faced additional charges for
failing to appear in court in both cases, the records show.

The next December, a classmate accused Al Duways of raping her at his Stadium Drive North home after
giving her marijuana and shots of whiskey, according to a probable cause affidavit filed in Polk County.

Court records show the woman called 911 during the alleged attack, prompting police to respond. Officers
found the woman in Al Duways' bed, "crying and shaking uncontrollably while hiding her body and face
underneath the blanket," the affidavit says.

Records show she told police: "He said, 'Tell them I'm your girlfriend' and he said, 'I'll give you anything. I'll
do anything if you don't tell them.'"



A Western Oregon University classmate accused Abdulaziz Al Duways,
pictured, of raping her in 2014. He vanished after the Saudi Consulate in
Los Angeles bailed him out of jail.

She did not respond to interview requests from The Oregonian/OregonLive.

Police arrested Al Duways and he was arraigned on multiple felony counts, including first-degree rape. His
bail was set at $500,000, records show.

During a hearing, Judge Sally Avera ordered Al Duways' passport be turned over to Mooney, his attorney,
according to the Polk County District Attorney's Office.

On Dec. 29, Ahmed Alzahrani, of the Saudi Consulate in Los Angeles, posted $50,000 for Al Duways'
release from jail, records show. In Oregon, defendants must post 10 percent of the set bail for release.

Al Duways disappeared before his next scheduled court appearance.

"We had concerns about him returning to Saudi Arabia," said Jayme Kimberly, Polk County chief deputy
district attorney.

In Oregon, the only crimes for which a judge may deny bail are murder and treason.

Three months later, in April 2015, another Saudi student facing criminal charges in the state vanished.

Waleed Ali Alharthi was taking English classes at Oregon State University when Benton County sheriff's deputies say they found his laptop computer filled with nearly a dozen pornographic videos involving children in August 2014, according to court records and the university.

Alharthi had arrived in Corvallis that March from his home country on a student visa and academic scholarship from the Saudi Arabian Cultural Mission, records show.

While under arrest in the back of a deputy cruiser, Alharthi asked to contact the Saudi Consulate, a police report said.

He was booked in the Benton County Jail on 10 counts of first-degree encouraging child sex abuse Aug. 7, records show. A judge set his bail at $500,000.

Faisal Alsudairy, then with the Saudi Consulate in Los Angeles, signed the $50,000 security deposited for Alharthi's bail, records show.

Alharthi was required to turn his passport over to Benton County's trial court administrator, according to court documents. He moved to Portland in September, records show.

After months of attending court hearings in Corvallis, Alharthi did not show up to a status check on April 2, 2015.

Mooney was his lawyer. She told the court Alharthi had recently moved out of his house in Portland and she feared he may be dead, according to a note taken by a prosecutor at the hearing.

An investigator hired by the Benton County District Attorney's Office later learned from Transportation Security Administration officials that Alharthi had boarded a plane in Mexico City bound for Paris a week earlier, court records show.



Waleed Ali Alharthi, an Oregon State University student accused of possessing child pornography on his computer, disappeared in March 2015.

Mooney declined to comment for this story. Records show the Willamette University law graduate has two decades of experience handling criminal defense, post-conviction and habeas corpus cases in the state. She was a partner at a small firm in Salem when in February 2014 she took on her first criminal case involving a Saudi student in Oregon, records show.

Mooney has been hired to handle at least nine criminal cases involving Saudi students across Oregon,

including sex abuse and harassment, with most ending with charges dropped or reduced. The rest have disappeared.

Allison Martin Rhodes, a lawyer for Mooney, said state ethics rules prohibit her client from talking about any of the cases.

"Ms. Mooney does not have the consent of her clients to reveal any information," Martin Rhodes said. "To the extent information related to these matters might suggest unethical or improper conduct by Ms. Mooney in the representation of these clients, the suggestion is completely unfounded. Ms. Mooney takes her ethical obligations seriously and conducts her practice to the highest standards."

## Suliman Ali Algwaiz

Suliman Ali Algwaiz entered no-contest pleas to third-degree assault, driving under in the influence of intoxicants, and other charges Aug. 4, 2016.

Authorities said the Portland State University accounting major was drunk earlier that year when he struck and critically injured a homeless man while driving the wrong way on Southwest Market Street. He kept driving, police said.

His college-age sister, also studying in Portland, deposited $31,260 into his inmate account so he could bail himself out, records show.

The victim suffered injuries to his legs, pelvis, shoulder, head, ribs and spine, with medical bills topping $120,000, according to a lawsuit filed against Algwaiz that March.



Suliman Ali Algwaiz, a Portland State University student, pleaded no contest to third-degree assault, DUII and failure to perform the duties of a driver in August 2016. He was sentenced to 90 days in jail, but vanished before completing his sentence.

Algwaiz was sentenced to 90 days in jail, which he was allowed to serve on weekends, court documents show. Sixteen days after Algwaiz's plea Aug. 4, Noorah was arrested for the fatal hit-and-run that killed Smart.

Algwaiz never completed his sentence.

Records show he recovered his passport from the Portland Police Bureau's property and evidence division Sept. 20 and stayed for in the Multnomah County jail for the last time two days later.

Then he disappeared. A warrant for his arrest was issued. It remains outstanding.

Eight months later, Noorah was gone, too.

**Ali Hussain Alhamoud**

The earliest case involved Ali Hussain Alhamoud, whom Mooney didn't represent

The earliest case involved Ali Hussain Alhamoud, whom Mooney didn't represent.

A Toledo Police Department Menu investigation said Alhamoud sexually assaulted a young woman on Valentine's Day 2012.

Live
Weather
Sign In    Search

Federal court records in Oregon show the Saudi government bailed out Alhamoud from the Lincoln County Jail after he was indicted on multiple sex crime charges, including first-degree rape.

Alhamoud had been admitted to Oregon State University and was taking non-degree English language classes at the college, the university said.



Ali Hussain Alhamoud, who took classes at Oregon State University, was charged with raping a young woman on Valentine's Day 2012. He left the U.S. the same day the Saudi government bailed him out of jail.

U.S. the same day the Saudi government bailed him out of jail.

He boarded a plane in Portland the same day he was released from jail and returned to Saudi Arabia, according to a criminal complaint.

Wyden, learning of the new cases from The Oregonian/OregonLive, now says he wants to broaden his initial inquiry and is asking for assistance from the Trump administration.

"Secretary Pompeo and the Justice Department need to do a thorough investigation to determine the scope of this abuse of our justice system," Wyden said, "and start by answering the questions I asked."

-- Shane Dixon Kavanaugh; 503-294-7632; skavanaugh@oregonian.com

Visit subscription.oregonlive.com/newsletters to get Oregonian/OregonLive journalism delivered to your email inbox.

View Comments ( 532 )

Note to readers: if you purchase something through one of our affiliate links we may earn a commission.

# Around the web

Registration on or use of this site constitutes acceptance of our **User Agreement** and **Privacy Policy**

© 2019 OregonLive.com. All rights reserved (**About Us**).
The material on this site may not be reproduced, distributed, transmitted, cached or otherwise used, except with the prior written permission of OregonLive.com.

**Community Rules** apply to all content you upload or otherwise submit to this site.



▷**Ad Choices**

# EXHIBIT 5

NEWS

# Saudi students escaping US justice: Oregon's Wyden passes bill to declassify what FBI knows about kingdom's suspected role

Updated Oct 17, 2019;
Posted Oct 17, 2019



Sen. Ron Wyden (D-Oregon) speaking
on the Senate floor Thursday, Oct. 17,
2019.

By Shane Dixon Kavanaugh | The Oregonian/OregonLive

**Updated 5:54 p.m.**

U.S. Sen. Ron Wyden on Thursday muscled through a bill that could force the Trump administration to publicly disclose what it knows about the Saudi Arabian government's suspected role in spiriting its citizens out of the United States to escape prosecution for serious crimes.

The Oregon Democrat won approval for his new measure, the Saudi Fugitives Declassification Act, after delivering an impassioned 13-minute speech on the Senate floor. It passed by unanimous consent, a procedural move that can expedite legislation and does not require an up-or-down vote.

The bill would require the director of the FBI, in coordination with the nation's intelligence director, to declassify all information related to how the Saudi government may have helped accused criminals leave the U.S.

[Read The Oregon/OregonLive's investigative series "Fleeing justice" here]

Its passage marks a promising opening for Wyden, who has spent months pushing federal agencies and needling administration officials for information about the cases, only to be shut down time and again.

"The American people deserve answers. These are not academic matters, and this is not about a series of victimless crimes," Wyden said. "This is about manslaughter, rape and more. This is about real people, real families, who have suffered immeasurable pain."

Wyden's measure comes nearly a year after an investigation by The Oregonian/OregonLive found multiple cases where Saudi students studying around the U.S. vanished while facing serious criminal charges.

Since December, the news organization revealed criminal cases involving at least seven Saudi nationals who disappeared from Oregon before they faced trial or completed their jail sentence on charges ranging from rape to manslaughter, including those who had surrendered their passports to authorities.

The investigation also found similar cases in at least seven other states — Montana, Ohio, Oklahoma, Pennsylvania, Utah, Washington and Wisconsin — and Canada, bringing the total number of known Saudi suspects who have escaped to 25.



Gone: More cases emerge of Saudi students vanishing while facing Oregon charges

Nearly three-quarters of the cases involve charges of rape or sexual assault. Most of the victims have been college-age women.

In April, a story co-published by The Oregonian/OregonLive and ProPublica showed how the FBI, the U.S. Department of Homeland Security and other agencies have been aware of Saudi officials helping their country's citizens flee since at least 2008 yet never intervened.

The United States and Saudi Arabia don't share an extradition treaty. That makes the return of any Saudi suspect who has left the U.S. unlikely, if not impossible, without diplomatic or political pressure.

Despite documented cases around the country, Wyden and fellow U.S. Sen. Jeff Merkley, D-Oregon, have been the only lawmakers in Washington to publicly raise concerns over the Saudi disappearances and demand action from the Trump administration.

The pair earlier this year co-sponsored bills that would have required the federal government to investigate the disappearances and to impose sanctions against any Saudi diplomat or official found to have assisted Saudi fugitives escape prosecution. The measures never advanced in the Senate.

In public and private, Wyden has also repeatedly pressed the heads of federal agencies for answers, including the director of the FBI, the secretary of state and the attorney general. Those agencies and their leaders, Wyden insisted once again Thursday, have not been forthcoming with information, nor do they appear interested in probing the issue further.



He was accused of killing a Portland teen. Feds believe the Saudis helped him escape

"I have written the Department of Justice. I have written the State Department. I have written to Customs and Border Protection. I have written to the U.S. Marshals Service. I have written to the Department of Homeland Security," Wyden said. "As far as I could tell, I'd have gotten better answers from the Saudi Royal family themselves."

Wyden also used his floor speech to highlight the case of Fallon Smart, a Portland teen struck and killed along Southeast Hawthorne Boulevard in 2016. The suspect, 21-year-old Portland Community College student Abulrahman Sameer Noorah, vanished weeks before his manslaughter trial and later resurfaced in Saudi Arabia.

Officials with Homeland Security and the Marshals Service told The Oregonian/OregonLive last year they believe Noorah left his Southeast Portland neighborhood in a black SUV and later used an illicit passport and private plane — likely provided by the Saudi government — to flee the country.

The wealthy Persian Gulf kingdom had previously retained private defense attorneys to work on Noorah's case and cut a $100,000 check to provide him bail, according to court records and prosecutors. Authorities placed him on pre-trial supervision and seized his passport.

"I have five children," Wyden said. "I cannot imagine the grief I would feel if one of them was taken from me and the person responsible somehow managed to evade the justice system. It's almost impossible to comprehend the anger and frustration and helplessness that any parent would feel in a situation like this."

Chris Larsen, an attorney for Fallon Smart's family, thanked the senator for his continued work on the issue.

"We hope the House will follow suit," Larsen said in a statement. "Those that helped Mr. Noorah and other Saudi nationals flee from justice should be exposed and held accountable."

The Saudi Arabian Embassy in Washington, D.C., did not respond to a request for comment for this story. It has previously said that, as a policy, the Saudi government will cover the cost of bail for any citizen jailed in the U.S. who asks for assistance.

The kingdom also has denied playing any role in helping Saudi citizens escape prosecution in the U.S.

Read more stories from this series here.

-- Shane Dixon Kavanaugh; 503-294-7632

Email at skavanaugh@oregonian.com

Follow on Twitter @shanedkavanaugh

Visit subscription.oregonlive.com/newsletters to get Oregonian/OregonLive journalism delivered to your email inbox.

View Comments

Note to readers: if you purchase something through one of our affiliate links we may earn a commission.

Registration on or use of this site constitutes acceptance of our **User Agreement** and **Privacy Policy**

**ADVANCE
LOCAL**

© 2019 OregonLive.com. All rights reserved (**About Us**).

The material on this site may not be reproduced, distributed, transmitted, cached or otherwise used, except with the prior written permission of OregonLive.com.

**Community Rules** apply to all content you upload or otherwise submit to this site.

▷**Ad Choices**