IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

  v.

AHMAD ABOUAMMO,

    Defendant.

No. C 19-71824 WHA

**ORDER SETTING BRIEFING AND HEARING SCHEDULE FOR MOTION FOR REVOCATION OF MAGISTRATE JUDGE ORDER**

    The government seeks review of the magistrate judge's order of defendant Ahmad Abouammo's release on bond conditions. A district judge has not been assigned to this case, so the matter is presented to the general duty judge on duty when the motion was filed. *See* Crim. Local R. 5-1(d).

    Defendant's response to the government's motion is due by **NOVEMBER 15 AT NOON.** The hearing on the motion is **SET FOR NOVEMBER 19 AT 2 P.M.** The government should ensure that defendant is present for the hearing.

    **IT IS SO ORDERED.**

Dated: November 12, 2019.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE