STEVEN G. KALAR
Federal Public Defender
JODI LINKER
Assistant Federal Public Defender
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone:    415.436.7700
Facsimile:    415.436.7706
Jodi_Linker@fd.org

Counsel for Defendant ABOUAMMO

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | Case No. CR 19-71824 MAG (WHA) |
|---|---|
| Plaintiff, | |
| v. | DECLARATION OF JODI LINKER IN SUPPORT OF DEFENDANT'S OPPOSITION TO MOTION TO REVOKE ORDER OF RELEASE |
| AHMAD ABOUAMMO, | |
| Defendant. | |

I, Jodi Linker, state as follows:

1. I am an Assistant Federal Public Defender in the Northern District of California and am provisionally appearing on behalf of defendant Ahmad Abouammo. As he has yet to appear in this District, he has not yet completed a financial declaration. I am informed and believe that he will qualify for appointed counsel.

2. At Mr. Abouammo's detention hearing in Seattle, Washington, his counsel submitted two exhibits to the Magistrate Judge. I am attached those same exhibits hereto using the same labeling as used in Washington. Accordingly, attached hereto as Exhibit 1 are letters of support from family and friends of Mr. Abouammo. Attached hereto as Exhibit 2 is email correspondence between Mr. Abouammo's prior counsel and the U.S. Attorney's office.

*US v. Abouammo*, Case No. 19-71825 MAG (WHA);
Linker Decl. ISO Oppo to U.S. Mtn to Revoke Release      1

1       I DECLARE under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

3     Signed and dated on the 18th of November, 2019, in San Francisco, California.

                                                      JODI LINKER

*US v. Abouammo*, Case No. 19-71825 MAG (WHA);
Linker Decl. ISO Oppo to U.S. Mtn to Revoke Release    2