# EXHIBIT 1

The Honorable Paula L. McCandlis

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>AHMAD ABOUAMMO,<br><br>Defendant. | No. MJ19-538<br><br>DEFENDANT'S EXHIBITS FOR DETENTION HEARING |

Defendant, Ahmad Abouammo, by his attorneys Christopher Black and Court Will, submits the attached exhibits in advance of his detention hearing in this matter, scheduled before the Honorable Paula L. McCandlis for Friday, November 8, 2019 at 1:30 p.m.

**Exhibit 1** consists of letters of support written by Mr. Abouammo's family and friends.

**Exhibit 2** is a string of emails sent between November 7, 2018 and November 19, 2018, between undersigned counsel, co-counsel Court Will, and Assistant United States Attorney Colin Sampson. The email communication occurred subsequent to the execution of the search warrant and FBI interview at Mr. Abouammo's home on October 20, 2018, both of which are described in the complaint. The string culminates in an email from undersigned counsel acknowledging the likelihood that Mr. Abouammo will be criminally charged, indicating defense counsel's amenability to continued discussions about the matter, and providing Mr. Abouammo's new

DEFENDANT'S EXHIBITS FOR DETENTION
HEARING (*Ahmad Abouammo*; No. MJ19-538) - 1

BLACK LAW, PLLC
705 Second Avenue, Suite 1111
Seattle, WA 98104
206.623.1604 | Fax: 206.658.2401

address (where Mr. Abouammo continued to reside until the time of his arrest almost a year later) to the Government.

Respectfully submitted this 7th day of November, 2019.

BLACK LAW, PLLC

s/ Christopher Black
Christopher Black
Attorney for Ahmad Abouammo
Black Law, PLLC
705 Second Avenue, Suite 1111
Seattle, WA 98104
Phone: 206.623.1604
Fax: 206.658.2401
Email: chris@blacklawseattle.com

DEFENDANT'S EXHIBITS FOR DETENTION
HEARING (*Ahmad Abouammo*; No. MJ19-538) - 2

BLACK LAW, PLLC
705 Second Avenue, Suite 1111
Seattle, WA 98104
206.623.1604 | Fax: 206.658.2401

# Exhibit 1

Hello,

Ahmad and I have been married for ten years, and we have three children together. Ahmad has always been very supportive, understanding, optimistic, honest and caring. He is a great father, always involved in our kids lives, he takes a big part in homeschooling our two older children who were physically and verbally bullied in their school last year and developed depression and anxiety. He has helped our daughter overcome her anxiety and depression.

As a husband, Ahmad is everything a woman can ask for. He is caring, supportive, responsible, funny, always positive and a great partner. We always dreamt of growing old together and talked about the adventures that we would experience together. He is very ambitious and creative. He loved his job, and was always motivated to learn new things every day. He is working on his master's degree from Harvard extension school, and should finish it in December.

During the past year, we both suffered from mental health problems. Yet he was always strong and hopeful. He's the type of person that sees the glass half full. His optimism and positivity are radiant. I rely on him a lot when it comes to our children because of my mental health issues. He also takes care of me when I am going through these rough mental and physical episodes.

Ahmad is my backbone, my rock, and my companion. I am blessed to be his wife and the mother of his children.

Thank you,
Zeina Abouammo

To Whom It May Concern:

My name is Amani AbouAmmo, I am Ahmad's sister. We have no other siblings and so have always been too close. Ever since we were kids, he has always been responsible, respectful, transparent, and supportive, and has always been recognized by everyone for his politeness and respect to everybody.

When Ahmad was in college in Lebanon, he dreamt of continuing his education in the US where he saw his future, life, justice, and safety, and he succeeded to pursue this dream.

While I stayed in Lebanon, he never stopped contacting me, for we would have long talks about every single detail in our lives.

Although we spent the years between 1999 and 2015 away from each other, we had always been connected. When I got married in May 2013 to a man who later showed to be an abusive person, my marriage ended with a little fragile baby with multiple disabilities that I took away and fled to the US for our safety. Ever since we came here, my brother has taken care and full responsibility for both of us especially with the fact that I had to quit my job to take care of my child and then suffered from mental health issues due to what I have gone through.

He had us stay with him and his family, and when my daughter started having more serious health issues, he helped us move to an apartment to live by ourselves and he handled all the expenses. With the fact that he had a big family and a huge responsibility, he never hesitated to consider us part of it. He has always played the father role for my daughter as well as given me all the support I needed no matter how stressful this could be. He would take days off to fly with us to Michigan for my daughter's eye surgeries, and drive us to Oregon for other eye operations. He also flied to Belgium back in 2015 where my daughter had her

first eye surgeries. He knew he could not contribute to the surgery's expenses, but as he knew my ex-husband was there, he wanted to make sure that we were safe.

When I was hospitalized in May of this year, he and his wife took care of my daughter, and after I was discharged, he had lovingly and patiently dealt with my case while not even showing any sign of stress. He would always motivate me to pursue higher education and not stop where I am.

Ahmad is such a dedicated father, supportive brother, and a great son who never stopped taking care of our parents and their needs no matter how this could affect him. He handles all the stress of those around him and just absorbs it like no one would do nowadays.

Thank you.
Amani AbouAmmo

**From:** adnan ammo <adnan1057@hotmail.com>
**Date:** November 7, 2019 at 2:01:19 PM PST
**To:** "Aabouammo@hotmail.com" <Aabouammo@hotmail.com>

To whom it may concern,
I'm Adnan AbouAmmo, Ahmad's uncle.
What I know about him is that he's a great guy, responsible, and honest. His top priorities in life are his family and jo b. After he got married ten years ago, his dedication to his home became more profound.

Ahmad stayed at my place in Wenatchee after moving to the US back in 1999 and spent like 3 years with me and my family. He joined Wenatchee Valley College. During his stay with us, he built a great relationship with everyone here. He also had always been of great help to everyone. All his time was spent on studying, helping others, going to the college, and playing ping pong.

Our relationship wasn't like just an uncle and a nephew, for we have always been friends.. people would think he's my son. He has never shown any bad intentions or even interest in doing things the wrong way. He's very sharp, smart, and social.

He never was interested in materialistic things, for his sole purpose in life has always been taking care of his sister, and when he got a family this just became a bigger circle of care and love. From my deep knowledge of him, I'm quite sure he would never jeopardize this for anything in the world. He would never risk his family or his reputation which are the most important thing in his life.

After his sister, Amani, got married in Egypt to an Egyptian guy, when Ahmad learned later that the ex-husband was abusive to Amani, Ahmad decided to help his sister move to the US together with her daughter who has multiple disabilities. Ever since they moved to the US back in October 2015, he has been taking care of them and fully handling their expenses especially that Amani had to quit her job and take care of her child.
After being responsible for a wife and two kids, he decided to include Amani and her daughter, even when he got the third kid he never hesitated to continue taking care of them.

To improve the situation, he decided to continue his master's degree. He is Ahmad, throughout everything he has been through, has continued to be the same guy I have always known.

Thank you.
Adnan AbouAmmo

**From:** "abouammo@gmail.com" <abouammo@gmail.com>
**Date:** November 7, 2019 at 2:37:59 PM PST
**To:** "Aabouammo@hotmail.com" <Aabouammo@hotmail.com>
**Subject: Ahmad AbouAmmo**


To whom it may concern,
I'm Rabih AbouAmmo, Ahmad's cousin. We first met in 1994 when he came to Lebanon for a visit. I was 12 yo back then. Ever since we met, we have become friends. I have always felt it was a gift from God for I have always wished to have an older brother and I could never think of a better one than him.

A few years later he moved from Egypt to Lebanon to go to college, and we started hanging out together. Although he loves Lebanon and the family, he had always wanted to continue his education in the US and work there. With the support of family around him and his hard work, he did it and moved to the US.

No matter how far we have been from each other since, we never felt distant. For we stayed  connected.

Ahmad felt home in the US and so decided to have a family there. He has always been a family guy so having his own family made him feel more home. Ahmad is genuine, family guy, and generous. There is no way that he would jeopardize all of thus for anything, he doesn't even need to. His job history, life style, morale, and personality are far away from even thinking about doing any wrong.

Regards
Rabih

To whom it may concern,

I worked with Ahmad Abouammo at MBN (Middle East Broadcasting Network) since 2011 till 2013. At MBN Ahmad was a professional manager and leader of a creative digital team that contributed massively in the growth of the company's brands online.

During our shared employment dates, Ahmad has always demonstrated knowledge and inspired creativity. Working with content on a daily basis there were numerous examples of news content he lead promotional strategies for that supported freedom of speech and human rights. He was also involved in the implementation of a social media policies for employees using their own personal profiles to maintain ethical journalistic standards. He was transparent in his work within the team and company wide.

Ahmad's LinkedIn endorsement from former colleagues can attest to his professionalism and the positive relationships that he's built around him.

Outside of work, the relationship with Ahmad was very respectful and brotherly. He cared for his family and supported his friends.

Sincerely,
Hany Ramsay

To whom it may concern,

I've known Ahmad since 2011, as he was my boss at MBN "the Middle east Broadcasting Network". He's always demonstrated responsibility and wonderful personality. He always followed the rules and never seen him break one. Everyone in the team liked him because of his passion, honesty, and transparency.

Ahmad was not only my boss but a good friend since I moved to the USA for the first time he was super kind and supportive to me and my family.

Sincerely,
Hossam Elbialy

To whom it may concern,

I just read the news about Ahmad Abouammo, and I'm in shock. I've worked with Ahmad for over 2 1/2 years and content production and digital marketing at the middle East broadcasting networks. Ahmad is one of the most professional people that I've worked with in that environment. He's always supportive and honest person and very transparent and his work. During our work, he never showed any signs of anything from that he was accused and in that article I read today.
I urge is the court to double check all the facts, knowing Ahmad's personality, work ethics, and having worked with him on a personal level for over two years, something seems not right about this.

Roy abdo