# EXHIBIT 2

# Exhibit 2

11/7/2019
Case 3:19-cr-00621-EMC Document 122 Filed 11/18/19 Page 3 of 7
Case 2:19-mj-00538-MLP Document 7-2 Filed 11/07/19 Page 2 of 6

**Subject:** Re: Ahmad Abouammo
**From:** "Chris Black" <chris@blacklawseattle.com>
**Sent:** 11/19/2018 1:57:01 PM
**To:** "Sampson, Colin (USACAN)" <Colin.Sampson@usdoj.gov>;
**CC:** "Court Will" <court@willdefendwa.com>;
**BCC:** "Chris Black" <chris@blacklawseattle.com>;

Hi Colin,

I am writing to close the loop on Mr. Abou Ammo. I have not learned any information since our last conversation that would change the status quo ante.

Court and I remain available to discuss Mr. Abou Ammo's case moving forward. I don't know your time line or precise plan, but if you are amenable to reaching out prior to simply seeking an indictment, we would welcome that.

Finally, Mr. Abou Ammo wanted me to let you know his new address (he and his family are living with his sister):

    Seattle, WA

Please let us know if there's anything else to discuss. Thanks.

Chris

Christopher Black | Attorney at Law
Black Law, PLLC
705 Second Avenue, Suite 1111
Seattle, WA 98104
o: 206.623.1604
f: 206.658.2401
chris@blacklawseattle.com
blacklawseattle.com



------ Original Message ------
From: "Sampson, Colin (USACAN)" <Colin.Sampson@usdoj.gov>
To: "Chris" <chris@blacklawseattle.com>

Sent: 11/14/2018 9:58:29 PM
Subject: Re: Ahmad Abouammo

I am unavailable 10-11am, so 9:30 or 11:30 would work. Thanks.

Sent from my iPhone

On Nov 14, 2018, at 8:40 PM, Chris <chris@blacklawseattle.com<mailto:chris@blacklawseattle.com>> wrote:

Hi Colin,

I'll give you a call tomorrow. Let me know if there are better or worse times. Thanks.

Chris

Christopher Black | Attorney at Law
Black Law, PLLC
705 Second Avenue, Suite 1111<https://maps.google.com/?q=705+Second+Avenue,+Suite+1111+Seattle,+WA+98104&entry=gmail&source=g>
Seattle, WA 98104<https://maps.google.com/?q=705+Second+Avenue,+Suite+1111+Seattle,+WA+98104&entry=gmail&source=g>
o: 206.623.1604<tel:(206)%20623-1604>
f: 206.658.2401<tel:(206)%20658-2401>
chris@blacklawseattle.com<mailto:chris@blacklawseattle.com>
blacklawseattle.com<http://blacklawseattle.com/>
<Black-Law-Signature-Small.jpg>

------ Original Message ------
From: "Sampson, Colin (USACAN)" <Colin.Sampson@usdoj.gov<mailto:Colin.Sampson@usdoj.gov>>
To: "Chris Black" <chris@blacklawseattle.com<mailto:chris@blacklawseattle.com>>; "Court Will" <court@willdefendwa.com<mailto:court@willdefendwa.com>>
Cc: "McCullough, Jason (NSD) (JMD)" <Jason.McCullough@usdoj.gov<mailto:Jason.McCullough@usdoj.gov>>
Sent: 11/14/2018 6:28:17 PM
Subject: RE: Ahmad Abouammo

Chris,

Do you have anything to share regarding your client? Please let us know.

Colin Sampson

From: Chris Black <chris@blacklawseattle.com<mailto:chris@blacklawseattle.com>>
Sent: Friday, November 9, 2018 3:54 PM
To: Sampson, Colin (USACAN) <csampson@usa.doj.gov<mailto:csampson@usa.doj.gov>>; Court Will <court@willdefendwa.com<mailto:court@willdefendwa.com>>
Cc: McCullough, Jason (NSD) (JMD) <Jason.McCullough@usdoj.gov<mailto:Jason.McCullough@usdoj.gov>>
Subject: Re: Ahmad Abouammo

Hi Colin,

Nice to electronically meet you. I will reach out early next week.

Chris

Christopher Black | Attorney at Law
Black Law, PLLC
705 Second Avenue, Suite 1111<https://maps.google.com/?q=705+Second+Avenue,+Suite+1111+Seattle,+WA+98104&entry=gmail&source=g>
Seattle, WA 98104<https://maps.google.com/?q=705+Second+Avenue,+Suite+1111+Seattle,+WA+98104&entry=gmail&source=g>
o: 206.623.1604<tel:(206)%20623-1604>
f: 206.658.2401<tel:(206)%20658-2401>
chris@blacklawseattle.com<mailto:chris@blacklawseattle.com>
blacklawseattle.com<http://blacklawseattle.com/>
<image001.jpg>

------ Original Message ------
From: "Sampson, Colin (USACAN)" <Colin.Sampson@usdoj.gov<mailto:Colin.Sampson@usdoj.gov>>
To: "Court Will" <court@willdefendwa.com<mailto:court@willdefendwa.com>>
Cc: "McCullough, Jason (NSD) (JMD)" <Jason.McCullough@usdoj.gov<mailto:Jason.McCullough@usdoj.gov>>; "Chris Black" <chris@blacklawseattle.com<mailto:chris@blacklawseattle.com>>
Sent: 11/9/2018 12:45:45 PM
Subject: Re: Ahmad Abouammo

Thank you Court and good luck at trial. Chris, I am at a hearing all afternoon but my desk line is 415-436-7020. We do not plan to share the affidavit at this time.

Colin Sampson

Sent from my iPhone

On Nov 9, 2018, at 12:20 PM, Court Will <court@willdefendwa.com<mailto:court@willdefendwa.com> <mailto:court@willdefendwa.com<mailto:court@willdefendwa.com>>> wrote:

Hello Colin & Jason,

Thank you for your email. My colleague, Chris Black, is on this email and is going to be handling this case with me moving forward. We are meeting with our client further and will get back to you before 11/15.

Are you willing to share the Search Warrant Affidavit with us? It would be helpful to us to have that information to get a better understanding of where the government is coming from on this.

Thanks,

Court



Court Will | Attorney At Law


| Will & Will, PLLC | Your Criminal Defense Team


| m. 206-858-1365<tel:206-858-1365> | t. 206-209-5585<tel:206-209-5585>


| f. 206-717-7085<tel:206-717-7085> | w. willdefendwa.com<http://willdefendwa.com> <http://willdefendwa.com/>


| 701 5th Ave. #3510<x-apple-data-detectors://4/3> |<x-apple-data-detectors://4/3> <https://www.google.com/maps/dir/"/will+%26+will+pllc/@47.6030017,-122.4036967,12z/data=!3m1!4b1!4m8!4m7!1m0!1m5!1m1!1s0x54906ab071620fef:0xde76e1b26df9361d!2m2!1d-122.333657!2d47.603023> Seattle, WA 98104<x-apple-data-detectors://4/3>



[https://esr-storage.s3.amazonaws.com/images/9375/53558/images/588d1577524da.png?override=1485641939]<https://esr-storage.s3.amazonaws.com/images/9375/53558/images/588d1577524da.png?

11/7/2019

Case 3:19-cr-00621-EMC   Document 12-2   Filed 11/18/19   Page 7 of 7
Case 2:19-mj-00538-MLP   Document 12-2   Filed 11/07/19   Page 6 of 6

override=1485641939%5d>

If you have received this email in error please notify the system manager. This message contains confidential information and is intended only for the individual named. If you are not the named addressee you should not disseminate, distribute or copy this e-mail. Please notify the sender immediately by e-mail if you have received this e-mail by mistake and delete this e-mail from your system. If you are not the intended recipient you are notified that disclosing, copying, distributing or taking any action in reliance on the contents of this information is strictly prohibited. Read more

On Nov 7, 2018, at 9:20 AM, Sampson, Colin (USACAN) <Colin.Sampson@usdoj.gov<mailto:Colin.Sampson@usdoj.gov><mailto:Colin.Sampson@usdoj.gov<mailto:Colin.Sampson@usdoj.gov>>> wrote:

Court,

Thank you for speaking with Jason and I yesterday. As you know, the government is investigating your client's participation in providing confidential user information to certain individuals associated or working for the Kingdom of Saudi Arabia during and after his employment at Twitter, Inc., accepting gifts and payments from those individuals without disclosing them to his employer, and providing false statements and documents to the FBI to obstruct its investigation. Although we did not discuss other violations, he also faces additional potential criminal liability for money laundering and a customs violation related to the cash and watch.

The status of government's investigation requires that we set a deadline of Thursday, November 15 for your client (if he chooses) to provide the government by way of an attorney proffer the facts and other information which he would be able to provide to assist the investigation. The government would expect a full, truthful, and thorough recitation of all pertinent facts, including your client's role and the substance of statements and requests made by other individuals involved. The government requires a tight deadline as the investigation is moving along and the government will need at least a brief period of time to consider the value of the proffered testimony and information before proceeding. We are aware that, given your trial schedule, you will be associating another attorney with this matter.

Please feel free to reach out to let us know your thoughts regarding the above. Thank you.

Respectfully,

Colin Sampson