| | | |
|---|---|---|
| DOCUMENTS UNDER SEAL ☐ | TOTAL TIME (mins): 4 minutes | |
| **MAGISTRATE JUDGE MINUTE ORDER** | DEPUTY CLERK: Melinda K. Lock | REPORTER/FTR: FTR 11:15-11:19 |
| MAGISTRATE JUDGE: SALLIE KIM | DATE: November 20, 2019 | NEW CASE ☐ — CASE NUMBER: 3:19-cr-00621-EMC-1 |

## APPEARANCES

| DEFENDANT | AGE | CUST: Y | P/NP: P | ATTORNEY FOR DEFENDANT | PD. ☒ RET. ☐ |
|---|---|---|---|---|---|
| Ahmad Abouammo | | | | Jodi Linker | APPT. ☐ |

| U.S. ATTORNEY | INTERPRETER | ☒ FIN. AFFT SUBMITTED | ☒ COUNSEL APPT'D |
|---|---|---|---|
| Colin Sampson/Benjamin Kingsley | | | |

| PROBATION OFFICER | PRETRIAL SERVICES OFFICER: Jalei Kinder | ☒ DEF ELIGIBLE FOR APPT'D COUNSEL | ☐ PARTIAL PAYMENT OF CJA FEES |

## PROCEEDINGS SCHEDULED TO OCCUR

- ☒ INITIAL APPEAR — held - 2 mins
- ☐ PRELIM HRG
- ☐ MOTION
- ☐ JUGM'T & SENTG
- ☐ STATUS / STATUS TRIAL SET
- ☒ I.D. COUNSEL — held - 1 min
- ☒ ARRAIGNMENT — held - 1 min
- ☐ BOND HEARING
- ☐ IA REV PROB. or or S/R
- ☐ OTHER
- ☐ DETENTION HRG
- ☐ ID / REMOV HRG
- ☐ CHANGE PLEA
- ☐ PROB. REVOC.
- ☐ ATTY APPT HEARING

## INITIAL APPEARANCE

☒ ADVISED OF RIGHTS  ☒ ADVISED OF CHARGES  ☐ NAME AS CHARGED IS TRUE NAME  ☐ TRUE NAME:

## ARRAIGNMENT

☐ ARRAIGNED ON INFORMATION  ☒ ARRAIGNED ON INDICTMENT  ☒ READING WAIVED SUBSTANCE  ☐ WAIVER OF INDICTMENT FILED

## RELEASE

- ☐ RELEASED ON O/R
- ☐ ISSUED APPEARANCE BOND
- AMT OF SECURITY $
- SPECIAL NOTES
- ☐ PASSPORT SURRENDERED DATE:

PROPERTY TO BE POSTED ☐ CASH $ — CORPORATE SECURITY ☐ — REAL PROPERTY: ☐

☐ MOTION FOR DETENTION  ☐ PRETRIAL SERVICES REPORT  ☐ DETAINED  ☐ RELEASED  ☐ DETENTION HEARING AND FORMAL FINDINGS WAIVED  ☒ REMANDED TO CUSTODY

ORDER REMOVED TO THE DISTRICT OF

## PLEA

☐ CONSENT ENTERED  ☒ NOT GUILTY  ☐ GUILTY  GUILTY TO COUNTS: ☐
☐ PRESENTENCE REPORT ORDERED  ☐ CHANGE OF PLEA  ☐ PLEA AGREEMENT FILED  OTHER:

## CONTINUANCE

| TO: 11/20/2019 (prev. set) | ☐ ATTY APPT HEARING | ☐ BOND HEARING | ☐ STATUS RE: CONSENT | ☐ TRIAL SET |
| AT: 2:30 PM | ☐ SUBMIT FINAN. AFFIDAVIT | ☐ PRELIMINARY HEARING | ☐ CHANGE OF PLEA | ☒ STATUS |
| BEFORE HON. Edward M. Chen | ☐ DETENTION HEARING | ☐ ARRAIGNMENT | ☐ MOTIONS | ☐ JUDGMENT & SENTENCING |
| ☐ TIME WAIVED | ☐ TIME EXCLUDABLE UNDER 18 § USC 3161 | ☐ IDENTITY / REMOVAL HEARING | ☐ PRETRIAL CONFERENCE | ☐ PROB/SUP REV. HEARING |

## ADDITIONAL PROCEEDINGS

The Court may ask the defendant to contribute to his defense at a later time. Defendant's assertion of rights filed. The Court has reviewed the papers relating to the detention proceedings before Judge Alsup and will not override his decision to release the defendant under the conditions imposed by the Magistrate Judge in Oregon. The Government may take this matter up with Judge Chen.

DOCUMENT NUMBER: