UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

### CRIMINAL MINUTES

**Date:** November 20, 2019    **Time:** 3:43-3:53 = 10 Minutes    **Judge:** EDWARD M. CHEN

**Case No.**: 19-cr-00621-EMC-1    **Case Name:** USA v. Ahmad Abouammo

**Attorney for Government:** Colin Sampson
**Attorney for Defendant:** Jodi Linker
**Defendant:** [X] Present   [ ] Not Present
**Defendant's Custodial Status:** [X] In Custody  [ ] Not in Custody

**Deputy Clerk:** Angella Meuleman          **Court Reporter:** Marla Knox
**Interpreter:**                            **Probation Officer:**

### PROCEEDINGS

Status re: Appeal of Magistrate Judge Decision to District Court – Held.

### SUMMARY

Parties stated appearances and proffered argument.

Court needs additional time to review documents.  Case continued to 11/21/2019 at 8:30 a.m.

**CASE CONTINUED TO: November 21, 2019, at 8:30 a.m. for Appeal of Magistrate Judge Decision**.