1  STEVEN G. KALAR
   Federal Public Defender
2  JODI LINKER
   Assistant Federal Public Defender
3  450 Golden Gate Avenue
   San Francisco, CA 94102
4  Telephone: (415) 436-7700
   Telefacsimile: (415) 436-7706
5
6  Counsel for Defendant

FILED

NOV 20 2019

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

7           IN THE UNITED STATES DISTRICT COURT
8           FOR THE NORTHERN DISTRICT OF CALIFORNIA
9                   SAN FRANCISCO DIVISION

                                            CR 19-621 EMC

11  UNITED STATES OF AMERICA,          )   No. CR- A-71824 WHA
                                       )
12                  Plaintiff,         )   DEFENDANT'S ASSERTION OF FIFTH
                                       )   AND SIXTH AMENDMENT RIGHTS
13          v.                         )
                                       )
14  Ahmad Abouammo                     )
                                       )
15                  Defendant.         )
                                       )
16  _____)

17         I, the above-named defendant, hereby assert my Fifth and Sixth Amendment rights to
18  remain silent and to have counsel present at any and all of my interactions with the government
19  or others acting on the government's behalf. I do not wish to, and will not, waive any of my
20  constitutional rights except in the presence of counsel. I do not want the government or others
21  acting on the government's behalf to question me, or to contact me seeking my waiver of any
22  rights, unless my counsel is present.

23  [signature]
24  (Defendant's signature)
25  JODI LINKER
    (Attorney's name printed)
26
27  [signature]
    (Attorney's signature)
28  Date: 11/19/19                      Time: 9:57   am/pm