UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES

**Date:** November 21, 2019     **Time:** 8:37-9:09= 32 Minutes     **Judge:** EDWARD M. CHEN

**Case No.**: 19-cr-00621-EMC-1     **Case Name:** USA v. Ahmad Abouammo

**Attorney for Government:** Colin Sampson
**Attorney for Defendant:** Jodi Linker
**Defendant:** [X] Present   [ ] Not Present
**Defendant's Custodial Status:** [X] In Custody  [ ] Not in Custody

**Deputy Clerk:** Angella Meuleman     **Court Reporter:** Debra Pas
**Interpreter:**     **Probation Officer:** Tim Elder

## PROCEEDINGS

[16] APPEAL OF MAGISTRATE JUDGE DECISION to District Court by USA – Held.

## SUMMARY

Parties stated appearances and proffered argument.

Government argued defendant should not be released, stating there are no combination of conditions to reasonably assure defendant not flee from prosecution. Further, defendant has minimal ties to the community beyond immediate relatives and is accused of accepting bribes from same Saudi Arabian officials who assisted in protecting his codefendant from the United States. The Government believes it has met its burden with respect to defendant's risk of flight and obstruction of justice.

Defense counsel stated her client has proven he is not a risk of flight and that he's been compliant while on pretrial release. Additionally, she noted for the Court there are three federal judges who have found the defendant to not be a risk of flight. She further stated her client would be willing to adhere to additional conditions of release as stated on the record.

Court GRANTS defendant's request for reasons stated on the record, including the fact that he has not fled despite being subject to FBI interview and search and notice of Government's intent to file charges herein, his family ties to the community (including his wife and three children), and his lesser culpability compared to his co-defendant. Defendant will be released subject to 1) custodian; 2) sureties, including wife, sister and uncle on $50K bond; and 3) surrender of passports. Defendant to proceed to the duty Magistrate Judge (U.S. Magistrate Sallie Kim) for bond hearing. Pretrial services does not object to release of defendant with conditions.

**CASE CONTINUED TO: January 15, 2020 at 2:30 p.m. for Further Status Conference.**

Time Excluded:   Begins:11/21/2019      Ends:  1/15/2020

**Government to prepare an exclusion order**.