DAVID L. ANDERSON (CABN 149604)
United States Attorney

HALLIE HOFFMAN (CABN 210020)
Chief, Criminal Division

COLIN C. SAMPSON (CABN 249784)
    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7200
    FAX: (415) 436-7234
    Colin.Sampson@usdoj.gov

Attorneys for United States of America

JODI LINKER
Federal Public Defender's Office
450 Golden Gate Avenue, Rm. 19-6884
San Francisco, CA 94102
Telephone: (415) 436-7700
FAX: (415) 436-7706
    Jodi_Linker@fd.org

Attorney for Ahmad Abouammo

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 3:19-CR-0621-EMC-1 |
| Plaintiff, | **STIPULATION FOR EXCLUSION OF TIME PURSUANT TO THE SPEEDY TRIAL ACT** |
| v. | |
| AHMAD ABOUAMMO, | |
| Defendant. | |

    The United States of America, represented by Benjamin Kingsley and Colin Sampson, and Defendant Ahmad Abouammo, represented by Jodi Linker, hereby STIPULATE and AGREE as follows:

    The Indictment against defendant Ahmad Abouammo was filed on November 19, 2019. ECF Nos. 13. Defendant was arraigned on November 20, 2019, and appeared before the District Court on the same date. At the District Court hearing, the parties agreed and the Court ordered the exclusion of time pursuant to the Speedy Trial Act, 18 U.S.C. §§ 3161(b), (h)(7)(A), and (h)(7)(B)(iv), from November

1

20, 2019, to January 15, 2020.

As a result, the government and defendant's attorney now stipulate and agree that further time is necessary for counsel for the defendant to effectively prepare regarding the allegations in the Indictment, review discovery, and consult with the defendant, before further proceedings in this matter. As a result, the defendant consents and the parties jointly move the Court to order that time is excluded from November 20, 2019, until January 15, 2020, pursuant to the Speedy Trial Act, 18 U.S.C. §§ 3161(b), (h)(7)(A), and (h)(7)(B)(iv), for effective preparation of counsel, taking into account the exercise of due diligence.

        Respectfully submitted,

        DAVID L. ANDERSON
        United States Attorney

Dated: December 6, 2019.        */s/ Colin Sampson*
        COLIN SAMPSON
        Assistant United States Attorney

        *Attorneys for the United States of America*

Dated: December 6, 2019.        */s/ Jodi Linker*
        JODI LINKER
        Assistant Federal Public Defender

        *Attorney for Defendant Ahmad Abouammo*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 3:19-CR-00621-EMC-1 |
| Plaintiff, | ) ) | **[PROPOSED] ORDER EXCLUDING TIME PURSUANT TO THE SPEEDY TRIAL ACT** |
| v. | ) ) | |
| AHMAD ABOUAMMO, | ) ) | |
| Defendant. | ) ) | |

Pursuant to the consent and stipulation of Defendant Ahmad Abouammo and his counsel, and The United States of America and its counsel, and for good cause shown,

IT IS ORDERED THAT time under the Speedy Trial Act is excluded from November 21, 2019, until Wednesday, January 15, 2020, pursuant to 18 U.S.C. §§ 3161(b), (h)(7)(A) and (B)(iv), for effective preparation of counsel, taking into account the exercise of due diligence.  It is further

IT IS SO ORDERED.

Dated: _____       _____
                                THE HONORABLE EDWARD M. CHEN
                                UNITED STATES DISTRICT JUDGE

3