DAVID L. ANDERSON (CABN 149604)
United States Attorney

HALLIE HOFFMAN (CABN 210020)
Chief, Criminal Division

COLIN C. SAMPSON (CABN 249784)
    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7200
    FAX: (415) 436-7234
    Colin.Sampson@usdoj.gov

Attorneys for United States of America

JODI LINKER
Federal Public Defender's Office
450 Golden Gate Avenue, Rm. 19-6884
San Francisco, CA 94102
Telephone: (415) 436-7700
FAX: (415) 436-7706
    Jodi_Linker@fd.org

Attorney for Ahmad Abouammo

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> AHMAD ABOUAMMO, <br><br> Defendant. | CASE NO. 3:19-CR-0621-EMC-1 <br><br> STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS CONFERENCE AND FOR EXCLUSION OF TIME PURSUANT TO THE SPEEDY TRIAL ACT |

    The United States of America, represented by Benjamin Kingsley and Colin Sampson, and Defendant Ahmad Abouammo, represented by Jodi Linker, hereby STIPULATE and AGREE as follows:

    The Indictment against defendant Ahmad Abouammo was filed on November 19, 2019. ECF Nos. 13. Defendant was arraigned on November 20, 2019, and appeared before the District Court on the same date. At the District Court hearing, the parties agreed and the Court ordered the exclusion of time pursuant to the Speedy Trial Act, 18 U.S.C. §§ 3161(b), (h)(7)(A), and (h)(7)(B)(iv), from November

1

20, 2019, to January 15, 2020.

The government is preparing discovery to produce and the parties are actively engaged in discussing the terms of a protective order relating to personally identifying information, sensitive information, and alleged trade secrets.

As a result, the government and defendant's attorney now stipulate and agree that further time is necessary for counsel for the defendant to effectively prepare regarding the allegations in the Indictment, review discovery, and consult with the defendant, before further proceedings in this matter. As a result, the defendant consents and the parties jointly move the Court to order that the status conference currently scheduled for January 15, 2020, is continued to February 19, 2020, and that time is excluded from January 15, 2020, to February 19, 2020, pursuant to the Speedy Trial Act, 18 U.S.C. §§ 3161(b), (h)(7)(A), and (h)(7)(B)(iv), for effective preparation of counsel, taking into account the exercise of due diligence.

Respectfully submitted,

DAVID L. ANDERSON
United States Attorney

Dated:  December 21, 2019.

*/s/ Colin Sampson*
COLIN SAMPSON
Assistant United States Attorney

*Attorneys for the United States of America*

Dated:  December 21, 2019.

*/s/ Jodi Linker*
JODI LINKER
Assistant Federal Public Defender

*Attorney for Defendant Ahmad Abouammo*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 3:19-CR-00621-EMC-1 |
| Plaintiff, | [PROPOSED] ORDER EXCLUDING TIME PURSUANT TO THE SPEEDY TRIAL ACT |
| v. | |
| AHMAD ABOUAMMO, | |
| Defendant. | |

Pursuant to the consent and stipulation of Defendant Ahmad Abouammo and his counsel, and The United States of America and its counsel, and for good cause shown,

IT IS ORDERED THAT the status conference currently scheduled for Wednesday, January 15, 2020, is continued to Wednesday, February 19, 2020.  It is further

//

//

3

ORDERED THAT time under the Speedy Trial Act is excluded from January 15, 2020, until February 19, 2020, pursuant to 18 U.S.C. §§ 3161(b), (h)(7)(A) and (B)(iv), for effective preparation of counsel, taking into account the exercise of due diligence.

IT IS SO ORDERED.

Dated: _____         _____
                                                   THE HONORABLE EDWARD M. CHEN
                                                   UNITED STATES DISTRICT JUDGE