UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 3:19-CR-00621-EMC-1 |
| Plaintiff, | ORDER EXCLUDING TIME PURSUANT TO THE SPEEDY TRIAL ACT |
| v. | |
| AHMAD ABOUAMMO, | |
| Defendant. | |

Pursuant to the consent and stipulation of Defendant Ahmad Abouammo and his counsel, and The United States of America and its counsel, and for good cause shown,

IT IS ORDERED THAT the status conference currently scheduled for Wednesday, January 15, 2020, is continued to Wednesday, February 19, 2020.  It is further

//

//

3

1     ORDERED THAT time under the Speedy Trial Act is excluded from January 15, 2020, until
2 February 19, 2020, pursuant to 18 U.S.C. §§ 3161(b), (h)(7)(A) and (B)(iv), for effective preparation of
3 counsel, taking into account the exercise of due diligence.

5     IT IS SO ORDERED.

6     Dated: 12/23/19

                                           THE HONORABLE EDWARD M. CHEN
                                           UNITED STATES DISTRICT JUDGE