DAVID L. ANDERSON (CABN 149604)
United States Attorney

HALLIE HOFFMAN (CABN 210020)
Chief, Criminal Division

COLIN C. SAMPSON (CABN 249784)
   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102-3495
   Telephone: (415) 436-7200
   FAX: (415) 436-7234
   Colin.Sampson@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 3:19-CR-0621-EMC-1 |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER FOR EXCLUSION OF TIME PURSUANT TO THE SPEEDY TRIAL ACT |
| v. | |
| AHMAD ABOUAMMO, | |
| Defendant. | |

The United States of America, represented by Benjamin Kingsley and Colin Sampson, and Defendant Ahmad Abouammo, represented by Jodi Linker, hereby STIPULATE and AGREE as follows:

The Indictment against defendant Ahmad Abouammo was filed on November 19, 2019. ECF Nos. 13. Defendant was arraigned on November 20, 2019, and appeared before the District Court on the same date. At the District Court hearing, the parties agreed and the Court ordered the exclusion of time pursuant to the Speedy Trial Act, 18 U.S.C. §§ 3161(b), (h)(7)(A), and (h)(7)(B)(iv), from November 20, 2019, to January 15, 2020. On December 23, 2019, the Court granted the parties' stipulation and proposed order to continue the status conference to February 19, 2020, and to exclude time under the Speedy Trial Act until then. *See* ECF No. 29. A Protective Order was entered on January 15, 2020. *See*

ECF No. 31.

Since the issuance of the Protective Order, the government has made several discovery productions, including documents collected from dozens of sources and images of multiple devices and email accounts seized during the execution of search warrants during the investigation. The parties attended a status conference on February 19, 2020, and the Court set a further status conference for April 22, 2020.

As a result, the government and defendant's attorney now stipulate and agree that further time is necessary for counsel for the defendant to effectively review the discovery and to prepare and consult with the defendant before further proceedings in this matter. As a result, the Defendant consents and the parties jointly move the Court to order that time is excluded from February 19, 2020, to April 22, 2020, pursuant to the Speedy Trial Act, 18 U.S.C. §§ 3161(b), (h)(7)(A), and (h)(7)(B)(iv), for effective preparation of counsel, taking into account the exercise of due diligence.

Respectfully submitted,

DAVID L. ANDERSON
United States Attorney

Dated: February 20, 2020.

*/s/ Colin Sampson*
COLIN SAMPSON
Assistant United States Attorney

*Attorneys for the United States of America*

Dated: February 20, 2020.

*/s/ Jodi Linker*
JODI LINKER
Assistant Federal Public Defender

*Attorney for Defendant Ahmad Abouammo*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 3:19-CR-00621-EMC-1 |
| Plaintiff, | [PROPOSED] ORDER EXCLUDING TIME PURSUANT TO THE SPEEDY TRIAL ACT |
| v. | |
| AHMAD ABOUAMMO, | |
| Defendant. | |

Pursuant to the consent and stipulation of Defendant, Ahmad Abouammo and his counsel, and The United States of America and its counsel, and for good cause shown,

IT IS ORDERED time under the Speedy Trial Act is excluded from February 19, 2020, until April 22, 2020, pursuant to 18 U.S.C. §§ 3161(b), (h)(7)(A) and (B)(iv), for effective preparation of counsel, taking into account the exercise of due diligence.

IT IS SO ORDERED.

Dated: _____    _____
                            THE HONORABLE EDWARD M. CHEN
                            UNITED STATES DISTRICT JUDGE