UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

# CRIMINAL MINUTES

**Date:** February 19, 2020      **Time:** 3:28-3:32= 4 Minutes      **Judge:** EDWARD M. CHEN

**Case No.**: 19-cr-00621-EMC-1      **Case Name:** United States v. Ahmad Abouammo

**Attorney for Government:** Colin Sampson
**Attorney for Defendant:** Jodi Linker
**Defendant:** [X] Present   [ ] Not Present
**Defendant's Custodial Status:** [ ] In Custody  [X] Not in Custody

**Deputy Clerk:** Angella Meuleman          **Court Reporter:** JoAnn Bryce
**Interpreter:**                             **Probation Officer:**

# PROCEEDINGS

1. Status Conference - Held.

# SUMMARY

Government reported it has exchanged discovery with defendant (approximately 35,000 pages not including devices).  Remainder to be produced in next several weeks.

CASE CONTINUED TO: **April 22, 2020, at 2:30 PM, for Status Conference**

---

**EXCLUDABLE DELAY: Government to prepare an exclusion order.**
Category:  Effective Preparation of Counsel
Begins:  February 19, 2020
Ends:  April 22, 2020

---