UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

# CRIMINAL MINUTES

**Date:** April 22, 2020   **Time:** 2:45-2:53= 7 Minutes   **Judge:** EDWARD M. CHEN

**Case No.**: 19-cr-00621-EMC-1   **Case Name:** USA v. Ahmad Abouammo

**Attorneys for Government:** Colin Sampson, Benjamin Hawk
**Attorney for Defendant:** Jodi Linker
**Defendant:** [X] Present; verbally waives physical presence.
**Defendant's Custodial Status:** [ ] In Custody  [X] Not in Custody

**Deputy Clerk:** Angella Meuleman   **Court Reporter:** Debra Pas
**Interpreter:**   **Probation Officer:**

# PROCEEDINGS

Telephonic Status Conference – Held.

# SUMMARY

Parties stated appearances. Defendant verbally acknowledged his appearance over the telephone and waived his physical appearance.

Government stated it has produced all discovery to Defense counsel. Government further stated additional charges are to be added in this case; however, the Grand Jury is suspended at this time due to the COVID-19 pandemic. Those charges will be included when Grand Jury returns.

Defense counsel indicated that because of the pandemic, review of the discovery has been slowed.

Court granted Government's request to exclude time from 4/22/2020 through 7/15/2020 for effective preparation of counsel.

**CASE CONTINUED TO: July 15, 2020 at 2:30 PM for Further Status Conference.**

Time Excluded:   Begins: 4/22/2020   Ends: 7/15/2020

Government to prepare an exclusion order.