DAVID L. ANDERSON (CABN 149604)
United States Attorney

HALLIE HOFFMAN (CABN 210020)
Chief, Criminal Division

COLIN C. SAMPSON (CABN 249784)
450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-7200
FAX: (415) 436-7234
Colin.Sampson@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) | CASE NO. 3:19-CR-0621-EMC-1 |
|---|---|---|
| Plaintiff, | ) | STIPULATION AND [PROPOSED] ORDER FOR EXCLUSION OF TIME PURSUANT TO THE SPEEDY TRIAL ACT |
| v. | ) | |
| AHMAD ABOUAMMO, | ) | |
| Defendant. | ) | |

The United States of America, represented by Colin Sampson, Assistant United States Attorney, and Defendant Ahmad Abouammo, represented by Jodi Linker, Assistant Federal Public Defender, hereby STIPULATE and AGREE as follows:

For the reasons stated on the record in this matter at the status conference held on April 22, 2020, and based upon the representation of counsel and for good cause shown, the parties stipulate that the United States has produced discovery in this matter and defense counsel requires additional time to review that discovery and investigate the case. Accordingly, the parties agree that the exclusion of time from the Speedy Trial Act between April 22, 2020, and July 15, 2020, is necessary for continuity of counsel and that failing to exclude the time would unreasonably deny defense counsel and the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

See 18 U.S.C. § 3161(h)(7)(B)(iv).

|  |  |
|---|---|
|  | Respectfully submitted, |
|  | DAVID L. ANDERSON<br>United States Attorney |
| Dated: April 23, 2020. | */s/ Colin Sampson*<br>COLIN SAMPSON<br>Assistant United States Attorney |
|  | *Attorneys for the United States of America* |
| Dated: April 23, 2020. | */s/ Jodi Linker*<br>JODI LINKER<br>Assistant Federal Public Defender |
|  | *Attorney for Defendant Ahmad Abouammo* |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 3:19-CR-00621-EMC-1 |
| Plaintiff, | )<br>)<br>) | [PROPOSED] ORDER EXCLUDING TIME PURSUANT TO THE SPEEDY TRIAL ACT |
| v. | ) | |
| AHMAD ABOUAMMO, | )<br>) | |
| Defendant. | ) | |

Pursuant to the consent and stipulation of Defendant, Ahmad Abouammo and his counsel, and The United States of America and its counsel, and for good cause shown,

IT IS ORDERED time under the Speedy Trial Act is excluded from April 22, 2020, until July 15, 2020, pursuant to 18 U.S.C. §§ 3161(b), (h)(7)(A) and (B)(iv), for effective preparation of counsel, taking into account the exercise of due diligence.

IT IS SO ORDERED.

Dated: _____     _____
                             THE HONORABLE EDWARD M. CHEN
                             UNITED STATES DISTRICT JUDGE