UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 3:19-CR-00621-EMC-1 |
| Plaintiff, | [PROPOSED] ORDER EXCLUDING TIME PURSUANT TO THE SPEEDY TRIAL ACT |
| v. | |
| AHMAD ABOUAMMO, | |
| Defendant. | |

Pursuant to the consent and stipulation of Defendant, Ahmad Abouammo and his counsel, and The United States of America and its counsel, and for good cause shown,

IT IS ORDERED time under the Speedy Trial Act is excluded from April 22, 2020, until July 15, 2020, pursuant to 18 U.S.C. §§ 3161(b), (h)(7)(A) and (B)(iv), for effective preparation of counsel, taking into account the exercise of due diligence.

IT IS SO ORDERED.

Dated: April 24, 2020       _____
THE HONORABLE EDWARD M. CHEN
UNITED STATES DISTRICT JUDGE