STEVEN G. KALAR
Federal Public Defender
ELLEN LEONIDA
Assistant Federal Public Defender
450 Golden Gate Avenue, Box 36106
San Francisco, CA 94102
Telephone:     (415) 436-7700
Facsimile:      (415) 436-7706
Ellen_leonida@fd.org

Counsel for Defendant ABOUAMMO

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 19-00621 EMC |
| Plaintiff, | **NOTICE OF ATTORNEY APPEARANCE** |
| v. | |
| AHMAD ABOUAMMO, | |
| Defendant. | |

PLEASE TAKE NOTICE that the Clerk is hereby asked to enter the appearance of Ellen Leonida, Assistant Federal Public Defender, on behalf of the defendant.  The Clerk is requested to include AFPD Ellen Leonida on all e-filing notices for the above-captioned matter.  Counsel's mailing address, telephone number, facsimile number and email address are listed above.

                                                    Respectfully submitted,

                                                    STEVEN G. KALAR

                                                    Federal Public Defender

Dated:  July 7, 2020                          /S
                                                    ELLEN LEONIDA
                                                    Assistant Federal Public Defender