DAVID L. ANDERSON (CABN 149604)
United States Attorney

HALLIE HOFFMAN (CABN 210020)
Chief, Criminal Division

COLIN C. SAMPSON (CABN 249784)
    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7200
    FAX: (415) 436-7234
    Colin.Sampson@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 3:19-CR-0621-EMC-1 |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER FOR EXCLUSION OF TIME PURSUANT TO THE SPEEDY TRIAL ACT |
| v. | |
| AHMAD ABOUAMMO, | |
| Defendant. | |

    The United States of America, represented by Colin Sampson, Assistant United States Attorney, and Defendant Ahmad Abouammo, represented by Ellen Leonida, Assistant Federal Public Defender, hereby STIPULATE and AGREE as follows:

    For the reasons stated on the record in this matter at the status conference held on July 15, 2020, and based upon the representation of counsel and for good cause shown, the parties stipulate that the United States has produced discovery in this matter and defense counsel requires additional time to review voluminous discovery and investigate the case. Accordingly, the parties agree that the exclusion of time from the Speedy Trial Act between July 15, 2020, and August 19, 2020, is necessary for continuity of counsel and that failing to exclude the time would unreasonably deny defense counsel and the defendant the reasonable time necessary for effective preparation, taking into account the exercise of

1

1  due diligence. See 18 U.S.C. § 3161(h)(7)(B)(iv).

                                                  Respectfully submitted,

                                                  DAVID L. ANDERSON
United States Attorney

Dated:  July 15, 2020.                    */s/ Colin Sampson*
COLIN SAMPSON
Assistant United States Attorney

*Attorneys for the United States of America*

Dated:  July 15, 2020.                    */s/ Ellen Leonida*
ELLEN LEONIDA
Assistant Federal Public Defender

*Attorney for Defendant Ahmad Abouammo*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 3:19-CR-00621-EMC-1 |
| Plaintiff, | ) ) | [PROPOSED] ORDER EXCLUDING TIME PURSUANT TO THE SPEEDY TRIAL ACT |
| v. | ) ) | |
| AHMAD ABOUAMMO, | ) ) | |
| Defendant. | ) ) | |

Pursuant to the consent and stipulation of Defendant, Ahmad Abouammo and his counsel, and The United States of America and its counsel, and for good cause shown,

IT IS ORDERED time under the Speedy Trial Act is excluded from July 15, 2020, until August 19, 2020, pursuant to 18 U.S.C. §§ 3161(b), (h)(7)(A) and (B)(iv), for effective preparation of counsel, taking into account the exercise of due diligence.

IT IS SO ORDERED.

Dated: _____    _____
THE HONORABLE EDWARD M. CHEN
UNITED STATES DISTRICT JUDGE