UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES

| | | |
|---|---|---|
| **Date:** July 15, 2020 | **Time:** 2:44-2:47= 3 Minutes | **Judge:** EDWARD M. CHEN |
| **Case No.**: 19-cr-00621-EMC-1 | **Case Name:** United States v. Ahmad Abouammo | |

**Attorneys for Government:** Colin Sampson, Benjamin Hawk
**Attorney for Defendant:** Ellen Leonida
**Defendant:** [X] Present by videoconference  [ ] Not Present
**Defendant's Custodial Status:** [ ] In Custody  [X] Not in Custody

| | |
|---|---|
| **Deputy Clerk:** Angella Meuleman | **Court Reporter:** JoAnn Bryce |
| **Interpreter:** | **Probation Officer:** |

## PROCEEDINGS HELD BY ZOOM WEBINAR

1. Status Conference – Held.

## SUMMARY

Parties stated appearances.  Defendant appeared by videoconference. Defense counsel confirmed receipt of all discovery yesterday.  Parties request Further Status Conference for setting motion dates.  Court granted.

CASE CONTINUED TO: **August 19, 2020, at 2:30 PM, for Further Status Conference**

---

**EXCLUDABLE DELAY: Government to prepare an exclusion order.**
Category:  Effective Preparation of Counsel
Begins:  July 15, 2020
Ends:  August 19, 2020

---