1  DAVID L. ANDERSON (CABN 149604)
   United States Attorney
2
   HALLIE HOFFMAN (CABN 210020)
3  Chief, Criminal Division

4  COLIN C. SAMPSON (CABN 249784)
           450 Golden Gate Avenue, Box 36055
5          San Francisco, California 94102-3495
           Telephone: (415) 436-7200
6          FAX: (415) 436-7234
           Colin.Sampson@usdoj.gov
7
   Attorneys for United States of America
8

9                      UNITED STATES DISTRICT COURT

10                    NORTHERN DISTRICT OF CALIFORNIA

11                          SAN FRANCISCO DIVISION

12  UNITED STATES OF AMERICA,         )  CASE NO. 3:19-CR-0621-EMC-1
                                      )
13           Plaintiff,                )  STIPULATED MOTION TO
                                      )  CONTINUE AND [PROPOSED]
14       v.                            )  ORDER FOR EXCLUSION OF TIME
                                      )  PURSUANT TO THE SPEEDY TRIAL
15  AHMAD ABOUAMMO,                   )  ACT
                                      )
16           Defendant.                )
                                      )
17

18

19       The United States of America, represented by Colin Sampson, Assistant United States Attorney,

20  and Defendant Ahmad Abouammo, represented by Ellen Leonida, Assistant Federal Public Defender,

21  hereby STIPULATE and AGREE as follows:

22       For the reasons stated on the record in this matter at the status conference held on July 15, 2020,

23  and based upon the representation of counsel and for good cause shown, the parties stipulate and agree

24  that, due to unavailability of defense counsel at the new hearing time, August 19, 2020, at 3:30 p.m., and

25  on Wednesday, August 26, 2020, the parties respectfully stipulate and agree, and move the Court for an

26  order continuing the status conference by one week and for the exclusion of time from the Speedy Trial

27  Act between August 19, 2020, to September 2, 2020, which is necessary for continuity of counsel and

28  for effective preparation, taking into account the exercise of due diligence. See 18 U.S.C. §

3161(h)(7)(B)(iv).

                                                         Respectfully submitted,

                                                         DAVID L. ANDERSON
                                                         United States Attorney

Dated:  August 10, 2020.               */s/ Colin Sampson*
                                                         COLIN SAMPSON
                                                         Assistant United States Attorney

                                                         *Attorneys for the United States of America*

Dated:  August 10, 2020.               */s/ Ellen Leonida*
                                                         ELLEN LEONIDA
                                                        Assistant Federal Public Defender

                                                         *Attorney for Defendant Ahmad Abouammo*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 3:19-CR-00621-EMC-1 |
| Plaintiff, | [PROPOSED] ORDER CONTINUING HEARING AND EXCLUDING TIME PURSUANT TO THE SPEEDY TRIAL ACT |
| v. | |
| AHMAD ABOUAMMO, | |
| Defendant. | |

Pursuant to the consent and stipulation of Defendant, Ahmad Abouammo and his counsel, and The United States of America and its counsel, and for good cause shown,

IT IS ORDERED THAT the status conference scheduled for August 19, 2020, is continued to September 2, 2020, at 2:30 p.m.  It is further

IT IS ORDERED THAT time under the Speedy Trial Act is excluded from August 19, 2020, until September 2, 2020, pursuant to 18 U.S.C. §§ 3161(b), (h)(7)(A) and (B)(iv), for effective preparation of counsel, taking into account the exercise of due diligence.

IT IS SO ORDERED.

Dated: _____          _____
                                 THE HONORABLE EDWARD M. CHEN
                                 UNITED STATES DISTRICT JUDGE

3