UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES

**Date:** September 2, 2020   **Time:** 4:00-4:10= 10 Minutes   **Judge:** EDWARD M. CHEN

**Case No.**: 19-cr-00621-EMC-1   **Case Name:** United States v. Ahmad Abouammo

**Attorneys for Government:** Colin Sampson, Benjamin Hawk, Scooter Slade (phone)
**Attorney for Defendant:** Ellen Leonida
**Defendant:** [X] Present by videoconference   [ ] Not Present
**Defendant's Custodial Status:** [ ] In Custody  [X] Not in Custody

**Deputy Clerk:** Angella Meuleman   **Court Reporter:** Ruth Ekhaus
**Interpreter:**   **Probation Officer:**

## PROCEEDINGS HELD BY ZOOM WEBINAR

1. Status Conference – held.
2. [55] Governments Motion For A Pretrial Conference Pursuant To The Classified Information Procedures Act And Supporting Memorandum Of Law – held.

## SUMMARY

Parties stated appearances.  Defense counsel noted defendant's consent appearing via zoom videoconference in lieu of live appearance.

With respect to discovery, Government stated that majority of discovery has been exchanged but there are a few e-mail accounts searched that are still being processed.  Two of them relate to this defendant and remainder relates to codefendants or other individuals.  Government further stated it is working on getting that out as soon as possible to defendant.

Government has invoked CIPA, Classified Information Procedures Act, in this case, and also proceeding under CIPA Section 4 in order to restrict discovery.  It further stated it does not intend to use any classified information at trial or otherwise.  It will file a brief with the Court through the CISO, hopefully within the next few weeks.  Awaiting several approvals necessary before submitting a filing with the Court.

Defense counsel stated that regarding CIPA, the fact that the Government doesn't intend to use any of the material at trial doesn't mean it is not discoverable (e.g. if it includes exculpatory evidence) and intends to file a motion for a bill of particulars in this action, two weeks from today.

Defense counsel had further proposed to the Government securing one member of the defense team for security clearance to examine materials with Mr. Slade.  Request denied by the Government.  Defense exploring other options.

Government stated when filing is ready, it will make it available for in camera review and select personnel from clerk's office for security clearance who will coordinate review.

Court ordered the parties meet and confer prior to filing of bill of particulars to see if the motion can be obviated by e.g. discovery, reverse proffer, etc.

Further Status Conference set for October 21, 2020 at 2:30 PM.  Court excluded time between now and 10/21/2020 on grounds for effective preparation of defense.

CASE CONTINUED TO: **October 21, 2020 at 2:30 PM, for Further Status Conference.**

---

**EXCLUDABLE DELAY: Government to prepare an exclusion order.**
Category: Effective Preparation of Counsel
Begins:  9/2/2020
Ends: 10/21/2020

---