STEVEN G. KALAR
Federal Public Defender
ELLEN V. LEONIDA
Assistant Federal Public Defender
450 Golden Gate Avenue, 19th floor
San Francisco, CA 94102
Telephone: (415) 436-7700
Facsimile: (415) 436-7706
Email: ellen_leonida@fd.org

Counsel for Defendant, Abouammo

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>      PLAINTIFF,<br><br>        v.<br><br>AHMAD ABOUAMMO,<br>      DEFENDANT. | CR 149-621 EMC<br><br>DECLARATION OF ELLEN LEONIDA IN SUPPORT OF DEFENDANT'S MOTION FOR A BILL OF PARTICULARS |

I, Ellen Leonida, declare:

1. I am an Assistant Federal Public Defender and I am one of the attorneys representing Mr. Abouammo in this case.

2. To date, the government has produced three terabytes of discovery:

    a. 91,601 .tif and .jpg files, totaling 30.90 gigabytes of data;

    b. Eight digital devices, the contents of which total 2,994 gigabytes of data; and

    c. 4.11 gigabytes of native files.

3. On September 3, 2020, I emailed the government a letter, a copy of which is attached as Exhibit A.

4. On September 8, 2020, the government responded. A copy of the government's response is attached as Exhibit B.

CR 19-621 EMC
Leonida Decl.

1

1  I declare, under penalty of perjury, that the foregoing is true and correct.

2  Executed Tuesday, September 15, 2020, in the City and County of San Francisco, State of

3  California.

4  _____

5  ELLEN LEONIDA
   Declarant

CR 19-621 EMC
Leonida Decl.

2