# Exhibit A

**FEDERAL PUBLIC DEFENDER**
NORTHERN DISTRICT OF CALIFORNIA
19TH FLOOR FEDERAL BUILDING - BOX 36106
450 GOLDEN GATE AVENUE
SAN FRANCISCO, CA 94102

STEVEN G. KALAR
*Federal Public Defender*
ELLEN LEONIDA
*Assistant Federal Public Defender*

Telephone:  (415) 436-7700
Fax:  (415) 436-7706
Email:  Ellen_Leonida@fd.org

September 2, 2020

*DELIVERED VIA EMAIL TO: COLIN.SAMPSON@USDOJ.GOV*

United States Attorney David L. Anderson
Office of the United States Attorney
Federal Building, 11th Floor
450 Golden Gate Avenue
San Francisco, CA 94102

ATTN: AUSA Colin Sampson

**RE:  United States v. Ahmad Abouammo, CR 19-0621 EMC**

Dear Mr. Sampson:

I am writing because I believe that the Superseding Indictment fails to provide essential information that would allow my client to understand the charges against him, prepare a defense, and decide whether to file certain pretrial motions. Therefore, I ask that the government provide the following additional information:

1) As to **Counts Four through Nineteen**, conspiracy to commit wire fraud and honest services fraud, and wire fraud and honest services fraud and aiding and abetting:

   a) The identity of any alleged co-conspirators and/or co-schemers "other" than those listed in the superseding indictment;
   b) Identify the alleged "property" that the alleged fraudulent scheme deprived or intended to deprive Twitter of;
   c) Specify the amount of financial loss allegedly caused or intended to be caused to Twitter from the alleged fraudulent scheme;
   d) Identify the alleged statements of material fact made or materials facts allegedly concealed or omitted as part of the alleged fraudulent scheme;
   e) The identity of any co-conspirator and/or co-schemer that the government alleges was a fiduciary of Twitter, and the basis of such allegation;

2) As to **Counts Six through Ten and Seventeen through Nineteen**, wire fraud and honest services fraud and aiding and abetting:

   a) Provide the substance/content and/or any other information regarding the alleged

United States v. Ahmad Abouammo
September 2, 2020
Page 2

      interstate wire transmissions underlying these counts (telephone calls between Ali Alzabarah and Foreign Official-1 and/or Ahmed Almutairi).

2) As to **Counts Five through Nineteen**, wire fraud and honest services fraud and aiding and abetting:

   a) Provide any information that, if true, would support a finding that venue is proper in the Northern District of California for each count.

3) As to **Counts Twenty through Twenty-Two,** money laundering:

   a) Specify the alleged "wire fraud, honest services fraud, and conspiracy, in violation of 18 U.S.C. §§ 1343, 1346 and 1349."
   b) Provide the physical location of the alleged accounts "in the United States controlled by ABOUAMMO" or any other information that, if true, would support a finding that venue is proper in the Northern District of California.

4) As to **Count Twenty-Three,** falsification of records to obstruct investigation:

   a) Provide the physical location where Mr. Abouammo allegedly "creat[ed] and provid[ed] by email to the Federal Bureau of Investigations a fabricated, false, and backdated invoice for $100,000," and any other information that, if true, would support a finding that venue is proper in the Northern District of California.

I appreciate your prompt attention to this matter. If you have any questions, I am available to meet and confer.

      Sincerely,

      STEVEN G. KALAR
      Federal Public Defender
      Northern District of California

      ELLEN LEONIDA
      Assistant Federal Public Defender