# Exhibit B



U.S. Department of Justice

*United States Attorney*
*Northern District of California*

*11th Floor, Federal Building*                                                                           *(415)436-7200*
*450 Golden Gate Ave., Box 36055*                                        *FAX: (415) 436-7234*
*San Francisco, CA 94102-3495*

September 8, 2020

**VIA EMAIL**
Ellen Leonida
Assistant Federal Defender
450 Golden Gate Avenue, 19th Floor
San Francisco, CA 94102

        Re:     <u>United States v. Ahmad Abouammo,</u>
                   CR 19-0621 EMC-1

Dear Counsel:

      Please consider this letter the government's response to your September 3, 2020 letter regarding a potential bill of particulars with respect to the First Superseding Indictment. The government believes that the scheme and facts alleged in the First Superseding Indictment (ECF No. 53), and the discovery produced, provides the defendant with sufficient information about the charges against him to prepare his defense, avoid surprise at trial, and to protect against double jeopardy in any future prosecution. *See United States v. Ayers,* 924 F.2d 1468, 1483–84 (9th Cir. 1991); *United States v. Long,* 706 F.2d 1044, 1054 (9th Cir. 1983); *see also United States v. Robertson,* 15 F.3d 862, 873–74 (9th Cir. 1994), *rev'd on other grounds,* 514 U.S. 669 (1995).

      Judge Chen recently suggested the possibility of a reverse proffer, which might obviate the need for a bill of particulars. *See* ECF No. 64. As you may be aware, the government met with Ms. Linker, an Investigator, and a law clerk on March 12, 2020, and provided them with an outline of the government's case. We provided a binder with approximately 68 exhibits containing communications and other evidence supporting the charges that were brought in the Complaint, Indictment, and the First Superseding Indictment.

      Please contact me if you have any questions concerning the foregoing.

                                                          Very truly yours,

                                                         DAVID L. ANDERSON
                                                         United States Attorney

                                                          _/s/_____
                                                         COLIN SAMPSON
                                                          Assistant United States Attorney

Encls.: None
CC:     Benjamin Hawk, NSD