1   DAVID L. ANDERSON (CABN 149604)
    United States Attorney
2
    HALLIE HOFFMAN (CABN 210020)
3   Chief, Criminal Division

4   COLIN C. SAMPSON (CABN 249784)
        450 Golden Gate Avenue, Box 36055
5       San Francisco, California 94102-3495
        Telephone: (415) 436-7200
6       FAX: (415) 436-7234
        Colin.Sampson@usdoj.gov
7
    JOHN C. DEMERS
8   Assistant Attorney General
    National Security Division
9
    BENJAMIN J. HAWK (NJBN 030232007)
10  Trial Attorney, National Security Division
        950 Pennsylvania Avenue NW
11      Washington, DC 20530-0001
        Telephone: (202) 307-5176
12      Benjamin.Hawk@usdoj.gov

13  Attorneys for United States of America

14                      UNITED STATES DISTRICT COURT

15                   NORTHERN DISTRICT OF CALIFORNIA

16                        SAN FRANCISCO DIVISION

17  UNITED STATES OF AMERICA,          )   CASE NO. 3:19-CR-0621-EMC
                                       )
18          Plaintiff,                 )
                                       )
19          v.                         )   **NOTICE OF APPEARANCE FOR**
                                       )   **THE UNITED STATES**
20  AHMAD ABOUAMMO;                    )
    AHMED ALMUTAIRI; and               )
21  ALI ALZABARAH                      )
                                       )
22          Defendants.                )
                                       )
23  _____   )

24

25          With notice to the Clerk of Court and all Parties of Record and in accordance with 28 U.S.C. §

26  515(a): Benjamin J. Hawk is a Trial Attorney with the U.S. Department of Justice's National Security

27  Division who is admitted to practice in the State of New Jersey (license no. 030232007), and is

28

                                             1

authorized to practice in this Court on behalf of the United States.  Benjamin J. Hawk having entered his

appearance as counsel for the United States in this matter.

Respectfully submitted,

DAVID L. ANDERSON
United States Attorney

Dated: September 25, 2020.            */s/ Benjamin J. Hawk*_____
BENJAMIN J. HAWK
Trial Attorney, National Security Division

_____