UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

# CRIMINAL MINUTES

**Date:** September 30, 2020  **Time:** 3:36-3:53=  **Judge:** EDWARD M. CHEN
17 Minutes

**Case No.**: 19-cr-00621-EMC-1    **Case Name:** USA v. Ahmad Abouammo

**Attorney for Government:** Colin Sampson, Benjamin Hawk
**Attorney for Defendant:** Ellen Leonida
**Defendant:** [X] Present by videoconference  [ ] Not Present
**Defendant's Custodial Status:** [ ] In Custody  [X] Not in Custody

**Deputy Clerk:** Angella Meuleman            **Court Reporter:** JoAnn Bryce
**Interpreter:**                              **Probation Officer:**

# PROCEEDINGS HELD BY ZOOM WEBINAR

[66] Motion for Bill of Particulars – Held.

# SUMMARY

Parties stated appearances. Defense counsel stated defendant's consent to proceed by videoconference. Court made statement regarding conducting hearing by remote proceedings.

Parties proffered argument. Dispute now concerns the defendant's request for information to the Government as alleged in counts 6 through 10 and counts 17 through 19 of the Superseding Indictment. The Government reported it does not have transcripts or recordings of the 8 phone calls in question. Government further stated it has already disclosed all evidence to defense counsel regarding the contents of the call as stated on the record and that there is no other evidence regarding the contents of the calls in its possession; should such evidence surface, Government shall provide it to Defendant. Government correlated the dates of the calls in questions with other allegations in the indictment and thus infers a relationship between the calls and the charged scheme based on timing of the calls. Government shall identify which call is referred to in the indictment if there are multiple calls on a particular day. Court instructed the parties to further meet and confer for resolution. Accordingly, the motion is denied conditioned upon the Government providing the information as stated at the hearing.

Status Conference has previously been set in this case for 10/21/2020. Parties are to file status report one week in advance of the next hearing. Time has already been excluded in this case to 10/21/2020.