STEVEN G. KALAR
Federal Public Defender
ELLEN V. LEONIDA
Assistant Federal Public Defender
450 Golden Gate Avenue, 19th floor
San Francisco, CA 94102
Telephone: (415) 436-7700
Facsimile: (415) 436-7706
Email: ellen_leonida@fd.org

Counsel for Defendant, Abouammo

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　PLAINTIFF,<br><br>v.<br><br>AHMAD ABOUAMMO,<br>　　　　DEFENDANT. | CR 149-621 EMC<br><br>DECLARATION OF ELLEN LEONIDA |

I, Ellen Leonida, declare:

1. I am an Assistant Federal Public Defender and I am one of the attorneys representing Mr. Abouammo in this case.

2. On October 6, 2020, I emailed the government a letter, a copy of which is attached as Exhibit A.

3. On October 13, 2020, the government responded. A copy of the government's response is attached as Exhibit B.

4. After receiving the government's response, the parties engaged in email communications. A copy of the email thread is attached as Exhibit C.

5. On October 14, 2020, I spoke with government counsel. We attempted to draft a joint status conference statement but, ultimately, the government refused to agree to the

CR 19-621 EMC
Leonida Decl.

1

language of the Court's minute order that "there is no other evidence regarding the contents of the calls in its possession; should such evidence surface, Government shall provide it to Defendant." The government wrote that, "I would need to obtain the reporter's transcript from September 30, 2020 before we adopt wholesale Judge Chen's minute order." A copy of that email is attached as Exhibit D.

I declare, under penalty of perjury, that the foregoing is true and correct.

Executed Wednesday, October 14, 2020, in the City and County of San Francisco, State of California.

_____
ELLEN LEONIDA
Declarant

CR 19-621 EMC
Leonida Decl.

2