# Exhibit A

**FEDERAL PUBLIC DEFENDER**
NORTHERN DISTRICT OF CALIFORNIA
19TH FLOOR FEDERAL BUILDING - BOX 36106
450 GOLDEN GATE AVENUE
SAN FRANCISCO, CA 94102

**STEVEN G. KALAR**
*Federal Public Defender*
**ELLEN V. LEONIDA**
*Assistant Federal Public Defender*

Telephone: (415) 436-7700
Fax:  (415) 436-7706
Email: Ellen_Leonida@fd.org

October 6, 2020

Colin Sampson
Assistant United States Attorney
450 Golden Gate Ave., 11th floor
San Francisco, CA 94102
*Via email: colin.sampson@usdoj.gov*

Re. U.S. v. Abouammo, CR 19-621 EMC

Dear Mr. Sampson:

Pursuant to the Court's request that we meet and confer regarding the outstanding issues raised in our motion for a bill of particulars, please provide the following information as to Counts 6-10 and 17-19:

1) As to days during which multiple calls between the parties occurred, please identify the call that is the subject of the wire fraud charge.

2) Please disclose any information you have regarding the content of the charged calls. Although you may not possess transcripts, you did reveal that you have information regarding the substance of at least one of the charged telephone calls. Mr. Abouammo cannot defend himself against the charged wire fraud counts without any information regarding the content of the actual wire transmission.

I am happy to meet and confer regarding this request by telephone or video conference if you think that would be beneficial. The best way to reach me by phone during the pandemic is my cell phone: 415-517-7917. I look forward to hearing from you soon.

Very truly yours,

ELLEN V. LEONIDA
Assistant Federal Public Defender