# Exhibit C

| | |
|---|---|
| **From:** | Ellen Leonida |
| **To:** | Sampson, Colin (USACAN) |
| **Cc:** | Hawk, Benjamin (NSD); Carmen Smarandoiu |
| **Subject:** | RE: 2020.10.6 ltr re bill of particulars.pdf |
| **Date:** | Tuesday, October 13, 2020 4:25:00 PM |
| **Importance:** | Low |

Mr. Sampson,

I am not asking for an admission or interrogatory but, rather, following up on Judge Chen's statement that the government should disclose the substance of the charged wire fraud transmissions, if known. I will draft a letter for filing with the court tomorrow.

Sincerely,

Ellen Leonida

Assistant Federal Public Defender

450 Golden Gate Ave., 19th floor

San Francisco, CA 94102

(415) 517-7917 (cell)

---

**From:** Sampson, Colin (USACAN) <Colin.Sampson@usdoj.gov>
**Sent:** Tuesday, October 13, 2020 4:21 PM
**To:** Ellen Leonida <Ellen_Leonida@fd.org>
**Cc:** Hawk, Benjamin (NSD) <Benjamin.Hawk@usdoj.gov>; Carmen Smarandoiu <Carmen_Smarandoiu@fd.org>
**Subject:** RE: 2020.10.6 ltr re bill of particulars.pdf

Ms. Leonida,

I am not aware of any mechanisms for requests for admissions or interrogatories in criminal cases. Please let me know if you have authority to support your request, which we do not believe is proper under the pending motion for a bill of particulars.  Thank you.

Colin Sampson

---

**From:** Ellen Leonida <Ellen_Leonida@fd.org>
**Sent:** Tuesday, October 13, 2020 3:58 PM
**To:** Sampson, Colin (USACAN) <csampson@usa.doj.gov>
**Cc:** Hawk, Benjamin (NSD) <behawk@jmd.usdoj.gov>; Carmen Smarandoiu <Carmen_Smarandoiu@fd.org>
**Subject:** RE: 2020.10.6 ltr re bill of particulars.pdf

Mr. Sampson,

Thank you for your letter clarifying the times of the wire transactions charged in Counts 6-10 and 17-19. You also referred me to discovery relating to the substance of the telephone call charged as Count 19.

Please confirm that you possess no information regarding the substance of the other charged telephone calls (Counts 6-10, 17, and 18) and are relying solely on an inference that they are related to the scheme to defraud based on the timing of the calls. With this confirmation, the issues raised in the motion would be resolved. Otherwise, I believe we have a joint filing due tomorrow.

Sincerely,

Ellen Leonida
Assistant Federal Public Defender
450 Golden Gate Ave., 19th floor
San Francisco, CA 94102
(415) 517-7917 (cell)

---

**From:** Sampson, Colin (USACAN) <Colin.Sampson@usdoj.gov>
**Sent:** Tuesday, October 13, 2020 1:59 PM
**To:** Ellen Leonida <Ellen_Leonida@fd.org>
**Cc:** Hawk, Benjamin (NSD) <Benjamin.Hawk@usdoj.gov>
**Subject:** RE: 2020.10.6 ltr re bill of particulars.pdf

Ms. Leonida,

Please see the attached letter.  Thank you.

**Respectfully,**

**Colin C. Sampson**
**Assistant United States Attorney**
**Northern District of California**
**450 Golden Gate Avenue, Box 36055**
**San Francisco, CA 94102-3495**

**Phone:   (415) 436-7020**
**Fax:       (415) 436-7009**

---

**From:** Ellen Leonida <Ellen_Leonida@fd.org>
**Sent:** Tuesday, October 6, 2020 3:21 PM
**To:** Sampson, Colin (USACAN) <csampson@usa.doj.gov>
**Subject:** 2020.10.6 ltr re bill of particulars.pdf

Please see attached letter


Ellen Leonida

Assistant Federal Public Defender

450 Golden Gate Avenue, Room 19-6884

San Francisco, CA 94102

Phone (415) 436-7700

CONFIDENTIALITY NOTICE: This transmission is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged and confidential. If the reader of this message is not the recipient, you are hereby notified that any disclosure, distribution or copying of this information is strictly prohibited. If you have received this transmission in error, please notify us immediately by telephone and return the original document to us at the above address via U.S. Postal Service.