# Exhibit D

| | |
|---|---|
| From: | Sampson, Colin (USACAN) |
| To: | Ellen Leonida |
| Cc: | Hawk, Benjamin (NSD) |
| Subject: | RE: joint stmt draft |
| Date: | Wednesday, October 14, 2020 5:52:34 PM |
| Attachments: | joint stmt draft USAO Redline2.docx |

I would still prefer to do a joint filing. How about this? I would need to obtain the reporter's transcript from September 30, 2020 before we adopt wholesale Judge Chen's minute order.

**From:** Ellen Leonida <Ellen_Leonida@fd.org>
**Sent:** Wednesday, October 14, 2020 5:15 PM
**To:** Sampson, Colin (USACAN) <csampson@usa.doj.gov>
**Subject:** RE: joint stmt draft

I do object to the last two red-lines –because my language was exactly Judge Chen's language from the minute order. Sorry I'm just now seeing this. My outlook has been acting up all day.

**From:** Sampson, Colin (USACAN) <Colin.Sampson@usdoj.gov>
**Sent:** Wednesday, October 14, 2020 3:26 PM
**To:** Ellen Leonida <Ellen_Leonida@fd.org>
**Cc:** Hawk, Benjamin (NSD) <Benjamin.Hawk@usdoj.gov>
**Subject:** RE: joint stmt draft

Ellen,

Thank you for taking the pen on a draft. Let me know if you have any objections to our few redline changes. If not, please feel free to file or I can file and serve it, your call. Thanks again.

Colin

**From:** Ellen Leonida <Ellen_Leonida@fd.org>
**Sent:** Wednesday, October 14, 2020 1:09 PM
**To:** Sampson, Colin (USACAN) <csampson@usa.doj.gov>
**Subject:** joint stmt draft

How's this? I just used the language of the minute order.