# Exhibit B



**U.S. Department of Justice**

*United States Attorney*
*Northern District of California*

*11th Floor, Federal Building*                                              (415)436-7200
*450 Golden Gate Ave., Box 36055*                                     FAX  (415) 436-7234
*San Francisco, CA 94102-3495*

October 13, 2020

**VIA EMAIL**
Ellen Leonida
Assistant Federal Defender
450 Golden Gate Avenue, 19th Floor
San Francisco, CA 94102

Re:  United States v. Ahmad Abouammo,
     CR 19-0621 EMC-1

Dear Counsel:

Please find below a description of the specific wires related to Counts 6 through 10 and 17 through 19 of the First Superseding Indictment in the above-referenced matter:

| Count | Date | Date (UTC) | Time (UTC) | Duration (Minutes and Seconds) | Bates/Source |
|---|---|---|---|---|---|
| 6 | 5/21/2015 | 5/22/2015 | 2:30:27 | 1,305 seconds | TMOBILE-0000727-1048, Line 1963 (Records for Ahmed Almutairi REDACTED); TMOBILE-0000065, Line 5179 (Records for Ali Alzabarah REDACTED) |
| 7 | 5/29/2015 | 5/29/2015 | 16:26:18 | 218 seconds | TMOBILE-0000065, Line 5264 (Records for Ali Alzabarah REDACTED) |
| 8 | 6/1/2015 | 6/1/2015 | 16:33:30 | 3 minutes 53 seconds | TMOBILE-0000065, Line 5287 (Records for Alzabarah REDACTED) |
| 9 | 6/3/2015 | 6/3/2015 | 14:15:18 | 7 seconds | TMOBILE-0000065, Line 5264 (Records for Ali Alzabarah REDACTED) |
| 10 | 6/14/2015 | 6/14/2015 | 20:58:20 | 7 minutes 16 seconds | ATT-0002034, Line 45 (Records for Foreign Official-1 REDACTED) |
| 17 | 8/20/2015 | 8/20/2015 | 19:12:47 | 56 seconds | TMOBILE-0000065, Line 6423 (Records for Ali Alzabarah REDACTED) |
| 18 | 9/8/2015 | 9/9/2015 | 03:01:35 | 302 seconds | TMOBILE-0000065, Line 6590 (Records for Ali Alzabarah REDACTED) |
| 19 | 12/2/2015 | 12/3/2015 | 03:20:30 | 8 seconds | TMOBILE-00000685, Line 2361 (Records for Associate-1 REDACTED) |

//

Counsel
Discovery Letter
Page | 2

      For additional information about the telephone calls that took place on December 2, 2020 (December 3, 2020 Universal Coordinated Time), including the call charged as a wire in Count 19, I would direct your attention to the following documents:  US-FD302-00000291-299, US-FD302-00000141-144, and US-FD30200001595-1600.

      Please contact me if you have any questions concerning the foregoing.

      Very truly yours,

      DAVID L. ANDERSON
      United States Attorney

      /s/
      COLIN SAMPSON
      Assistant United States Attorney

Encls.: None

CC:    Benjamin Hawk, NSD