STEVEN G. KALAR
Federal Public Defender
ELLEN V. LEONIDA
Assistant Federal Public Defender
450 Golden Gate Avenue, 19th floor
San Francisco, CA 94102
Telephone: (415) 436-7700
Facsimile: (415) 436-7706
Email: ellen_leonida@fd.org

Counsel for Defendant, AHMAD ABOUAMMO

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       PLAINTIFF,<br>  v.<br><br>AHMAD ABOUAMMO,<br><br>       DEFENDANT. | CR 19-621 EMC<br><br>DEFENDANT'S MOTION TO REMOVE EXHIBIT B TO DOCUMENT 74 FROM ECF; [PROPOSED] ORDER |

Counsel for Mr. Abouammo, Assistant Federal Public Defender Ellen V. Leonida, moves this Court to order the Clerk's office to remove from ECF a document that was filed in this case which contains telephone numbers.

In support of this motion, counsel for Mr. Abouammo states as follows:

1. On October 14, 2020, Mr. Abouammo filed his Status Conference Statement Regarding Motion for a Bill Of Particulars. Attached to that document, as Exhibit B, was a document containing telephone numbers.

2. The Status Conference Statement and Exhibit B were docketed in this case as document number 74 on ECF. Only Exhibit B needs to be removed from the ECF system.

3. The Clerk's office for the Northern District of California informed the Federal Public Defender's office that access to the document is currently blocked, but to remove the document from the docket in this case, we would need an order from the Court.

CR 19-621 EMC
DEFENDANT'S MOTION TO REMOVE EXH. B TO DKT. 74

1

1     4. On October 15, 2020, Mr. Abouammo filed a redacted copy of Exhibit B to his Status

2 Report. The redacted copy of Exhibit B does not contain telephone numbers. The redacted

3 copy of Exhibit B was docketed in this matter as document number 76 on ECF.

4     Therefore, for the reasons set forth above, counsel for Mr. Abouammo respectfully

5 requests that the Court remove Exhibit B from document number 74 on ECF.

7 Dated: October 15, 2020                      Respectfully submitted,

8                                                    STEVEN G. KALAR
9                                                    Federal Public Defender

10                                                 /S/
11                                                   ELLEN V. LEONIDA
                                                  Assistant Federal Public Defender

**ORDER**

IT IS HEREBY ORDERED THAT Exhibit B to Status Conference Statement Regarding Motion for a Bill Of Particulars, document number 74, be removed from ECF.

IT IS SO ORDERED.

DATED: <u>October 16, 2020</u>

_____
HON. EDWARD M. CHEN
UNITED STATES DISTRICT JUDGE