UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# CRIMINAL MINUTES

**Date:** October 21, 2020     **Time:** 15 minutes     **Judge:** EDWARD M. CHEN

**Case No.**: 19-cr-00621-EMC-1     **Case Name:** USA v. Ahmad Abouammo

**Attorney for Government: Benjamin Hawk and Colin Sampson**
**Attorney for Defendant: Ellen Leonida**
**Defendant:** [ X] Present – via Zoom [ ] Not Present
**Defendant's Custodial Status:** [ ] In Custody  [X ] Not in Custody

**Deputy Clerk:** Kristen Melen          **Court Reporter:** Belle Ball
**Interpreter:** N/A                     **Probation Officer:** N/A

## PROCEEDINGS

Status Conference – hearing held.

## SUMMARY

Defense plans to file three possible motions, but is not prepared to file them at this time, nor are they prepared to set a trial date as they are still reviewing discovery the government turned over right after the last status conference. The discover production included roughly 25,000 pages of pdf documents, and roughly 8,000 pages of native documents, most of which need to be translated from Arabic to English, per defense.

The government does not wish to break up motion hearings into separate parts and is prepared to set trial dates at this time. The government estimates their case in chief will be two weeks. Additionally, the government disagrees with defense's statements regarding how much translation needs to take place.

The Court set the following schedule for defense's motions re constitutional challenges and motions to dismiss:

Defendant's opening motions due by November 18, 2020
Government's opposition due by December 7, 2020
Defendant's reply due by December 16, 2020
Hearing to take place on January 6, 2021

**CASE CONTINUED TO: January 6, 2021, at 2:30 p.m., for Motion Hearing, Status Conference, and Trial Setting**

Time Excluded: Effective preparation.   Begins: October 21, 2020     Ends: January 6, 2021
***Government to prepare an exclusion order.