DAVID L. ANDERSON (CABN 149604)
United States Attorney

HALLIE HOFFMAN (CABN 210020)
Chief, Criminal Division

COLIN C. SAMPSON (CABN 249784)
    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7200
    FAX: (415) 436-7234
    Colin.Sampson@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) CASE NO. 3:19-CR-0621-EMC-1 |
|---|---|
| Plaintiff, | ) STIPULATED MOTION TO |
| | ) CONTINUE AND [PROPOSED] |
| v. | ) ORDER FOR EXCLUSION OF TIME |
| | ) PURSUANT TO THE SPEEDY TRIAL |
| AHMAD ABOUAMMO, | ) ACT |
| Defendant. | ) |

    The United States of America, represented by Colin Sampson, Assistant United States Attorney, and Defendant Ahmad Abouammo, represented by Ellen Leonida, Assistant Federal Public Defender, hereby STIPULATE and AGREE as follows:

    For the reasons stated on the record in this matter at the status conference held on October 21, 2020, and based upon the representation of counsel and for good cause shown, the parties stipulate and agree and move the Court for an order excluding the period between Wednesday, October 21, 2020, and Wednesday, January 6, 2021, pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(B)(iv), which is necessary for effective preparation of counsel, taking into account the exercise of due diligence.

//

| | |
|---|---|
| | Respectfully submitted, |
| | DAVID L. ANDERSON<br>United States Attorney |
| Dated:  October 28, 2020. | */s/ Colin Sampson*<br>COLIN SAMPSON<br>Assistant United States Attorney |
| | *Attorneys for the United States of America* |
| Dated:  October 28, 2020. | */s/ Ellen Leonida*<br>ELLEN LEONIDA<br>Assistant Federal Public Defender |
| | *Attorney for Defendant Ahmad Abouammo* |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 3:19-CR-00621-EMC-1 |
| Plaintiff, | [PROPOSED] ORDER CONTINUING HEARING AND EXCLUDING TIME PURSUANT TO THE SPEEDY TRIAL ACT |
| v. | |
| AHMAD ABOUAMMO, | |
| Defendant. | |

Pursuant to the consent and stipulation of Defendant, Ahmad Abouammo and his counsel, and The United States of America and its counsel, and for good cause shown,

IT IS ORDERED THAT time under the Speedy Trial Act is excluded from October 21, 2020, until January 6, 2021, pursuant to 18 U.S.C. §§ 3161(b), (h)(7)(A) and (B)(iv), for effective preparation of counsel, taking into account the exercise of due diligence.

IT IS SO ORDERED.

Dated: _____     _____
                             THE HONORABLE EDWARD M. CHEN
                             UNITED STATES DISTRICT JUDGE