STEVEN G. KALAR
Federal Public Defender
Northern District of California
ANGELA CHUANG
Assistant Federal Public Defender
19th Floor Federal Building - Box 36106
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone:  (415) 436-7700
Facsimile:   (415) 436-7706
Email:         angela_chuang@fd.org

Counsel for Defendant ABOUAMMO

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>AHMAD ABOUAMMO,<br><br>Defendant. | **Case No.:** CR 19–621 EMC<br><br>**NOTICE OF SUBSTITUTION OF COUNSEL** |

PLEASE TAKE NOTE that the Clerk is hereby asked to substitute Angela Chuang, Assistant Federal Public Defender, as the attorney of record in the above-captioned case and to withdraw Assistant Federal Public Defender Ellen Leonida as attorney.

Please also take note that, from the date of this request, service on the defendant should be made on Assistant Federal Public Defenders Angela Chuang and Jodi Linker only. Please amend your service lists accordingly.

\\

\\

|   |   |
|---|---|
|   | Respectfully Submitted, |
| January 12, 2021<br>Dated | STEVEN G. KALAR<br>Federal Public Defender<br>Northern District of California |
|   | _____/S_____<br>ANGELA CHUANG<br>Assistant Federal Public Defender |

NOTICE OF SUBSTITUTION OF COUNSEL
*ABOUAMMO*, CR 19–621 EMC

2