DAVID L. ANDERSON (CABN 149604)
United States Attorney

HALLIE HOFFMAN (CABN 210020)
Chief, Criminal Division

COLIN C. SAMPSON (CABN 249784)
    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7200
    Fax: (415) 436-7234
    Colin.Sampson@usdoj.gov

Attorneys for United States of America

ANGELA CHUANG (CABN 313445)
Assistant Federal Public Defender
    450 Golden Gate Avenue, Rm 19-6884
    San Francisco, CA 94102
    Telephone: (415) 436-7700
    Fax: (415) 436-7706
    Angela_Chuang@fd.org

Attorney for Defendant Ahmad Abouammo

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) CASE NO. 3:19-CR-0621-EMC-1 |
|---|---|
| Plaintiff, | ) |
| v. | ) STIPULATION TO EXCLUDE TIME PURSUANT TO THE SPEEDY TRIAL ACT AND [PROPOSED] ORDER |
| AHMAD ABOUAMMO, | ) |
| Defendant. | ) |

The United States of America, represented by Colin Sampson, Assistant United States Attorney, and Defendant Ahmad Abouammo, represented by Angela Chuang, Assistant Federal Public Defender, hereby STIPULATE and AGREE as follows:

For the reasons stated on the record in this matter at the status conference held on January 6, 2021, and based upon the representation of counsel and for good cause shown, the parties stipulate and

agree and move the Court for an order excluding the period between Wednesday, January 3, 2021, and Wednesday, February 3, 2021, pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(B)(iv), which is necessary for continuity of counsel and effective preparation of counsel, taking into account the exercise of due diligence.

Respectfully submitted,

DAVID L. ANDERSON
United States Attorney

Dated: January 13, 2021.

*/s/ Colin Sampson*
COLIN SAMPSON
Assistant United States Attorney

*Attorneys for the United States of America*

Dated: January 13, 2021.

*/s/ Angela Chuang*
ANGELA CHUANG
Assistant Federal Public Defender

*Attorney for Defendant Ahmad Abouammo*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) | CASE NO. 3:19-CR-00621-EMC-1 |
|---|---|---|
| Plaintiff, | ) | [PROPOSED] ORDER TO EXCLUDE TIME PURSUANT TO THE SPEEDY TRIAL ACT |
| v. | ) | |
| AHMAD ABOUAMMO, | ) | |
| Defendant. | ) | |

Pursuant to the consent and stipulation of Defendant, Ahmad Abouammo and his counsel, and The United States of America and its counsel, and for good cause shown,

IT IS ORDERED THAT time under the Speedy Trial Act is excluded from January 6, 2021, until February 3, 2021, pursuant to 18 U.S.C. §§ 3161(b), (h)(7)(A) and (B)(iv), for effective preparation of counsel and continuity of counsel, taking into account the exercise of due diligence.

IT IS SO ORDERED.

Dated: _____    _____
　　　　　　　　　　　　　　　THE HONORABLE EDWARD M. CHEN
　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE