UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) | CASE NO. 3:19-CR-00621-EMC-1 |
|---|---|---|
| Plaintiff, | ) ) | [~~PROPOSED~~] ORDER TO EXCLUDE TIME PURSUANT TO THE SPEEDY TRIAL ACT |
| v. | ) ) | |
| AHMAD ABOUAMMO, | ) ) | |
| Defendant. | ) ) | |

Pursuant to the consent and stipulation of Defendant, Ahmad Abouammo and his counsel, and The United States of America and its counsel, and for good cause shown,

IT IS ORDERED THAT time under the Speedy Trial Act is excluded from January 6, 2021, until February 3, 2021, pursuant to 18 U.S.C. §§ 3161(b), (h)(7)(A) and (B)(iv), for effective preparation of counsel and continuity of counsel, taking into account the exercise of due diligence.

IT IS SO ORDERED.

Dated: January 14, 2021

_____
THE HONORABLE EDWARD M. CHEN
UNITED STATES DISTRICT JUDGE

3