1  DAVID L. ANDERSON (CABN 149604)
   United States Attorney
2
   HALLIE HOFFMAN (CABN 210020)
3  Chief, Criminal Division

4  COLIN C. SAMPSON (CABN 249784)
       450 Golden Gate Avenue, Box 36055
5      San Francisco, California 94102-3495
       Telephone: (415) 436-7200
6      Fax: (415) 436-7234
       Colin.Sampson@usdoj.gov
7
   Attorneys for United States of America
8
   ANGELA CHUANG (CABN 313445)
9  Assistant Federal Public Defender
       450 Golden Gate Avenue, Rm 19-6884
10     San Francisco, CA 94102
       Telephone: (415) 436-7700
11     Fax: (415) 436-7706
       Angela_Chuang@fd.org
12
   Attorney for Defendant Ahmad Abouammo
13

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 3:19-CR-0621-EMC-1 |
| Plaintiff, | |
| v. | JOINT MOTION TO CONTINUE STATUS CONFERENCE AND STIPULATION TO EXCLUDE TIME PURSUANT TO THE SPEEDY TRIAL ACT AND [PROPOSED] ORDER |
| AHMAD ABOUAMMO, | |
| Defendant. | |

The United States of America, represented by Colin Sampson, Assistant United States Attorney, and Defendant Ahmad Abouammo, represented by Angela Chuang, Assistant Federal Public Defender, hereby STIPULATE and AGREE as follows:

The parties have been discussing several matters related to the above-referenced matter, including discovery and issues related to venue for some charges, and jointly request that the February 3,

1

1  2021 status conference be continued by three weeks to continue those discussions before the next
2  hearing.  For the reasons stated on the record in this matter at the status conference held on January 6,
3  2021, and based upon the above representations of counsel and for good cause shown, the parties further
4  stipulate and agree and move the Court for an order excluding the period between today, and
5  Wednesday, February 24, 2021, pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(B)(iv), which
6  is necessary for continuity of counsel and effective preparation of counsel, taking into account the
7  exercise of due diligence.

       Defendant consents to appearance at the status conference by video.

Respectfully submitted,

DAVID L. ANDERSON
United States Attorney

Dated:  January 25, 2021.

*/s/ Colin Sampson*
COLIN SAMPSON
Assistant United States Attorney

*Attorneys for the United States of America*

Dated:  January 25, 2021.

*/s/ Angela Chuang*
ANGELA CHUANG
Assistant Federal Public Defender

*Attorney for Defendant Ahmad Abouammo*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) CASE NO. 3:19-CR-00621-EMC-1 |
|---|---|
| Plaintiff, | ) [PROPOSED] ORDER TO EXCLUDE<br>) TIME PURSUANT TO THE SPEEDY |
| v. | ) TRIAL ACT |
| AHMAD ABOUAMMO, | ) |
| Defendant. | ) |

Pursuant to the consent and stipulation of Defendant, Ahmad Abouammo and his counsel, and The United States of America and its counsel, and for good cause shown,

IT IS ORDERED THAT the status conference currently scheduled for February 3, 2021 is continued to February 24, 2021.  It is further

ORDERED THAT time under the Speedy Trial Act is excluded from the date of this Order until February 24, 2021, pursuant to 18 U.S.C. §§ 3161(b), (h)(7)(A) and (B)(iv), for effective preparation of counsel and continuity of counsel, taking into account the exercise of due diligence.

IT IS SO ORDERED.

Dated: _____            _____
                                   THE HONORABLE EDWARD M. CHEN
                                   UNITED STATES DISTRICT JUDGE