1   DAVID L. ANDERSON (CABN 149604)
    United States Attorney
2
    HALLIE HOFFMAN (CABN 210020)
3   Chief, Criminal Division

4   COLIN C. SAMPSON (CABN 249784)
        450 Golden Gate Avenue, Box 36055
5       San Francisco, California 94102-3495
        Telephone: (415) 436-7200
6       FAX: (415) 436-7234
        Colin.Sampson@usdoj.gov
7
    JOHN C. DEMERS
8   Assistant Attorney General
    National Security Division
9
    BENJAMIN J. HAWK (NJBN 030232007)
10  Trial Attorney, National Security Division
        950 Pennsylvania Avenue NW
11      Washington, DC 20530-0001
        Telephone: (202) 307-5176
12      Benjamin.Hawk@usdoj.gov

13  Attorneys for United States of America

14                      UNITED STATES DISTRICT COURT

15                   NORTHERN DISTRICT OF CALIFORNIA

16                       SAN FRANCISCO DIVISION

17  UNITED STATES OF AMERICA,          )   CASE NO. 3:19-CR-0621-EMC
                                       )
18          Plaintiff,                 )
                                       )
19          v.                         )   **[PROPOSED] ORDER**
                                       )
20  AHMAD ABOUAMMO,                    )
                                       )
21          Defendant.                 )
                                       )
22                                     )
                                       )
23  _____)

24          (U) This matter is before the Court on the Government's sealed ex parte Motion for a Protective

25  Order and Memorandum of Law [69].  Through its motion, the Government has asked the Court,

26  pursuant to Section 4 of the Classified Information Procedures Act ("CIPA"), 18 U.S.C. App. III, Rule

27

28

                                            1

1  16(d)(1) of the Federal Rules of Criminal Procedure, and applicable law, for authorization to delete from

2  discovery certain classified information.

3  (U) The Court, having carefully considered the Government's Motion, as well as the Defendant's

4  Motion Regarding the Government's Classified Discovery Obligations [85], hereby GRANTS the

5  Government's Motion in its entirety.

6  (U) First, the Court finds that the Government's Motion was properly filed ex parte and under

7  seal for this Court's review, pursuant to CIPA § 4 and Fed. R. Crim. P. 16(d)(1).

8  (U) Second, on the basis of the Court's independent review of the information and arguments set

9  forth in the Government's Motion and accompanying declarations, the Court finds that the classified

10  information in question implicates the Government's classified information privilege.

11  (U) Third, the Court finds that the Government has met the "relevant and helpful" standard

12  articulated in *United States v. Sedaghaty*, 728 F.3d 885 (9th Cir. 2013) and *United States v. Roviaro* 353

13  U.S. 53 (1957), as it applies to the discoverability of classified information where, as here, the

14  Government has properly invoked the classified information privilege.  Having sufficiently reviewed the

15  classified information in question, and for the reasons set forth in the Government's motion, the Court

16  finds that classified information is not relevant and helpful to the defense.

17  (U) Fourth, the Court finds that the Government has satisfied its discovery obligations with

18  respect to classified information.

19  (U) Additionally, for the reasons set forth in the Government's Motion, the Court finds, pursuant

20  to Fed. R. Crim. P. 16(d)(1), that the Government has shown good cause for why the classified

21  information in question should be withheld from discovery.  The Court also finds that the withholdings

22  authorized by this Order are consistent with the government's discovery obligations under Rule 16 of

23  the Federal Rules of Criminal Procedure and *Brady v. Maryland* and its progeny.

24  (U) Accordingly, IT IS ORDERED that the Government is authorized to withhold from

25  discovery to the defense the classified information specified in the Government's Motion.

26  (U) IT IS FURTHER ORDERED that the entire text of the Government's Motion and

27  Memorandum of Law, the accompanying declarations, and the Court's classified Order shall not be

28  disclosed to the defense, and shall be sealed and maintained in a facility appropriate for the storage of

such classified information by the Classified Information Security Officer as the designee of the clerk of the Court, in accordance with established security procedures, for any future review, until further order of this Court.

Date: _____

_____

HON. EDWARD M. CHEN
UNITED STATES DISTRICT JUDGE