```
 1  DAVID L. ANDERSON (CABN 149604)
    United States Attorney
 2
    HALLIE HOFFMAN (CABN 210020)
 3  Chief, Criminal Division

 4  COLIN SAMPSON (CABN 249784)
    Assistant United States Attorney
 5
        450 Golden Gate Avenue, Box 36055
 6      San Francisco, California 94102-3495
        Telephone: (415) 436-7020
 7      FAX: (415) 436-7009
        Colin.Sampson@usdoj.gov
 8
    Attorneys for United States of America
 9
```

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) NO. 19-CR-621 EMC-1 |
|---|---|
| Plaintiff, | ) |
| v. | ) NOTICE OF DISMISSAL OF COUNT 22 WITHOUT PREJUDICE |
| AHMAD ABOUAMMO, | ) |
| Defendant. | ) |

With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the United States Attorney for the Northern District of California dismisses Count Twenty-Two only of the First Superseding Indictment (ECF No. 53), charging Defendant, Ahmad Abouammo, with laundering monetary instruments, in violation of 18 U.S.C. § 1956(a)(2)(B)(i), without prejudice.

DATED: January 29, 2021.                    Respectfully submitted,

                                            DAVID L. ANDERSON
                                            United States Attorney

                                            */s/ Hallie Hoffman*
                                            HALLIE HOFFMAN
                                            Chief, Criminal Division

NOTICE OF DISMISSAL (COUNT 22),
No. 19-CR-00621 EMC

**ORDER**

Leave is granted to the government to dismiss Count Twenty-Two of the First Superseding Indictment, without prejudice.

Date: _____

                                  HON. EDWARD M. CHEN
                                  United States District Judge

NOTICE OF DISMISSAL (COUNT 22),
No. 19-CR-00621 EMC