DAVID L. ANDERSON (CABN 149604)
United States Attorney

HALLIE HOFFMAN (CABN 210020)
Chief, Criminal Division

COLIN C. SAMPSON (CABN 249784)
    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7200
    FAX: (415) 436-7234
    Colin.Sampson@usdoj.gov

JOHN C. DEMERS
Assistant Attorney General
National Security Division

BENJAMIN J. HAWK (NJBN 030232007)
Trial Attorney, National Security Division
    950 Pennsylvania Avenue NW
    Washington, DC 20530-0001
    Telephone: (202) 307-5176
    Benjamin.Hawk@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 3:19-CR-00321-EMC-1 |
| Plaintiff, | BILL OF PARTICULARS |
| v. | |
| AHMAD ABOUAMMO, | |
| Defendant. | |

In accordance with the Court's Order on January 6, 2021 (Doc. No. 95), the United States hereby submits a bill of particulars with respect to venue for Count Twenty-One of the Superseding Indictment (Doc No. 53) as follows.

1

1. Defendant ABOUAMMO resided in Walnut Creek, California, in the Northern District of California, from at least November 4, 2013, until on or about June 18, 2018, after he resigned from Twitter, Inc.

2. Defendant ABOUAMMO was present in the Northern District of California between at least on or about May 30, 2015, and on or about June 18, 2015, and paid rent for his apartment in Walnut Creek, California for June 2015.

3. Defendant ABOUAMMO, PERSON A, and PERSON B were close relatives.

4. Between on or about June 7, 2015, and on or about June 11, 2015, while in the Northern District of California, Defendant ABOUAMMO participated in the initiation of, and caused, the transfer of approximately $10,000 in U.S. currency from PERSON A's Bank Audi account in Lebanon to Defendant ABOUAMMO's Bank of America account in the United States.

5. Among other acts taken to initiate, and cause, the transfer of funds, on or about June 7, 2015, while in the Northern District of California, Defendant ABOUAMMO drafted and sent an email to PERSON B titled "Bank Transfer Info," which identified ABOUAMMO as the beneficiary of the transfer and included his name, address in Walnut Creek, California, and Bank of America account number, as well as the transfer amount and payment details.

DAVID L. ANDERSON
United States Attorney

Dated: January 30, 2021.

*/s/ Benjamin J. Hawk*
COLIN SAMPSON
Assistant United States Attorney
BENJAMIN J. HAWK
Trial Attorney, National Security Division