DAVID L. ANDERSON (CABN 149604)
United States Attorney

HALLIE HOFFMAN (CABN 210020)
Chief, Criminal Division

COLIN SAMPSON (CABN 249784)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7020
    FAX: (415) 436-7009
    Colin.Sampson@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>AHMAD ABOUAMMO,<br><br>    Defendant. | NO. 19-CR-621 EMC-1<br><br>NOTICE OF DISMISSAL OF COUNT 22 WITHOUT PREJUDICE |

With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the United States Attorney for the Northern District of California dismisses Count Twenty-Two only of the First Superseding Indictment (ECF No. 53), charging Defendant, Ahmad Abouammo, with laundering monetary instruments, in violation of 18 U.S.C. § 1956(a)(2)(B)(i), without prejudice.

DATED: January 29, 2021.

                                                        Respectfully submitted,

                                                        DAVID L. ANDERSON
                                                        United States Attorney

                                                        */s/ Hallie Hoffman*
                                                        HALLIE HOFFMAN
                                                        Chief, Criminal Division

**ORDER**

Leave is granted to the government to dismiss Count Twenty-Two of the First Superseding Indictment, without prejudice.

Date: February 1, 2021

_____
HON. EDWARD M. CHEN
United States District Judge