DAVID L. ANDERSON (CABN 149604)
United States Attorney

HALLIE HOFFMAN (CABN 210020)
Chief, Criminal Division

COLIN C. SAMPSON (CABN 249784)
    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7200
    FAX: (415) 436-7234
    Colin.Sampson@usdoj.gov

JOHN C. DEMERS
Assistant Attorney General
National Security Division

BENJAMIN J. HAWK (NJBN 030232007)
Trial Attorney, National Security Division
    950 Pennsylvania Avenue NW
    Washington, DC 20530-0001
    Telephone: (202) 307-5176
    Benjamin.Hawk@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 3:19-CR-0621-EMC |
| Plaintiff, | ) | |
| | ) | **[PROPOSED]** ORDER |
| v. | ) | |
| AHMAD ABOUAMMO, | ) | |
| Defendant. | ) | |

(U) This matter is before the Court on the Government's sealed ex parte Motion for a Protective Order and Memorandum of Law [69]. Through its motion, the Government has asked the Court, pursuant to Section 4 of the Classified Information Procedures Act ("CIPA"), 18 U.S.C. App. III, Rule

1

16(d)(1) of the Federal Rules of Criminal Procedure, and applicable law, for authorization to delete from discovery certain classified information.

(U) The Court, having carefully considered the Government's Motion, as well as the Defendant's Motion Regarding the Government's Classified Discovery Obligations [85], hereby GRANTS the Government's Motion in its entirety.

(U) First, the Court finds that the Government's Motion was properly filed ex parte and under seal for this Court's review, pursuant to CIPA § 4 and Fed. R. Crim. P. 16(d)(1).

(U) Second, on the basis of the Court's independent review of the information and arguments set forth in the Government's Motion and accompanying declarations, the Court finds that the classified information in question implicates the Government's classified information privilege.

(U) Third, the Court finds that the Government has met the "relevant and helpful" standard articulated in *United States v. Sedaghaty*, 728 F.3d 885 (9th Cir. 2013) and *United States v. Roviaro* 353 U.S. 53 (1957), as it applies to the discoverability of classified information where, as here, the Government has properly invoked the classified information privilege. Having sufficiently reviewed the classified information in question, and for the reasons set forth in the Government's motion, the Court finds that classified information is not relevant and helpful to the defense.

(U) Fourth, the Court finds that the Government has satisfied its discovery obligations with respect to classified information.

(U) Additionally, for the reasons set forth in the Government's Motion, the Court finds, pursuant to Fed. R. Crim. P. 16(d)(1), that the Government has shown good cause for why the classified information in question should be withheld from discovery. The Court also finds that the withholdings authorized by this Order are consistent with the government's discovery obligations under Rule 16 of the Federal Rules of Criminal Procedure and *Brady v. Maryland* and its progeny.

(U) Accordingly, IT IS ORDERED that the Government is authorized to withhold from discovery to the defense the classified information specified in the Government's Motion.

(U) IT IS FURTHER ORDERED that the entire text of the Government's Motion and Memorandum of Law, the accompanying declarations, and the Court's classified Order shall not be disclosed to the defense, and shall be sealed and maintained in a facility appropriate for the storage of

such classified information by the Classified Information Security Officer as the designee of the clerk of the Court, in accordance with established security procedures, for any future review, until further order of this Court.

Date: February 4, 2021

_____
HON. EDWARD M. CHEN
UNITED STATES DISTRICT JUDGE