UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES

**Date:** February 24, 2021    **Time:** 3:01-3:09= 8 Minutes    **Judge:** EDWARD M. CHEN

**Case No.:** 19-cr-00621-EMC-1    **Case Name:** United States v. Ahmad Abouammo

**Attorneys for Government:** Colin Sampson, Benjamin Hawk
**Attorney for Defendant:** Angela Chuang
**Defendant:** [X] Present by videoconference  [ ] Not Present
**Defendant's Custodial Status:** [ ] In Custody  [X] Not in Custody

**Deputy Clerk:** Angella Meuleman    **Court Reporter:** Katherine Sullivan
**Interpreter:**    **Probation Officer:**

## PROCEEDINGS HELD BY ZOOM WEBINAR

1. Status Conference – Held.

## SUMMARY

Defendant's appearance by videoconference and waiver of live appearance is verbally confirmed by all parties.

Court advised the parties that disposition on Defendant's Motion to Dismiss has been made and filed.  Due to voluminous discovery, Defense counsel requested a continuance for her to perform due diligence.  Government requested setting date for evidentiary motions.

Court set Further Status Conference for March 24, 2021.  It further to intends to set firm dates for setting motions hearings dates in this case at the next conference.

CASE CONTINUED TO: **March 24, 2021, at 2:30 PM, for Status Conference for Motions Setting**

--------------------------------------------------------------------------------------------------------------------
**EXCLUDABLE DELAY: Government to prepare an exclusion order.**
Category:  Effective Preparation
Begins:  February 24, 2021
Ends:  March 24, 2021
--------------------------------------------------------------------------------------------------------------------