STEPHANIE M. HINDS (CABN 154284)
Acting United States Attorney

HALLIE HOFFMAN (CABN 210020)
Chief, Criminal Division

COLIN C. SAMPSON (CABN 249784)
    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7200
    FAX: (415) 436-7234
    Colin.Sampson@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) | CASE NO. 3:19-CR-0621-EMC-1 |
|---|---|---|
| Plaintiff, | ) | STIPULATED MOTION TO SET SUPPRESSION HEARING DEADLINES AND FOR ORDER FOR EXCLUSION OF TIME PURSUANT TO THE SPEEDY TRIAL ACT |
| v. | ) | |
| AHMAD ABOUAMMO, | ) | |
| Defendant. | ) | |

    The United States of America, represented by Colin Sampson, Assistant United States Attorney, and Defendant Ahmad Abouammo, represented by Angela Chuang, Assistant Federal Public Defender, hereby STIPULATE and AGREE as follows:

    The parties have agreed that the status hearing scheduled for March 24, 2021 should be vacated and the following schedule should be set for any motions to suppress evidence in the above-referenced matter: Motions shall be filed no later than May 5, 2021. Oppositions shall be filed by May 19, 2021. Any replies shall be filed no later than June 2, 2021. The hearing on said motions should be set for June 9, 2021.

    For the reasons stated above and for good cause shown, the parties stipulate and agree and move the Court for an order excluding the period between today and Wednesday, May 5, 2021, pursuant to the

Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(B)(iv), which is necessary for effective preparation of counsel, taking into account the exercise of due diligence.

Respectfully submitted,

STEPHANIE M. HINDS
Acting United States Attorney

Dated:  March 19, 2021.

*/s/ Colin Sampson*
COLIN SAMPSON
Assistant United States Attorney
BENJAMIN J. HAWK
Trial Attorney, National Security Division

*Attorneys for the United States of America*

Dated:  March 19, 2021.

*/s/ Angela Chuang*
ANGELA CHUANG
Assistant Federal Public Defender

*Attorney for Defendant Ahmad Abouammo*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>AHMAD ABOUAMMO,<br><br>    Defendant. | CASE NO. 3:19-CR-00621-EMC-1<br><br>[PROPOSED] ORDER SETTING SUPPRESSION HEARING DEADLINES AND EXCLUDING TIME PURSUANT TO THE SPEEDY TRIAL ACT |

Pursuant to the consent and stipulation of Defendant, Ahmad Abouammo and his counsel, and The United States of America and its counsel, and for good cause shown,

IT IS ORDERED THAT the status hearing currently scheduled for March 24, 2021 is vacated. It is further

ORDERED THAT any motions to suppress evidence shall be filed no later than May 5, 2021. Oppositions shall be filed by May 19, 2021. Any replies shall be filed by June 2, 2021. The hearing on said motions shall be set for June 9, 2021, at 2:30 p.m. It is further

ORDERED THAT time under the Speedy Trial Act is excluded from March 19, 2021, until May 5, 2021, pursuant to 18 U.S.C. §§ 3161(b), (h)(7)(A) and (B)(iv), for effective preparation of counsel, taking into account the exercise of due diligence.

IT IS SO ORDERED.

Dated: _____    _____
THE HONORABLE EDWARD M. CHEN
UNITED STATES DISTRICT JUDGE