UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 3:19-CR-00621-EMC-1 |
| Plaintiff, | [PROPOSED] ORDER SETTING SUPPRESSION HEARING DEADLINES AND EXCLUDING TIME PURSUANT TO THE SPEEDY TRIAL ACT |
| v. | |
| AHMAD ABOUAMMO, | |
| Defendant. | |

Pursuant to the consent and stipulation of Defendant, Ahmad Abouammo and his counsel, and The United States of America and its counsel, and for good cause shown,

IT IS ORDERED THAT the status hearing currently scheduled for March 24, 2021 is vacated. It is further

ORDERED THAT any motions to suppress evidence shall be filed no later than May 5, 2021. Oppositions shall be filed by May 19, 2021. Any replies shall be filed by June 2, 2021. The hearing on said motions shall be set for June 9, 2021, at 2:30 p.m.  It is further

ORDERED THAT time under the Speedy Trial Act is excluded from March 19, 2021, until May 5, 2021, pursuant to 18 U.S.C. §§ 3161(b), (h)(7)(A) and (B)(iv), for effective preparation of counsel, taking into account the exercise of due diligence.   It is further

ORDERED THAT Status Conference is also set for June 9, 2021 at 2:30 p.m.

IT IS SO ORDERED.

Dated: March 22, 2021

THE HONORABLE EDWARD M. CHEN
UNITED STATES DISTRICT JUDGE