UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES

**Date:** March 31, 2021      **Time:** 3:06-3:15= 9 Minutes      **Judge:** EDWARD M. CHEN

**Case No.**: 19-cr-00621-EMC-1      **Case Name:** USA v. Ahmad Abouammo

**Attorney for Government:** Colin Sampson
**Attorney for Defendant:** Angela Chuang
**Defendant:** [X] Present by videoconference   [ ] Not Present
**Defendant's Custodial Status:** [ ] In Custody  [X] Not in Custody

**Deputy Clerk:** Angella Meuleman           **Court Reporter:** Ana Dub
**Interpreter:**                              **Probation Officer:**

## PROCEEDINGS HELD BY ZOOM WEBINAR

Status Conference re: Discovery Dispute – Held.

## SUMMARY

Parties stated appearances. Defense counsel confirmed Defendant's consent to appear by videoconference and waived live appearance.

Defense counsel reported that subsequent to agreed-upon suppression motions, she discovered certain search warrants and affidavits applying to other people targeted other than defendant (one co-defendant and one other not charged) and will not be produced by the Government. Counsel believes what is contained in these materials would be relevant and therefore subject to discovery. Government's position is that this is a fishing expedition; that defendant lacks standing to challenge and opposes production.

Court directed defendant to file Motion to Compel by 4/15/2021; Government's opposition due 4/22/2021; hearing to be set on 4/28/2021 at 2:30PM.

**CASE CONTINUED TO: April 28, 2021 at 2:30PM for Motion Hearing**.