GEOFFREY A. HANSEN
Acting Federal Public Defender
ANGELA CHUANG
Assistant Federal Public Defender
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone:     415.436.7700
Facsimile:     415.436.7706
E-mail:        angela_chuang@fd.org

Counsel for Defendant ABOUAMMO

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | Case No. CR 19-621 EMC |
|---|---|
| Plaintiff, | |
| v. | **APPLICATION AND [PROPOSED] ORDER TO SEAL** |
| AHMAD ABOUAMMO, | |
| Defendant. | |

The Defendant's Motion to Compel Discovery, Declaration of Angela Chuang, and accompanying Exhibits A-L contain material that is subject to the parties' stipulated protective order, filed as ECF no. 31. To comply with the protective order, counsel requests that the Defendant's Motion to Compel Discovery, Declaration of Angela Chuang, and Exhibits A-L be filed under seal, consistent with Criminal Local Rule 56-1.

\\
\\
\\
\\
\\

Date: April 16, 2021

Respectfully submitted,

STEVEN G. KALAR
Federal Public Defender

/S
ANGELA CHUANG
Assistant Federal Public Defender

IT IS SO ORDERED.

Date: _____

_____
EDWARD CHEN
United States District Judge