STEPHANIE M. HINDS (CABN 154284)
Acting United States Attorney

HALLIE HOFFMAN (CABN 210020)
Chief, Criminal Division

COLIN C. SAMPSON (CABN 249784)
Assistant United States Attorney
   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102-3495
   Telephone: (415) 436-7200
   FAX: (415) 436-7234
   Colin.Sampson@usdoj.gov

JOHN C. DEMERS
Assistant Attorney General
National Security Division

BENJAMIN J. HAWK (NJBN 030232007)
Trial Attorney, National Security Division
   950 Pennsylvania Avenue NW
   Washington, DC 20530-0001
   Telephone: (202) 307-5176
   Benjamin.Hawk@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) CASE NO. CR 19-621 EMC |
|---|---|
| Plaintiff, | ) |
| v. | ) MOTION TO SEAL UNITED STATES' OPPOSITION TO DEFENDANT'S MOTION TO COMPEL DISCOVERY AND [PROPOSED] ORDER |
| AHMAD ABOUAMMO, | ) |
| Defendant. | ) |

The United States of America requests the Court to seal United States' Opposition to Defendant's Motion to Compel Discovery and Government Exhibit A. The Defendant moved to file his Motion to Compel Discovery, ECF No. 117, under seal to comply with the parties' stipulated protective order, filed as ECF No. 31. ECF No. 120. The Court granted the Defendant's motion to seal. ECF No. 121. For that reason, the government moves to seal its response and attachment.

U.S. MOT. TO SEAL
CR 19-621 EMC

| | | |
|---|---|---|
| 1 | Dated: April 23, 2021 | Respectfully submitted, |
| 2 | | STEPHANIE M. HINDS |
| 3 | | Acting United States Attorney |
| 4 | | ___/s/ Benjamin J. Hawk_____ |
| | | COLIN C. SAMPSON |
| 5 | | Assistant United States Attorney |
| | | BENJAMIN J. HAWK |
| 6 | | Trial Attorney, National Security Division |

**[PROPOSED] ORDER**

Based upon the motion of the government and for good cause shown, IT IS HEREBY ORDERED that the United States' Opposition to Defendant's Motion to Compel Discovery. Government's Exhibit A, and this sealing order in this matter shall be sealed until further order of the Court.

**IT IS SO ORDERED.**

Dated: _____          _____
                                  HON. EDWARD M. CHEN
                                  United States District Judge