GEOFFREY A. HANSEN
Acting Federal Public Defender
ANGELA CHUANG
Assistant Federal Public Defender
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone:     415.436.7700
Facsimile:     415.436.7706
E-mail:        angela_chuang@fd.org

Counsel for Defendant ABOUAMMO

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> AHMAD ABOUAMMO, <br><br> Defendant. | Case No. CR 19-621 EMC <br><br> **APPLICATION AND [~~PROPOSED~~] ORDER TO SEAL REPLY BRIEF IN SUPPORT OF DEFENDANT'S MOTION TO COMPEL DISCOVERY** |

    The Defendant's Reply Brief in Support of Motion to Compel Discovery contains material that is subject to the parties' stipulated protective order, filed as ECF No. 31. To comply with the protective order, counsel requests that the Defendant's Reply Brief in Support of Motion to Compel Discovery, be filed under seal, consistent with Criminal Local Rule 56-1.

\\

\\

\\

\\

\\

*US v. Abouammo,* Case No. CR 19-621 EMC;
[~~Proposed~~] Order to Seal                 1

| | | |
|---|---|---|
| 1 | Date: April 26, 2021 | Respectfully submitted, |
| 2 | | GEOFFREY A. HANSEN |
| 3 | | Acting Federal Public Defender |
| 4 | | _____/S_____ |
| 5 | | ANGELA CHUANG<br>Assistant Federal Public Defender |

IT IS SO ORDERED.

Date: April 27, 2021

_____
EDWARD CHEN
United States District Judge