GEOFFREY A. HANSEN
Acting Federal Public Defender
ANGELA CHUANG
Assistant Federal Public Defender
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone:      415.436.7700
Facsimile:      415.436.7706
E-mail:         angela_chuang@fd.org

Counsel for Defendant ABOUAMMO

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR 19-621 EMC |
| Plaintiff, | |
| v. | **APPLICATION AND [PROPOSED] ORDER TO ALLOW THE FILING OF AN OVERSIZED REPLY BRIEF** |
| AHMAD ABOUAMMO, | |
| Defendant. | |

Mr. Abouammo respectfully requests permission to file an oversized Reply in Support of Motion to Suppress. According to the Criminal Local Rules, unless otherwise ordered, "[a]ny opposition or reply shall comply with the requirements of Civil L.R. 7-3(b), (c) and (d)." Civil L. R. 7-3(c) provides that a reply may not exceed 15 pages. As the court is aware, the government's investigation of this case spanned several years and included numerous search warrants, each of which was supported by a lengthy affidavit. The length of the proposed reply brief is required because the suppression analysis requires an in depth discussion of the contents of multiple search warrant affidavits as well as a discussion of what other search warrants and/or portions of the voluminous discovery constitute fruits of the warrants that are at issue. Therefore, Mr. Abouammo respectfully requests that this court grant his motion for leave to file an oversized reply brief, and accept his contemporaneously filed reply brief,

1  which totals 21 pages.

2  Date:  June 2, 2021                         Respectfully submitted,

3
                                              GEOFFREY A. HANSEN
4                                             Acting Federal Public Defender

5                                             _____/S_____
                                              ANGELA CHUANG
6                                             Assistant Federal Public Defender

7

8

9
            IT IS SO ORDERED.
10

11  Date: _____       _____

12                                             EDWARD M. CHEN
                                              United States District Judge
13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

*US v. Abouammo,* Case No. CR 19-621 EMC;
[Proposed] Order for Oversized Reply Brief            2