UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# CRIMINAL MINUTES

**Date:** June 9, 2021    **Time:** 3:07-4:30 = 1 Hour; 23 Minutes    **Judge:** EDWARD M. CHEN

**Case No.**: 19-cr-00621-EMC-1    **Case Name:** USA v. Ahmad Abouammo

**Attorneys for Government:** Colin Sampson, Benjamin Hawk
**Attorney for Defendant:** Angela Chuang
**Defendant:** [X] Present by videoconference   [ ] Not Present
**Defendant's Custodial Status:** [ ] In Custody  [X] Not in Custody

**Deputy Clerk:** Angella Meuleman    **Court Reporter:** Ana Dub
**Interpreter:**    **Probation Officer:**

## PROCEEDINGS HELD BY ZOOM WEBINAR

Status Conference – held;
[129] - Motion to Suppress (redacted) – held.

## SUMMARY

Parties stated appearances.  Defense counsel confirmed defendant's consent to appear by videoconference and waived live appearance.

Status Conference:

Motion to Suppress will be heard in its redacted form for this public proceeding.  Sealed motion contains personal identifiers and for the purpose of this motion proceeding, parties will refer to agreed handles.  Further, parties will meet and confer to establish protocol for future public hearings.  Government will be requesting a trial date at next conference and suggested 12/6/2021 as a potential date.  Court will consider 12/6/2021 and 11/29/2021 as potential trial dates moving forward.  Defendant cannot commit to a trial date yet.

Motion to Suppress:

Parties proffered argument.  Court will take the matter under submission. Ruling to issue in greater detail either in a written order ahead of next status conference or orally at status conference.

**CASE CONTINUED TO: June 23, 2021 at 2:30PM for Further Status Conference.**

Time Excluded:   Begins: June 9, 2021        Ends:  June 23, 2021
Government to prepare an exclusion order.