1  STEPHANIE M. HINDS (CABN 154284)
   Acting United States Attorney
2
   HALLIE HOFFMAN (CABN 210020)
3  Chief, Criminal Division

4  COLIN C. SAMPSON (CABN 249784)
         450 Golden Gate Avenue, Box 36055
5        San Francisco, California 94102-3495
         Telephone: (415) 436-7200
6        FAX: (415) 436-7234
         Colin.Sampson@usdoj.gov
7
   JOHN C. DEMERS
8  Assistant Attorney General
   National Security Division
9
   BENJAMIN J. HAWK (NJBN 030232007)
10 Trial Attorney, National Security Division
         950 Pennsylvania Avenue NW
11       Washington, DC 20530-0001
         Telephone: (202) 307-5176
12       Benjamin.Hawk@usdoj.gov

13 Attorneys for United States of America

14                 UNITED STATES DISTRICT COURT

15               NORTHERN DISTRICT OF CALIFORNIA

16                    SAN FRANCISCO DIVISION

17
   UNITED STATES OF AMERICA,              )  Case No. CR 19-621-1 EMC
18                                        )
            Plaintiff,                    )  DECLARATION OF FEDERAL BUREAU OF
19                                        )  INVESTIGATION SPECIAL AGENT LETITIA WU
        v.                                )
20                                        )  Date: June 23, 2021
   AHMAD ABOUAMMO,                        )  Time: 2:30 p.m.
21                                        )  Courtroom: 5, 17th Floor
            Defendant.                    )
22                                        )
                                          )
23 _____ )

24 I, LETITIA WU, being duly sworn, do hereby declare and state the following:

25         1.      I am a Special Agent of the Federal Bureau of Investigation ("FBI"), currently based in

26 Oakland, California. I have held the position of FBI Special Agent since July 2015.

27         2.      I have been involved in the investigation that led to the above-captioned criminal action

28

1  against defendants Ahmad Abouammo, Ali Alzabarah, and Ahmed Almutairi since July 2016.  From my

2  personal involvement in the investigation, I am familiar with the evidence collected in this matter as

3  well as the investigative steps taken. I have served subpoenas, conducted interviews, and executed court-

4  authorized searches in this matter, among other investigative steps.

5        3.        At the end of 2015, the FBI initiated an investigation into allegations that Twitter

6  employees were accessing without authorization proprietary and confidential data from Twitter, Inc., on

7  behalf of the Kingdom of Saudi Arabia and the Saudi Royal Family (collectively, the "Saudi

8  government"), which holds most of the country's governmental posts. Based on information obtained

9  during the investigation, the Saudi government's efforts to obtain confidential data specific to certain

10  Twitter users started some time in 2014. The investigation further determined that "Foreign Official-1",

11  who was the director of the private office of "Saudi Royal Family Member-1," headed these efforts.

12  Additionally, the investigation revealed that multiple Twitter employees may have been involved, or

13  approached to participate, in the scheme.

14        4.        In early December 2015, Twitter confronted two of its employees, Alzabarah and

15  "Twitter Employee-1," about their accesses of certain Twitter accounts of interest to the Saudi

16  government, including an account identified as "Twitter User-1." Based on publicly available

17  information, Twitter User-1 was a prominent critic of the Saudi Royal Family and had over one million

18  followers. Earlier in 2015, Foreign Official-1 had used his own Twitter account to refute statements

19  made by Twitter User-1 about Saudi Royal Family Member-1.

20        5.        As described in the affidavit supporting the August 17, 2016, search warrant for

21  Alzabarah's Google account,[1] as part of an internal investigation, Twitter determined that Alzabarah had

22  accessed without authorization numerous Twitter user accounts between January 2015 and November

23  2015, including Twitter User-1, with the vast majority of accesses occurring on or after May 21, 2015.

24  Furthermore, in February 2016, the FBI obtained and analyzed toll records for Alzabarah's cellular

25  telephone, which revealed communications between Alzabarah and Foreign Official-1 beginning on or

26

27        [1] The affidavit, which supported search warrants for multiple accounts, including Abouammo's

28  Google account, reflects investigative steps and evidence obtained prior to August 2016 and is
incorporated herein by reference.

WU DECLARATION,
CASE NO. 19-621-1 EMC                              2

1   about May 29, 2015.

2        6.     The following information and evidence was obtained prior to the August 17, 2016

3   search warrant for Abouammo's Google account:

4             a.     Records obtained from AT&T pursuant to legal process showed multiple calls

5   between Abouammo and Foreign Official-1 beginning on June 14, 2014 and continuing through

6   at least January 2015, while Abouammo was still employed by Twitter.

7             b.     According to information provided by Google in response to a court order,

8   Abouammo (using his personal Gmail account) and Foreign Offical-1 were also in email contact

9   on January 17, 2015, while Abouammo was employed by Twitter.

10             c.     Additional information indicating that evidence of the crimes under investigation

11   would be found in Abouammo's personal Gmail account was also obtained prior to August 2016,

12   as described in the affidavit supporting the August 17, 2016 search warrant and incorporated

13   herein by reference and summarized in the below chart.

14        7.     The following information and evidence was obtained from accounts and sources

15   independent of the 2016 search of Abouammo's personal Gmail account:

16             a.     On or about September 20, 2017, Twitter produced to the FBI a list of employees

17   who had accessed the Twitter User-1 account, which included Abouammo. On or about October

18   18, 2017, pursuant to an order under 18 U.S.C. § 2703(d), Twitter provided the dates and times

19   of accesses of Twitter User-1 by Twitter employees. According to that document, Abouammo

20   accessed the Twitter User-1 account on six separate dates in 2015: January 5, January 27,

21   February 4, February 7, February 18, and February 24. Those accesses coincided with

22   Abouammo's communications with Foreign Official-1, as reflected in the below chart.

23             b.     Evidence obtained on September 28, 2016, from searches of Google-hosted

24   accounts of Ahmed Almutairi and Ali Alzabarah, as well as subsequent investigatory steps,

25   revealed additional evidence of Abouammo's involvement in the scheme and the likelihood that

26   his communications with other individuals under investigation would be relevant to the crimes

27   under investigation.  For example, an email dated November 15, 2014, which was seized from

28   Almutairi's email account included a message to Abouammo's Twitter email address requesting

an urgent meeting on behalf of "VVIP 1st degree Member of the Saudi Royal Family."

      c.     Records obtained from Twitter on October 13, 2017, pursuant to legal process included the November 15, 2014 email described above, and emails sent from Foreign Official-1 to Abouammo's Twitter account that attached photos of Abouammo and Foreign Official-1 at a June 13, 2014, meeting at Twitter. Another individual employed by an organization connected to the Saudi Royal Family, who was also present at the June 13, 2014, meeting at Twitter, emailed Abouammo at his Twitter email address on September 29, 2014 and referenced "the arrangement between you and [Foreign Official-1] for many things." Foreign Official-1 and Abouammo (using his Twitter email address) also emailed each other between on or about December 1 through 3, 2014, to arrange a meeting in London.

      d.     Pursuant to the September 11, 2018 warrant to search Abouammo's iCloud account, agents seized images reflecting Abouammo's access and/or control of a bank account at Bank Audi in Lebanon. The images further reflected the movement of funds from Bank Audi to Abouammo's Bank of America account, including: $10,035 on February 21, 2015; $9,980 on March 10, 2015; a $10,035 on June 11, 2015; and $30,035 on July 2, 2015.. As discussed reflected in the below chart below, records of these financial transfers were originally obtained pursuant to a grand jury subpoena to Bank of America on May 24, 2016.  Abouammo's Bank of America statements, obtained May 24, 2016, reflect deposits of $9,963 on February 24, 2015, $9,911 on March 12, $10,000 on June 15, 2015, and $30,000 on July 7, 2015, the differences in dates and amounts are possibly due to the international nature of the transfers and deduction of wiring fees.

      e.     Pursuant to an October 23, 2018, warrant, the FBI searched Abouammo's computer, which was found in his residence. Among other items, the FBI seized from the computer a January 17, 2015, email from Foreign Official-1 to Abouammo's Gmail account, which stated "as we discussed in london" and attached a document discussing Twitter User-1's account, among other digital evidence.

      8.     International travel records for Abouammo were obtained on May 11, 2016, which showed that Abouammo traveled from the United States to the United Kingdom on November 29, 2014

1   and returned on December 6, 2014.

2       9.    The following is a chronological summary of the evidence described above and in the

3   August 2016 search warrant application:

| Date | ABOUAMMO's Communications with Foreign Official-1, ALMUTAIRI, and Others | ABOUAMMO's Known Actions | Source(s) |
|---|---|---|---|
| 6/13/2014 | Foreign Official-1 ("FO-1"), FO-1's associate, and others visiting from KSA met with ABOUAMMO at Twitter headquarters | | Subpoenaed records from ABOUAMMO's Twitter employee email account (10/13/2017) |
| 6/14/2014 | FO-1 called ABOUAMMO (107 seconds) | | Telephone records for Foreign Official-1 obtained 10/24/2017 |
| 9/26/2014 | FO-1 called ABOUAMMO (11 seconds) | | Telephone records obtained before August 2016 search warrant |
| 9/29/2014 | FO-1's associate emails ABOUAMMO asking for assistance related to a request to close an account impersonating a member of the Saudi Royal Family ("SRF"), referring to "the arrangement between you and [FO-1] for many things." | | Subpoenaed records from ABOUAMMO's Twitter employee email account (10/13/2017) |
| 11/15/2014 | ALMUTAIRI emailed ABOUAMMO at his Twitter account and asked for an urgent meeting to discuss their mutual interest. | | ALMUTAIRI's Google account; ABOUAMMO's Twitter employee emails |
| 11/17/2014 | FO-1 called ABOUAMMO (3 minutes, 40 seconds) | | Telephone records obtained before August 2016 search warrant |
| 11/20/2014 | ALMUTAIRI posted a photograph on Twitter of himself with ABOUAMMO. | | Public information |
| 11/26/2014 | ABOUAMMO through his Twitter account emailed FO-1 and asked if FO-1 had finalized a trip to London. ABOUAMMO stated that he would be in London between December 1st and 5th. | | Subpoenaed records from ABOUAMMO's Twitter employee email account (10/13/2017) |
| 11/29/2014 | | ABOUAMMO flew from San Francisco to London | Entry/Exit records obtained 5/11/2016; Records from Twitter (10/13/2017) |
| 12/1/2014 | ALMUTAIRI emailed ABOUAMMO at his Twitter account and stated, "I'm quite confident that by both of us cooperating and working together, we'll achieve the goals of Twitter in the region." | | ALMUTAIRI's Google account; ABOUAMMO's Twitter email account (10/13/2017) |
| 12/4/2014 | FO-1 replied to ABOUAMMO's email and stated, "I'm in Paris I will come to London tomorrow for one day to meet you on Friday. When I arrive I will call you." | | Records from Twitter (10/13/2017) |

| Date | ABOUAMMO's Communications with Foreign Official-1, ALMUTAIRI, and Others | ABOUAMMO's Known Actions | Source(s) |
|---|---|---|---|
| 12/5/2014 | FO-1 called ABOUAMMO (4 seconds, no answer, 7 seconds). | | Telephone records obtained before August 2016 search warrant |
| 12/6/2014 | | ABOUAMMO flew back to San Francisco | Entry/Exit records obtained 5/11/2016 |
| 12/12/2014 | | ABOUAMMO accessed Twitter User-1 | 18 U.S.C. § 2703(d) Records from Twitter (10/18/2017) |
| 12/13/2014 | Two text messages exchanged between ABOUAMMO and ALMUTAIRI | | Telephone records obtained before August 2016 search warrant |
| 1/5/2015 | | ABOUAMMO accessed Twitter User-1 | 18 U.S.C. § 2703(d) results from Twitter (10/18/2017) |
| 1/17/2015 | FO-1 emailed ABOUAMMO's personal Gmail account | | 18 U.S.C. § 2703(d) results from Google before August 2016 search warrant; content of email seized in 10/24/2018 search |
| 1/20/2015 | FO-1 called ABOUAMMO twice (19 and 51 seconds). | | AT&T telephone records for ABOUAMMO obtained December 2017 |
| 1/22/2015 | FO-1 called ABOUAMMO seven times (no answer, 6 seconds, 5 seconds, 3 seconds, 4 minutes 37 seconds, 3 minutes 36 seconds, and 39 seconds). | | Record of the 5 second telephone call obtained from Google Voice prior to 2016 warrant, others obtained by late 2017 |
| 1/23/2015 | FO-1 called ABOUAMMO (1 minute and 57 seconds). | | Telephone records obtained October 2017 |
| 1/24/2015 | FO-1 called ABOUAMMO (no answer). | | AT&T telephone records for ABOUAMMO obtained December 2017 |
| 1/25/2015 | FO-1 called ABOUAMMO twice (1 minute 57 seconds and for 6 seconds). | | AT&T telephone records for ABOUAMMO obtained December 2017 |
| 1/27/2015 | | ABOUAMMO accessed Twitter User-1 | 18 U.S.C. § 2703(d) results from Twitter (10/18/2017) |
| 1/28/2015 | FO-1 called ABOUAMMO three times (11 seconds, 5 seconds, no answer). | | AT&T telephone records for ABOUAMMO obtained December 2017 |
| 2/4/2015 | | ABOUAMMO accessed Twitter User-1 | 18 U.S.C. § 2703(d) results from Twitter (10/18/2017) |
| 2/7/2015 | | ABOUAMMO accessed Twitter User-1 | 18 U.S.C. § 2703(d) results from Twitter (10/18/2017) |
| 2/12/2015 | FO-1 called ABOUAMMO three times (7 minutes 28 seconds, 1 minute 24 seconds, and 2 minutes 10 seconds). | | AT&T telephone records for ABOUAMMO obtained December 2017 |

| Date | ABOUAMMO's Communications with Foreign Official-1, ALMUTAIRI, and Others | ABOUAMMO's Known Actions | Source(s) |
|---|---|---|---|
| 2/13/2015 | FO-1 called ABOUAMMO twice (15 and 17 seconds). | | AT&T telephone records for ABOUAMMO obtained December 2017 |
| 2/16/2015 | FO-1 called ABOUAMMO three times (9 seconds, 9 seconds, no answer). | | AT&T telephone records for ABOUAMMO obtained December 2017 |
| 2/18/2015 | | ABOUAMMO accessed Twitter User-1 | 18 U.S.C. § 2703(d) results from Twitter (10/18/2017) |
| 2/24/2015 | | ABOUAMMO accessed Twitter User-1 | 18 U.S.C. § 2703(d) results from Twitter (10/18/2017) |
| 2/24/2015 | | ABOUAMMO received $9,963 from a foreign bank account to his Bank of America account | Subpoenaed bank records from Bank of America received 5/24/2016; September 2018 Apple warrant |
| 3/5/2015 | FO-1 called ABOUAMMO eleven times (7 seconds, 4 seconds, 5 minutes 3 seconds, 3 seconds, 4 seconds, 3 seconds, no answer, 2 seconds, 1 minute 45 seconds, 3 seconds, 3 seconds). | | AT&T telephone records for ABOUAMMO obtained December 2017 |
| 3/6/2015 | FO-1 called ABOUAMMO three times (3 seconds, 2 seconds, 6 minutes 27 seconds). | | AT&T telephone records for ABOUAMMO obtained December 2017 |
| 3/12/2015 | | ABOUAMMO receieved $9,911 from a foreign bank account to his Bank of America account | Subpoenaed bank records from Bank of America (5/24/2016); September 2018 Apple warrant |
| 4/22/2015 | "Twitter Employee-1" emailed ABOUAMMO | | Records from Google, received before August 2016 |
| 5/22/2015 | | ABOUAMMO's last day at Twitter | Records from Twitter (10/13/2017) |
| 6/15/2015 | | ABOUAMMO received $10,000 from a foreign bank account to his Bank of America account | Subpoenaed bank records from Bank of America received 5/24/2016; September 2018 Apple warrant |
| 7/7/2015 | | ABOUAMMO received $10,000 from a foreign bank account to his Bank of America account | Subpoenaed bank records from Bank of America received 5/24/2016; September 2018 Apple warrant |
| 8/23/2015 | FO-1 called ABOUAMMO (3 minutes 11 seconds). | | AT&T telephone records obtained May 23, 2016 |
| 9/18/2015 | Telephone call from Twitter Employee-1 to ABOUAMMO (13 minutes and 15 seconds) | | Telephone records obtained from Google Voice April 4, 2016 |

| Date | ABOUAMMO's Communications with Foreign Official-1, ALMUTAIRI, and Others | ABOUAMMO's Known Actions | Source(s) |
|---|---|---|---|
| 9/27/2015 | Telephone call between FO-1 and ABOUAMMO (4 seconds) | | Telephone records obtained 10/24/2017 |
| 9/28/2015 | Twitter User-1's account is reportedly hacked | | Twitter communication to Twitter User-1 provided to the government (9/20/2017); public online postings |
| 12/11/2015 | ABOUAMMO called FO-1 (no answer) | | AT&T telephone records obtained May 23, 2016 |
| 12/11/2015 | | ABOUAMMO emailed two Twitter employees (K.I. and S.M.) from his Gmail | 18 U.S.C. § 2703(d) results from Google before August 2016 search warrant |
| 12/11/2015 | K.I. emailed ABOUAMMO and S.M. and included Twitter Employee-1 | | Records from Google, received before August 2016 |
| 12/12/2015 | | ABOUAMMO replied to K.I., Twitter Employee-1, and S.M. | Records from Google, received before August 2016 |
| 1/6/2016 | Twitter Employee-1 emailed ABOUAMMO's Gmail account | ABOUAMMO replied to Twitter Employee-1 | Records from Google, received before August 2016 |
| 1/31/2016 | | ABOUAMMO emailed Twitter Employee-1 from his Gmail | Records from Google, received before August 2016 |
| 2/1/2016 | Twitter Employee-1 responded to ABOUAMMO's email. | ABOUAMMO exchanges emailed with K.I. | Records from Google, received before August 2016 |
| 2/5/2016 | | ABOUAMMO emailed Twitter Employee-1 | Records from Google, received before August 2016 |
| 2/16/16 | Two telephone calls between FO-1 and ABOUAMMO (42 seconds and 8 seconds) | | Telephone records obtained May 23, 2016 |
| 2/22/2016 | | ABOUAMMO sent seven emails to K.I., some of them including 3 email addresses with ".gov.sa" | Records from Google, received before August 2016 |
| 2/23/2016 | A fourth ".gov.sa" account emails ABOUAMMO and K.I. | | Records from Google, received before August 2016 |
| 3/6/2016 | Telephone call between FO-1 and ABOUAMMO (2 minutes, 29 seconds) | | Telephone records obtained May 23, 2016 |

10.     The evidence described above is not exhaustive.  Based on the above, and other evidence obtained in this investigation, I believed that the search warrant signed by Chief United States Magistrate Judge Joseph C. Spero in August 2016 authorizing a search of Defendant Ahmad Abouammo's Google, LLC "Gmail" account was valid and supported by the probable cause discussed

1 | in the Affidavit of FBI Special Agent Jonathan Kingsley, and I relied on Judge Spero's probable cause

2 | determination in executing it and conducting the search of that account. However, assuming that the

3 | August 2016 warrant was not authorized as to Ahmad Abouammo's Google account, I believe that FBI

4 | would have sought a warrant to search Abouammo's Gmail account based on, at a minimum, the facts

5 | set forth in the affidavit supporting the August 2016 warrant, information provided by Twitter in

6 | October 2017 indicating that Abouammo had accessed Twitter User-1's account, and the pattern and

7 | timing of Abouammo's telephone and email contacts with FO-1, Almutairi, and Twitter Employee-1.

8 |

9 | Executed on June 21, 2021.

LETITIA WU
Special Agent, Federal Bureau of Investigation