STEPHANIE M. HINDS (CABN 154284)
Acting United States Attorney
HALLIE HOFFMAN (CABN 210020)
Chief, Criminal Division
COLIN C. SAMPSON (CABN 249784)
    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7200
    FAX: (415) 436-7234
    Colin.Sampson@usdoj.gov

JOHN C. DEMERS
Assistant Attorney General
National Security Division
BENJAMIN J. HAWK (NJBN 030232007)
Trial Attorney, National Security Division
    950 Pennsylvania Avenue NW
    Washington, DC 20530-0001
    Telephone: (202) 307-5176
    Benjamin.Hawk@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>AHMAD ABOUAMMO,<br><br>    Defendant. | Case No. CR 19-621-1 EMC<br><br>UNITED STATES' UNOPPOSED MOTION FOR ORDER CLARIFYING THE NONFINAL STATUS OF THE ORDER AT DKT. NO. 142<br><br>Date: No Hearing Scheduled |

    The Government respectfully moves the Court for an order clarifying that the June 15, 2021 Order (Dkt. No. 142) finding that the August 2016 search warrant for Defendant's Google, LLC account lacked probable cause and inviting further briefing is nonfinal. In the Order, the Court invited further briefing, which the parties provided. *See, e.g.*, Dkt. No. 147. The Court pronounced an oral ruling on June 23, 2021, finding that the government had met its burden with respect to inevitable discovery of the evidence originally obtained via the August 2016 Google search warrant, but also granted Defendant's request for a second round of supplemental briefing, currently due on July 14, 2021.

Given that the government has 30 days to file an appeal of an order suppressing evidence pursuant to 18 U.S.C. § 3731 and Fed. R. App. 4(b), to the extent the July 15, 2021 Order may be deemed final, the deadline for an appeal would be July 15, 2021.  As a result, the government requests that the Court issue an Order clarifying that the Motion to Suppress is still under consideration.  *See United States v. Dieter*, 429 U.S. 6, 8 (1976) (citing *United States v. Healy*, 376 U.S. 75, 78-79 (1964)); *see also United States v. Ibarra*, 502 U.S. 1 (1991).   As a precaution, the government respectfully requests the Court designate the June 15, 2021 Order as nonfinal given subsequent briefing and argument.

Counsel for Defendant has been contacted regarding the filing of this Motion and does not oppose the relief sought therein.

DATED:  June 25, 2021.

STEPHANIE M. HINDS
Acting United States Attorney

*/s/ Colin Sampson*
COLIN C. SAMPSON
Assistant United States Attorney
BENJAMIN J. HAWK
Trial Attorney, National Security Division