UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

### CRIMINAL MINUTES

**Date:** June 23, 2021  **Time:** 3:17-3:57= 40 Minutes  **Judge:** EDWARD M. CHEN

**Case No.:** 19-cr-00621-EMC-1  **Case Name:** USA v. Ahmad Abouammo

**Attorney for Government:** Colin Sampson, Benjamin Hawk
**Attorney for Defendant:** Angela Chuang
**Defendant:** [X] Present by videoconference   [ ] Not Present
**Defendant's Custodial Status:** [ ] In Custody  [X] Not in Custody

**Deputy Clerk:** Angella Meuleman            **Court Reporter:** Ruth Ekhaus
**Interpreter:**                              **Probation Officer:**

### PROCEEDINGS HELD BY ZOOM WEBINAR

Status Conference re: Motion to Suppress – Held.

### SUMMARY

Parties stated appearances and proffered argument.  Defense counsel confirmed Defendant's consent to appear by videoconference and waived live appearance.

Inevitable Discovery Doctrine:

Court finds as follows, and as stated in the record, that Government has met its burden in proving that the evidence obtained from the 2016 search warrant would have been discovered in view of the evidence contained in the 2016 warrant combined with evidence independently obtained thereafter, including, *inter alia*, the discovery that Defendant had accessed Twitter User-1's accounts six times which coincided in part with his communications with Foreign Official-1; the receipt of funds in a foreign bank and timing thereof; the numerous additional contacts with co-defendants and Foreign-Official-1; and the fact that law enforcement had Defendant under suspicion and would have pursued the investigation of Defendant even if the 2016 search had been disallowed.

Supplemental Briefs on Specific Question:

Court ordered parties to submit supplemental briefs limited to 3 pages on the specific question not previously raised in papers.  "Had the Government not conducted the initial search of Abouammo's Google account, would there have been a reason to conduct the home search warrant."  Burden of

proof is on Government.  Government cited *Murray v. United States, 487 U.S. 533, 539 (1988)*.  Supplemental briefs are due three weeks from today.

The waiver argument raised is denied by the Court for reasons stated on the record.

**CASE CONTINUED TO: August 4, 2021 at 2:30PM for Further Status Conference.  Trial date to be set at that time.**

Time Excluded:    Begins: June 23, 2021         Ends:  August 4, 2021

Government to prepare an exclusion order.