STEPHANIE M. HINDS (CABN 154284)
Acting United States Attorney

HALLIE HOFFMAN (CABN 210020)
Chief, Criminal Division

COLIN C. SAMPSON (CABN 249784)
    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7200
    Fax: (415) 436-7234
    Colin.Sampson@usdoj.gov

Attorneys for United States of America

ANGELA CHUANG (CABN 313445)
Assistant Federal Public Defender
    450 Golden Gate Avenue, Rm 19-6884
    San Francisco, CA 94102
    Telephone: (415) 436-7700
    Fax: (415) 436-7706
    Angela_Chuang@fd.org

Attorney for Defendant Ahmad Abouammo

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) | CASE NO. 3:19-CR-0621-EMC-1 |
|---|---|---|
| Plaintiff, | ) | |
| | ) | STIPULATION TO EXCLUDE TIME |
| v. | ) | PURSUANT TO THE SPEEDY TRIAL |
| | ) | ACT AND [PROPOSED] ORDER |
| AHMAD ABOUAMMO, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

    The United States of America, represented by Colin Sampson, Assistant United States Attorney, and Defendant Ahmad Abouammo, represented by Angela Chuang, Assistant Federal Public Defender, hereby STIPULATE and AGREE as follows:

    For the reasons stated on the record in this matter at the status conference held on August 4, 2021, the parties stipulate and agree and move the Court for an order excluding the period between

1

Wednesday, August 4, 2021, and Wednesday, December 1, 2021, pursuant to the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(1)(D) and (h)(7)(B)(iv), given a pending motion and time necessary for continuity of counsel and effective preparation of counsel, taking into account the exercise of due diligence.

Respectfully submitted,

STEPHANIE M. HINDS
Acting United States Attorney

Dated:  August 6, 2021.

*/s/ Colin Sampson*
COLIN SAMPSON
Assistant United States Attorney

*Attorneys for the United States of America*

Dated:  August 6, 2021.

*/s/ Angela Chuang*
ANGELA CHUANG
Assistant Federal Public Defender

*Attorney for Defendant Ahmad Abouammo*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> AHMAD ABOUAMMO, <br><br> Defendant. | CASE NO. 3:19-CR-00621-EMC-1 <br><br> [PROPOSED] ORDER TO EXCLUDE TIME PURSUANT TO THE SPEEDY TRIAL ACT |

Pursuant to the consent and stipulation of Defendant, Ahmad Abouammo and his counsel, and The United States of America and its counsel, and for good cause shown,

IT IS ORDERED THAT time under the Speedy Trial Act is excluded from August 4, 2021, until December 1, 2021, pursuant to 18 U.S.C. §§ 3161(h)(1)(D), (h)(7)(A) and (B)(iv), given the pending Motion to Suppress and for effective preparation of counsel and continuity of counsel, taking into account the exercise of due diligence.

IT IS SO ORDERED.

Dated: _____     _____
THE HONORABLE EDWARD M. CHEN
UNITED STATES DISTRICT JUDGE