GEOFFREY HANSEN
Acting Federal Public Defender
Northern District of California
ANGELA CHUANG
JODI LINKER
Assistant Federal Public Defenders
19th Floor Federal Building - Box 36106
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone:   (415) 436-7700
Facsimile:    (415) 436-7706
Email:         Angela_Chuang@fd.org

Counsel for Defendant Abouammo

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | Case No.: CR 19–621 EMC |
|---|---|
| Plaintiff, | **DEFENDANT ABOUAMMO'S MOTION TO CONTINUE TRIAL DATE** |
| v. | **Court:** Courtroom 5, 17th Floor |
| AHMAD ABOUAMMO, | **Hearing Date:** September 29, 2021 |
| Defendant. | **Hearing Time:** 2:30 p.m. |

TO:   UNITED STATES OF AMERICA, PLAINTIFF; STEPHANIE HINDS, ACTING UNITED STATES ATTORNEY; AND COLIN SAMPSON AND BENJAMIN HAWK, ASSISTANT UNITED STATES ATTORNEYS:

PLEASE TAKE NOTICE that on September 29, 2021, or as soon thereafter as counsel may be heard, Defendant Ahmad Abouammo, by and through undersigned counsel, will move the Court for an order to continue the currently scheduled trial date in this matter. This motion is based on the Constitution of the United States, all relevant case law and statutory authority, the following memorandum of points and authorities, and any oral argument made at the motion hearing.

## INTRODUCTION

This matter is scheduled for trial beginning on December 6, 2021, with jury selection taking place the week before on December 1, 2021. *See* Pretrial Order, Dkt. No. 159, at 1. In its order, the Court indicated that the trial would last two weeks, ending on December 17, 2021. *See id.* Based on a number of different considerations, undersigned counsel hereby moves the Court to continue the trial date on this matter to a date in March 2022, or as soon thereafter as the Court is available for trial.[1]

## ARGUMENT

The Fifth and Sixth Amendments guarantee to all criminal defendants constitutional rights to due process and the assistance of counsel in their defense. U.S. CONST. AMEND. V, VI. Together, the provisions of the two Amendments guarantee the "fundamental right to a fair trial," which includes the "effective assistance of counsel," *Strickland v. Washington*, 466 U.S. 668, 685–86 (1984), as well as "a meaningful opportunity to present a complete defense," *Crane v. Kentucky*, 476 U.S. 683, 690 (1986) (citation and quotations omitted). Keeping the trial date in this matter as currently scheduled would significantly impede and prejudice Mr. Abouammo's ability to present a complete defense and the effectiveness of his counsel in presenting his defense for the following reasons:

1) **Juror availability:** The government has estimated that its case will take 35 hours—seven trial days—to present.[2] Assuming no unforeseen delays, the defense would not be able to begin its case until December 17, 2021. Undersigned counsel anticipates that they will put on a defense case that will likely take multiple days to present, meaning that the trial would stretch into the week of December 20 at the least. That week is the week leading up to Christmas and is further shortened due to holiday observance on December 24. Juror availability would be severely impacted during the week leading up to Christmas and potentially the week between Christmas and New Year's; not only would many potential jurors have personal and family obligations during that time, but it can be expected that

---

[1] Based on conversations with the government, it is defense counsel's understanding that the government opposes the instant motion.
[2] It also bears noting that the government's initial draft exhibit list that it provided to undersigned counsel numbers up to Exhibit 956 with some number ranges skipped for undisclosed reasons. The currently listed exhibits amount to over 6000 pages (excluding digital devices). It would be unsurprising if the government's case took longer than the predicted 35 hours.

MOT. TO CONT. TRIAL DATE
*ABOUAMMO*, CR 19–621 EMC

1    many would also have travel plans that would prevent them from serving. Along with travel
2    plans would come quarantine and isolation periods before and after travel, which would
3    further diminish the numbers and representativeness of the jury pool. Moreover, given that
4    schools will be on winter break, any jurors with school-aged children would have to secure
5    childcare during this time, which will prove difficult not only because of the holiday season
6    but also because finding childcare has become more challenging during the pandemic. Even
7    if the defense case finished in the days before Christmas—which it may well not—jury
8    deliberations likely would extend into the next week given the number of counts in the case,
9    many with alternate theories, and the scope of the evidence covering an expansive time
10   period from 2014–2018.

11   2) **COVID-19 concerns:** It is important to note that the COVID-19 pandemic is ongoing and
12   that convening the parties, the press, and, a large venire of potential jurors inside a
13   courtroom could easily result in COVID exposures that would delay the trial into the
14   already-problematic holiday season. The recent COVID-induced days-long delay in the
15   Theranos trial currently underway in this District demonstrates that these concerns are not
16   merely theoretical. *See* Roland Li, *Elizabeth Holmes' Trial Delayed After Juror's Potential
17   COVID Exposure*, S.F. CHRONICLE (Sept. 9, 2021).[3] Particularly since COVID cases have
18   been on the rise recently due to the spread of the highly transmissible Delta variant, a
19   continuance is warranted in the interest of public health as well as to reduce the likelihood
20   of COVID-induced delays mid-trial.

21   [redacted]
22   [redacted]
23   [redacted]
24   [redacted]
25   [redacted]
26   [redacted]

---

[3] Available at https://www.sfchronicle.com/tech/article/Elizabeth-Holmes-trial-delayed-after-juror-s-16447916.php.

MOT. TO CONT. TRIAL DATE
*ABOUAMMO*, CR 19–621 EMC

2

▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬

▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬

4) **Conflicting demands on limited defense resources:** Mr. Abouammo is represented by the Federal Public Defender's Office in this matter, which has limited staff and resources to divide amongst all its clients. Ms. Linker, one of two trial attorneys on this matter, has an in-custody trial scheduled to begin on October 18 in front of Judge Breyer that will command most of her attention, leaving her little time to participate in preparing the instant case for trial.[4] The paralegal working on this matter is also assigned to a case set for trial on November 8 in front of Judge Breyer. Defense resources are already stretched thin given the scope of this case and the vast amount of discovery associated with it; these additional conflicting obligations seriously curtail undersigned counsel's ability to effectively prepare for trial. Moreover, the Federal Public Defender's office continues to prioritize the trial dates and needs of in-custody defendants, which Mr. Abouammo is not.

5) **Ongoing review of discovery and outstanding discovery:** Undersigned counsel and the defense team have been diligently reviewing discovery while this case has been pending. Despite best efforts, due to the sheer volume of discovery comprising hundreds of thousands of pages of PDFs and roughly 3000 gigabytes of digital device data, the defense has yet to complete its discovery review. Furthermore, the defense awaits production by the government of outstanding additional discovery, including a request for materials related to a witness expected to testify at trial that the government has been working on for several months but has not turned over yet.

6) **Ongoing defense investigation and related issues:** A continuance is additionally warranted by the defense's ongoing investigation, the details of which are laid out in a supporting declaration to be filed ex parte and under seal in order to keep defense trial strategy confidential. *See* Declaration of Angela Chuang in Support of Defendant

---

[4] As of today, that case may resolve, but a definitive resolution is not certain and the next appearance in the matter is not scheduled until October 13, 2021 (despite efforts to get an appearance sooner). Moreover, to date, Ms. Linker has been forced to focus on that other matter given the impending trial date for an in custody defendant and she has not had significant time to prepare for the instant case.

MOT. TO CONT. TRIAL DATE
*ABOUAMMO*, CR 19–621 EMC

3

Abouammo's Motion to Continue Trial Date ("Chuang Decl.").

## CONCLUSION

For the foregoing reasons, Mr. Abouammo respectfully requests that the Court grant his motion to continue the trial date in this matter until March 2022, or as soon thereafter as the Court is available for trial.

Dated:    September 21, 2021                    Respectfully submitted,

                                                GEOFFREY HANSEN
                                                Acting Federal Public Defender
                                                Northern District of California

                                                          /S
                                                _____
                                                ANGELA CHUANG
                                                JODI LINKER
                                                Assistant Federal Public Defenders

## [PROPOSED] ORDER

For the reasons stated above, the Court VACATES the currently scheduled jury selection and trial dates, and CONTINUES this case to March __, 2022, at 8:30 AM for jury selection and trial.

IT IS SO ORDERED.

DATED:                                          _____
                                                EDWARD M. CHEN
                                                United States District Judge