GEOFFREY HANSEN
Acting Federal Public Defender
Northern District of California
ANGELA CHUANG
JODI LINKER
Assistant Federal Public Defenders
19th Floor Federal Building - Box 36106
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone:	(415) 436-7700
Facsimile:	(415) 436-7706
Email:	Angela_Chuang@fd.org

Counsel for Defendant Abouammo

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>AHMAD ABOUAMMO,<br><br>Defendant. | **Case No.:** CR 19–621 EMC<br><br>**REPLY IN SUPPORT OF DEFENDANT ABOUAMMO'S MOTION TO CONTINUE TRIAL DATE**<br><br>**Court:**	Courtroom 5, 17th Floor<br>**Hearing Date:**	September 29, 2021<br>**Hearing Time:**	10:00 a.m. |

**ARGUMENT**

Mr. Abouammo submits this short reply to correct the government's mischaracterization of the outstanding discovery referenced in his motion. The request that is used as a specific example in his motion is not the request that the government asserts is covered by the Court's order regarding classified discovery obligations. Rather, it clearly refers to an outstanding request for materials related to an anticipated witness, at times referred to during the pendency of this case as an unindicted co-conspirator. *See* Mot. to Cont. at 3. This request was first made in an initial discovery letter in November 2019. A renewed request was made in June 2021, and has been discussed by the parties in numerous communications since then. To date, the government has yet to produce responsive materials for this request.

It also bears noting that neither the U.S. Attorney's Office nor the Federal Public Defender's Office are open in person. All work continues to be done remotely, and even when the offices plan to reopen in-person, it is anticipated that it will be done on a phased-in basis to protect office employees, as well as the public.

**CONCLUSION**

For the foregoing reasons, Mr. Abouammo respectfully requests that the Court grant his motion to continue the trial date in this matter until March 2022, or as soon thereafter as the Court is available for trial.

| | |
|---|---|
| Dated:   September 23, 2021 | Respectfully submitted, |
| | GEOFFREY HANSEN<br>Acting Federal Public Defender<br>Northern District of California |
| | _____/S_____<br>ANGELA CHUANG<br>JODI LINKER<br>Assistant Federal Public Defenders |