UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

### CRIMINAL MINUTES

**Date:** October 13, 2021  **Time:** 1:30 – 1:40 = 10 Minutes  **Judge:** EDWARD M. CHEN

**Case No.**: 19-cr-00621-EMC-1   **Case Name:** USA v. Ahmad Abouammo

**Attorney for Government:** Colin Samson
**Attorneys for Defendant:** Angela Chuang, Jodi Linker
**Defendant:** [X] Present by videoconference   [ ] Not Present
**Defendant's Custodial Status:** [ ] In Custody  [X] Not in Custody

**Deputy Clerk:** Angella Meuleman         **Court Reporter:** Ana Dub
**Interpreter:**                           **Probation Officer:**

### PROCEEDINGS HELD BY ZOOM WEBINAR

[172] Motion to Continue Trial – Held.

### SUMMARY

Parties stated appearances.  Hearing was continued to this time from earlier today.

For reasons as stated on the record, Court **grants** motion to continue trial as stipulated by the parties on the record.  Jury Selection and Jury Trial rescheduled to **June 3, 2022** and **June 6, 2022**, respectively.  Length of trial expected to be 8 Court days.  Court will review witness lists and urges the government to insure their case is efficiently presented. Final Pretrial Conference reset for **May 9, 2022 at 2:30PM**.  Parties are directed to file a stipulated pretrial schedule.

Status Conference set for 10/20/2021 is **vacated** and rescheduled for 2/9/2022.  Status Conference will be conducted virtually.

**CASE CONTINUED TO: February 9, 2022 at 2:30 PM for Status Conference.**

Time Excluded:    Begins: 10/13/2021    Ends: 6/6/2022

Government to prepare an exclusion order.