**~~PROPOSED~~ ORDER/COVER SHEET**

| | | | |
|---|---|---|---|
| TO: | Honorable Edward M. Chen<br>U.S. Magistrate Judge | RE: | Ahmad Abouammo |
| FROM: | Silvio Lugo, Chief<br>U.S. Pretrial Services Officer | Docket No.: | 3:19-cr-00621-1 |
| Date: | 12/9/21 | | |

**THE ATTACHED MEMORANDUM WAS PREPARED BY PRETRIAL SERVICES OFFICER:**

Timothy Elder                                                     (415) 436-7519

U.S. Pretrial Services Officer                              **TELEPHONE NUMBER**

We are requesting direction from the Court. Please initial the appropriate box(es), and return this form to us so that we may comply with your instructions.

☐ I have reviewed the information that you have supplied. I do not believe that this matter requires any action by this Court at this time.

☐ Inform all parties concerned that I will conduct a Bail Review Hearing in Courtroom No. _____ on _____ at _____.

☐ Inform all parties concerned that a Bail Review Hearing will be conducted by:
Magistrate Judge _____ Presiding District Court Judge _____

☐ I agree with the recommendation of the Pretrial Services Officer and hereby modify the defendant's Pretrial Release conditions as indicated below:

**XXXX** Modification(s)

    A.    Remove: The defendant must submit to location monitoring by GPS as directed by Pretrial Services.

    B.    Add: The defendant shall comply with Stand Alone Monitoring component of Location Monitoring Program. The defendant shall be monitored by Positioning Satellite technology via mobile application (Smartlink) which shall be utilized for purposes of verifying compliance with any court-imposed condition of supervision.

☐ Bail Revoked/Bench Warrant Issued.

☐ I am returning the signed order and direct that a copy be provided to the Court file and all interested parties (AUSA and Defense Counsel).

☐ Other Instructions:

_____

_____

_____              December 8, 2021_____
**JUDICIAL OFFICER**                                                    **DATE**