STEPHANIE M. HINDS (CABN 154284)
United States Attorney

THOMAS A. COLTHURST (CABN 99493)
Chief, Criminal Division

COLIN C. SAMPSON (CABN 249784)
ERIC CHENG (CABN 274118)
    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7200
    FAX: (415) 436-7234
    Colin.Sampson@usdoj.gov
    Eric.Cheng@usdoj.gov

MATTHEW G. OLSEN
Assistant Attorney General
National Security Division

CHRISTINE A. BONOMO (NYBN B10113801)
Trial Attorney, National Security Division
    950 Pennsylvania Avenue NW
    Washington, DC 20530-0001
    Telephone: (202) 514-0313
    Christine.Bonomo@usdoj.gov

Attorneys for United States of America

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>   v.<br><br>AHMAD ABOUAMMO; AHMED ALMUTAIRI; and ALI ALZABARAH,<br><br>    Defendants. | No. CASE NO. 3:19-CR-0621-EMC<br><br>NOTICE OF SUBSTITUTION OF COUNSEL |

    The United States Attorney's Office hereby files this Notice of Substitution of Counsel to advise the Court that Trial Attorney Christine A. Bonomo appears in this matter in substitution of Trial Attorney Benjamin J. Hawk.  Trial Attorney Bonomo is a Trial Attorney with the U.S. Department of Justice's National Security Division who is admitted to practice in the State of New York (Bar No. B10113801) and is authorized to practice in this Court on behalf of the United States.  Future ECF notices should be sent to Trial Attorney Bonomo with the following contact information: Christine A. Bonomo; U.S. Department of Justice, National Security Division, 950 Pennsylvania Ave. NW,

NOTICE OF SUBSTITUTION OF COUNSEL    1
CASE NO. 3:19-CR-0621-EMC

1  Washington, DC 20530-0001; (202) 514-0313; Christine.Bonomo@usdoj.gov.  Trial Attorney Benjamin
2  J. Hawk should be removed from the list of persons to be noticed.

4  DATED:  May 26, 2022.                                  Respectfully submitted,

     STEPHANIE M. HINDS
     United States Attorney


      *[s] Christine A. Bonomo*
     CHRISTINE BONOMO
     Trial Attorney, National Security Division

NOTICE OF SUBSTITUTION OF COUNSEL         2
CASE NO. 3:19-CR-0621-EMC