STEPHANIE M. HINDS (CABN 154284)
United States Attorney

THOMAS A. COLTHURST (CABN 99493)
Chief, Criminal Division

COLIN C. SAMPSON (CABN 249784)
ERIC CHENG (CABN 274118)
Assistant United States Attorneys

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7020
    FAX: (415) 436-7009
    Colin.Sampson@usdoj.gov

MATTHEW G. OLSEN
Assistant Attorney General
National Security Division

CHRISTINE A. BONOMO (NYBN B10113801)
Trial Attorney, National Security Division
    950 Pennsylvania Avenue NW
    Washington, DC 20530-0001
    Telephone: (202) 514-0313
    Christine.Bonomo@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR 19-00621-1 EMC |
|     Plaintiff, | ) | |
| | ) | UNITED STATES' WITNESS LIST |
| v. | ) | |
| | ) | |
| AHMAD ABOUAMMO, | ) | Pretrial: July 1, 2022 |
| | ) | Trial: July 21, 2022 |
|     Defendant. | ) | Court: Honorable Edward M. Chen |
| | ) | |

    The United States of America ("United States") hereby submits its list of prospective witnesses who may be called (other than those called solely for impeachment or rebuttal) to testify at trial. The United States reserves its rights, in keeping with the Federal Rules of Criminal Procedure, to expand or

modify this list before trial and to call additional witnesses as may be necessary during trial:

**I.      Potential Expert and/or Lay Testimony**

Notices and disclosures for the below witnesses under Federal Rules of Evidence 602, 702, 703, and/or 705 have been provided to the defense:

1. <u>Mohamed Aly</u>, Linguist, FBI:  Mr. Aly may testify about the accuracy, correctness, and completeness of Arabic translations, as well as Arabic naming conventions.

2. <u>M. Linda Butros</u>, Linguist, Supervisory Foreign Language Program Coordinator, FBI: Ms. Butros may testify about the accuracy, correctness, and completeness of Arabic translations, as well as Arabic naming conventions.

3. <u>Amanda Chung</u>, Computer Forensic Examiner, FBI, and Deputy Director and Digital Forensic Examiner, Silicon Valley Regional Computer Forensic Laboratory: Ms. Chung may testify about the forensic imaging and examination of electronic devices seized pursuant to the search warrants executed at Defendant's residence and on email and other digital accounts, and items found and seized pursuant to such examinations.

4. <u>Kristen Diwan</u>:  Kristen Diwan is a Senior Resident Scholar at the Arab Gulf States Institute in Washington (AGSIW).  Dr. Diwan may testify regarding the background and history of the Kingdom of Saudi Arabia (KSA) and its governance, the role of the Saudi Royal Family in the government of KSA, particularly for the period 2014 through 2018, the roles of social media, free speech, and/or anonymity in KSA from 2014 to present, the KSA's use of social media to further its government objectives, and the role of royal-chartered or funded charities with respect to the Saudi government and furthering Saudi objectives.

5. <u>Nicholas Hanggi</u>, Digital Operations Specialist, FBI: Special Agent Hanggi may testify about the forensic imaging and examination of electronic devices seized pursuant to the search warrants executed at Defendant's residence and on email and other digital accounts, and items found and seized pursuant to such examinations.

6. <u>David Goto</u>, Forensic Examiner, Silicon Valley Regional Computer Forensic Laboratory: Mr. Goto may testify about the forensic imaging and examination of electronic devices seized pursuant to the search warrants executed at Defendant's residence and on email and other digital accounts, and

items found and seized pursuant to such examinations.

7. <u>Scott K. Larson</u>: Mr. Larson is the Chief Executive Officer of Larson Security, LLC a cyber security and digital forensics company. He may testify regarding his receipt and forensic examination of the laptop issued by Twitter, Inc. to Ali Alzabarah, and the results and report of that examination.

8. <u>Brian Rodriguez</u>, Deputy Director and Digital Forensic Examiner, Silicon Valley Regional Computer Forensic Laboratory: Sgt. Rodriguez may testify about the forensic imaging and examinations of electronic devices seized pursuant to the search warrants executed at Defendant's residence and on email and other digital accounts, and items found and seized pursuant to such examinations.

9. <u>Sarah Rogers</u>, Consular Officer, U.S. Department of State and/or U.S. Department of State Custodian of Records (State Department Witness): The State Department witness may testify as a custodian of records for the U.S. Department of State. She may further testify regarding the application process for United States visas, and categories of visas issued by the United States. In addition, she may testify about the lack of any State Department record that Ahmad Abouammo was a diplomatic or consular officer or attaché for KSA.

## II.   FBI and other Government Witnesses

10. <u>Jacobus Baik</u>, FBI: Special Agent Jacobius Baik may testify about the search warrant executed at Defendant's residence and items found and seized at locations within the residence, including digital items seized at the residence.

11. <u>Jeffrey Gilday</u>, Intelligence Research Specialist, Records Custodian, U.S. Department of Justice National Security Division. Mr. Gilday may testify regarding the lack of any record that Ahmad Abouammo notified the Attorney General that he was acting as an agent of a foreign government.

12. <u>Matthias Struble</u>, FBI: Special Agent Struble may testify regarding items seized pursuant to court-authorized searches of accounts provided by internet providers, such as Google, Apple, and Twitter. Agent Struble may further testify regarding evidence collected during the investigation of defendant's conduct, including certified business and public documents obtained by grand jury

subpoena and mutual legal assistance treaty request, and open-source records.  Agent Struble may further provide summary testimony regarding evidence admitted at trial and summary exhibits and demonstrative exhibits based on voluminous trial evidence.

13. <u>Letitia Wu</u>, FBI:  Supervisory Special Agent Wu may testify about evidence collected during the investigation and prosecution of this matter by subpoena, search warrant, and other legal process, or from publicly accessible sources and voluntarily provided evidence.  Special Agent Wu may further testify regarding evidence collected and the disposition and review of such evidence collected during the investigation of defendant's conduct, including certified business and public documents obtained by grand jury subpoena and mutual legal assistance treaty request and open-source records.  Special Agent Wu may further testify regarding Defendant's statements and actions during and after he was interviewed on October 20, 2018.  Special Agent Wu will attend trial and may testify regarding summaries of voluminous evidence admitted at trial, including but not limited to voluminous financial records, correspondence, accesses of Twitter users, and telephone records.

### III. Other Lay Witnesses

14. <u>Lara Cohen</u>:  Ms. Cohen is a Media Partnerships Manager at Twitter.  Ms. Cohen may testify regarding the responsibilities of a Media Partnerships Manager at Twitter in 2014 and 2015, the different categories or specialties of Media Partnerships Managers, and her interactions with Ahmad Abouammo.

15. <u>Patrick Geonetta</u>:  Mr. Geonetta may testify regarding his former role as Head of Security at Twitter, Inc., his interactions with Ali Alzabarah and statements regarding accesses of user accounts including Twitter User-1 on December 2, 2015.  Mr. Geonetta may also testify regarding his receipt of Ali Alzabarah's Twitter-issued laptop on December 2, 2015.

16. <u>Ana Carmen Neboisa</u>:  Ana Carmen Neboisa may testify regarding her employment by the U.S.-Saudi Arabian Business Council, her knowledge of and interactions with representatives of MiSK and the Prince Salman Youth Center including Foreign Official-1, her involvement in arranging and attending a meeting at Twitter with Ahmad Abouammo and others in June 2014, and further communications with Ahmad Abouammo.

17. <u>Yoel Roth</u>:  Mr. Roth is Head of Site Integrity, Director of Trust and Safety of Twitter.

Mr. Roth may testify about the role of the Trust and Safety Department and other organizations within Twitter.  Mr. Roth may also testify about Twitter's internal tools, internal audits at Twitter, Twitter policies and training, Twitter confidential information, and restrictions on outside activities and gifts.

18. <u>Del Harvey</u>:  Ms. Harvey was Vice President of Trust & Safety of Twitter.  Ms. Harvey may testify about the Trust and Safety Department and other organizations within Twitter.  Ms. Harvey may also testify about Twitter's internal tools, internal audits at Twitter, legal process and requests, Twitter policies and training, Twitter confidential information, and restrictions on outside activities and gifts.

19. <u>Areej Sadhan</u>, also known as Areej al Sadhan:  Areej Sadhan may testify regarding her brother Abdulrahman al Sadhan, his arrest by authorities in the Kingdom of Saudi Arabia, and the Twitter account of Twitter User-15.

20. <u>Katie Stanton</u>:  Ms. Stanton may testify about her role as Vice President of Global Media at Twitter, Inc., from 2014 to 2016.  She may further testify about Twitter policies, including policies regarding accessing user information and data and reporting gifts from outside sources.  Ms. Stanton may further testify about the role and responsibility of a Media Partnerships Manager and her communications with the defendant.

21. <u>Cameron Walker</u>:  Mr. Walker may testify regarding his former employment in Global Media at Twitter, Inc., and his management of Media Partnerships Managers, including Ahmad Abouammo.  Mr. Walker may further testify regarding the roles of Media Partnerships Managers at Twitter during 2014 and 2015, and about Twitter policies regarding gifts and accessing user information.

22. <u>Seth Wilson</u>:  Mr. Wilson, Security Engineer and Detection Response Team Manager at Twitter, Inc., may testify about Twitter's internal tools for accessing user information, and the logging of employee accesses of Twitter users' accounts and account data, including accesses by Ahmad Abouammo and Ali Alzabarah of user accounts.  Mr. Wilson may also testify regarding the appropriate access of user data by Twitter employees and whether accessing user data by Twitter employees in Media Partnerships and Site Reliability Engineering was within the scope of their duties.

//

### IV. Records Custodians / Chain of Custody

Absent stipulations from the defense, United States may need to call additional witnesses to testify as custodians of record or as to chain of custody issues, including with respect to at least the following:

23. <u>Apple, Inc.</u>: a representative or custodian of records of Apple, Inc. may testify about certified records provided to the government pursuant to legal process.

24. <u>AT&T (Trece Higgs)</u>: Custodian of records of AT&T Mobility, LLC, also known as AT&T Wireless, who may also testify about the records it keeps related to telephone call history and account information.

25. <u>Bank of America (Dulce Marroquin Court Appearance and Ops Analyst Officer)</u>: Custodian of records of Bank of America, who may also testify regarding bank forms and entries on bank statements, signature cards, and international wire information.

26. <u>First American Title Company (Matthew Sager)</u>: An employee may testify regarding the business of First American Title Company and the escrow and sale of 2566 3rd Avenue West, Seattle, Washington.

27. <u>Google (Aamir Hasnat)</u>: Records custodian of Google, LLC who may also testify about such certified records provided to the government pursuant to legal process.

28. <u>Internet Archive (Chris Butler)</u>: An employee and records custodian of the Internet Archive, accessible at www.archive.org, may testify regarding the business practices and procedures of the Internet Archive and certain archived websites.

29. <u>J.P. Morgan Chase Bank, N.A. (Beverly White)</u>: An employee and custodian of records of J.P. Morgan Chase Bank, N.A. may testify as a custodian of records of JP Morgan Chase Bank, N.A., and may also testify regarding bank forms and entries on bank statements, signature cards, and credit card statements.

30. <u>King County (Jeffrey Darrow)</u>: An employee of the King County, Washington, Assessor may testify as a records custodian of real estate parcel records maintained and kept by King County, Washington.

//

31. <u>T-Mobile (Hillary Rapson)</u>:  Custodian of records of T-Mobile, USA, who may also testify about the records it keeps related to telephone call history and account information.

32. <u>Twitter (Alex Yap)</u>:  An employee and records custodian of Twitter, Inc., may testify regarding Twitter's business practices and procedures regarding records, as well as business records produced to the government and to the Defendant pursuant to legal process.

33. <u>U.S. Customs and Border Protection (Bryan Pangelinan, Chief, U.S. Customs and Border Protection)</u>:  Custodian of records of U.S. Customs and Border Protection, who may testify about certified records including records of travel.

Dated:  June 3, 2022.

STEPHANIE M. HINDS
United States Attorney

*/s/ Colin Sampson*
COLIN SAMPSON
ERIC CHENG
Assistant United States Attorneys
CHRISTINE BONOMO
Trial Attorney, National Security Division