UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>AHMAD ABOUAMMO,<br><br>Defendant. | Case No. 19-cr-00621-EMC-1<br><br>**FINAL PRETRIAL CONFERENCE ORDER, AND RULING ON OBJECTIONS TO WITNESSES** |

## I.   INTRODUCTION

On July 1, 2022, the Court held a pretrial conference to address various issues raised by the parties in preparation for trial and to establish certain procedures and schedule. The Court's rulings and instructions follow.

## II.   TRIAL DATE & LENGTH OF TRIAL

The Court shall hold a hearing on Tuesday, July 12, 2022, at 9:00 a.m., to discuss the completed jury questionnaires. The hearing shall be conducted via Zoom.

July selection shall begin on July 14, 2022. Thereafter, the jury trial shall commence on July 21, 2022. Trial shall last from 8:30 a.m. to 2:00 p.m. on each day, except for Thursdays, which are dark. On all trial days counsel shall be present in the Courtroom at 8:15 a.m. to discuss any matters requiring resolution prior to commencement of trial at 8:30 a.m.

The parties estimate that the trial shall last for approximately 7-9 days. *See* Docket No. 261. The trial will need to conclude by August 8, 2022.

## III.   JURY SELECTION PROCESS AND SAFETY PROTOCOLS

The Court plans to seat 12 jurors and have 4-6 alternates. The parties agree that all jurors

would be required to be fully vaccinated against COVID-19, including at least one booster shot. *See* Docket No. 261.

### IV. OBJECTIONS TO WITNESSES

The parties filed their respective witness lists. *See* Docket Nos. 238, 250. The parties also filed objections to one or more proposed witnesses. *See* Docket Nos. 272, 273, 275.

The Court **ORDERS** the Defense to provide supplemental disclosures regarding the anticipated testimony and the factual bases for such testimony by their expert witnesses, Dr. Bartu and Mr. Roloff. Docket No. 273. The Defense's supplemental disclosure is due to the government on July 7.

The Court **ORDERS** that the parties meet and confer to discuss how to narrow the scope of the testimony and demonstratives to be used by Dr. Diwan regarding background of the KSA and its activities with regards to addressing dissent, keeping in mind the balance between including relevant context and avoiding unnecessary background and unfair prejudice by implying Defendant is responsible for violent acts by the KSA. *See* Docket No. 272. The parties should report back to the Court its progress by July 11.

The Court **DENIES** the government's motion to prohibit the Defense from calling Agent Kingsley and rejects the government's argument that the Defense's *Touhy* declaration is insufficient. Docket No. 275. However, the Court encouraged to the parties to meet and confer about a schedule to accommodate Agent Kingsley's planned vacation.

### V. ADVANCED NOTICE OF WITNESSES AND EXHIBITS

The Court instructed that each party shall provide 48 hours/two court days in advance for notice of witnesses and exhibits to be called each day. The Court reserves the authority to exclude witness for non-compliance.

### VI. EXHIBITS

Pursuant to the Court's order, the parties each submitted 15 "bellwether" objections to the opposing party's proposed exhibits. Docket No. 262. The government represented that it is withdrawing several of the exhibits included on its proposed exhibit list, including several that were subject to the Defense's bellwether objections. The Court **ORDERED** the government to

provide the Court with a list of the exhibits it is withdrawing due July 5.  The Court will issue its ruling on the bellwether objections thereafter.

### VII.     MOTIONS IN LIMINE

The parties filed their respective motions in limine.  Docket Nos. 246, 254.  The Court's rulings on the motions in limine will be filed as a separate order.

### VIII.    JURY INSTRUCTIONS

The Court's proposed jury instructions will be filed as a separate order.  The parties may submit a joint filing with any additional objections to the Court's proposed jury instructions due July 11.

### IX.     JURY VERDICT FORM

The Court adopts the parties proposed, stipulated jury verdict form.  Docket No. 244.

### X.     FURTHER HEARING

The Court set a further hearing via Zoom to discuss pretrial matters on July 11, 2022 at 2:00 p.m.

### XI.     OTHER MATTERS

All participants, including but not limited to lawyers, clients and client representatives, and witnesses, must be fully vaccinated and boosted or test negative before entering the courtroom.  Additionally, anyone present in the courtroom must wear a mask.

This order disposes of Docket Nos. 272, 273, and 275.

**IT IS SO ORDERED**.

Dated: July 5, 2022

_____
EDWARD M. CHEN
United States District Judge