UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>AHMAD ABOUAMMO,<br><br>Defendant. | Case No. 19-cr-00621-EMC-1<br><br>**ORDER RE BELLWETHER OBJECTIONS TO EXHIBITS**<br><br>Docket No. 262 |

Pursuant to the Court's order, Docket No. 258, the parties each submitted a list of 15 bellwether objections to the opposing party's proposed exhibits, set forth in the joint amended exhibit list, Docket No. 259. *See* Docket No. 262 ("Bellwether Objections"). The Court's rulings follow.

**IT IS SO ORDERED**.

Dated: July 15, 2022

_____
EDWARD M. CHEN
United States District Judge