UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>AHMAD ABOUAMMO,<br><br>    Defendant. | Case No. 19-cr-00621-EMC-1<br><br>**ORDER RE DEFENDANT'S OBJECTIONS TO COCONSPIRATOR STATEMENTS**<br><br>Docket No. 298 |

Pursuant to the Court's order, Docket No. 298, the government filed a table of coconspirator statements. Defendant objected to two such statements. The Court's rulings on those objections follow.

**IT IS SO ORDERED**.

Dated: July 15, 2022

_____
EDWARD M. CHEN
United States District Judge