# EXHIBIT A

UNCLASSIFIED//FOUO

FEDERAL BUREAU OF INVESTIGATION



Date of entry    07/12/2022

On June 30, 2022, ANA CARMEN NEBOISA was interviewed via video teleconference. Also present for the interview were Assistant United States Attorney (AUSA) Colin Sampson, AUSA Eric Cheng, Department of Justice Trial Attorney Christine Bonomo, Federal Bureau of Investigation (FBI) Supervisory Special Agent (SSA) Letitia Wu, and FBI Special Agent (SA) Matthias Struble. After being advised of the identity of the interviewing Agents and the purpose of the interview, NEBOISA provided the following information:

**Background**

NEBOISA has not previously testified at trial. She worked with the United States (US)-Saudi Business Council and now serves as the Vice President of the council. NEBOISA has worked with the council since approximately November 2005.

**US-Saudi Business Council**

The US-Saudi Business Council was a non-profit membership-based organization that promoted investment opportunities between the Kingdom of Saudi Arabia (KSA) and the US. As the Vice President of the council, NEBOISA introduced companies in the KSA to potential business partners in the US while also doing the same for US companies looking for opportunities in the KSA. NEBOISA further described the council as a networking, introduction, and educational platform. Essentially, the council served as a business promotion entity similar to many other countries' business promotion councils or associations located in Washington, District of Columbia.

The council primarily focused on private industries, but it has previously introduced KSA state-owned enterprises to companies and public agencies in the US.

**NEBOISA's Role at the US-Saudi Business Council**

NEBOISA was the council's manager of business development in 2014. Although she has been promoted since 2014, NEBOISA's duties at the council

UNCLASSIFIED//FOUO

---

| | |
|---|---|
| Investigation on  06/30/2022  at | San Francisco, California, United States (Phone, Other (Video teleconference)) |
| File #     SF-6767432-302 | Date drafted  07/07/2022 |
| by  STRUBLE MATTHIAS GREY, Letitia L. Wu | |

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

EXH. 1386-001

US-FD302-00002574

have remained relatively unchanged. NEBOISA identified her current position as a more senior position where the most significant change has been the number of projects she now manages compared to the amount she oversaw in 2014.

NEBOISA has led a few "missions" for the council whereby she introduced a delegation of KSA entrepreneurs to potential business partners in the US. For example, a US businessperson met a prospective KSA partner at a trade show and wanted to establish a contract in the KSA. NEBOISA and the US-Saudi Business Council would arrange a meeting between the US and KSA businesses, book travel for the representatives, set up an itinerary for the meeting, and also introduce the representatives to other companies in the KSA.

Oftentimes, NEBOISA would write the agenda herself for the mission, and she arranged all the meetings for business delegations during their visits to the US or the KSA. The meetings could involve a variety of private companies or public sector entities. She also stated the council would sometimes help US public agencies establish contacts in the KSA with potential partners. These missions could involve as many as thirty people or as few as five.

**Prince Salman Youth Center**

The Prince Salman Youth Center had approached NEBOISA with a request to meet with entrepreneurs in the United States. The Prince Salman Youth Center existed while entrepreneurship was still rudimentary in the KSA. The venture capital and start-up structures were small relative to those found in the United States in 2014.

The Prince Salman Youth Center was founded to help interested Saudi citizens become entrepreneurs. The center would issue awards and provide services, including free legal services, to aspiring KSA entrepreneurs and start-up companies. The award could provide a variety of services, like sponsored business trips to the US, Europe, or Japan. The purpose of these trips was to teach KSA entrepreneurs how start-ups functioned in other countries with more a developed venture capitalist infrastructure. The delegations could then apply those models to their companies in the KSA. NEBOISA surmised these efforts had resulted in a much more robust start-up and entrepreneurship system in the KSA.

The center's hierarchy included executives, a secretary general, a social media director, and a woman who partnered with NEBOISA for US-Saudi Business Council missions. All expenses for these visits were paid by the Prince Salman Youth Center.

The Prince Salman Youth Center initially began as the Prince Salman Entrepreneurial Award in 2011 and only later became a center in 2014. By 2014, the center had conducted at least four annual business missions to the US.

**King Salman Youth Center Relationship to MiSK**

The Prince Salman Youth Center was named after then KSA crown prince at the time. Prince Salman was the governor of Riyadh before becoming crown prince. When Prince Salman became King Salman, the center was renamed the King Salman Youth Center.

In both iterations, the center was akin to a "royal NGO" directly supported by the Royal Family of the KSA. It was a quasi-governmental organization that had funding from the Royal Family and support from the KSA government. This structure was similar to many other public or state-owned industries in the KSA.

The King Salman Youth Center was ultimately merged into and absorbed by the MiSK Foundation established by KSA Crown Prince Mohammed bin Salman (MBS). The center merged with MiSK, as the two entities had overlapping missions and similar goals. NEBOISA believe the center merged with MiSK sometime between 2017 and 2019. 2015 was the last year the King Salman Youth Center sent a business delegation to the US.

**MiSK Structure**

MiSK possessed several branches, like the MiSK Academy or MiSK Innovation. "MiSK" was short for the Mohammed bin Salman Knowledge Foundation.

The foundation supported Saudi youths with training programs and internships depending on their fields of interest. Much of MiSK's programs focused on technology-related industries; however, some MiSK programs were also dedicated to supporting the arts and training future leaders. MiSK also partnered with universities across the world to implement leadership training programs.

MiSK Innovation specifically supported future entrepreneurs. MiSK innovations hosted pitch competitions, where aspiring entrepreneurs could meet potential venture capitalists in the KSA. The goal was primarily to develop technology, leadership, and entrepreneurial skills.

There were also globally focused platforms at MiSK, such as MiSK Global

Forum. These platforms hosted shows and meetings in the KSA. The forum invited speakers from the US and other countries to speak at these events.

Part of the tech focus at MiSK involved social media, as MiSK members were very active on social media. MiSK used social media primarily to recruit attendees for events.

MiSK was directly funded by MBS, and the organization had a chief executive officer (CEO). The secretary general of the Prince Salman Youth Center was BADER BINASAKER who subsequently became the secretary general of MiSK after it absorbed the Prince Salman Youth Center. NEBOISA believed that BINASAKER was the current CEO of MiSK.

**2014 US-Saudi Business Council Visit**

The 2014 US-Saudi Business Council mission first stopped in Chicago. Members of the Saudi delegation met with representatives from Boeing, McDonalds, Groupon, Chicago Magazine, Accelerator, and a few other smaller companies based in Chicago. These meetings only lasted a few days before the delegation visited San Francisco, as the delegations typically had very strict timelines for their meetings while traveling on a Prince Salman award. The delegation also volunteered at local food banks in Chicago as part of their learning experience.

When the delegation traveled to San Francisco, it met with a variety of technology companies in Silicon Valley and downtown San Francisco. These companies included Twitter, Apple, DropBox, and smaller companies like the Silicon Valley Community Foundation.

**NEBOISA's Interactions with AHMAD ABOUAMMO**

NEBOISA had met ABOUAMMO earlier in 2014 in the KSA. ABOUAMMO was attending a Global Competitiveness Forum organized by the Saudi Arabian Investment Authority. ABOUAMMO accompanied a Twitter executive at the event and did not present at the forum. This forum intended to become a mini-Davos, like Davos in the Desert but as a component of the KSA's Future Investment Initiative.

The executive ABOUAMMO accompanied was KATIE STANTON who presented at the forum. NEBOISA introduced herself to STANTON who then referred NEBOISA to ABOUAMMO. BINASAKER, to NEBOISA's knowledge, was not present at this forum. Although it was possible BINASAKER attended part of the forum, NEBOISA was unaware of his attendance.

NEBOISA contacted ABOUAMMO after the forum following a request from the Prince Salman Youth Center for the US-Saudi Business Council to arrange a business delegation visit to the US. NEBOISA contacted ABOUAMMO at Twitter, because the center specifically indicated it would like its delegation to meet with businesses in San Francisco.

**Hani Almogbil**

ALMOGBIL was the executive director for the Prince Salman Youth Center in 2014, and 2014 marked his first annual visit to the US with the center.

<u>Exhibit 381-001 - Email Re: June 12-13 Saudi Entrepreneurs Request to visit Twitter with Attachment (Bates: US-TWITTER-006604 - US-TWITTER-006618)</u>

NEBOISA recognized these emails as the same she sent to ABOUAMMO in advance of the Prince Salman Youth Center's fourth annual visit to the US. The roster included in the emails identified BINASAKER as the then-secretary general of the Prince Salman Youth Center. NEBOISA had prepared the biographies of the 2014 Prince Salman Youth Center delegation with information provided to her by the delegation's members.

NEBOISA shared this roster with ABOUAMMO to facilitate the Prince Salman Youth Center delegation's access to the Twitter building. The information she used for BINASAKER's biography was provided directly to her by BINASAKER. NEBOISA stated she typically only had one month to prepare these types of events, and she had to provide Twitter with a list of the delegation's members. The information provided to Twitter would allow the delegation access to the Twitter building in San Francisco.

<u>Exhibit 382-001 - Email RE June 12-13 Saudi Entrepreneurs Request to visit Twitter with Attachment (Bates: US-TWITTER-006641 - US-TWITTER-006647)</u>

NEBOISA remembered this email exchange with ABOUAMMO as part of her effort to facilitate the Prince Salman Youth Center's visit to Twitter's headquarters in San Francisco. NEBOISA stated ABOUAMMO was very clear with the delegation that any photography at Twitter's headquarters was prohibited without explicit approval. During his tour of the building, ABOUAMMO reminded the delegation's members about the photography prohibition but noted when the delegation was in an area that allowed photography. NEBOISA believed these areas included common spaces and the area outside the building.

**2014 Delegation Visit**

Case 3:19-cr-00621-EMC   Document 341-1   Filed 07/28/22   Page 7 of 12

FD-302a (Rev. 5-8-10)

UNCLASSIFIED//FOUO

▮ SF-6767432-302

Continuation of FD-302 of (U) Interview of ANA CARMEN NEBOISA , On 06/30/2022 , Page 6 of 7

NEBOISA gave a presentation to the delegation in a conference room at Twitter's headquarters. Twitter prohibited the group from taking photos within the building unless the company specifically permitted the group to take photos. ABOUAMMO gave a tour of the building to the delegation, noting the locations where photography was allowed.

NEBOISA recalled a major topic of discussion for Twitter at the time was its verification process and how users could verify their accounts on the platform. The entire visit was about one hour long, and ABOUAMMO showed the delegation how they could submit requests to verify their accounts.

NEBOISA believed there may have been some discussion about how to verify and manage King Salman's account on Twitter, as the Prince Salman Youth Center managed King Salman's Twitter account.

At the time of this visit, BINASAKER was also working for MBS although NEBOISA did not remember his official title or position. She did know BINASAKER at the time was a close associate of MBS.

**NEBOISA Visits the King Salman Youth Center, Further Contact with BINASAKER and ABOUAMMO**

NEBOISA visited the King Salman Youth Center once or twice in Riyadh. NEBOISA did not recall the exact location of the center. MiSK was located somewhere in Riyadh's diplomatic quarter, and NEBOISA visited MiSK's headquarters sometime in 2015 or 2016.

NEBOISA believed BINASAKER was the secretary general of MiSK when she visited its headquarters but was not certain.

BINASAKER had asked NEBOISA to arranged meetings for BINASAKER when he visited the US as a member of a delegation led by MBS to Washington, DC in 2015. While in Washington, DC, BINASAKER met with the then president of the US-Saudi Business Council. During this trip, NEBOISA did not see BINASAKER with MBS.

NEBOISA never met with ABOUAMMO after 2014 but reached out to him and invited him to events hosted by the US-Saudi Business Council. ABOUAMMO did not attend any of those events.

<u>Exhibit 407-001 - Pic (Bates: US-00406856 - US-00406858)</u>

NEBOISA identified ABOUAMMO as the fourth individual on the left in the photograph. NEBOISA was second from the left while ALMOGDIL was the first

UNCLASSIFIED//FOUO

EXH. 1386-006

US-FD302-00002579

▇▇ SF-6767432-302

Continuation of FD-302 of (U) Interview of ANA CARMEN NEBOISA    , On  06/30/2022  , Page  7 of 7

from the right. BINASAKER was second from the right.

Exhibit 605-001 - Email from NEBOISA to ABOUAMMO December 11 - Saudi Arabia(Bates: US-00047410 - US-00047411)

   NEBOISA recognized this document as the email she sent ABOUAMMO. She invited ABOUAMMO to a meeting hosted by King Salman in 2015. NEBOISA believed ABOUAMMO no longer worked for Twitter in 2015. She did not recall how she obtained ABOUAMMO's gmail address, and she thought it was strange she possessed it.

**Other Twitter Contacts**

   NEBOISA met another former Twitter employee in Riyadh. She met ALI ALZABARAH while he worked for MiSK but did not remember the exact year when she met ALZABARAH. BINASAKER had introduced NEBOISA to ALZABARAH a few years after the US-Saudi Business Council's 2014 mission to the US. NEBOISA stated ALZABARAH was a computer technician at Twitter who later became a Chief Operating Officer at MiSK. NEBOISA did not know where ALZABARAH is currently employed.

   NEBOISA knew ALZABARAH previously worked for Twitter, as ALZABARAH told her Twitter recognized him for his outstanding performance at the company before MiSK hired him for his skills.

**SMAAT**

   NEBOISA knew little about SMAAT. She knew it did something with technology, but that was the extent of her knowledge about the organization. She could not remember any meetings she may have scheduled for SMAAT and did not recall ever meeting an AHMED ALJBREEN or AHMED ALMUTAIRI.

   NEBOISA did not personally know any employees at SMAAT, as she has met numerous people and businesses over the course of her work and she had no specific memories of working SMAAT.

# Ana Carmen Neboisa

Thursday, June 30, 2022    2:57 PM

Eric, Christine, Letitia, Colin, myself, Ana

Has not previously testified at trial. Works with US Saudi business council, VP of council. She's been there since November 2005. Council is a non profit membership organization that serves for the purpose of pormoting investiment opportunities between KSA and the US. Introducing companies to potential business partners, but also showing how different companies and opporunties are present in the KSA. Networking/introduction/education platform. Business promotional entity. Every country has a similar organization in the US, such as US-Romania alliance, etc.

The council focuses on private industries, but has previously provided introductions for KSA government agencies or publicly owned entities to US companies.

She was manager of business development in 2014. Her work has not changed between the titles, but she is in a more senior position where her knowledge has not changed significantly. She has just taken on more projects with her increasing seniority. She leads some missions.

Say you meet someone at a tradeshow and want to contract in Saudi Arabia, the council arranges a business visit or meeting in KSA, books travel, sets up an itinerary, and introduces you to similar businesses in the KSA during the mission. There's an agenda for the trip, and she puts together a dedicated list of meetings for the mission. The meetings could be with a variety of private companies or public sectors. They also sometimes partner with US public agencies with projects in the KSA, or who want to make partners in the KSA. The missions can be very large with 30 people or smaller with only 5,6, or 7.

Prince Salman Youth Center had approached Carmen with a request to meet with entrpeneurs in the US. It existed at a time when entrepenuerishp was more rudimentary in KSA. There were no VC, or start-up infrastructure in the US. This organization was created to help those who wanted to become entrepeneurs. Prince Salman would also give awards and provide services - such as legal services - to entrepeneurship companies. The award could provide various types of services, including visits to the US, Europe, Japan. The goal is to understand how companies in other countries grow in scale. As they see this model, they take away lessons and share experiences with companies in KSA.

That's what happened in KSA - it is much more capable of supporting entrpeneurs today than previously.

Included Prince Salman Youth Center executives, a secretary general, a social media director, a lady who counterparted with Ana and asked for travel arrangmenets and added new companies on the trip. All the expenses were paid for the entrepeneurs by the Youth Center.

2011 Prince Salman Entrepeneurial Award and then later became Prince Salman Youth Center. By 2014, this was the 4th annual visit.

Prince Salman was governor of Riyadh first, then became crown prince, then became king. Prince Salman was non-profit but at the time and maybe today, is more similar to a Royal NGO or non-government organization directly supported by the Royal Family. The Youth Center is quasi-government, and it has public funding and support. This is similar to several other industries in the KSA that are publicly backed. The Youth Center was supported directly by the royal family but no longer exist, as it was absorbed by the MiSK foundation that was also established by Prince Mohammad. They became one because they have similar missions of supporting businesses and the youth.

EXH. 1386-008
US-FD302-00002581

Doesn't recall exactly when the merger happened but perhaps happened in 2017 - 2019.

There was also a 2015 King Salman Youth Center annual visit which also happened to be the last visit.

MiSK is also a nonprofit. Mohammad bin Salman Knowledge Foundation. They serve the purpose of supporting youth with training programs, internships, depending on their field. A lot was tech but has arms for art, MiSK Academy/leadership programs, and they also team up with universities across the world for leadership programs. They have MiSK innovation, which is to support entrepeneurs. They have the MiSK pitch competitions, where they bring together entrepenuers to meet with potential venture capitalists in KSA. Develop tech skills, entrepenurial skills, leadership skills. They also had global platforms, MiSK Globla Forum, shows and meetings in KSA. They invited speakers from the US and other places for these events.

Part of the tech included some social media, as MiSK members were very active on social media. For their programs, they use social media to recruit attendees. MiSK is funded directly by the crown prince Mohammad bin Salman. MBS was not the governor of Riyadh, he was attending school. MiSK has a CEO now. The secretary general of Prince Salman was Bader Basaker who then became the secretary general of MiSK after the Prince Salman Center merged. Bader al Bader is the current CEO of MiSK.

### 2014 Visits
Went to Chicago first and then went to San Francisco. They met with Boeing, McDonalds, Groupon, and Chicago Magazine, Accelerator, and a few other smaller companies in Chicago. It was only a few days of visits in Chicago. Carmen had very strict timelines under the Prince Salman award. They also volunteered at food banks

SF was a mix of tech companies in Silicon Valley and SF. Twitter, Apple, DropBox, and some smaller companies Silicon Valley Community Foundation.

### Abouammo
Met Abouammo earlier in 2014 at KSA, Global Competitiveness Forum organized by Saudi Arabian Investment Authority. Abouammo accompanied a Twitter executive. Facilitate large networking conferences and business connections. Intended to become a mini-Davos. Davos in the Desert however is a part of the Future Investment Initiative.

Abouammo did not speak, Katie Stanton, his boss, was the speaker. Abouammo accompanied her. Ana introduced herself to Katie, who referred Ana to Abouammo. Binasaker was not present at this conference. Binasaker may have been present at some time, but Ana was unaware of him.

Ana did reach out to Abouammo at Twitter when the youth center contacted Ana about a new annual visit. The Youth Center provided the "targets" or cities and businesses they'd like to visit.

### Hani Almogdil
This was his first trip with the Salman Youth Center. He was general manager in 2014, and that was his first visit with the group to the US. He was actually the executive director.

### Alasaker
Said he was the secretary general of the Youth Center. Ana prepared the list of biographies and other information for the meeting attendees. This was standard practice for every meeting, and Ana is certain she shared such a list with Abouammo before the 2014 visit.

### Exhibit 381
Ana recognized this document as the same list she prepared for the 2014 visit. She identified Al Asaker

by picture and contact information. She prepared the biography for Al ASAKER with information he provided to her by the attendee. She usually did not get a lot of time to prepare these meetings, approximately one month.

Had to give Twitter a list of the Youth Center attendees for building access.

2014 Visit
Abouammo gave a presentation to the delegation in a conference room. Twitter did not allow the group to take pictures unless they were in a common area. Abouammo showed them the common areas and gave the group a tour. The big thing at the time was account verification and how the company verified people.

The meeting was about an hour long.

Exhibit 407
Abouammo is the fourth from the left. Ana is the second from the left. Hani is the first on the right, and Bader is the second from the right (as presented on the screen).

-----

Bader was also working with the Crown Prince, but Ana did not remember the work or official title he held while working "more and more" with MBS. He was a close associate with the crown-prince MBS.

Abouammo showed the group how they could submit requests to get their accounts verified, or get the blue check mark on the account. Ana said perhaps there was some discussion about how to verify and manage King Salman's account on Twitter. The Prince Salman Youth Center, later King Salman Youth Center, managed the king's Twitter account.

Went to visit once or twice in Riyadh the Youth Center. Ana does not recall exact location of the Youth Center. MiSK was in the diplomatic quarter, where the embassies were located. Went to Riyadh MiSK in 2015 or 2016. She thought Binasaker was perhaps the secretary general of MiSK but Ana was unsure.

Bader asked Ana to help set up some meetings for Bader when MBS visited Washington, DC in 2015. Ana could not recall what meetings Bader asked her to arrange. Bader met with the president at the time for the council in another year.

She never met Abouammo after 2014 but did reach out to him and invite him to council arranged meetings/events. Abouammo declined the invitation.

Ana invited Abouammo to a conference with King Salman. Ana did not remember seeing Bader with MBS

Exhibit 605
This was the email she sent Abouammo inviting him to the 2015 meeting. Ana doesn't believe Abouammo was with Twitter at the time. She did not recall how she obtained Abouammo's gmail address, but believed it was strange that she possessed it.

Ana met other Twitter employees such as Himda (met in Riyadh). She also met Ali Alzabarah, when he was working at MiSK. She doesn't recall the year but that Bader introduced Ana to Alzabarah. This was a few years after the 2014 mission. Alaabarah was a computer technician but later became a Chief Operating Officer at MiSK. Ana doesn't know what he's doing today.

Ana knew Alzabarah worked at Twitter previously. Alzabarah said Twitter recognized him for his

outstanding performance, and MiSK hired him from Twitter given that performance.

SMAAT does something with technology, but that's all Ana knows about the company. Cant recall any meetings she set up with that company. Did not recall Ahmed Almutairi. But the Almutairi family is so large, you don't know how related someone with the name is to the family.

Did not recall Ahmed Aljbreen.

Does not know anyone at SMAAT. She meets multiple people for events, and the council has an office in Riyadh that also takes leads but does not necessarily share those leads with the US team. She has read articles about SMAAT but she does not recall any specific ownership or companies SMAAT possesses.