# EXHIBIT B

FD-302 (Rev. 5-8-10)

- 1 of 3 -

UNCLASSIFIED//FOUO

FEDERAL BUREAU OF INVESTIGATION


OFFICIAL RECORD

Date of entry   07/25/2022

On July 24, 2022, ANA CARMEN NEBOISA was interviewed at 450 Golden Gate Avenue, San Francisco, California. Also present for the interview were Assistant United States Attorney (AUSA) Colin Sampson, AUSA Eric Cheng, and Department of Justice Trial Attorney Christine Bonomo. After being advised of the identity of the interviewing Agent and the purpose of the interview, NEBOISA provided the following information:

[**Agent Note:** At the beginning of the interview, NEBOISA revealed that she was feeling sick after flying into San Francisco earlier that day. She had recovered from contracting COVID-19 in June 2022 but was persistently coughing throughout the interview. NEBOISA was advised that she would have to disclose her symptoms to the Court and take a COVID-19 test prior to coming to the Courthouse.]

Through the U.S.-Saudi Business Council, NEBOISA arranged for a one-hour visit with ABOUAMMO at Twitter in 2014. The purpose of the delegation visit was to engage with many tech companies and learn about how the technology ecosystem worked in the United States. NEBOISA recalled that members of the delegation visiting Twitter that day were especially interested in the logistics of getting their Twitter accounts verified.

NEBOISA also recalled that in June 2014 when she visited Twitter with Saudi Entrepreneurs, BADER BINASAKER requested a private meeting with AHMAD ABOUAMMO after their one-hour planned delegation meeting. She recalled this request and meeting clearly because the next item on the delegations' schedule was lunch and then they were supposed to go to DropBox and NEBOISA was nervous about delaying the schedule. After the delegation had left Twitter and convened in the lobby, BINASAKER asked NEBOISA to contact ABOUAMMO for a private meeting. NEBOISA recalled that she contacted ABOUAMMO. NEBOISA did not recall if she already had ABOUAMMO's number at the time or if she contacted him using some other means. After talking to ABOUAMMO and relaying BINASAKER's request, BINASAKER went back upstairs to Twitter to have a 10 - 15 minute private meeting with ABOUAMMO about an unknown topic.

UNCLASSIFIED//FOUO

Investigation on   07/24/2022   at   San Francisco, California, United States (Phone, Other (Video teleconference))

File #        SF-6767432-302                                         Date drafted   07/25/2022

by  Letitia L. Wu

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; and its contents are not to be distributed outside your agency.

US-FD302-00002640

FD-302a (Rev. 5-8-10)

UNCLASSIFIED//FOUO

SF-6767432-302

Continuation of FD-302 of (U) Interview of ANA CARMEN NEBOISA , On 07/24/2022 , Page 2 of 3

BINASAKER did not stay for the remainder of the scheduled U.S.-Saudi Business Council meetings but did not recall when he left. BINASAKER was not with the delegation through their next meetings in Chicago.

**Gifts from MiSK**

Over the years, due to the U.S.-Saudi Business Council's cooperation with MiSK, NEBOISA received several gifts in the last twenty years from employees at MiSK to include HANI ALMOQBIL and BINASAKER. This included several bracelets and a purse. NEBOISA described these gifts as small tokens of appreciation collectively worth approximately several thousand dollars. This included a purse, a pearl necklace that NEBOISA had to use super glue to piece back together when parts of it fell apart, a black leather Movato watch, and stud earrings.

NEBOISA also received wire transfers from MiSK on behalf of the U.S.-Saudi Business Council. The U.S.-Saudi Business Council and MiSK worked on contracts together. Some of these transfers were reimbursements. At one point, NEBOISA had to work with an accountant to file amended tax returns when she was not able to return the money. It was not clear if the amended tax returns were for NEBOISA or the U.S.-Saudi Business Council.

In 2016, NEBOISA received a $978 reimbursement for clothes she bought in order to attend a formal event with BINASAKER. She was asked to help plan the agenda for the event and she had no time to pack. NEBOISA also received a $9,985 bonus from MiSK after she put them in contact with Harvard and assisted in setting up a Global Forum. In May 2017, NEBOISA received $3,984 as reimbursement for an invoice to the U.S.-Saudi Business Council. This amount also covered her personal expenses associated with the event. In late 2017 and 2018, MiSK also wired $43,098.18 and $4,905.47 for U.S.-Saudi Business Council contact facilitation. In 2018, NEBOISA received approximately $20,000 from MiSK after she became a naturalized U.S. citizen. This came from His Excellency BINASAKER's NCB bank account. The term "Excellency" was associated with someone with a government role but she was not sure when she started calling him that.

**Knowledge of BINASAKER's Relationship with MOHAMMAD BIN SALMAN ("MBS")**

Since 2014, NEBOISA had the impression that BINASAKER had a close relationship with MBS. She was not clear on whether BINASAKER had an official title or role within the royal court at the time. It was her understanding that even then, BINASAKER was always busy with Prince MBS and working with him on several projects. BINASAKER worked on MBS' affairs when he was at the Prince Salman Youth Center and MiSK. She was unclear on

UNCLASSIFIED//FOUO

US-FD302-00002641

▇▇ SF-6767432-302

Continuation of FD-302 of (U) Interview of ANA CARMEN NEBOISA , On 07/24/2022 , Page 3 of 3

BINASAKER's official title at the time.

**Other Information**

NEBOISA assisted with planning a U.S.-Saudi Business Council Labor Day event with King Salman in 2015. BINASAKER did not attend this event.

The Prince Salman Youth Center controlled then-Prince Salman's Twitter handle. Even after Prince Salman became King, they continued to draft and send Tweets on behalf of King Salman. NEBOISA was not sure if King Salman actually approved the tweets before they went out.