# EXHIBIT C

| | |
|---|---|
| **From:** | Angela Chuang |
| **To:** | Sampson, Colin (USACAN); "Cheng, Eric (USACAN)"; Bonomo, Christine (NSD) |
| **Cc:** | Jerome Matthews |
| **Subject:** | Ana Carmen Neboisa |
| **Date:** | Thursday, July 28, 2022 2:09:00 PM |

Hi Colin, Eric, and Christine,

I understand that the government sent Ms. Neboisa back to DC. Can you please bring her back so we can have her testify early next week?

I am also making the following discovery request:
- Please provide all communications (including but not limited to emails, texts, and voicemails) between the government and Ms. Neboisa, or between government employees, pertaining to her travel to San Francisco for trial and her subsequent return to DC.

Given the limited timeframe, please respond to these requests as soon as possible. If we don't hear back soon, we will likely file a motion regarding her anticipated testimony later today.

Thanks,
Angela

Assistant Federal Public Defender
450 Golden Gate Ave, Floor 19
San Francisco, CA 94102
415.517.3313 (cell)
She/her/hers