JODI LINKER
Federal Public Defender
Northern District of California
ANGELA CHUANG
JEROME MATTHEWS
Assistant Federal Public Defenders
19th Floor Federal Building - Box 36106
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone:	(415) 436-7700
Facsimile:	(415) 436-7706
Email:	Angela_Chuang@fd.org

Counsel for Defendant Abouammo

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | **Case No.:** CR 19–621 EMC |
| Plaintiff, | **NOTICE RE RESPONSES OF MINISTRY OF HUMAN RESOURCES AND SOCIAL DEVELOPMENT OF THE KINGDOM OF SAUDI ARABIA** |
| v. | |
| AHMAD ABOUAMMO, | |
| Defendant. | |

TO: UNITED STATES OF AMERICA, PLAINTIFF; STEPHANIE HINDS, UNITED STATES ATTORNEY; COLIN SAMPSON AND ERIC CHENG, ASSISTANT UNITED STATES ATTORNEYS; AND CHRISTINE BONOMO, TRIAL ATTORNEY, NATIONAL SECURITY DIVISION:

PLEASE TAKE NOTICE that defense counsel for Ahmad Abouammo received the attached responses to questions posed by the United States in connection with defendant's Motion for Leave to add trial Exhibits 1495, 1498 and 1499. Docket # 329. They are attached as Exhibit A.

Dated:  July 29, 2022

Respectfully submitted,

JODI LINKER
Federal Public Defender
Northern District of California

              /S
ANGELA CHUANG
JEROME MATTHEWS

Assistant Federal Public Defenders