# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> AHMAD ABOUAMMO, ) <br> ALI ALZABARAH, and ) <br> AHMED ALMUTAIRI, ) <br> a/k/a Ahmed Aljbreen, ) <br> ) <br> Defendants. ) <br> ) | Case No. 3:19-cr-00621-EMC |

## RESPONSE TO QUESTIONS FOR THE MINISTRY OF HUMAN RESOURCES

I, Abdulrahman Alangari, pursuant to 28 U.S.C. § 1746, provide the following responses to questions posed by the United States under penalty of perjury. I am the Director General of Supporting HR Departments, Civil Service Division at the Ministry of Human Resources and Social Development of the Kingdom of Saudi Arabia ("the Ministry of Human Resources"). I have been asked to answer questions posed to the Ministry of Human Resources by the United States. I have copied each of the questions posed by the United States below and provided sworn answers in all capital letters.

Search Process

1. What search term(s) and/or queries were used to search for and locate Bader Muhammed Abdul Aziz bin Asaker ("Mr. bin Asaker")'s employment history information (including additional name(s) or other identifiers, if any) that resulted in the "Asaker Services Statement"?

   MR. BIN ASAKER'S SERVICE STATEMENT WAS LOCATED BY SEARCHING HIS SAUDI ID NUMBER, WHICH IS A UNIQUE TEN-DIGITS IDENTIFICATION NUMBER GIVEN TO EACH SAUDI CITIZEN.

2. What, if anything, was done to validate the accuracy and completeness of the search for Mr. bin Asaker's employment history information, and its results?

   AS PART OF ITS REGULARLY CONDUCTED ACITIVITES, THE MINISTRY OF

1

HUMAN RESOURCES HOUSES EMPLOYMENT HISTORY INFORMATION ON ALL CURRENT AND PAST CIVIL EMPLOYEES OF THE KINGDOM OF SAUDI ARABIA IN AN ELECTRONIC DATABASE. MR. BIN ASAKER'S SERVICE STATEMENT WAS LOCATED BY SEARCHING HIS SAUDI ID NUMBER. THIS IS THE SAME TYPE OF SEARCH THAT AN EMPLOYEE OF THE MINISTRY OF HUMAN RESOURCES WOULD PERFORM TO DETERMINE AN INDIVIDUAL'S EMPLOYMENT STATUS WITH THE GOVERNMENT OF SAUDI ARABIA FOR ANY PURPOSE. THE ASAKER SERVICE STATEMENT ACCURATELY REFLECTS MR. BIN ASAKER'S EMPLOYMENT BY THE KINGDOM OF SAUDI ARABIA.

3. Describe the scope and nature of the search conducted for Mr. bin Asaker's employment history information. Did the search cover the full scope of available records, including all records in the "electronic database that [the Ministry of Human Resources] keeps" (the "database"), and any other databases kept by the Kingdom of Saudi Arabia?

THE SEARCH COVERED ALL JOB LOGS THAT ARE AVAILABLE IN THE DATABASE MAINTAINED BY THE MINISTRY OF HUMAN RESOURCES.

Collection and Maintenance of Employment History Information

4. How does the Ministry of Human Resources collect and maintain employment history information for employees of the Kingdom of Saudi Arabia?

AT OR AROUND THE TIME ANY CIVIL EMPLOYMENT DECISION (APPOINTMENT OR TERMINATION) IS MADE BY THE KINGDOM OF SAUDI ARABIA, EMPLOYEES OF THE MINISTRY OF HUMAN RESOURCES COLLECT INFORMATION ON THAT DECISION FROM THE MINISTRY OR GOVERNMENT ENTITY THAT EMPLOYS OR EMPLOYED THE INDIVIDUAL AND ENTER THAT INFORMATION INTO THE DATABASE.

5. What time periods does the database cover (and other databases, if any)?

THE DATABASE INCLUDES ALL CURRENT AND PAST CIVIL EMPLOYEES OF THE KINGDOM OF SAUDI ARABIA BASED ON THE NOTIFICATIONS RECEIVED FROM GOVERNMENTAL ENTITIES. THE OLDEST LOGGED RECORD IN THE DATABASE GOES BACK TO 1943.

6. What step(s) and/or process(es) are taken to validate the accuracy and completeness of records in the database?

ALL GOVERNMENTAL ENTITIES ARE REQUIRED TO PROVIDE ACCURATE AND TIMELY INFORMAITON TO THE MINISTRY OF HUMAN RESOURCES REGARDING ANY CIVIL EMPLOYMENT DECISION (APPOINTMENT OR TERMINATION).

7. What entities provide notifications and/or employment records to the Ministry of Human Resources?

ALL MINISTRIES AND SAUDI GOVERNMENT ENTITIES ARE REQUIRED TO PROVIDE NOTIFICATION OF ANY CIVIL EMPLOYMENT DECISION (APPOINTMENT OR TERMINATIO N) TO THE MINISTRY OF HUMAN RESPOURCES.

8. Are all entities in the Kingdom of Saudi Arabia required to provide notifications and/or employment records to the Ministry of Human Resources?

YES, ALL MINISTRIES AND SAUDI GOVERNMENT ENTITIES ARE REQUIRED TO PROVIDE NOTIFICATION OF ANY CIVIL EMPLOYMENT DECISION (APPOINTMENT OR TERMINATION) TO THE MINISTRY OF HUMAN RESPOURCES.

9. Are each of the following required to provide notifications and/or employment records to the Ministry of Human Resources: (i) entities or foundations (charitable of otherwise) associated with, owned by, or controlled by members of the Saudi Royal Family; (ii) royal courts?

ALL GOVERNMENT ENTITIES MUST PROVIDE NOTIFICATION OF ANY CIVIL EMPLYMENT DECISION (APPOINTMENT OR TERMINATION) TO THE MINISTRY OF HUMAN RESOURCES. SOME ENTITIES OR FOUNDATIONS ASSOCIATED WITH, OWNED BY, OR CONTROLLED BY MEMBERS OF THE SAUDI ROYAL FAMILY ARE NOT GOVERNMENT ENTITIES AND THEIR EMPLOYEES ARE NOT GOVERNMENT OFFICIALS. THE ROYAL COURT IS A GOVERNMENT ENTITY. THEREFORE, IT PROVIDES NOTIFICATION OF ANY EMPLOYMENT DECISION (APPOINTMENT OR TERMINATION) TO THE MINISTRY OF HUMAN RESOURCES.

10. Does the database include records for (i) entities or foundations (charitable or otherwise) associated with, owned by, or controlled by members of the Saudi Royal Family; (ii) royal courts?

THE DATABASE INCLUDES RECORDS OF CIVIL EMPLOYMENT FOR ALL GOVERNMENT ENTITIES, INCLUDING THE ROYAL COURT. AS SET FORTH ABOVE, SOME ENTITIES OR FOUNDATIONS ASSOCIATED WITH, OWNED BY, OR CONTROLLED BY MEMBERS OF THE SAUDI ROYAL FAMILY ARE NOT GOVERNMENT ENTITIES.

11. Does the Ministry of Human Resources collect and maintain records for employees, members, associates, and/or officers of "the Private Office of His Highness the Crown Prince" other than the rank of Minister?

THE DATABASE INCLUDES RECORDS OF CIVIL EMPLOYMENT FOR ALL GOVERNMENT ENTITIES. THE PRIVATE OFFICE OF HIS ROYAL HIGHNESS THE CROWN PRINCE IS A GOVERNMENT ENTITY. THE MINISTRY DATABASE CONTAINS RECORDS OF ALL GOVERNMENT EMPLOYEES WORKING AT THE CROWN PRINCE PRIVATE OFFICE IN ALL GRADES. WHEN A NEW CROWN PRINCE IS APPOINTED, THE NEW CROWN PRINCE

3

    MAY APPOINT OR RECOMMEND FOR APPOINTMENT NEW EMPLOYEES
FOR THE PRIVATE OFFICE OF THE CROWN PRINCE.

12. Does the Ministry of Human Resources collect and maintain records for employees, members, associates, officers, and/or ministers of royal courts?

    YES, THE DATABASE INCLUDES RECORDS OF CIVIL EMPLOYMENT FOR ALL GOVERNMENT ENTITIES, INCLUDING THE ROYAL COURT.

13. What, if any, other ministries or entities (other than the Ministry of Human Resources) house, collect, and/or maintain employment records for employees, members, associates, officers, and/or ministers of any royal courts?

    MOST MINISTRIES AND GOVERNMENT ENTITIES, INCLUDING THE ROYAL COURT, MAINTAIN THEIR OWN RECORDS OF EMPLOYMENT. HOWEVER, THEY MUST PROVIDE NOTIFICATIONS OF ANY CIVIL EMPLOYMENT DECISION (APPOINTMENT OR TERMINATION) TO THE MINISTRY OF HUMAN RESOURCES.

Integrity of Records

14. What are the retention periods and policies for employment history information collected by the Ministry of Human Resources?

    INFORMATION IN THE DATABASE HAS BEEN RETAINED SINCE THE INITIATION OF THE ELECTRONIC DATABASE.

15. Who can access, add, edit, or delete records from the database (including but not limited to any ministers, members of the Saudi Royal Family, and/or members of the government of the Kingdom of Saudi Arabia)?

    DESIGNATED EMPLOYEES OF THE MINISTRY OF HUMAN RESOURCES ARE TASKED WITH PRESERVING THE COMPLETENESS AND ACCURACY OF THE DATABASE AS PROVIDED FROM THE GOVERNMENT ENTITIES.

16. What, if any, security measures exist to protect the database and govern access or any changes to it?

    THE MINISTRY OF HUMAN RESOURCES MAINTAINS STRICT SECURITY MEASURES TO PROTECT ITS RECORDS AND RESTRICT ACCESS ONLY TO AUTHORIZED INDIVIDUALS.

17. Are there logs showing the access, addition, modification, and/or deletion of records associated with Mr. bin Asaker's employment history information (including but not limited to the information associated with the "Asaker Services Statement")? If such logs exist, what do they show?

4

THE MINISTRY OF HUMAN RESOURCES MAINTAINS LOGS SHOWING MODIFICATIONS TO A GOVERNMENT EMPLOYEE'S SERVICE STATEMENT. ALL MODIFICATIONS TO THE ASAKER SERVICE STATEMENT WERE MADE WHEN MR. BIN ASAKER STARTED OR ENDED GOVERNMENT EMPLOYMENT.

I certify under penalty of perjury under the laws of the United States and the Kingdom of Saudi Arabia that the foregoing is true and correct.

Executed on: July 29, 2022

Abdulrahman Alangari

5