UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>AHMAD ABOUAMMO,<br><br>　　　　　Defendant. | Case No. 19-cr-00621-EMC-1<br><br>**ORDER FOR JURY MEALS DURING DELIBERATIONS** |

　　　　IT IS HEREBY ORDERED that, pursuant to the Guide to Judiciary Policy, the Clerk's Office shall furnish lunch for the members of the jury for each day the jury is in deliberations.

　　　　IT IS SO ORDERED.

Dated: August 3, 2022

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　
　　　　　　　　　　　　　　　　　　　　　EDWARD M. CHEN
　　　　　　　　　　　　　　　　　　　　　United States District Judge

*Rev.03/19*