UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Case No.: **CR 19-621 EMC**      Date: **August 3rd, 2022**

**UNITED STATES vs. AHMAD ABOUAMMO**

**ADMITTED EXHIBIT LIST**

| No. | Brief Description |
|---|---|
| 2 | Bank of America Statement, February 13, 2015 to March 17, 2015, Ahmad Abouammo Account 3078 |
| 4 | Bank of America Statement, March 18, 2015 to April 16, 2015, Ahmad Abouammo Account 3078 |
| 5 | Bank of America Statement, April 17, 2015 to May 14, 2015, Ahmad Abouammo Account 3078 |
| 6 | Bank of America Statement, May 15, 2015 to June 16, 2015, Ahmad Abouammo Account 3078 |
| 7 | Bank of America Statement, June 17, 2015 to July 17, 2015, Ahmad Abouammo Account 3078 |
| 8 | International Wire Information, Bank of America Account 3078 |
| 12 | Signature Card, JP Morgan Chase Cyrcl, LLC Account 5016 |
| 13 | Cyrcl, LLC JP Morgan Chase Account 5016 Statements, deposit and withdrawal slips, January 2016 to August 2018 |
| 14 | Incoming Wire, Cyrcl, LLC JP Morgan Chase Account 5016, $100,000 1/25/2016 |
| 15 | Chase United Credit Card Ahmad Abouammo Account #0656, Statements 11/1/2014 – 4/28/2016 |
| 21<br>21T | Certification of Foreign Records (Lebanon)<br>& Translation |
| 22 | Bank Audi Account Opening Forms and Signature Card |
| 23 | Statement of Account, Bank Audi #6202, February 2015 through December 2018 |
| 24 | SWIFT Message and Incoming Transfer, Bank Audi 2/10/2015 $100,000 |
| 25 | Outgoing Wire Transfer, Bank Audi $10,000, 2/20/2015- 2/24/2015 |
| 26 | Wire Transfer, Bank Audi $9,945, 3/12/2015 |
| 27 | Wire Transfer, Bank Audi $6,000, 5/13/2015 |
| 28 | Wire Transfer, Bank Audi $10,000, 6/11/2015-6/15/2015 |
| 29 | Letter from Mohieddine Abouammo to Bank Audi 6/8/2015 |

| No. | Brief Description |
|---|---|
| 30 | Wire Transfer, Bank Audi $30,000, 7/2/2015-7/7/2015 |
| 31 | Email from Amany AbouAmmo to Bank Audi, 7/1/2015-7/2/2015 |
| 32 | Letter from Mohieddine Abouammo to Bank Audi, 7/1/2015 |
| 33 | SWIFT Message and Incoming Transfer, Bank Audi 7/13/2015-7/15/2015 |
| 34 | Cash Withdrawal Screenshots, Bank Audi Account 6202 |
| 35 | Cash Withdrawal Receipts, Bank Audi Account 6202 |
| 62 | King County Parcel Information |
| 102 | Ahmad Abouammo Contact Information (AT&T) |
| 103 | Ahmad Abouammo Subscriber Information (AT&T) |
| 104 | AT&T Records Key |
| 107 | AT&T Mobility Telephone Records for Ahmad Abouammo (Telephone Number ending 7922) |
| 108 | AT&T Mobility Telephone Records for Ahmad Abouammo (Telephone Number ending 9263) |
| 110 | AT&T Wireline Telephone Records for Ahmad Abouammo (Telephone Number ending 9263) |
| 111 | AT&T Mobility Telephone Records for Ahmad Abouammo (Telephone Number ending 7588), August 2015 |
| 112 | AT&T Mobility Telephone Records for Bader Binasaker (Saudi Arabian (+966) Telephone Number ending 2298) |
| 118 | AT&T Mobility Telephone Records for Ahmed Almutairi (Saudi Arabian (+966) Telephone Number ending 0915) |
| 123 | TMobile USA Records for Ali Alzabarah (Telephone Number ending 9040) |
| 125 | TMobile USA Records for Ahmed Almutairi (Telephone Number ending 9908) |
| 126 | TMobile USA Records for Ahmed Almutairi (Telephone Number ending 9908) |
| 127 | TMobile Account Information for Ahmed Almutairi (number ending 9908) |
| 128 | TMobile Account Information for Ali Alzabarah (number ending 9040) |
| 201 | Certified State Department Visa Information for Bader Binasaker (2009) |
| 202 | Certified State Department Visa Information for Bader Binasaker (2014) |
| 203 | Certified State Department Visa Information for Bader Binasaker (2015) |
| 204 204T | Certified State Department Visa Information for Bader Binasaker (2017) & Translation |
| 205 205T | Certified State Department Visa Information for Bader Binasaker (2018) & Translation |
| 214 | Visa Applications, Ahmed Almutairi |
| 215 | Visa Applications, Ali Alzabarah |
| 223 | Department of Homeland Security Travel Records, Bader Binasaker |

| No. | Brief Description |
|---|---|
| 225 | Department of Homeland Security Travel Records, Ali Alzabarah |
| 226 | Department of Homeland Security Travel Records, Ahmed Almutairi |
| 229 | Department of Homeland Security Travel Records, Ahmad Abouammo |
| 252 | King County Department of Assessments Parcel Records for 2566 3rd Avenue W., Seattle |
| 301 | Twitter Playbook and Acknowledgement, Ahmad Abouammo |
| 303 | Employee Invention Assignment and Confidentiality |
| 304 | Laptop Acceptable Use Policy |
| 312 | Employee Farewell Acknowledgments – Ahmad Abouammo |
| 323 | Employee Security Handbook |
| 325 | Gift Policy |
| 326 | Media Manager Job Responsibilities |
| 327 | Twitter Playbook and Employee Communications Guidelines |
| 332 | Twitter Profile Viewer Screenshot (Redacted) |
| 342 | Abouammo Twitter User Accesses |
| 343 | Abouammo Accesses of @mujtahidd 1/5/15 to 2/24/15 |
| 352 | Alzabarah Twitter User Access List |
| 360 | Twitter Account Information for @mujtahidd |
| 372 | Twitter Guano Logs screen capture for @mujtahidd |
| 373 | Twitter Guano Logs screen capture for @HSANATT |
| 381 | Email "FW: June 12-13: Saudi entrepreneurs' request to visit Twitter" with Attachment |
| 382 | Email "RE: June 12-13: Saudi entrepreneurs' request to visit Twitter" with Attachment |
| 383 | Email Walker and Ahmad Abouammo "Re: Saudi Delegation" |
| 386 | Email "Pic" |
| 387 | Email "Itinerary for London, UK" |
| 388 | Email January 7, 2015 "Re: Prince mohammed bin salman accounts" |
| 389 | Email May 19, 2015 "Re: KS + PM FAKE ACCOUNTS" |
| 392 | Email "Pic" |
| 393 | Email June 17, 2014 "Re: Pic" |
| 401 | Email June 13, 2014 Subj: HRH Prince Mohammad Bin Salman AlSaud twitter account |
| 409 | Email July 1, 2014 Fwd: Misk Foundation - Riyadh |
| 411 | Email July 7, 2014 Fwd: Prince salaman youth center – Riadh |
| 414 | Email September 29, 2014 Re: Prince Mohammed bin Salman– twitter account |

| No. | Brief Description |
|---|---|
| 415 | Re: Hi |
| 416 | Email Almutairi to Abouammo 10/24/2014 |
| 416T | & Translation |
| 424 | Trip to London |
| 425 | Re: Request for an urgent meeting in SF |
| 427 | Re: Trip to London |
| 429 | Re: Pending accounts verification |
| 430 | Email December 20, 2014 Subj: Prince Mohammed bin salamna fake accounts |
| 432 | Re: Saudi Arabia government account |
| 441 | Re: Saudi Arabia Major Update |
| 444 | Re: SAUDI TWEEBS 8 march 2015 |
| 447 | Email Re: Escalation – Case 11206248 – Impersonation (reported by representative) – @HSANATT |
| 448 | Email Re: Case 11258846 – Impersonation (reported by representative) – @HSANATT |
| 450<br>450T | Email: salam ("Dameer Report")<br>& Translation |
| 451 | Email February 7, 2015 Fake Accounts |
| 457 | Re: Escalation – Case 13508261 – Private Information posted – @mujtahidd |
| 461 | Re: Fake Accounts Twitter ks – Update 27/3/2015 |
| 463 | Abouammo Twitter Email with Bookmarks |
| 464 | Fwd: Case# 11258846: Impersonation – @HSANATT |
| 466 | Email "Re: Twitter User Airs Saudi Arabia's Dirty Laundry" |
| 503 | Ahmad Abouammo 2014 Tax Return |
| 504 | Ahmad Abouammo 2015 Tax Return |
| 507 | Photo of Bank Audi Statement |
| 509<br>509T | Screenshot No. 1 of Tweets of Twitter @mujtahidd<br>& Translation |
| 510<br>510T | Screenshot No. 2 of Chat with Twitter @mujtahidd<br>& Translation |
| 512 | Bank of America Wire Receipt ($10,000) |
| 513 | Bank of America Wire Receipt ($30,000) |
| 514 | Screenshot of Twitter @mujtahidd Post |

| No. | Brief Description |
|---|---|
| 521<br>521T | Binasaker Note dated 4/12/2015<br>& Translation |
| 523<br>523T | Binasaker Note dated 6/6/2015 & Translation |
| 526<br>526T | Alzabarah Notes 12/12/14- 11/5/2015<br>& Translation |
| 551 | Email December 3, 2015 from Alzabarah to Twitter Subject: resignation notification |
| 555 | Saudia On Air Purchase Confirmation |
| 556 | Email Misk to Alzabarah Subject "Congratulations!" |
| 603 | Email from Crown and Caliber to Abouammo December 27, 2014 |
| 606 | Abouammo email to Crown and Caliber, January 3, 2015 |
| 607 | Email "Re: Serious Buyer looking for Rolex…." |
| 608 | Email "Re: 27" |
| 610<br>610T-3-<br>610T-6 | Email January 17, 2015 "salam" from Binasaker to Abouammo January 17, 2015 with attachment<br>& Translation |
| 612 | Audi Online User ID Created |
| 613 | Audi Online Password Changed |
| 614 | Email Abouammo to Amany Abouammo "Bank Transfer Info" |
| 619 | Email "Case#21649360: New Verification Request - @infographic_ksa" |
| 620 | Email "Case#25123547: New Verification Request - @alessiaahmed" |
| 622 | Email #811740 crycl.com domain sale |
| 623 | Email "Case#27642280: New Verification Request - @saudiarabia" |
| 624 | "Intro for new leadership at Twitter" |
| 625 | "Intro for new MENA leadership at Twitter" |
| 627 | "Intro for new MENA leadership at Twitter" |
| 629 | Intros |
| 633<br>633T<br>633M | Google Messages with Binasaker<br>& Translation & Metadata |
| 646<br>646T | Notes re: Twitter Users-5 through 8<br>& Translation |
| 651<br>651T | Email Binasaker to Abouammo September 8, 2015 "la_004_a_anti-cyber crime law.pdf"<br>& Translation |

| No. | Brief Description |
|---|---|
| 675 | Email from Ali Alzabarah with contact information dated July 16, 2016 |
| 679 679T | Email February 19, 2015 Ali Alzabarah to Ahmed Almutairi (Ahmed@smaat) "C.V" and Attachment & Translation |
| 683 | Email Ali Alzabarah (eng@misk.org.sa) to Ahmed Almutairi (Ahmed@smaat) |
| 684 | Email from Eng@misk.org.sa to Ahmed Almutairi and Bader Binasaker Re: Agreement Letter |
| 690 690T-3-690T-86 | Email Ahmed Almutairi to Bader Binasaker with Attachment & Translation |
| 697 | Google Subscriber Information, Ahmadaa |
| 698 | Google Subscriber Information, Ahmed@smaat.co |
| 699 | Google Subscriber Information, Bader.Alasaker@HRHPMPO. com |
| 700 | Google Subscriber Information, Ali@alihamad.com |
| 702-14, 702-49, 702-77, 702-78, 702-138-702-140, 702-327, 702-349 702T | Larson Security Laptop Analysis & Translation |
| 710P | Ali Alzabarah Twitter Laptop |
| 721-12 | Photo Log and Select Photos from Search, 2566 3rd Street W., Seattle |
| 723 | Abouammo U.S. Passport (Scan) |
| 723P | Abouammo U.S. Passport (Physical) |
| 724 | Gift Letter dated 6/6/2015 |
| 725 | Gift Letter dated 7/2/2015 |
| 726 | Certificate of Formation and Business License for Cyrcl, LLC dated 1/1/2016 |
| 727 | Agreement between Norebleu Design and Cyrcl, LLC |
| 730 | Abouammo Saudi Arabia Driver's License (Copy) |
| 730P | Abouammo Saudi Arabia Driver's License (Physical) |
| 731 | First American Title Closing Statement, 2566 3rd Ave West, Seattle |
| 732 | Form 1099-MISC to Abouammo from Friedman Rubin |
| 741P | Apple MacBook Pro Laptop, S/N C02WG6M8HV2L |

| No. | Brief Description |
|---|---|
| 751 | Tax Return 2014.pdf |
| 752 | 2015TurboTaxReturn.pdf |
| 753 | 2016TurboTaxReturn.pdf |
| 754<br>754M | Misk_invoice_2016010001.pdf & Metadata |
| 755 | Mujtahid.pdf |
| 761P | LG Nexus 16GB Smartphone IMEI: 353626-07-660004-3 (1B32) |
| 801<br>801T | Pictures of Ahmad Abouammo's iPhone X conversations via Twitter DM with Bader Binasaker<br>& Translation |
| 802 | Pictures of Ahmad Abouammo's iPhone X conversations via Twitter DM with Twitter Employee K.I. |
| 806 | Email and attachment, 10/20/2018 (Re: Invoice for Friedman Rubin with attachment invoice – misk_invoice_2016010001.pdf) |
| 807<br>807M | Email and attachment, 10/20/2018 (Fw: Invoice for Friedman Rubin with attachment misk_invoice_2016010001.pdf ) & Metadata |
| 808<br>808T | Email and attachments, 10/21/2018<br>& Translation |
| 809<br>809M | Email and attachments, 10/21/2018, Fw: Invoice for Friedman Rubin & Metadata |
| 831 | iMessages between Stanton and Ahmad Abouammo, 10/20/2018 |
| 851-10<br>851T-10 | Ahmed Almutairi Public Twitter Posts<br>& Translation |
| 853-3-853-4 | Select Translations of Ahmed Almutairi Public Tweets |
| 882 | Archive.org screenshot of @mujtahidd account, October 2014 |
| 885 | Archive.org screenshot of @mujtahidd account, February 2016 |
| 887 | Archive.org screenshot of @Sama7ti account, March 2015 |
| 951 | Summary: Select User Accesses (Abouammo) |
| 952 | Summary: Select User Accesses (Alzabarah) |
| 954 | Summary: Telephone Records |
| 1002 | Email re Materials for Profiles dated 4/2112014 |
| 1009 | Email re Intro and Media Contacts dated 4/12/2014 |
| 1013 | Email re OmanSp01tsTV dated 4/28/2014 |
| 1015 | Email re Welcome Interns dated 5/4/2014 |

| No. | Brief Description |
|---|---|
| 1017 | Email re Technical prb to connect dated 6/4/2014 |
| 1019 | Profile Viewer and Adsearch Twitter Guide |
| 1021 | Email re Ahmed Helmy Impersonations dated 4/28/2014 |
| 1022 | Email re Helmy Impersonation dated 2/1/2016 |
| 1026 | Email with Bahrain MP Ammadi dated 9/9/2014 |
| 1057 | Email re @henedy dated 2/23/2015 |
| 1059 | BOFA Account 3078 Statement 4/17/2015-5/14/2015 |
| 1060 | Email re United Airlines Flight on 5/9/2015 to SFO-IAD-BRU |
| 1066 | Email re Required Gov Email Address dated 1/6/2015 |
| 1067 | Employee Access Log for @mujtahidd |
| 1068 | Unique Days Analysis of Employee Access for @mujtahidd |
| 1069 | Email re MENA Strategy Document dated 2/24/2014 |
| 1071 | Email re @NewNavalny Impersonation 8/2/2016 |
| 1072 | Email re Intro to Lewis Wiltshire 5/12/2017 |
| 1495 | Embassy Declaration |
| 1499 | Binasaker Employment Record and Translation |
| 1517 | Embassy Declaration 7/29/2022 |