UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Case No. 19-cr-00621-EMC-1
Case Name: USA v. Abouammo

**TRIAL SHEET, EXHIBIT and WITNESS LIST**

| JUDGE: | PLAINTIFF ATTORNEYS: | DEFENSE ATTORNEYS: |
|---|---|---|
| Edward M. Chen | Colin Sampson, Eric Cheng, Christine Bonomo | Angela Chuang, Jerome Matthews |
| **TRIAL DATE:** | **REPORTER:** | **CLERK:** |
| July 29, 2022 | Joan Columbini | Vicky Ayala |

| PLF NO. | DEF NO | TIME OFFERED | ID | ADM | DESCRIPTION |
|---|---|---|---|---|---|
| | | 8:18 a.m. | | | Court in session. Discussion outside the presence of the jury. Court and parties discuss admissibility of certain exhibits. Government does not intend to introduce Exhibits: 467, 635., 891 and 892. A few Exhibits 951-956 will require redactions. Exhibit 956 may be used as a demonstrative but not allowed into evidence. Exhibit 808 may be admitted in its entirety. Other housekeeping matters discussed. |
| | | 9:09 a.m. | | | Jury present. |
| | | 9:10 a.m. | | | Witness, **Leticia Wu,** approaches the witness stand and sworn for testimony. Direct examination of witness by Colin Sampson. |
| 123 | | | X | X | T-Mobile USA Records. |
| 125 | | | X | X | T-Mobile USA Records. |
| 126 | | | X | X | T-Mobile USA Records. |
| 127 | | | X | X | T-Mobile USA Records. |
| 128 | | | X | X | T-Mobile USA Records. |
| 954 | | | X | X | Phone Summaries. |
| 21-35 | | | X | X | Bank Audi Records. |
| 21T | | | X | X | Translated English Version. |
| 612 | | | X | X | Email Re: Audi Online User ID Created. |
| 613 | | | X | X | Email Re: Audi Online Password Change. |
| | | 10:18 a.m. | | | Jury excused for break. |
| | | 10:19 a.m. | | | Court in recess. |

|  |  |  |  |  |  |
|---|---|---|---|---|---|
|  |  | 10:35 a.m. |  |  | Court reconvened. Discussion outside the presence of the jury. |
|  |  | 10:45 a.m. |  |  | Jury present. |
|  |  | 10:46 a.m. |  |  | Direct examination of witness by Colin Sampson resumes. |
| 12-15 |  |  | X | X | JP Morgan Chase Records. |
| 606 |  |  | X | X | Email Re: Crown and Caliber Follow-up for Ahmad Abouaammo. |
| 607 |  |  | X | X | Email Re: Buyer for Rolex |
| 608 |  |  | X | X | Email Re: 27. |
| 304 |  |  | X | X | Twitter Laptop Acceptable Use Policy. |
| 312 |  |  | X | X | Employee Farewell Acknowledgments. |
| 463 |  |  | X | X | Email Re: Bookmarks. |
| 951 |  |  | X | X | Accessed Twitter Accounts by Abouammo. |
| 381 |  |  | X | X | Email Re: June 12-13 Saudi Entrepreneurs' Request to Visit Twitter. |
| 382 |  |  | X | X | Email Re: June 12-13 Saudi Entrepreneur' Request to Visit Twitter. |
| 386 |  |  | X | X | Email Re: Pic |
| 393 |  |  | X | X | Email Re: Pic. |
| 392 |  |  | X | X | Email Re: Pic. |
| 401 |  |  | X | X | Email Re: HRH Mohammad Bin Salman AlSaud Twitter Account. |
| 415 |  |  | X | X | Email Re: Hi. |
| 414 |  |  | X | X | Email Re: Prince Mohammed Bin Salman Twitter account. |
| 424 |  |  | X | X | Email Re: Trip to London 11/26/2014. |
| 427 |  |  | X | X | Email Re: Trip to London 12/3/2014. |
|  |  | 12:06 p.m. |  |  | Jury excused for break. |
|  |  | 12:08 p.m. |  |  | Court in recess. |
|  |  | 12:28 p.m. |  |  | Court reconvened. |
|  |  | 12:34 p.m. |  |  | Jury present. |
|  |  | 12:35 p.m. |  |  | Witness returns to the stand, direct examination of witness by Colin Sampson. |

2

| | | | | | |
|---|---|---|---|---|---|
| 416 | | | X | X | Email to Abouammo from Ahmed Aljbreen 10/24/2014. |
| 416T | | | X | X | Translated English Version. |
| 425 | | ` | X | X | Email Re: Request for an Urgent Meeting in SF. |
| 851 | | | X | X | Twitter Posts. |
| 851T | | | X | X | Translated English Version. |
| 853 (pages 3-4) | | | X | X | Twitter Posts. |
| 679 | | | X | X | Email with CV of Ali H. Alzabarah |
| 679T | | | X | X | Translated English Version. |
| 444 | | | X | X | Email Re: Saudi Tweebs March 8, 2015. |
| 466 | | | X | X | Email Re: Twitter User Airs Saudi Arabia's Dirty Laundry 9/8/2014. |
| 610 | | | X | X | Email Re: Mujtahid 1/17/2015. |
| 610T | | | X | X | Translated English Version. |
| 690 | | | X | X | Email Re: Twitter Report (secret). |
| 690T (pages 3-86) | | | X | X | Translated English Version. |
| 457 | | | X | X | Email Re: Escalation – Case 13508261 – Private Information Posted – mujtahidd. |
| 882 | | | X | X | Archive.org Screenshot of Twitter User. |
| 447 | | | X | X | Email Re: Escalation Case 11206248 Impersonation (report by representative) hsanatt. |
| 464 | | | X | X | Email Re: Case 11258846 Impersonation (reported by representative) HSANATT. |
| 448 | | | X | X | Email Re: Case 11258846 Impersonation (reported by representative) HSANATT. |
| 450 | | | X | X | Email Re: Dameer Report. |
| 450T | | | X | X | Translated English Version. |
| 523 | | | X | X | Binsaker Note 6/6/2015. |
| 523T (page 3) | | | X | X | Translated English Version. |
| 526 | | | X | X | Email From Ali Alzabarah. |
| 526T | | | X | X | Translated English Version. |

| | | | | | |
|---|---|---|---|---|---|
| 201 | | | X | X | Certified Visa Records for Bader Binsaker. |
| | 2:00 p.m. | | | | Jury admonished and excused. Witness excused for the day and advised to return to Court tomorrow. |
| | 2:02 p.m. | | | | Court adjourned. |