UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Case No. 19-cr-00621-EMC-1
Case Name: USA v. Abouammo

**TRIAL SHEET, EXHIBIT and WITNESS LIST**

| JUDGE: | PLAINTIFF ATTORNEYS: | DEFENSE ATTORNEYS: |
|---|---|---|
| Edward M. Chen | Colin Sampson, Eric Cheng, Christine Bonomo | Angela Chuang, Jerome Matthews |
| **TRIAL DATE:** | **REPORTER:** | **CLERK:** |
| August 2, 2022 | Joan Columbini | Vicky Ayala |

| PLF NO. | DEF NO | TIME OFFERED | ID | ADM | DESCRIPTION |
|---|---|---|---|---|---|
| | | 8:20 a.m. | | | Court in session. Housekeeping matters discussed outside the presence of the jury. |
| | | 8:38 a.m. | | | Jury present. Court discusses |
| | | 8:42 a.m. | | | Witness, **Leticia Wu**, returns to the stand from preceding day. Witness previously sworn for testimony. Cross-examination of witness by Angela Chuang resumes. |
| | | 8:48 a.m. | | | Re-direct of witness by Colin Sampson. |
| 954 | | | X | X | Corrected Version Admitted. Exhibit previously admitted on 9/29/22, is replaced with this one. |
| | | 9:07 a.m. | | | Re-cross examination of witness by Angela Chuang. |
| | | 9:09 a.m. | | | Witness thanked. Rule 29 Motion reserved by defense counsel. |
| | | 9:10 a.m. | | | Government Rests its case. |
| | | 9:11 a.m. | | | Witness, **Jonathan Kingsley,** approaches the witness stand and sworn for testimony. Direct examination of witness by Jerome Matthews. |
| | | 9:21 a.m. | | | Cross-examination of witness by Colin Sampson. |
| | | 9:26 a.m. | | | Re-direct examination of witness by Jerome Matthews. |
| | | 9:27 a.m. | | | Witness thanked and excused. |
| | | 9:28 a.m. | | | Jury excused for break. |
| | | 9:30 a.m. | | | Court in recess. |
| | | 9:45 a.m. | | | Court reconvened. |
| | | 9:50 a.m. | | | Jury present. |

| | | | | | |
|---|---|---|---|---|---|
| | | 9:51 a.m. | | | Witness, **Ana Carmen Neboisa,** approaches the witness stand and sworn for testimony.  Direct examination of witness by Angela Chuang. |
| | | 9:55 a.m. | | | Witness thanked and excused. |
| | | 9:56 a.m. | | | Witness, **Leticia Wu,** recalled to the stand.  Witness was previously sworn for testimony.  Direct examination of witness by Angela Chuang. |
| | | 9:57 a.m. | | | Cross-examination of witness by Colin Sampson. |
| | | 9:58 a.m. | | | Witness thanked and excused. |
| | | 9:59 a.m. | | | Witness, **Dr. Peter Bartu,** approaches the witness stand and sworn for testimony.  Direct examination of witness by Jerome Matthews. |
| | 1499 | | X | X | Employee Services Statement. |
| | 1517 | | X | X | Response to Questions for the Ministry of Human Resources. |
| | | 10:35 a.m. | | | Cross-examination of witness by Eric Cheng. |
| | 1495 | | X | X | Certification of Bandar Alhazani. |
| | | 11:18 a.m. | | | Re-direct of witness by Jerome Matthews. |
| | | 11:20 a.m. | | | Witness thanked and excused. |
| | | 11:21 a.m. | | | Witness, **Catherine Goulet,** approaches the witness stand and sworn for testimony.  Direct examination of witness by Jerome Matthews. |
| | | 12:10 p.m. | | | Jury excused for break. |
| | | 12:12 p.m. | | | Court in recess. |
| | | 12:32 p.m. | | | Court reconvened.  Housekeeping matters discussed outside the presence of the jury. |
| | | 12:39 p.m. | | | Jury present. |
| | | 12:40 p.m. | | | Witness returns to the stand.  Direct examination of witness by Jerome Matthews resumes. |
| | 1009 | | X | X | Email Re: Intro Email 2M & Eco Media Contacts. |
| | 1026 | | X | X | Email Re: Verification of My Twitter Account. |
| | 1013 | | X | X | Email Re: Oman Sports TV Account in Twitter to Verified. |
| | 1021 | | X | X | Email from Ahmad Abouammo to Ahmed Helmy 4/28/2014. |
| | | 1:07 p.m. | | | Witness thanked and excused. |

| | | | | | |
|---|---|---|---|---|---|
| | | 1:08 p.m. | | | Witness, **Amani Abouammo,** approaches the witness stand and sworn for testimony.  Direct examination of witness by Angela Chuang. |
| | | 1:26 p.m. | | | Cross-examination of witness by Colin Sampson. |
| | 614 | | X | X | Email Re: Bank Transfer Info 6/7/2015. |
| | | 1:32 p.m. | | | Witness thanked and excused. |
| | | 1:33 p.m. | | | Witness, **Alexey Shelestenko,** approaches the witness stand and sworn for testimony.  Direct examination of witness by Angela Chuang. |
| | 326 | | X | X | Document Re: Media Manager Job Responsibilities. |
| | 1071 | | X | X | Email Re: Case # 36769552 Impersonation – NewNavalny. |
| | 1002 | | X | X | Email Re: Materials for Profiles Rollout. |
| | | 2:04 p.m. | | | Jury admonished and excused for the day.   Witness excused for the day and advised to return to Court tomorrow. |
| | | 2:05 p.m. | | | Discussion outside the presence of the jury. |
| | | 2:30 p.m. | | | Court adjourned. |