UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Case No. 19-cr-00621-EMC-1
Case Name: USA v. Abouammo

**TRIAL SHEET, EXHIBIT and WITNESS LIST**

| JUDGE: | PLAINTIFF ATTORNEYS: | DEFENSE ATTORNEYS: |
|---|---|---|
| Edward M. Chen | Colin Sampson, Eric Cheng, Christine Bonomo | Angela Chuang, Jerome Matthews |
| **TRIAL DATE:** | **REPORTER:** | **CLERK:** |
| August 3, 2022 | Joan Columbini | Vicky Ayala |

| PLF NO. | DEF NO | TIME OFFERED | ID | ADM | DESCRIPTION |
|---|---|---|---|---|---|
| | | 8:20 a.m. | | | Court in session.  Housekeeping matters discussed outside the presence of the jury. |
| | | 8:59 a.m. | | | Jury present. |
| | | 9:00 a.m. | | | Witness, **Alexey Shelestenko**, returns to the stand from preceding day.  Witness previously sworn for testimony.  Direct examination of witness by Angela Chuang resumes. |
| | 1019 | | X | X | Profile Viewer and Adsearch Guide. |
| | 1072 | | X | X | Email Re: Intro |
| | | 9:18 a.m. | | | Cross-examination of witness by Eric Cheng. |
| | | 9:35 a.m. | | | Re-direct examination of witness by Angela Chuang. |
| | | 9:38 a.m. | | | Witness thanked and excused. |
| | | 9:38 a.m. | | | Defense rests its case.  Government has no rebuttal witnesses. |
| | | 9:39 a.m. | | | Jury excused for break.  Discussion outside the presence of the Jury.  Mr. Abouammo waives his right to testify.  Oral Argument heard regarding Rule 29 motion.  Court will take under submission. |
| | | 9:57 a.m. | | | Court in recess. |
| | | 10:14 a.m. | | | Court reconvened.  Housekeeping matters discussed outside the presence of the jury. |
| | | 10:33 a.m. | | | Jury present.  Court instructs jury. |
| | | 11:14 a.m. | | | Jury admonished and excused for the day. |
| | | 11:15 a.m. | | | Court adjourned. |