**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**TRIAL MINUTES**

| **Date:** August 4, 2022 | **Time in Court:** 4 hours, 10 minutes | **Judge:** EDWARD M. CHEN |
|---|---|---|
| **Case No.:** 19-cr-00621-EMC-1 | **Case Name:** USA v. Abouammo | |

**Attorneys for Plaintiff/Gov't:** Colin Sampson, Eric Cheng and Christine Bonomo.
**Attorney for Defendant:** Angela Chuang and Jerome Matthews

**Deputy Clerk:** Vicky Ayala                    **Court Reporter:** Joan Columbini

**PROCEEDINGS**

Jury Trial – held.

**SUMMARY**

Witnesses:  N/A

Admitted Exhibits:  N/A

See Trial Log for further details.