UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Case No. 19-cr-00621-EMC-1
Case Name: USA v. Abouammo

**TRIAL SHEET, EXHIBIT and WITNESS LIST**

| JUDGE: | PLAINTIFF ATTORNEYS: | DEFENSE ATTORNEYS: |
|---|---|---|
| Edward M. Chen | Colin Sampson, Eric Cheng, Christine Bonomo | Angela Chuang, Jerome Matthews |
| **TRIAL DATE:** | **REPORTER:** | **CLERK:** |
| August 4, 2022 | Joan Columbini | Vicky Ayala |

| PLF NO. | DEF NO | TIME OFFERED | ID | ADM | DESCRIPTION |
|---|---|---|---|---|---|
| | | 8:25 a.m. | | | Court in session. Discussion outside the presence of the jury. Court informed the parties that Juror No. 6 is having mechanical issues, he must have his vehicle towed. Parties agreed to wait for Juror No. 6 to arrive to Court. |
| | | 8:35 a.m. | | | Court in recess. |
| | | 9:15 a.m. | | | Court reconvened. Discussion outside the presence of the jury. Court updated the parties regarding Juror No. 6. Court informed the parties Juror No. 6 is still waiting for a tow truck; it may take another hour or longer for him to arrive. Court excused Juror No. 6. Alternate No. 2 will replace Juror No. 6. Defense agreed; gov't deferred to court. |
| | | 9:35 a.m. | | | Jury present. |
| | | 9:36 a.m. | | | Closing Argument by Eric Cheng on behalf of the Government. |
| | | 10:25 a.m. | | | Closing Argument by Eric Cheng on behalf of the Government concludes. |
| | | 10:26 a.m. | | | Jury excused for break. |
| | | 10:28 a.m. | | | Court in recess. |
| | | 10:46 a.m. | | | Court reconvened. |
| | | 10:50 a.m. | | | Jury present. |
| | | 10:50 a.m. | | | Closing Argument by Angela Chuang on behalf of Ahmad Abouammo. |
| | | 12:09 p.m. | | | Closing Argument by Angela Chuang on behalf of Ahmad Abouammo concludes. |
| | | 12:10 p.m. | | | Jury admonished and excused for break. |

| | | | | | |
|---|---|---|---|---|---|
| | | 12:45 p.m. | | | Court reconvened. |
| | | 12:50 p.m. | | | Jury present. |
| | | 12:51 p.m. | | | Closing Rebuttal Argument by Colin Sampson on behalf of the Government. |
| | | 1:33 p.m. | | | Closing Rebuttal Argument by Colin Sampson on behalf of the Government concludes. |
| | | 1:34 p.m. | | | Court further instructs Jury. |
| | | 1:45 p.m. | | | Court announced the final 12 Jurors deliberating.  Court admonished jurors and excused them for deliberations. |
| | | 1:50 p.m. | | | Jurors will begin deliberations tomorrow.  Court adjourned. |