JODI LINKER
Federal Public Defender
Northern District of California
ANGELA CHUANG
Assistant Federal Public Defender
19th Floor Federal Building - Box 36106
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone:   (415) 436-7700
Facsimile:   (415) 436-7706
Email:   Angela_chuang@fd.org

Counsel for Defendant ABOUAMMO

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: CR 19–621 EMC |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER TO SET POST-TRIAL BRIEFING SCHEDULE** |
| v. | |
| AHMAD ABOUAMMO, | |
| Defendant. | |

A jury trial in the above titled matter recently concluded on August 9, 2022, with a guilty verdict as to six counts and a not guilty verdict as to five counts. Undersigned defense counsel is investigating post-trial motions, including potential Rule 29 and Rule 33 motions. The parties therefore propose the following briefing schedule:

- Defendant's motion due by 12pm on September 22, 2022;
- Government's opposition due October 11, 2022;
- Defendant's reply (if any) due October 24, 2022;

- Motions hearing (if the Court continues to allow hearings via Zoom), if necessary, on November 9, 2022, at 2:30 PM.

Additionally, the government takes the position that this briefing schedule should not continue sentencing and requests that the Court schedule a sentencing date no later than Wednesday, January 18, 2023. The defense opposes and takes the position that a sentencing date should be set after completion of post-trial motions, as decisions on such motions could impact sentencing.

IT IS SO STIPULATED.

| August 18, 2022<br>Dated | STEPHANIE M. HINDS<br>United States Attorney<br>Northern District of California |
|---|---|
| | /S<br>COLIN SAMPSON<br>Assistant United States Attorney |
| August 18, 2022<br>Dated | JODI LINKER<br>Federal Public Defender<br>Northern District of California |
| | /S<br>ANGELA CHUANG<br>Attorney for Ahmad Abouammo |

## [PROPOSED] ORDER

For the reasons stated above, the Court CONTINUES this case to November 9, 2022, at 2:30 PM for a motions hearing. The Court hereby adopts the briefing schedule proposed above for post-trial motions.

IT IS SO ORDERED.

DATED: _____

                                                        EDWARD M. CHEN
                                                        United States Senior District Judge