STEPHANIE M. HINDS (CABN 154284)
United States Attorney

THOMAS A. COLTHURST (CABN 99493)
Chief, Criminal Division

COLIN C. SAMPSON (CABN 249784)
ERIC CHENG (CABN 274118)
    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7200
    Fax: (415) 436-7234
    Colin.Sampson@usdoj.gov

Attorneys for United States of America

ANGELA CHUANG (CABN 313445)
JEROME MATTHEWS (CABN 144736)
Assistant Federal Public Defenders
    450 Golden Gate Avenue, Rm 19-6884
    San Francisco, CA 94102
    Telephone: (415) 436-7700
    Fax: (415) 436-7706
    Angela_Chuang@fd.org

Attorneys for Defendant Ahmad Abouammo

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>AHMAD ABOUAMMO,<br><br>    Defendant. | CASE NO. 3:19-CR-0621-EMC-1<br><br>JOINT STATEMENT RE: JURY VERDICT COUNTS |

Pursuant to the Court's Order (Dkt. No. 388), the United States of America, represented by Colin Sampson and Eric Cheng, Assistant United States Attorneys, and Christine Bonomo, Trial Attorney, and Defendant Ahmad Abouammo, represented by Angela Chuang and Jerome Matthews, Assistant Federal Public Defenders, provide the following joint statement regarding the counts in the jury verdict form returned in the above matter listed with each of their corresponding counts from the Superseding Indictment:

| Jury Verdict Count | Corresponding Superseding Indictment Count (ECF NO. 53) |
|---|---|
| 1 | 1 |
| 2 | 4 |
| 3 | 5 |
| 4 | 6 |
| 5 | 11 |
| 6 | 12 |
| 7 | 16 |
| 8 | 18 |
| 9 | 20 |
| 10 | 21 |
| 11 | 23 |

Respectfully submitted,

STEPHANIE M. HINDS
United States Attorney

Dated: August 18, 2022

*/s/ Colin Sampson*
COLIN SAMPSON
ERIC CHENG
Assistant United States Attorneys
CHRISTINE BONOMO
Trial Attorney, National Security Division

*Attorneys for the United States of America*

Dated: August 18, 2022

*/s/ Angela Chuang*
ANGELA CHUANG
JEROME MATTHERS
Assistant Federal Public Defenders

*Attorneys for Defendant Ahmad Abouammo*