JODI LINKER
Federal Public Defender
ANGELA CHUANG
Assistant Federal Public Defender
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone:	415.436.7700
Facsimile:	415.436.7706
E-mail:	angela_chuang@fd.org

Counsel for Defendant ABOUAMMO

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>v.<br><br>AHMAD ABOUAMMO,<br><br>　　　　Defendant. | Case No. CR 19-621 EMC<br><br>**APPLICATION AND [PROPOSED] ORDER TO ALLOW THE FILING OF AN OVERSIZED REPLY BRIEF** |

　　　Mr. Abouammo respectfully requests permission to file an oversized reply brief in support of his omnibus Motion for a Judgment of Acquittal and Motion for a New Trial. According to the Criminal Local Rules, unless otherwise ordered, "[a]ny opposition or reply shall comply with the requirements of Civil L.R. 7-3(b), (c) and (d)." Civil L. R. 7-3(c) provides that a reply may not exceed 15 pages.  As the court is aware, the government's investigation spanned several years and this case involved voluminous discovery. The trial spanned two-and-a-half weeks and involved hundreds of exhibits (many of which consisted of hundreds of pages). Mr. Abouammo was convicted on six of eleven counts, all of which have different elements to analyze and many of which are quite complex. Both Mr. Abouammo's opening brief and the government's opposition were oversized. The length of the proposed brief is required to fully reply to the government's brief.

Therefore, Mr. Abouammo respectfully requests that this court grant his motion for leave to file an oversized reply brief, and accept his contemporaneously filed reply brief, which totals 50 pages.

Date: October 24, 2022                                Respectfully submitted,

JODI LINKER
Federal Public Defender

          /S    _____
ANGELA CHUANG
Assistant Federal Public Defender

IT IS SO ORDERED.

Date: _____        _____
                                EDWARD M. CHEN
                                United States District Judge