JODI LINKER
Federal Public Defender
Northern District of California
ANGELA CHUANG
JEROME MATTHEWS
Assistant Federal Public Defenders
19th Floor Federal Building - Box 36106
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone:   (415) 436-7700
Facsimile:    (415) 436-7706
Email:         Angela_Chuang@fd.org

Counsel for Defendant Abouammo

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>AHMAD ABOUAMMO,<br><br>Defendant. | Case No.: CR 19–621 EMC<br><br>**DEFENDANT ABOUAMMO'S MOTION AND [PROPOSED] ORDER TO CONTINUE SENTENCING** |

This case is currently scheduled for sentencing on December 15, 2022. Defendant Ahmad Abouammo hereby moves the Court for an order to continue the currently scheduled sentencing date in this matter to March 16, 2023, to allow Mr. Abouammo to complete ongoing medical treatment, including upcoming appointments and a scheduled surgery.[1] ███████████████████████████████████████████████████████████████████████████████

---

[1] It is undersigned defense counsel's understanding that the government opposes a continuance, though it did not offer a reason for its opposition. *See* Chuang Decl. ¶ 6.

1 █
2 █
3 █
4 █
5 █
6 █
7 █
8 █
9 █
10 █

11  Recovery is expected to take up to four weeks; Mr. Abouammo would need to be excused from
12  work for the first two weeks and would need to be restricted to light duty, including lifting nothing
13  greater than 10 pounds, for four weeks. *See id.* As the Court knows, Mr. Abouammo lives in Seattle
14  and would have to fly to San Francisco for his sentencing. His doctor has indicated that he should
15  wait four weeks after surgery before flying, █ *See id.* This travel
16  restriction represents the most up-to-date medical advice from his treatment team.

17  Accordingly, Mr. Abouammo requests that the Court continue his sentencing hearing to March
18  16, 2023, so that he can complete his ongoing necessary medical treatment including the scheduled
19  surgery. The requested date accounts for the anticipated recovery time and travel restrictions, with the
20  addition of a few extra weeks in case there are any complications that prolong his recovery.

Dated:    November 16, 2022               Respectfully submitted,

                                          JODI LINKER
                                          Federal Public Defender
                                          Northern District of California

                                                        /S
                                          ─────────────────────────
                                          ANGELA CHUANG
                                          JEROME MATTHEWS
                                          Assistant Federal Public Defenders

MOT. TO CONT. SENT.
*ABOUAMMO*, CR 19–621 EMC

# [PROPOSED] ORDER

For the reasons stated above, the Court VACATES the currently scheduled sentencing hearing and CONTINUES this case to March 16, 2023, at 9:00 AM for sentencing.

IT IS SO ORDERED.

DATED: _____

_____
EDWARD M. CHEN
United States District Judge