JODI LINKER
Federal Public Defender
Northern District of California
ANGELA CHUANG
Assistant Federal Public Defender
19th Floor Federal Building - Box 36106
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone:  (415) 436-7700
Facsimile:  (415) 436-7706
Email:  Angela_Chuang@fd.org

Counsel for Defendant Abouammo

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>AHMAD ABOUAMMO,<br><br>Defendant. | **Case No.:** CR 19–621 EMC<br><br>**DECLARATION OF ANGELA CHUANG IN SUPPORT OF DEFENDANT ABOUAMMO'S SENTENCING MEMORANDUM** |

I, Angela Chuang, declare the following:

1. I am an Assistant Federal Public Defender representing Ahmad Abouammo in the above-captioned case. I am familiar with the facts and investigation of the case.

2. Attached as Exhibit A are exemplar screenshots of publicly available Twitter activity from the @mujtahidd account between the years 2015–2022 that my office obtained via a website archive site.

3. Attached as Exhibit B are letters of support written by Mr. Abouammo's family members and loved ones, for the Court's consideration at sentencing.

4. Attached as Exhibit C is a letter written by Mr. Abouammo's therapist (to be filed under seal).

5. I declare under the penalty of perjury that the foregoing is true and correct. Executed on December 7, 2022, in Princeville, Hawaii.

_____
ANGELA CHUANG