# EXHIBIT A

# 2015

*Twitter.com/mujtahidd*



New to Twitter? Sign up

Search Twitter

Have an account? Log in

# مجتهد

@mujtahidd

حارث وهمام mujtahidmail@gmail.com

الكرة الارضية

Joined July 2011

| TWEETS | FOLLOWING | FOLLOWERS | FAVORITES |
|---|---|---|---|
| 11.3K | 39 | 1.93M | 26 |

Follow

Tweets Tweets & replies Photos & videos

مجتهد @mujtahidd · 2h

جامعة هارفرد:

السعودية كان يمكن أن تمتلك حوالي 4 تريلون ريال زيادة من الأصول لو اتبعت نظام النرويج في تدوير المال

belfercenter.ksg.harvard.edu/files/Saudi.pd…

104 120

مجتهد @mujtahidd · 9h

بتوجيه أمريكي بريطاني وتنسيق إماراتي سعودي وموافقة حكومة هادي

تحرير المكلا من القاعدة أولى من تحرير تعز من الحوثيين

arabi21.com/story/851849/% …

221 178 View summary

مجتهد retweeted

4/27/22, 1:45 PM

مجهد (@mujtahidd) | Twitter

https://web.archive.org/web/20150815152338/twitter.com/mujtahidd

New to Twitter?

Sign up

Have an account? Log in ▾

🔍 Search Twitter

شعب العمري @mutaeb_alamri

لا بد أن أسعار النفط سترتفع و قد تنخفض اكثر و ذلك الظرف المالي ولن يضل مغلين على مركة تشد الحرام القتصاد لا يقوم إلا بالنظام

---

مجهد @mujtahidd · 18h

و يسود نشر كبير بين الضباط على تعيين المالك و تشرحهم او معلى له قانون زؤة كلها يدير ها الخطر القندبين حائل والذي سيورد الف كلية المهمالك

🔁 172    ★ 186



---

مجهد @mujtahidd · 18h

وكان الظن ان التحقيق الاول الثاني يمني ان تستلمي الوزار و تحصن نزيفة بالخدمات فإذا بارل قر ترشتذه المالك تعيين أخيه عبدالعزيز مساعدا له

🔁 123    ★ 146

---

مجهد @mujtahidd · 18h

أما الاسمري فقد أجل للتقاعد بعد تحقيق مكتف حول قضائه حيث كانت اصغر مخالفاتة تعيين زوجتة على برنامج الخدمات و ياتب تخدر 70000 ريال شهريا

🔁 102    ★ 84

---

مجهد @mujtahidd · 18h

وكان التحقيق بفساد كتاب العتيبي قد أوقف بعد أن تبين أنه يشتغل على قساد ملي هنال و قضائج

🔁 119    ★ 100

---

مجهد @mujtahidd · 18h

و ذلك حتى يزول أن يعين شخص نظيف بعد البدير الاسبق كتاب العتيبي و الساذج سعيد الاسمري ج

🔁 114    ★ 105



# 2016

*Twitter.com/mujtahid*



| Home | Moments | | Search Twitter | Have an account? Log in |

TWEETS **11.5K**   FOLLOWING **81**   FOLLOWERS **1.66M**   LIKES **6**

Follow

12/6/22, 3:01 PM



مجتهد
@mujtahidd

مجتهد @mujtahidmail.twitter

🏠 Home    ⚡ Moments                    Have an account? Log in ▾

mujtahidmail@gmail.com حارث وهمام

📍 @mujtahiddchannel قناة تلغرام

📅 Joined July 2011

📷 **217 Photos and videos**

مجتهد Retweeted

بسام جعارة @BassamJaara · 15h

الطيارون المصريون في مطار حماة يشاركون في قصف شعبنا بفضل الرز الخليجي

↩    ↻ 770    ♥ 462    •••

مجتهد Retweeted

الخليج الجديد @thenewkhaleej · 8h

تأكيدا لتصريحات «السيسي».. صحيفة تكشف انضمام 18 طيارا مصريا لقاعدة تابعة لـ«الأسد»

للحجب: ow.ly/pJQL306uKwz

↩    ↻ 162    ♥ 116    •••

مجتهد @mujtahidd · 7h

السعودية الملطشة

تدفع 45 مليار دولار للسيسي حتى يدعمها في اليمن فيرسل قواته لسوريا

Home    Moments

Have an account? Log in



369    452

@mujtahidd · مجتهد · 7h

وشاية بـ "حب المجاهدين"
تتسبب باعتقال عنيف ومداهمات لـ
3 طالبات متوسطة في المدينة المنورة
6 شباب من قرية الكاملي في جيزان

174    245

مجتهد Retweeted

@thenewkhaleej · الخليج الجديد · 9h

إيران تنفذ حكم الإعدام بحق 4 من أهل السنة

في حالة الحجب : ow.ly/kau7306u74n

↩   ⟲ 124   ♥ 82   •••

⟲ مجتهد Retweeted

حبر **@habbrr** · Nov 22

في ذلك الوقت كانت المخصصات = 20% من مصروفات الميزانية
بالتأكيد النسبة زادت ولكن سنعتبرها بقيت كما هي
بمقاييس هذا الزمن المخصصات = 200 مليار

↩   ⟲ 156   ♥ 138

⟲ مجتهد Retweeted

حبر **@habbrr** · Nov 22

كانوا يعلنون مخصصات الأمراء من الميزانية في الجريدة الرسمية.. ما كانوا يتوقعون أحد يعرف
يقرأ



↩   ⟲ 352   ♥ 324

⟲ مجتهد Retweeted

أ.د. حاكم المطيري **@DrHAKEM** · Nov 17

أجمع المسلمون على أنه لا توارث في الإمامة والسلطة وليست ملكا خاصا ولا كسروية ولا قيصرية
في الإسلام وأجمع الصحابة وأهل السنة على قول عمر فيها

# 2017

*Twitter.com/mujtahidd*



**File Name**

https-web.archive.org-web-20171213203330-https-twitter.com-mujtahi-Dec-06-22-13-04-56-
GMT-0800-(PST)_0.jpg

**Hash (SHA256)**

f63e3dacd0d58737c4449f0496c81995073faeee9a11c04ef71142f839e1d049

**Signature (PKCS#1v1.5)**

4473db3088c6ea626309ca9a8ec57561a8267093f2df5295ad2434035e0abad15f3c376474ca4603
86ee3edbacef73fd0d38e462e45ffe6dd6bfae7719a5a839dec8bf77cf1673b0696c730d9ea1a6078
ed27e5a6490ef854955c127d7a8dc8dcf486f69a9c8b2021758fd117c03e7a760e26b6436b67442c8
4e9d12740b938b208d3e7f59287b6cbce0aedfa13f64974f663829e69253e6e0779100e32209bad15
25b863e3a9bca7e10950d31fb8786966d4b0376f52395150dfecff64b7a51206bc389ac7ae4d7e9c4
2d93fcb7ec57df35aecfd6b209e1213b7ac2c21abc9d9dda4407c6b94398aa16ceb946ad1c49e4099
d64dd243d338dc7fc2033afade

**URL**

https://web.archive.org/web/20171213203330/https://twitter.com/mujtahidd

**Timestamp**

Tue Dec 06 2022 13:04:56 GMT-0800 (Pacific Standard Time)



**File Name**

https://web.archive.org-web-20171213203330-https-twitter-com-mujtahi-Dec-06-22-13-04-56-GMT-0800-(PST)_1.jpg

**Hash (SHA256)**

2d8af1a3d24c57258ead5eb4bd8f22140dcbd72f6a710259b9bd3ffd58091ff2

**Signature (PKCS#1v1.5)**

00f998fc68d9b737d452b8552f85d7b15fab4c946ecb84b3edddcb12f4c1ccf409c2ba1249c129265c
aea7a2b058a095b485078bf8c2c97bb3849606d411ea622b1e6d5efa4504205c3441f008cce865ae21c
65538daffa1e8eb47dc32f086bc91b831fd10e2363fff9b1d6927eca286b1bf689ffadf756f12da8c4b
030ac558ce434a65dcb4edcda236491f4dd4f51e55a3d9ad6296ed09bc3fa23b312af5e6cc772a7c65
7bc29664d250d12ad1c72538d801eaa215c734f4f09ce12deeb58376945f298bfd757b9e687aa754a1e
9bdeb1e5ad48fff68e9181d235f25577814be1a0411542e331707f51c110b17ca3f274af49b913d8f834d
695b70cb6d837b

**URL**

https://web.archive.org/web/20171213203330/https://twitter.com/mujtahidd

**Timestamp**

Tue Dec 06 2022 13:04:56 GMT-0800 (Pacific Standard Time)



**File Name**
https-web.archive.org-web-20171213203330-https-twitter.com-mujtahi-Dec-06-22-13-04-56-GMT-0800-(PST)_2.jpg

**Hash (SHA256)**
cdabfab00b8f41c02838ff90aed4dc1896b7906f1acd81eb8cf28e30f0106abc

**Signature (PKCS#1v1.5)**
4816ed9d7759220383cd402d9ba2dd865c0925722619e14f2daca640b72d187c23c950aeb47e5abb1
0357dc97d1e9680794837accf52264ed682d7941000b18d581c79d082729e2f31c226a1db02a7619
bbda9131061de420dc6f38aa61fd5e9ec9c29cee2eb3bdc371f43363152156ab7f20570a0612c2a6c
5cc2993ced76aa508d61ae106836c958dc1e102c86bc0b261eeba631268c9e24369b40ee2a49dfe7c
bafdfb171c795308ee3a09edabccefd89fb7198e2930dc4243d1aa4752ca342bf93e239e0ad4c69d67
193df824764bb9a36221f928a927cda0bbe3939f02fd18be56560b2e21092eb9169ec5bcf7703af2b0
4c6f852b5b3fe5b45159f01b

**URL**
https://web.archive.org/web/20171213203330/https://twitter.com/mujtahidd

**Timestamp**
Tue Dec 06 2022 13:04:56 GMT-0800 (Pacific Standard Time)

# 2018

*Twitter.com/mujtahidd*



**File Name**
https-web.archive.org-web-20181231031317-https-twitter.com-mujtahi-Dec-06-22-13-17-42-GMT-0800-(PST)_0.jpg

**URL**
https://web.archive.org/web/20181231031317/https://twitter.com/mujtahidd

**Hash (SHA256)**
6f3409e6670c48cba8145e3bab548dfb0c1caeda132a19690578fe3c9f2ee41f

**Timestamp**
Tue Dec 06 2022 13:17:42 GMT-0800 (Pacific Standard Time)

**Signature (PKCS#1v1.5)**
35043ffaeb36fe8f76dff774e20ce53dce7cd597c288cd015d2c0953253c68a866e3acece48cf559d
596d9cb63d030512a03ff656102e27dfc2fb2dd1a5e24c752bbcfe6060c3db87633d521eb02dacef3
667d5edc521029af1d4e324951ff2540b6fb6b64ca5a458a1d8363d6b7be5e1f8393808d9f7e1aada
7279f3256d5a4e59abea8d4ce9c6d0dbc0e41ac04ade005f6b9d2ba6c04d7dd5cb210a62ce1d052fd
c44a577bec0f445892099a9f46d7cfffa8f7f900453e672f7fe028452d2dd4ae7a44f0e51882c9e99f
447a4645914c73d9b157ab73bf0c6fb9af426992f9753c73829f2766c400b3ce882641861f06a0145
bd1c0ca3c288d458388494183



**File Name**
https-web.archive.org-web-20181231031317-https-twitter-com-mujtahi-Dec-06-22-13-17-42-
GMT-0800-(PST)_1.jpg

**Hash (SHA256)**
09d21c175707d01cead99e323103f27068ff918e2c85d221e9a7e6a646352f70

**Signature (PKCS#1v1.5)**
25499abcdd0a3b6365b11ddb6cc1aad2feb7ef0cc9df37a709715700ebf1f1876fbd88cbfc0c10d315
3a4e8ea9427b8441cfe13f995ed274ac3dcd48ef523d93d1234675990dc68a3b7fa2deabeb3f855047
deba3e8adb68cb1cb0ad1701834b6ffe12052455e75e18a53624db78ee7f61f482a2e16b1eff22e083
46d279a30bc019257cbaf222d3e7d9f4c2d6c8a441e9ff5edbdf708f007c992cfab1261ebdc735ddb
61c094ea08db6037edd18baf617ec5f0cb2caf9b81d15769d49b00e795741cd10c19376a985272031
b14773eeccdd22dada1dd0277ace00935a3db812860d6c74dd8708b0f3a4267a94db2a527142039e1
9f0d7dcc77d046ce3153ca51

**URL**
https://web.archive.org/web/20181231031317/https://twitter.com/mujtahidd

**Timestamp**
Tue Dec 06 2022 13:17:42 GMT-0800 (Pacific Standard Time)



**File Name**

https://web.archive.org-web-20181231031317-https-twitter.com-mujtahi-Dec-06-22-13-17-42-
GMT-0800-(PST)_2.jpg

**Hash (SHA256)**

deeae79e057c1aaecfe7fa808916a5d627b26719315013e1f086db4ad1e53f27

**Signature (PKCS#1v1.5)**

5664458b1977054c9bacb5bddd8d4c1483e2fc2a27d774e72ed97759c1eaadc735a039a1a4d5634f
960ebd966e92ea6753462ebcd5f29fa6d8621b712b2e46896917f3efabdcd9bbb82c84c0ea38db94
19660a67866caed6aa329d25c845b467756b577043c31a312f602d8ca62992bce264680cb1205d69
98440708050a42e628efeb0b946536ded9e6ddd8fe3ccaf24c0bd25e8cc3406bb08ae0bd22163df3
d0ced87a5e6f0a7aeb316a9cea6b60d0c50933bc38662f1d6578dff5d84910517d802cfc8f8164656
76d037aceed9d6fb07963c76eca280dd9414c04f289ad7e5f0aa059f03b425d37d6f8af5911b3ad7a
28b0796b0efdddcf79ea09efcc9d9e

**URL**

https://web.archive.org/web/20181231031317/https://twitter.com/mujtahidd

**Timestamp**

Tue Dec 06 2022 13:17:42 GMT-0800 (Pacific Standard Time)

# 2019

*Twitter.com/mujtahidd*



**File Name**
https-web.archive.org-web-20191127154144-https-twitter.com-mujtahi-Dec-06-22-13-21-57-
GMT-0800-(PST)_0.jpg

**URL**
https://web.archive.org/web/20191127154144/https://twitter.com/mujtahidd

**Hash (SHA256)**
25c5805c31b948f232080f2a1e6a1e189f6d24bd52c4be169aaacf1a2f966308

**Timestamp**
Tue Dec 06 2022 13:21:57 GMT-0800 (Pacific Standard Time)

**Signature (PKCS#1v1.5)**
52e3872daa54d37ff6a97f02dba6b49c29032ce4774e271c939c161f020e49c8251cc098f13ff09cedb
5f5389256fd4cc0dad759d0f8d6dc96fd34513ae04c28f97b00fc85148e04e4c8110d26cbf208f1a166
6c62e8b6170274f5a541e31e345941bb122c535a3e6121123282eaf024a9e6a825fd49615fa5075cf3e
b0f635bac9e1cfff410ca1f1bc223f6d9e5f2c7073f6d71aa0370e826083c6f69b5bfdcb7ca131946a2d
edf91ddd7ea794b1a84ef474947604eecc82af413c65af059c5267c8b5c5c6fd5b5a094c79e1e745244
1fa6caa1c222e105c3f4e5b47d038c1d9ff69f4befaadff3c898c790731085ecd21bd6a9ba4e12d44ff4
600d43068d0e



**File Name**
https-web.archive.org-web-20191127154144-https-twitter-com-mujtahi-Dec-06-22-13-21-57-GMT-0800-(PST)_1.jpg

**Hash (SHA256)**
fba8adf33d7121cfdae5f44a45e2f58132e9d8ccd26a606931cbd2a116272617

**Signature (PKCS#1v1.5)**
358e36e2fec42c4b3755cd6b6d9222694f8019c4ea716772c40d0749041dc92564c6686452920fda8
87157767c07c8a07ad19b7a3b9e02acb64a50226dbd43afba4b380ed0af99bcff85da4ec7246257a4
eb48c52a53a2318fb4e7534109ba1a865e285d90b42f79e84661521784cd89f7ddf26a266e0e89075
2c9078938e754d9c261866951266171591 4ebab672e1f734d37eaa092eb170406b22ab86cf9d2e33dc
97770b1a4bae2eea8ca3a6c0d328001a8cfc631a10fc5ac1788fa544825b5b9b0eaf05634d720d1cfc
4fc290b5af71c12a03e0d1fa2dfe8666c2cd74459e63c35f745bb92ccb16ca9fc23f4b37db642f8887
52ab4cc86b63768090ad59a

**URL**
https://web.archive.org/web/20191127154144/https://twitter.com/mujtahidd

**Timestamp**
Tue Dec 06 2022 13:21:57 GMT-0800 (Pacific Standard Time)



**File Name**
https://web.archive.org-web-20191127154144-https-twitter-com-mujtahi-Dec-06-22-13-21-57-GMT-0800-(PST)_2.jpg

**Hash (SHA256)**
62789c6d5b70beb02ff85ebc18f7dfde2cd136e993d1ca8ae2080725ff582460

**Signature (PKCS#1v1.5)**
62710d5e8029b4809975e1fb755534d68f7cda0545c5d03f684c48836a64e472b0c4f3b5034a738bc4
0f2d4b7ef0d434db30b72f5cc1ad72cc340f971e25c782dfacb0e75cb8449e813267ba3774297fec56
c367bca11134648fce15617bee9707189abab633983706e484169b176f57ed2f406391c0bbfff2c1f2
44c2c567c194e093809adad06ba3503d481d28d5e1f75900710f2b4727bc4cfca95f3ac97c113e799
bfb1cfe1c939f298b7a1202d95b8679ae13800d9ea82f05f0c9cf5bb5326523a7ef9063652b35c047
41d014af0890d361a50b63385267ea66d709eae7ba9a4613552c5832f3a52b5d7c06f03a38a1d034
c22c620cf00b74c3e9fae5ea

**URL**
https://web.archive.org/web/20191127154144/https://twitter.com/mujtahidd

**Timestamp**
Tue Dec 06 2022 13:21:57 GMT-0800 (Pacific Standard Time)

# 2020

*Twitter.com/mujtahidd*



**File Name**
https://web.archive.org-web-20200526185701-https-twitter.com-mujtahi-Dec-06-22-13-50-55-GMT-0800-(PST)_0.jpg

**Hash (SHA256)**
29407f31e6af968143c48a578663a4888dc8f2a22502485280f536449ea76ac7

**Signature (PKCS#1v1.5)**
1e6018faf7d1d922ab548ef029c8b8256c9b4fde3a8fad59e8e76af78a2a7fcbb685afb505d7d4e7ee
b93255ec3c9e4453e671994ae21a163ffe1bad6325d605a4c9ce91675a92707f1fc3a94835c3c20c69d9
bce5149ab47f465f068edf8cdea4f8d6f44cd17aff63daf157cd3c10803747928b0cbcc1d8ae3f73ded
614cad983a3a7d6036d39497f954ba2ed274ed91816f311f9dbb4c9d9351c4fde85e563eb761d4ac1d
bebb456e11888badb40d4a51633415e7c2dcd1d98fc3d9a8e742ca0fecc0c6f4e90060c68763adcefd
da8c14c99cd45ff2966ae020bf4426133139e9191142aba1f73077a421a5190f3d54870252dc0b218fff
69b3eeb4656a0491

**URL**
https://web.archive.org/web/20200526185701/https://twitter.com/mujtahidd

**Timestamp**
Tue Dec 06 2022 13:50:55 GMT-0800 (Pacific Standard Time)



**File Name**
https-web.archive.org-web-20200526185701-https-twitter.com-mujtahi-Dec-06-22-13-50-55-GMT-0800-(PST)_1.jpg

**URL**
https://web.archive.org/web/20200526185701/https://twitter.com/mujtahidd

**Hash (SHA256)**
cf45fcba99895f267e41022f9d6fe7da75d6fb7916cda5b1746258ad3960fade

**Timestamp**
Tue Dec 06 2022 13:50:55 GMT-0800 (Pacific Standard Time)

**Signature (PKCS#1v1.5)**
2eda56250defbee75a113b1234cf5c677d2ccd65ac7e2477249b8c106dffdb0b0c6d14e9d9a2394cea
aaa6c08efc2f336e753de38a6a8c8b0283c0423174a08ba9bd1fd74c36cc5cd788add092f5a82ce3bf
7d68000f5f53b8206e9e0dbcc3d37e0cd96a5bd9ef50828871aebd3aafe48f3c3d70f5af5d5ca957b0
0e72b6dd2223644a822fe1f1319a8dce12c529b5649b691ceaab7db64119020e643e7e8f24a584ee38
0abed59df108b28cdaacf272ce67b7dc614ff3fed8f7a98a4b39cf11c414f5d5ff055b6a897dbfe9fee
9c4a095e236c2d0adc035e73911bd2625510556ba82dc4d526e13d02698bf8a53f118178af72c9aef
9b4a5da3f0e4bd55050e



**File Name**
https-web.archive.org-web-20200526185701-https-twitter.com-mujtahi-Dec-06-22-13-50-55-GMT-0800-(PST)_2.jpg

**Hash (SHA256)**
e502c25762fbf57139784b964f3c9cce37f2d6829d8d34bd78d3c11728d7ff0c

**Signature (PKCS#1v1.5)**
80d7d3ced0f544ad5a593cdf58ddd0b7358957a22141d86eba2fbbbef6df8aa8828ee4cf80b0e86870
dcf983de961ae63660d130e958343fbe0ced2bfabda9da9715fd4604f441e760eba2ce644bafd75292
d390d28b6eaef6a7257f36573001afb34853518706667c4cc6205811e42f71217deec1dc45d1e56c38
dbec2c1db705e1e16863d85c23586ff193ad9f99f43a40571132184efeaf47513c7699cd853619e9252
75f86315636107a66ca7be5e0228fa22ffb86c2b0f12d6160f18401d4d09fe29e4421706ac75ce4a1f
340b0271398d99c721e46a352fc6dbb6986e3eee43be110b336cdc74458d263aa23c8c57b1c87d339
f5356a12fd54a4af7d5a

**URL**
https://web.archive.org/web/20200526185701/https://twitter.com/mujtahidd

**Timestamp**
Tue Dec 06 2022 13:50:55 GMT-0800 (Pacific Standard Time)

# 2021

*Twitter.com/mujtahidd*





**مجتهد**
@mujtahidd

حارث وهمام
mujtahidmail@protonmail.com

قناة تلغرام @mujtahiddchannel

Joined July 2011

Home    Moments                                    Have an account?   Log in

مجتهد Retweeted

مفتاح @keymiftah79 · 23h

New York Times:
"تنفق الحكومة السعودية أموالاً هائلة على استضافة مهرجانات سينمائية وتموّل أفلاماً جديدة، وقد عُرض في مهرجان جدة أفلام تضمنت مشاهد مثلية وعري وحمل خارج إطار الزواج".

nytimes.com/2021/12/27/wor...

💬 17        ↻ 37        127

Show this thread

مجتهد Retweeted

مفتاح @keymiftah79 · Dec 27

صحيفة Times of Israel العبرية:
"في الليلة الثالثة من مهرجان هانوكا اليهودي، أشعل الإسرائيلي المتشدد Jacob Yisrael Herzog شموع العيد في الرياض، وعرض ذلك علناً بدون خوف من قوانين الإسلام في السعودية".

timesofisrael.com/in-saudi-arabi...



🐦 **Home**    ⚡ Moments                              Have an account?  **Log in** ▾

⤵ 45        ⟲ 108        204

Show this thread

⟲ مجتهد Retweeted
**محقق خاص**   @KSA_P_I · Dec 25                                            ⌄

السعودية عاصمة المخدرات
الميدالية التي أعطتها مجلة «Foreign Policy» الأميركية للسعودية

#ايقاف_موسم_الرياض_مطلب
foreignpolicy.com/2021/12/20/sau...

# 2022

*Twitter.com/mujtahidd*



**File Name**
https-twitter.com-mujtahidd-Nov-18-22-11-04-23-GMT-0800-(PST)_0.jpg

**Hash (SHA256)**
1eb49fa10c53f126041c4bcb0d0645b4bacd768a51db46517add8e7749f7f0cb

**Signature (PKCS#1v1.5)**
7ad56c971e3ef98f0fad110fcb7954fc4ae5d1319825eeee931602c464f64eb969aa16bfbbf8e778e
260899680abc282bd0abe6d7b8183939b17a566db72aa3b90aa2e01676efdc1f695297461eca5ed38
b758700ebec7d39ab500a9aa6b6cf03b75d22e611446f920fa6a1d2da10407a430837e95a1b127038
c2ac886cdc0d9d91f8decd449d1464f7ccdba3ea646ccfa29df2a416cd43105be956d81c9f7550362
2ddbb9ed8123a0b418a1581538e51e3722e280dd28d4e8a03e2f6ef310d36f510ff916dec07617368
dcea4d89bebac44f330164a0307d7877e68058e078e242a731f5a736b4209d9d7b7dc7250bcf9bb5
13318b717aa641a90459c842935

**URL**
https://twitter.com/mujtahidd

**Timestamp**
Fri Nov 18 2022 11:04:23 GMT-0800 (Pacific Standard Time)

Bookmarks

Lists

Profile

مجتهد
@mujtahidd

حارث وهمام   mujtahidmail@protonmail.com

📍 قناة تلقرام @mujtahiddchannel   📅 Joined July 2011

121 Following   2.3M Followers

Not followed by anyone you're following

**You might like**

Energy In Focus
@EnergyInFocusCA
Promoted                    Follow

العهد الجديد
@Ahdjadid                    Follow

مجتهد **Retweeted**

العهد الجديد @Ahdjadid · Nov 17

سيتفرغ سعود القحطاني لإدارة المهام القذرة والبعيدة عن الأضواء، وسيحل محله في إدارة الجيوش الإلكترونية وتوجيه الصحافة السعودية المستشار في الديوان برئية وزير حمود بن بداح العريكي

💬 47     ↻ 49     ♡ 268

### Promoted Tweet

DailyBee @DailyBee3

Please don't tell us we're the last to know about this. 🙄



dailybee.com
35+ Simple Things You've Been Doing All Wrong

💬 64     ↻ 160     ♡ 628

Promoted

مجتهد **Retweeted**

Asef 🦅 أصف @arabicani · Nov 17

🚨 #فضيحة 📋
🇰🇵 #وطني_العهد في #كوريا_الجنوبية

---

**File Name**
https-twitter-com-mujtahidd-Nov-18-22-11-04-23-GMT-0800-(PST)_1.jpg

**Hash (SHA256)**
10d52a5763a5273aaac2c6c52ff595ecc7c251c1b5d4df51590805ac1428bd6c

**Signature (PKCS#1v1.5)**
2378f978c989ea5b2fcb2477a03cb3ddb92aadf1bebfb549e09d3c587d9b6eeb888a90467e3169e7a
3516e74461d967c9c98163219f8fb365f07d11b87fb2d7a00a6658ad0a514cd7c47acdcf4414f8cc9
4371367100b5e4390b1e6c811596782fb2cb8d46538355869f06b27ebf9657568ab5e4f02fca8077
1bd8032bedbc03efd50a58bacd9d546f630d4cb34cee1c00ef9dce912427a8247c33a110618cfb260
ef3043822b13e89ba82be6a10e5be39493c39e8b3e10f994416900ef2e90a388b071f337329741796

**URL**
https://twitter.com/mujtahidd

**Timestamp**
Fri Nov 18 2022 11:04:23 GMT-0800 (Pacific Standard Time)



**File Name**
https://twitter.com-mujtahidd-Nov-18-22-11-04-23-GMT-0800-(PST)_2.jpg

**Hash (SHA256)**
a48ab0d7477d4410e99fd47477838ae1bd0089fd925d5d364e822a3a67c52082

**Signature (PKCS#1v1.5)**
7bd048627a18ef2e5dbbe04d154ec2caab4143d7422bb8f23a2b2f0e59067d94cc0a6c2bdcd2b8bfa
a193ed038f6c7ad668f616010e6753b9977d12e46f151071445e293bb8cb641874f58d33ea993c3f2
308e0344f4e879cb40c68b9949a1957426da152027a6232d155a636030e95e831fbb3c472c89ff022
6a64288c5e0ec7e8b1cd69a8084690a2b97f2dc818ec01c9b06248774c0f654d8d5e4b6be6c48bf7b
68053d63633980f513fd2183c22eb64de669421d7a820cf9abfc1fca658210854dddd0f6104ec867a3

**URL**
https://twitter.com/mujtahidd

**Timestamp**
Fri Nov 18 2022 11:04:23 GMT-0800 (Pacific Standard Time)