| | |
|---|---|
| UNITED STATES COURT OF APPEALS<br>FOR THE NINTH CIRCUIT | **FILED**<br>APR 3 2023<br>MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff-Appellee,<br><br>v.<br><br>AHMAD ABOUAMMO,<br><br>    Defendant-Appellant. | No. 22-10348<br><br>D.C. No. 3:19-cr-00621-EMC-1<br>Northern District of California,<br>San Francisco<br><br>ORDER |

Before: S.R. THOMAS and KOH, Circuit Judges.

Appellant's opposed motion for bail pending appeal (Docket Entry No. 6) is denied. Appellant has not shown that the appeal raises a "substantial question" of law or fact that is "fairly debatable," and that "if that substantial question is determined favorably to defendant on appeal, that decision is likely to result in reversal or an order for a new trial of all counts on which imprisonment has been imposed," or a sentence that does not include a term of imprisonment, or a reduced sentence to a term of imprisonment less than the total of the time already served plus the expected duration of the appeal process. *See United States v. Handy*, 761 F.2d 1279, 1283 (9th Cir. 1985); *see also* 18 U.S.C. § 3143(b)(1)(B).

The existing briefing schedule remains in effect.