JODI LINKER, Bar Number 230273
Federal Public Defender
Northern District of California
ANGELA CHUANG, Bar Number 313445
Assistant Federal Public Defender
19th Floor Federal Building - Box 36106
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone:   (415) 436-7700
Facsimile:    (415) 436-7706
Email:         Angela_Chuang@fd.org

Counsel for Defendant Abouammo

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | **Case No.:** CR 19–621 EMC |
| Plaintiff, | **JOINT STATUS REPORT** |
| v. | |
| AHMAD ABOUAMMO, | |
| Defendant. | |

Following a remand from the Ninth Circuit, this Court set a resentencing date in this matter for June 26, 2025. At that time, Mr. Abouammo's projected release date from BOP custody—where he is currently in home confinement in Seattle—was July 5, 2025. On April 9, 2025, the Court asked the parties to look into potential options for Mr. Abouammo to be able to appear for resentencing. From correspondence with BOP, it appears that Mr. Abouammo would have been eligible for a furlough to be able to travel to San Francisco for court, and the parties were exploring that option. However, the issue has now become moot because Mr. Abouammo's projected release date has been updated to June 20, 2025, due to the application of FSA credits. Therefore, he will no longer be in BOP custody and will instead be on supervised release by June 26. This Court and/or Probation will thus have the authority to approve him to travel to San Francisco for his resentencing hearing.

Dated:        April 16, 2025                      Respectfully submitted,

                                                  JODI LINKER
                                                  Federal Public Defender
                                                  Northern District of California

                                                          /S
                                                  _____
                                                  ANGELA CHUANG
                                                  Assistant Federal Public Defender


                                                  PATRICK D. ROBBINS
                                                  Acting United States Attorney


                                                  _____/S_____
                                                  COLIN SAMPSON
                                                  Assistant United States Attorney