# EXHIBIT A

```
BOP7F            *           INMATE EDUCATION DATA        *      03-26-2025
PAGE 001 OF 001 *                 TRANSCRIPT              *        06:57:15

REGISTER NO: 49536-086    NAME..: ABOUAMMO                    FUNC: PRT
FORMAT.....: TRANSCRIPT   RSP OF: CSE-SEATTLE CCM

--------------------------- EDUCATION INFORMATION ---------------------------
FACL ASSIGNMENT DESCRIPTION                START DATE/TIME STOP DATE/TIME
CSE  ESL HAS    ENGLISH PROFICIENT         06-13-2023 1039 CURRENT
CSE  GED HAS    COMPLETED GED OR HS DIPLOMA 06-13-2023 1038 CURRENT

---------------------------- EDUCATION COURSES -----------------------------
SUB-FACL   DESCRIPTION                    START DATE   STOP DATE EVNT AC LV  HRS
LOF        RN ROP DAY 3                   10-16-2024 10-16-2024   P   C  P    6
LOF        RN ROP DAY 2                   10-15-2024 10-16-2024   P   C  P    6
LOF        RN ROP DAY 1                   10-15-2024 10-15-2024   P   C  P    6
LOF        INDEPENDENT GREAT PHARAOHS     08-01-2024 08-31-2024   P   C  P    3
LOF        WELLNESS I.S. FOOD FACTS       03-21-2024 03-22-2024   P   C  P    4
LOF        ACE/CHINESE 4 ENGLISH SPEAKERS 12-13-2023 02-14-2024   P   C  P   10
LOF        GUITAR                         10-12-2023 12-21-2023   P   C  P   20
LOF        ACE BEGINNING SPANISH          08-14-2023 11-13-2023   P   C  P    9
LOF        PERSPECTIVE DRAWING            10-03-2023 10-28-2023   P   C  P   12
LOF        KILN OPERATION                 08-01-2023 08-26-2023   P   C  P   12




G0000          TRANSACTION SUCCESSFULLY COMPLETED
```

```
BOP7F              *        INMATE DISCIPLINE DATA          *      03-26-2025
PAGE 001 OF 001 *      CHRONOLOGICAL DISCIPLINARY RECORD    *      06:57:30


REGISTER NO: 49536-086 NAME..: ABOUAMMO, AHMAD
FUNCTION...: DIS        FORMAT: CHRONO     LIMIT TO     MOS PRIOR TO 03-26-2025
                        RSP OF: CSE-SEATTLE CCM




G5401         DISCIPLINE DATA DOES NOT EXIST FOR THIS INMATE
```