# EXHIBIT B



**PIONEER**
HUMAN SERVICES

910 W Boone Ave, Ste 201
Spokane, WA 99201
www.pioneerhumanservices.org

509.325.7232  tel | 509.325.4580  fax

04/28/2025

To: Honorable Judge Edward M. Chen

Mr. Ahmad Abouammo has been engaging in mental health counseling to address his mental health diagnosis of Anxiety Disorder.   His treatment began in December on the 19th of 2024, and he has maintained consistent attendance to all scheduled appointments.   Mr. Ahmad Abouammo has followed all recommendations during his treatment for mental health counseling and has made progress in gaining coping skills to address his symptoms of anxiety, as well as gaining insight into the origin and source of his anxiety.   The coping skills that Mr. Ahmad Abouammo has learned include Cognitive Behavioral Coping strategies, and these developed coping skills have resulted in a significant reduction of symptoms.   Mr. Ahmad Abouammo has successfully transitioned back into his shared residence with his family on March 18th 2025.   In light of the significant progress he has made, session frequency has been reduced to biweekly and continues to be ongoing in the future, not to exceed September 3rd 2025.

Jennifer Geier, LMHC, SUDPT
Community Treatment Services Program
Federal Bureau of Prisons
Pioneer Fellowship House
Residential Reentry Center
220 11th Ave.
Seattle WA 98122