UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES

**Date:** June 26, 2025   **Time:** 9:06-9:45   **Judge:** EDWARD M. CHEN
39 minutes

**Case No.:** 19-cr-00621-EMC-1   **Case Name:** United States v. Ahmad Abouammo

**Attorneys for Government:** Colin Sampson, Eric Cheng
**Attorney for Defendant:** Angela Chuang
**Defendant:** [X] Present   [ ] Not Present
**Defendant's Custodial Status:** [] In Custody [X] Not in Custody

**Deputy Clerk:** Vicky Ayala   **Court Reporter:** Kendra Steppler

## PROCEEDINGS HELD

Resentencing (In-Person).

## SUMMARY

Parties stated appearances.

Criminal History Category: 1.   Adjusted Offense Level: 20.   Guideline Range: 33-41 months.

Defendant addressed the Court.

Defense counsel moved for one year of SRV. Government and Probation objected and recommended 3 years SRV. Oral argument heard. Court indicated after one year of SRV, if defendant has complied with all conditions and no violations; defendant may return to Court and request early termination of SRV.

Court imposed a sentence of time-served on Counts 1, 4, 11, 20, 21 and 23, all counts to be served concurrently and a two-year term of supervised release on Counts 1, 4, 11, 20, 21 and 23, all such terms to run concurrently. Defendant paid the special assessment of $600.00. Court ordered fine waived.