# Supreme Court of the United States
## Office of the Clerk
## Washington, DC  20543-0001

July 18, 2025

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

Clerk
United States Court of Appeals for the Ninth
Circuit
95 Seventh Street
San Francisco, CA  94103-1526

Re:  Ahmad Abouammo
v. United States
No. 25-5146
(Your No. 22-10348)

Dear Clerk:

The petition for a writ of certiorari in the above entitled case was filed on July 16, 2025 and placed on the docket July 18, 2025 as No. 25-5146.

Sincerely,

**Scott S. Harris**, Clerk

by

Lisa Nesbitt
Case Analyst